UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al. :
:
vs. : C. A. No. 05-221T
:
NEW ENGLAND GAS COMPANY, INC. :

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, New England Gas Company, an unincorporated division of Southern Union Company (improperly sued as "New England Gas Company, Inc."), hereby moves that Eric D. Herschmann, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. This case involves the following complex areas of law, in which Defendant's counsel specializes: environmental litigation.

2. Pro hac vice counsel's long-standing representation of the Defendant, New England Gas Company.

NEW ENGLAND GAS COMPANY
By its Attorneys,

[signature]

JOHN A. TARANTINO (#2586)
PATRICIA K. ROCHA (#2793)
DAVID A. WOLLIN (#4950)
KRISTEN W. SHERMAN (#5595)

ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of May, 2005, a copy of the foregoing was hand-delivered/mailed first class, postage prepaid, to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

April M Fontaine

*334131_1.DOC*

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND
JOHN F. CORVELLO, et al.

vs. C. A. No. 05-221-T

NEW ENGLAND GAS COMPANY,
INC.

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, ERIC D. HERSCHMANN, ESQ., hereby certify as follows:

1. I am a member in good standing of the bars of the State of New York and the State of New Jersey, and of the following Federal District Courts and Court of Appeals Bars: Southern and Eastern Districts of New York, District of New Jersey, Second, Ninth and Tenth Circuit Courts of Appeals, and the United States Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island

Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

ERIC D. HERSCHMANN

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)

ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 351-4607

**ORDER:** This Motion is hereby Granted

Ernest C Torres/jb
U.S. District Court Judge

Date 6/10/05

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on the 26th day of May, 2005:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

David C. Strauss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumers, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

April M Fontaine