UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al.

vs. C. A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.

**DEFENDANT'S MOTION TO EXTEND TIME**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company ("NEGasCo"), hereby moves this Court for an order extending the time for NEGasCo to answer or otherwise respond to the First Amended Complaint up to and including July 27, 2005. The grounds for this motion are set forth in the accompanying memorandum of law. Plaintiffs have no objection to the 30-day extension and thus to the Court granting this motion.

ADLER, POLLOCK & SHEEHAN P.C.

By: [signature]

John A. Tarantino (#2586)
David A. Wollin (#4950)
Patricia K. Rocha (#2793)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
6/27/05
*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

David A. W[signature]

*337109_1.doc*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXTEND TIME**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company ("NEGasCo"), hereby submits this memorandum of law in support of its motion to allow NEGasCo until July 27, 2005 to answer or otherwise respond to Plaintiffs' First Amended Complaint. By stipulation, the response date currently is June 27, 2005. Plaintiffs have no objection to the 30-day extension and thus to the Court granting this motion.

**ARGUMENT**

NEGasCo requests an extension for several reasons. NEGasCo needs the additional time to complete its analysis of the allegations and claims in the First Amended Complaint and to prepare any appropriate motion to dismiss. The complaint is brought by multiple parties concerning multiple properties and contains seven counts raising both common law and statutory claims. In addition, NEGasCo needs additional time to respond to the complaint because it must respond to a motion to remand that Plaintiffs have filed in this action. Allowing NEGasCo an additional 30 days will not cause prejudice to any of the parties. Indeed, Plaintiffs have consented to this request.

## CONCLUSION

For the forgoing reasons, NEGasCo respectfully requests that the Court grant its unopposed motion and extend the response date until July 27, 2005.

ADLER, POLLOCK & SHEEHAN P.C.

By: [signature]

John A. Tarantino (#2586)
David A. Wollin (#4950)
Patricia K. Rocha (#2793)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
6/27/05

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

*337169_1.doc*