UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case No. 05-274T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION FOR EXTENSION OF TIME**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company ("NEGasCo"), hereby moves for an extension of time to answer or otherwise respond to the Plaintiffs' First Amended Complaint. At the present time, NEGasCo must answer or otherwise respond to the First Amended Complaint by July 27, 2005. NEGasCo requests an extension until August 17, 2005. Plaintiffs have no objection to the requested extension.

**ARGUMENT**

NEGasCo submits there is good cause for permitting the requested extension. First, NEGasCo needs this period of additional time to complete its analysis of the multi-party and multi-count First Amended Complaint and prepare any dispositive motion to be filed. Second, no prejudice will result from granting the requested extension since the Plaintiffs have no objection to the requested extension. Third, the extension will not unduly delay the proceedings in the case as Plaintiffs have filed a motion to remand to the Rhode Island Superior Court, and the motion is not scheduled to be heard until September 9, 2005.

## CONCLUSION

For the foregoing reasons, NEGasCo respectfully requests an extension of time until August 17, 2005 to answer or otherwise respond to the First Amended Complaint.

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**WATSON, BISHOP, LONDON & BROPHY**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

[signature]

*339272_1.doc*