UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case No. 05-274T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**DEFENDANT NEW ENGLAND GAS COMPANY'S OBJECTION TO PLAINTIFFS' MOTION TO AMEND THEIR FIRST AMENDED COMPLAINT**

Defendant New England Gas Company (hereafter "NEGasCo"), an unincorporated division of Southern Union Company, hereby objects to Plaintiffs' motion to amend their First Amended Complaint. The grounds for this objection are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
August 24, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

*343206_1.doc*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case No. 05-274T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**DEFENDANT NEW ENGLAND GAS COMPANY'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THEIR FIRST AMENDED COMPLAINT**

Defendant New England Gas Company (hereafter "NEGasCo"), an unincorporated division of Southern Union Company, respectfully submits this opposition to Plaintiffs' motion to amend their First Amended Complaint. The proposed amendment, which purports to add "eight additional plaintiffs,"[1] concededly makes no substantive change to the seven claims asserted in the First Amended Complaint. On August 17, 2005, NEGasCo moved to dismiss each of the First Amended Complaint's seven causes of action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). As the proposed amendment does not cure any of the fatal deficiencies of the First Amended Complaint, the proposed amendment would be futile, and the motion to amend should be denied.

Leave to amend should be denied if a proposed amendment would be futile. See Glassman v. Computervision Corp., 90 F.3d 617, 623 (1st Cir. 1996); Resolution Trust Corp. v. Gold, 30 F.3d 251, 253 (1st Cir. 1994); Gagne v. D.E. Jonsen, Inc., 298 F. Supp. 2d 145, 146 (D.

[1] Plaintiffs' motion to amend, in fact, adds 20 new plaintiffs who in varying combinations are alleged either to own or rent eight different parcels of land in Tiverton.

Me. 2003). Further, "[w]hen leave to amend is sought prior to the completion of discovery and the filing of the motion for summary judgment, the standard for futility is whether the complaint as amended would survive a motion to dismiss under Rule 12(b)(6)." Ferreira v. City of Pawtucket, 365 F. Supp. 2d 215, 216 (D.R.I. 2004) (citing Hatch v. Dep't of Children, Youth and Their Families, 274 F.3d 12, 19 (1st Cir. 2001)).

Here, the proposed Second Amended Complaint suffers from the identical legal deficiencies which require dismissal of Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The proposed amendment would therefore not survive a motion to dismiss. Accordingly, the proposed amendment is futile, and the Plaintiffs' attendant motion to amend should be denied.

Dated: Providence, Rhode Island
August 24, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

[signature]

*343205_1.doc*