UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case No. 05-274T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs hereby move this honorable Court for an extension of time to respond to the Defendant's Motion to Dismiss the First Amended Complaint. At the present time, Plaintiff must respond to the Defendant's Motion to Dismiss the First Amended Complaint. Plaintiff requests an extension until October 1, 2005. The Defendant has no objection to the requested extension.

## ARGUMENT

Plaintiffs submit there is good cause for permitting the requested extension. First, the Plaintiffs needs this period of additional time to complete its analysis of the Motion to Dismiss the First Amended Complaint. Second, no prejudice will result from granting the requested extension since the Defendant has no objection to the requested extension. Third, the extension will not unduly delay the proceedings in the case as Plaintiffs have filed a motion to remand to the Rhode Island Superior Court, and the motion is not scheduled to be heard until September 9, 2005.

## CONCLUSION

For the foregoing reasons, the Plaintiffs respectfully requests an extension of time until October 1, 2005 to answer or otherwise respond to the Motion to Dismiss.

Respectfully Submitted,

Robert J. McConnell (#3888)
Jonathan D. Orent
Motley Rice LLC
321 South Main Street
Providence, RI 02940

David C. Strouss
Brad J. Mitchell
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2005, a copy of the foregoing was hand-delivered to:

Sandra Lefebvre

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino, Esq.
Patricia K. Rocha, Esq.
David A. Wollin, Esq.
Kristen W. Sherman, Esq.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

and a copy of the foregoing was mailed to the following:

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann, Esq.
1633 Broadway
New York, New York 10019
(212) 506-1700

**WATSON, BISHOP, LONDON & BROPHY**
Christina Dodds, Esq.
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900