FILED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO, et al** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **C.A. No. 05-221T** |
| **NEW ENGLAND GAS COMPANY, INC.;** | : | |
| ***Defendant.*** | : | |

**MISCELLANEOUS PETITION FOR ADMISSION PRO HAC VICE**

**Robert J. McConnell** hereby requests that **David C. Strouss** be admitted *pro hac vice* in the above-case/agency proceeding as associate trial counsel with local associate counsel identified below, on the following grounds:

__X_ The case/agency proceeding involves the following complex areas of law, in which *pro hac vice* counsel concentrates: __X___Environmental Law

I hereby represent that I am a member in good standing of the bar of the State of Rhode Island and that I am actively engaged in the practice of law out of an office located in this state.

Robert J. McConnell (#3888)
Attorney for Plaintiff
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903
(401) 457-7704

Dated: July 6, 2005

[signature]
Pro Hac Vice Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within petition for admission *pro hac vice* with accompanying attorney and client certifications were sent postage prepaid to all counsel of record on this 25 day of August, 2005.

Sandra Lefebvre

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al<br><br>*Plaintiff,*<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, INC.;<br><br>*Defendant.* | : | C.A. No. 05-221T |

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the state(s) of __________Massachusetts___ and of the following federal district court bar(s) ___________none________, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
_____none______________________.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LBR-9010-1 and Local Rule 5 of the U.S. District Court, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the forgoing motion, and acknowledge and agree to observe the requirements of the LBR 9010-1 and Local Rule 5 of the U.S. District Court in their entirety and as they relate to the participation and responsibilities of the local associate counsel.

David C. Strouss
THORNTON & NAUMES LLC
100 Summer Street
Boston, MA 02110
617-720-1333
617-720-2445 FAX

Robert J. McConnell (#3888)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, Rhode Island 02940
401-457-7700
401-457-7708 FAX

Order:

This Motion is hereby Denied.

Date: 9/9/05

Ernest C. Torres
U.S. Judge