**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CA05-221T; CA05-274T** **DATE**: September 9, 2005

**TITLE OF CASE:** Corvello, et al. v. New England Gas Co. (05-221T)
Burns et al. v. New England Gas Co. (05-274T)

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Plaintiff: 05-221T Robert J. McConnell, Esq.; Brad J. Mitchell, Esq.; Mark W. Roberts, Esq.

05-274T Brian R. Cunha, Esq.

Defendant: 05–221T & 05-274 T David A. Wollin, Esq.

---

**PROCEEDINGS:** **Hearing on Plaintiffs' Motions To Remand**

All counsel of record present. Court addresses. No objection to plaintiffs' motions for entry of appearance pro hac vice. Motions pertaining to Brad J. Mitchell, Esq. and Mark W. Roberts, Esq. granted. Motions as to Jonathan D. Orent, Esq. and David C. Strouss, Esq. denied. McConnell for Corvello argues Motion to Remand. Cunha for Burns argues Motion to Remand. Defense responds and argues denial of motion. McConnell responds. Court addresses. Court denies both Motions to Remand.