UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case Nos. 05-274T; 05-370T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**DEFENDANT'S MOTION TO EXTEND THE PAGE LIMIT FOR REPLY**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company ("NEGasCo"), hereby moves this Court for an order extending the page limit set forth in Amended General Order 2002-01 for reply memoranda from five pages to twelve. The reply is in support of NEGasCo's motion to dismiss the complaint. The grounds for this motion for extension are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
October 17, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

David A. Wollin

357477_1.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND<br>JOHN F. CORVELLO, et al. | :<br>:<br>: | |
| vs. | :<br>: | C. A. No. 05-221T<br>(Related Case Nos. 05-274T; 05-370T) |
| NEW ENGLAND GAS COMPANY,<br>INC. | :<br>: | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXTEND THE PAGE LIMIT FOR REPLY**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company ("NEGasCo"), hereby submits this memorandum of law in support of its motion seeking a seven-page extension of the five-page limit set forth in Amended General Order 2002-01 for reply memoranda.

**ARGUMENT**

NEGasCo. respectfully requests a seven-page extension of the five-page limit on reply memoranda set forth in Amended General Order 2002-01. NEGasCo. submits that there is good cause for the short extension for the following reasons.

First, NEGasCo. needs the additional seven pages to adequately address the arguments and cases raised in Plaintiffs' lengthy memorandum in opposition to NEGasCo.'s motion to dismiss. Plaintiffs' memorandum is twenty pages long -- the maximum number of pages allowed -- and has numerous citations to cases and statutes and multiple footnotes with string citations. Five pages are simply inadequate to respond to the Plaintiffs' arguments.

Second, this case is related to two other cases pending in this Court (brought by a separate law firm) with substantially similar complaints. In these latter cases, NEGasCo. has already moved to dismiss the complaints on largely the same grounds as in this case. Thus, NEGasCo anticipates that a twelve-page reply brief in this case should adequately cover most, if

not all, of the issues raised in the related cases (thereby likely obviating the need to seek leave to file more than five pages in those cases).

Third, NEGasCo. is not seeking a large number of extra pages. The extra seven pages are, in the defendant's good faith belief, the minimum number of pages that NEGasCo needs to respond to the opposition papers.

Fourth, this is NEGasCo.'s first request for an extension of the page limits in the Amended General Order. NEGasCo. did not seek an extension in connection with briefing on the removal issues.

Lastly, Plaintiffs will not be prejudiced by an extension of the page limit of a mere seven pages. On the other hand, NEGasCo. will suffer prejudice if it has inadequate space to address Plaintiffs' arguments.

## CONCLUSION

For the foregoing reasons, NEGasCo respectfully requests an extension of seven pages for its reply brief in support of its motion to dismiss.

Dated: Providence, Rhode Island
October 17, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

/s/ [signature]

*357480_1.doc*