RECEIVED
OCT 17 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND
JOHN F. CORVELLO, et al.

vs.

NEW ENGLAND GAS COMPANY, INC.

C. A. No. 05-221T
(Related Case Nos. 05-274T; 05-370T)

**DEFENDANT'S MOTION TO EXTEND THE PAGE LIMIT FOR REPLY**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company ("NEGasCo"), hereby moves this Court for an order extending the page limit set forth in Amended General Order 2002-01 for reply memoranda from five pages to twelve. The reply is in support of NEGasCo's motion to dismiss the complaint. The grounds for this motion for extension are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
October 17, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

GRANTED
Ernest C. Torres
Chief, US District Judge
10/25/05

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2005, a copy of the foregoing was hand-delivered to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

and a copy of the foregoing was mailed to the following:

David C. Strouss, Esq.
Brad J. Mitchell, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

David A. W[illegible]

357477_1.doc