UNITED STATES DISTRICT COURT
DISTRICT OF RHODE SLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | ) | |
| vs. | ) | C.A. No. 05-0221T (Related Case No. 05-274T) |
| NEW ENGLAND GAS COMPANY, INC. | ) | |

**PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT AGAINST NEW ENGLAND GAS COMPANY**

The Plaintiffs hereby move to amend their Second Amended Complaint against New England Gas Company. One additional Plaintiff, who is suffering similar harm to the existing Plaintiffs, comes forward and names New England Gas Company, Inc. as the entity responsible for those harms. Due to the similarity between the harms suffered by this additional plaintiff and her status as Tiverton resident, she seeks to be added as a party to this litigation. Additionally, with a determination that this Court has Federal Diversity Jurisdiction, the Plaintiffs move to add an additional count to the complaint under CERCLA, 42 U.S.C. § 9601 et seq.

*Dated*: November 21, 2005

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

Robert J. McConnell (#3888)
Michael G. Rousseau (#6940)
Jonathan D. Orent
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

## CERTIFICATION

I hereby certify that a copy of the foregoing memorandum was mailed, first-class and postage pre-paid, to all counsel of record per the attached service list on this 22nd day of November, 2005.

**SERVICE LIST – C.A. No. 05-0221T (Related Case # 05-274T)**

John A. Tarantino
Patricia K. Rocha
David A. Wollin
Kristen W. Sherman
**ADLER, POLLOCK & SHEEHAN P.C.**
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401.274.7200

Eric D. Herschmann
**KASOWITZ, BENSON, TORRES & FREIDMAN LLP**
1633 Broadway
New York, NY 10019

Christina Dodds
**WATSON, BISHOP, LONDON & BROPHY**
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, TX 78701
512.479.5900

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE SLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND<br>JOHN F. CORVELLO, et al.<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY,<br>INC. | )<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>C.A. No. 05-0221T<br>(Related Case No. 05-274T) |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO AMEND THEIR COMPLAINT AGAINST NEW ENGLAND GAS COMPANY**

The Plaintiffs hereby move to amend their Second Amended Complaint against New England Gas Company. One additional Plaintiff, who is suffering similar harm to the existing Plaintiffs, comes forward and names New England Gas Company, Inc. as the entity responsible for those harms. Due to the similarity between the harms suffered by this additional plaintiff and her status as Tiverton resident, she seeks to be added as a party to this litigation. Additionally, with a determination that this Court has Federal Diversity Jurisdiction, the Plaintiffs move to add an additional count to the complaint under CERCLA, 42 U.S.C. § 9601 et seq.

**ARGUMENT**

Plaintiffs respectfully request leave to amend the complaint. Under the Federal Rules of Civil Procedure, such amendments are to be "freely given." See F.R. CIV. P. 15(a). In interpreting Rule 15(a), the United States Supreme Court has consistently applied this liberal pleading standard: "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." Foman v. Davis, 371 U.S. 178, 182 (1962).

This amendment meets that liberal standard. The "underlying facts or circumstances" in this case remain the same. This amendment adds to this cause of action a similarly situated homeowner who has suffered the same or similar harm to the list of plaintiffs already involved in this case. Moreover, the amendment adds a claim that could not have been brought under the jurisdiction of the state court. Therefore, the Plaintiffs respectfully request that this Court grant this motion to amend their complaint.

*Dated*: November 21, 2005

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

Robert J. McConnell (#3888)
Michael G. Rousseau (#6940)
Jonathan D. Orent
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

I hereby certify that a copy of the foregoing memorandum was mailed, first-class and postage pre-paid, to all counsel of record per the attached service list on this 22nd day of November, 2005.

**SERVICE LIST – C.A. No. 05-0221T (Related Case # 05-274T)**

John A. Tarantino
Patricia K. Rocha
David A. Wollin
Kristen W. Sherman
**ADLER, POLLOCK & SHEEHAN P.C.**
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401.274.7200

Eric D. Herschmann
**KASOWITZ, BENSON, TORRES & FREIDMAN LLP**
1633 Broadway
New York, NY 10019

Christina Dodds
**WATSON, BISHOP, LONDON & BROPHY**
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, TX 78701
512.479.5900