UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL CORVELLO, ET AL.,

Plaintiffs

v. C.A. No. 05-221T

NEW ENGLAND GAS COMPANY

Defendant

**ORDER GRANTING PLAINTIFFS' MOTION FOR NEIL T. LEIFER, ESQ. TO APPEAR PRO HAC VICE AND GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT**

For reasons stated in open court on December 1, 2005, Plaintiffs' Motion for Neil T. Leifer, Esq. to Appear Pro Hac Vice is hereby granted.

Plaintiffs' Motion to Amend the Complaint is hereby granted in part and denied in part. Motion is granted as to the addition of another plaintiff and denied without prejudice as to the inclusion of an additional count to the complaint.

Defendant's Motion to Dismiss the Complaint is taken under advisement and when the Court issues its decision, entry of that order shall be delayed for ten (10) days. During that ten (10) day period, Plaintiffs may file a Motion to Amend if warranted and a Motion to Stay the Entry of an Order regarding the Motion to Dismiss until any such Motion to Amend is decided. After the ten (10) day period has elapsed, no further Motions to Amend may be filed unless there is a demonstrable change in the law or a change in circumstances.

Counsel may have one week in which to submit requests for certification to the Rhode Island Supreme Court of any issues of

state law and this Court reserves the right to certify any such issues sua sponte.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 12/1/05