**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-221T<br>(Related Case No. 05-274T)<br>**EMERGENCY MOTION** |

**<u>PLAINTIFFS' EMERGENCY MOTION FOR LEAVE OF THE COURT TO TAKE THE VIDEOTAPED DEPOSITION OF JOSE SOUZA</u>**

NOW COMES Plaintiffs in the above entitled action seeking emergency leave of this Honorable Court to take the discovery and video taped depositions of Mr. Jose Souza in order to preserve his testimony for trial. Moreover, Plaintiffs seek permission of this Court to notice this deposition on an expedited basis. As reason thereof, the Plaintiffs rely upon the accompanying memorandum of law.

*Dated*: August 17, 2006

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert J. McConnell
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>C.A. No. 05-221T<br>(Related Case No. 05-274T)<br>**EMERGENCY MOTION** |

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFFS' EMERGENCY MOTION FOR LEAVE OF THE COURT TO TAKE THE VIDEOTAPED DEPOSITION OF JOSE SOUZA**

The Plaintiffs' request emergency leave of this Court to take the discovery and videotaped depositions of Mr. Jose Souza in order to preserve his testimony for trial. This case last came before this Honorable Court in December of 2005 on a Motion to Dismiss brought by the Defendant. Because the motion has not yet been ruled on, the Court has not conducted the Rule 26(f) conference nor have the parties exchanged their initial disclosures. As a result of this, the Plaintiffs' in this case need leave of the Court to conduct a deposition pursuant to this matter. Mr. Souza, is 86 years old. His age requires the Plaintiffs to act quickly to preserve his testimony.

**Argument**

The Federal Rules of Civil Procedure allow this Court wide latitude in granting a party leave to take depositions prior to the time specified in Rule 26(d). Both Rules 27 and 30 have provisions expressing this Court's inherent ability to allow testimony to be

preserved for trial. Rule 27(C) provides that "[t]his rule does not limit the power of a court to entertain an action to perpetuate testimony." Fed. R. Civ. P. 27. Likewise, Rule 30(A)(2)(C) states that a party can take a deposition before the time specified in Rule 26(d), but must first obtain leave of the Court before noticing the deposition.

Mr. Souza recently agreed to provide factual testimony based upon his occupational history. The importance of Mr. Souza's testimony to this case coupled with his age make it imperative that the Plaintiffs have an opportunity to preserve his testimony for trial.

## Conclusion

Therefore, we request this Honorable Court to grant this motion for leave of the Court to take the Depositions of Mr. Souza. The Plaintiffs further request this Honorable Court grant the Plaintiffs permission to notice this deposition within two weeks of the scheduled hearing.

*Dated*: August 17, 2006

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert J. McConnell
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**

100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222