UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND<br>JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T<br>(Related Case No. 05-274T,<br>05-274 T, 05-522 T, 05-370 T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company, hereby submits the following change of attorney information: The address for Christina Dodds, Esq. of the law firm of Bishop London Brophy Dodds, who has been admitted pro hac vice in this matter, has been changed to 3701 Bee Cave Road, Austin, Texas, 78746.

Dated: Providence, Rhode Island
August 24, 2006

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*

John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

/s/ *David A. Wollin*

343056_1.doc