UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D.,
and JOHN F. CORVELLO, et al.,
Plaintiffs,
v.
NEW ENGLAND GAS COMPANY, INC.,
Defendant.

CA 05-221 T

**ORDER**
**DENYING WITHOUT PREJUDICE**
**MOTION TO TAKE DEPOSITION**

Before the Court is Plaintiffs' Emergency Motion for Leave of the Court to Take the Videotaped Deposition of Jose Souza (Document #43) (the "Motion"). The Court conducted a hearing on August 30, 2006. The Motion is denied without prejudice.

Plaintiffs may renew the Motion but must provide a detailed proffer of the expected testimony of Mr. Souza and a copy of any document which Plaintiffs expect to use in connection with the testimony of Mr. Souza.[1] See 19th Street Baptist Church v. St. Peters Episcopal Church, 190 F.R.D. 345, 350 (E.D. Pa. 2000).

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
August 31, 2006

BY ORDER:

Deputy Clerk

[1] The Court indicated that if these requirements were met it would be inclined to grant the Motion provided Defendant received the proffer at least twenty-one days prior to the date of the discovery deposition and the testimonial deposition occurred no sooner than thirty days after the discovery deposition.