# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND
JOHN F. CORVELLO, ET AL

CA 05-221 T

vs

PROVIDENCE, RI
AUGUST 30, 2006

NEW ENGLAND GAS COMPANY, INC.

BEFORE MAGISTRATE JUDGE DAVID L. MARTIN

APPEARANCES:

FOR THE PLAINTIFFS:

MARK W. ROBERTS, ESQ.
McRoberts, Roberts & Rainer
Exchange Place
53 State Street
Boston, MA 02109
617-227-2125

ROBERT J. McCONNELL, ESQ.
Motley Rice LLC
321 South Main St. Suite 402
PO Box 6067
Providence, RI 02940
457-7700

FOR THE DEFENDANTS:

DAVID A. WOLLIN, ESQ.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza 8th Flr.
Providence, RI 02903
274-7200

AUGUST 30, 2006 - AFTERNOON SESSION

THE COURT: Good afternoon. This is the matter of Gail, John D. and John F. Corvello, et al vs. New England Gas Company, Inc., Civil Action 05-221T. This matter is before the Court this afternoon on the plaintiffs' emergency motion for leave of the Court to take the videotaped deposition of Jose Souza. This is Document Number 43 in the clerk's file. Defendant New England Gas Company has filed an objection to the motion. That is Document Number 45 in the clerk's file. The attorneys will identify themselves, please.

MR. ROBERTS: Your Honor, Mark Roberts from McRoberts, Roberts & Rainer for the plaintiffs.

MR. McCONNELL: Good afternoon, your Honor. Robert McConnell for the plaintiffs.

MR. WOLLIN: Good afternoon, your Honor. David Wollin for the defendant. Your Honor, with me is David Ross. He is counsel at Kasowitz, Benson.

THE COURT: All right. Thank you, counsel. All right. This is the plaintiffs' motion. I'll hear from plaintiff.

MR. ROBERTS: Thank you your Honor. Just to give you a little bit of a background in the case, the case was filed, a motion to dismiss was heard and argued, and is currently pending, and as a result there hasn't been a scheduling conference, and the -- so since there hasn't been

a scheduling conference, there hasn't been discovery disclosure, there hasn't been a discovery schedule established.

This is a case which you may have seen in the paper in Tiverton, Rhode Island where the plaintiffs are living on properties that are contaminated with coal, gasification wastes, which in this lawsuit we're alleging came from Fall River Gas Company. One of the key issues is, did it, in fact, come from Fall River Gas Company. Unfortunately, a lot of the material was transported in the '30s, '40s and '50s, and so the witnesses are, in large part, deceased. And, in fact, we've been doing exhaustive investigation to find witnesses who can actually testify that the material did come from Fall River Gas down to Tiverton, and Jose Souza is such a person. He worked for two different companies that went to Fall River Gas Company. He actually -- one of their companies had the contract to clean out the ash and other wastes from Fall River Gas. He distributed it on the roads. So, he's going to be critical to our proving where this came from, that it came from Fall River Gas company as opposed to any of the other gas companies in Rhode Island. So far, based on a lot of preliminary investigation, he's the only witness that we have that can give this testimony.

Prior to filing the motion, we approached the defendants' attorneys and suggested that we do a disclosure