# EXHIBIT B

FRE 408 SETTLEMENT PROPOSAL
DRAFT -- WITHOUT PREJUDICE

**EXPEDITED DISCOVERY SCHEDULE RELATED TO DEPOSITION OF JOSE SOUZA**

| | |
|---|---|
| September 18: | Plaintiffs To Serve: (1) Rule 26(a) Disclosures; (2) All Rule 27(a) Disclosures Re Souza's Deposition; (3) All Witness Statements, Affidavits and Documents Obtained From Any Witness; and (4) Copies of All Exhibits Plaintiffs Will Show Souza at His "Trial" Deposition |
| September 25: | Defendant Serves First Set of Document Requests and Interrogatories Related to "Souza" Issues; Defendants May Commence Service of Additional Discovery Including Documentary Subpoenas on Souza and Others |
| October 10: | Plaintiffs Serve Responses to First Set of Document Requests and Interrogatories, and Plaintiffs Produce All Responsive Documents And Serve Privilege Log (If Any) |
| November 13: | Defendant's "Discovery" Deposition of Souza |
| December 13: | Souza's "Trial" Deposition |

*The parties agree to expedited briefing and resolution of any disputes with respect to the foregoing.