**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D. | ) | |
| AND JOHN F. CORVELLO, et al. | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | C.A. No. 05-221T |
| | ) | (Related Case No. 05-274T) |
| | ) | **EMERGENCY MOTION** |
| | ) | |
| NEW ENGLAND GAS COMPANY, INC.; | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT NEW ENGLAND GAS COMPANY'S OBJECTION TO PLAINTIFF'S SECOND EMERGENCY MOTION FOR LEAVE TO TAKE THE DEPOSITION OF JOSE SOUZA**

Within the last thirty six (36) hours Plaintiff's have learned that Mr. Jose Souza was hospitalized this past weekend and at present remains hospitalized at St. Ann's Hospital in Fall River, Massachusetts. The most updated information available to Plaintiffs is that Mr. Souza became ill this weekend and was admitted to the hospital. He underwent an initial series of tests for potential gastrointestinal problems and has undergone more tests today. At present, Plaintiff is unaware of whether Mr. Souza will require surgery or when he will be discharged.

In early September, Plaintiffs provided Defendants with a detailed summary of Mr. Souza's expected testimony and copies of exhibits that Plaintiffs might discuss with Mr. Souza. In light of what appears to be serious health concerns for Mr. Souza, Plaintiffs

respectfully request that the discovery and trial depositions be scheduled in an expedited manner.

*Dated*: September 20, 2006

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

I hereby certify that a copy of the foregoing memorandum was mailed, first-class and postage pre-paid, to all counsel listed below on this 20th day of September, 2006.

/s/ Susan Hargreaves

Christina C. Dodds
Bishop London Brophy Dodds, P.C.
106 E. Sixth Street
Suite 700
Austin, TX 78701

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

Eric D. Herschmann
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110