UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D., :
and JOHN F. CORVELLO, et al., :
Plaintiffs, :
v. : CA 05-221 T
:
NEW ENGLAND GAS COMPANY, INC., :
Defendant. :

**SUPPLEMENTAL ORDER**
**RE EMERGENCY**
**MOTION TO TAKE DEPOSITION**

On September 22, 2006, the Court entered an order, granting Plaintiffs' Second Emergency Motion to Take the Videotaped Deposition of Jose Souza (Document ("Doc.") #48). See Order Granting Emergency Motion to Take Deposition (Doc. #53) ("Order of 9/22/06"). The Order of 9/22/06 required Defendant to propound to Plaintiffs by September 25, 2006, the interrogatories and requests for production relevant to the testimony of Mr. Souza. See Order of 9/22/06 at 3. It also stated that the Court would review said interrogatories and request for production and issue a supplemental order, "addressing whether Plaintiffs shall be required to answer all, some, or none of the interrogatories and requests for production prior to the discovery deposition.

Defendants, in compliance with the Order of 9/22/06, submitted a copy of the interrogatories and requests for production to the Court. See Order of 9/22/06 at 3. The Court has reviewed these documents and now makes the following supplemental order.

1. Plaintiffs shall answer[1] interrogatories 1, 2, 3, and 4

[1] Continuing the balancing process, see Order of 9/22/06 at 2, Plaintiffs are not required to provide Defendant with signed answers to interrogatories prior to the discovery deposition. However, Plaintiffs' counsel shall make every effort to insure that the answers provided to Defendant are as complete and accurate as possible.

prior to the discovery deposition to the extent that Plaintiffs shall identify persons by stating their full name, residential or work address, and a telephone number at which they can be contacted. If there is no telephone at which the person may be contacted, as to that person Plaintiffs must provide both a residential and work address.

2. Plaintiffs shall answer interrogatory 5 prior to the discovery deposition. However, in lieu of describing any written or recorded communications, Plaintiffs may attach a copy of such written or recorded communications to their answers.

3. Plaintiffs shall answer requests for production of documents 1 through 10 prior to the discovery deposition.

So ordered

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
October 2, 2006

BY ORDER:

Martha Saucier

Deputy Clerk