UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO ET AL., Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 05-0221T |
| NEW ENGLAND GAS COMPANY, INC., Defendant. | ) | |

**NON-PARTY RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT'S MOTION TO QUASH OR MODIFY SUBPOENA**

Non-party Rhode Island Department of Environmental Management ("RIDEM") respectfully moves for an order quashing or modifying the subpoena *duces tecum* attached as Exhibit A seeking documents from RIDEM. As further explained in the memorandum filed contemporaneously herewith, the subpoena fails to allow reasonable time for compliance, requires disclosure of privileged or other protected matter and no exception or waiver applies, and subjects RIDEM to an undue burden, as provided in Fed. R. Civ. P. 45(c)(3), because the subpoena, read literally, seeks documents not in the possession, custody, or control of RIDEM, purports to require RIDEM to undertake extraordinary measures in a short period of time to search for responsive documents, seeks documents that are not relevant and are not likely to lead to the discovery of admissible evidence, and seeks documents going back for an indeterminate amount of time, which could be for 75 years or longer. For these reasons, RIDEM requests that the Court quash the subpoena as written, narrow and refine the scope of the requests, and provide a reasonable time for compliance so that RIDEM will not be subjected to undue burden and expense.

Respectfully submitted, this 6th day of October, 2006.

Rhode Island Department of Environmental Management
By its attorney

/s/Brian A. Wagner

BRIAN A. WAGNER R.I. BAR NO. 4033
Rhode Island Department of Environmental Management
Office Of Legal Services
235 Promenade Street
Providence, RI 02908-5767
(401) 222-6607 (401) 222-3378(f)

---

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing by United States mail, first class postage prepaid, addressed as follows:

Robert J. McConnell
Michael G. Rousseau
Jonathan D. Orent
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940

David C. Strouss
Brad J. Mitchell
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
MCROBERTS, ROBERTS & RAINER
53 State Street
Boston, MA 02109

John A. Tarantino
Patricia K. Rocha
David A. Wollin
Kristen W. Sherman
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric D. Herschmann
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Christina Dodds
WATSON, BISHOP, LONDON & BROPHY
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, TX 78701

This 6th day of October, 2006.

/s/Brian A. Wagner
Brian A. Wagner R.I. Bar No. 4033