**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GAIL, JOHN D. AND JOHN F. CORVELLO ET AL.,

Plaintiffs,

v.

NEW ENGLAND GAS COMPANY, INC.,

Defendant.

CIVIL ACTION FILE NO. 05-0221T

**NON-PARTY RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT'S MOTION TO QUASH OR MODIFY SUBPOENA**

Non-party Rhode Island Department of Environmental Management ("RIDEM") respectfully moves for an order quashing or modifying the subpoena *duces tecum* attached as Exhibit A seeking documents from RIDEM. As further explained in the memorandum filed contemporaneously herewith, the subpoena fails to allow reasonable time for compliance, requires disclosure of privileged or other protected matter and no exception or waiver applies, and subjects RIDEM to an undue burden, as provided in Fed. R. Civ. P. 45(c)(3), because the subpoena, read literally, seeks documents not in the possession, custody, or control of RIDEM, purports to require RIDEM to undertake extraordinary measures in a short period of time to search for responsive documents, seeks documents that are not relevant and are not likely to lead to the discovery of admissible evidence, and seeks documents going back for an indeterminate amount of time, which could be for 75 years or longer. For these reasons, RIDEM requests that the Court quash the subpoena as written, narrow and refine the scope of the requests, and provide a reasonable time for compliance so that RIDEM will not be subjected to undue burden and expense.

Withdrawn per 10-17-06 letter from attorney Wollin
David L. Martin, USMJ 10-18-06