UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, ET AL.
Plaintiff(s)

v.

Dkt. No. CA-05-221T
(and related cases: 05-274T, 05-370T and 05-522T)

NEW ENGLAND GAS COMPANY, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant New England Gas Company, Inc. hereby moves that David E. Ross be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

~~NEW ENGLAND GAS COMPANY, INC.~~
(~~Plaintiff~~/Defendant)

By: /s/ David A. Wollin
Bar ID No.: 4950
Adler Pollock & Sheehan P.C. Address: One Citizens Plaza, 8th Floor
DATED: November 9, 2006 Providence, RI 02903-1345

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(~~s~~) of New York and of the following Federal District Court and/or Court of Appeals Bar(s) U.S.D.C. SDNY and EDNY*, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

*Dist. of Connecticut, U.S.C.A. for the Second, Third, Seventh and Eleventh Circuits, and United States Supreme Court

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

David E. Ross N/A

Print Name State Bar ID #

Kasowitz, Benson, Torres & Friedman, LLP

Firm Name

1633 Broadway

Business Address

New York, New York 10019

212-506-1748 212-506-1800

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ David A. Wollin

Signature of Local Counsel

David A. Wollin 4950

Print Name R.I. Bar ID #

Adler Pollock & Sheehan P.C.

Firm and Business Address

One Citizens Plaza, 8th Floor

Providence, RI 02903-1345

Tel. # 274-7200 Fax # 351-4607

**ORDER**

This motion is hereby ______________________

______________________

District Judge

Date: