UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case No. 05-274T, 05-370 T, 05-522 T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

# STIPULATION

Plaintiffs and Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company, hereby stipulate and agree that Defendant may have two weeks from the last filing of any substituted plaintiffs to answer or otherwise respond to the most recent amended complaint.

**MOTLEY RICE LLC**

/s/ *Robert J. McConnell, Esq.*
Robert J. McConnell, Esq. (#3888)
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
321 South Main Street
Providence, RI 02940
(401) 457-7700
Fax: (401) 457-7708

*Attorneys for Plaintiffs*

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES**
**& FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

/s/ *David A. Wollin*

*399638_1.doc*