UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. | : | |
| vs. | : | C. A. No. 05-221T (Related Case No. 05-274T, 05-370 T, 05-522 T) |
| NEW ENGLAND GAS COMPANY, INC. | : | |

**NOTICE TO TAKE 30(b)(6) DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30(b)(6) of the Federal Rules of Civil Procedure, Defendant New England Gas Company will conduct the deposition upon oral examination of WarRoom Document Solutions of RI, Inc., **at 10:00 a.m. on Thursday, December 21, 2006** at the offices of **Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903**, or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means.

Pursuant to Rules 28 and 30(b)(6) of the Federal Rules of Civil Procedure, WarRoom Document Solutions of RI, Inc. is directed to designate one or more officers, directors

or managing agents, or other persons who consent to testify on its behalf concerning the subjects referred to in the attached Schedule B.

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ David A. Wollin
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607
Dated: December 13, 2006

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

# **SCHEDULE B**

## **SUBJECT MATTERS OF RULE 30(b)(6) DEPOSITION**

1. The Project.

2. Communications regarding the Project.

3. Instructions RIDEM gave to Warroom regarding the Project.

4. Warroom's performance and/or completion of the Project, including without limitation Warroom's communication to RIDEM of the actual work and services performed as part of the Project.

5. Communications between RIDEM and Warroom regarding the intended or actual contents and/or labeling of the disks of scanned documents Warroom prepared or was to prepare as part of the Project.

6. The identity of RIDEM personnel who performed any work or had any communications regarding the Project.

7. The identity of Warroom personnel who performed any work or had any communications regarding the Project.

*402310_1.doc*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) or email to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

Brian Wagner, Esq.
Deputy Chief Legal Counsel
RIDEM - Office of Legal Services
235 Promenade St., 4th Floor
Providence, RI 02908-5767

-and-

By First-Class Mail, Postage Prepaid to:

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

/s/ *David A. Wollin*

402364_1.doc