UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al.

*Plaintiffs*,

vs.

NEW ENGLAND GAS COMPANY, INC.,

*Defendant*.

C.A. No. 05-0221T
(Related Cases: 05-274T; 05-370T; 05-522T)

**NEW ENGLAND GAS COMPANY'S EMERGENCY MOTION FOR AN EXTENSION OF TIME TO RESPOND TO RIDEM'S MOTION FOR A PROTECTIVE ORDER**

By this emergency motion, defendant New England Gas Company ("NEGasCo") seeks a two week extension -- from December 26, 2006 to January 9, 2007 -- to file its opposition to the motion filed by the Rhode Island Department of Environmental Management ("RIDEM"), styled "Motion For Protective Order Requiring The Return Of Inadvertently Produced Privileged Documents" (hereafter, the "Motion"). RIDEM has not consented to NEGasCo's request for a short extension.

By way of background, on September 29, 2006, NEGasCo served RIDEM with a subpoena seeking documents pertinent to this suit. RIDEM then sought and obtained from NEGasCo an extension of the return date in order to provide sufficient time for RIDEM to identify responsive documents and to segregate its allegedly privileged documents. Thereafter, on October 25, 2006, RIDEM produced to NEGasCo's counsel a compact disc (containing the equivalent of 2 bankers boxes of documents) that included

interspersed among the production approximately 400 pages of documents RIDEM now alleges are privileged documents that were inadvertently produced. Such purportedly privileged documents were left in NEGasCo's possession for more than one month before RIDEM sought their return.[1]

In the Motion, RIDEM ignores its own failure to take necessary precautions in preparing and ultimately producing documents to NEGC. Instead, RIDEM contends that its production of allegedly privileged documents was due solely to "contractor error" committed by Warroom Document Solutions ('Warroom"), which RIDEM had retained to number and scan its documents for production to NEGasCo. (Motion at pp. 1-4.) RIDEM's motion does not include an affidavit from any representative of Warroom.

While NEGasCo believes there are multiple bases for denial of RIDEM's motion, as RIDEM's Motion blames Warroom for the alleged inadvertent production, NEGasCo’s counsel contacted Warroom to ascertain the facts regarding their work for RIDEM. While Warroom's representative advised that it made no error whatsoever in connection with its work for RIDEM, they also advised this past Tuesday evening that RIDEM directed them not to speak with counsel for NEGasCo. After requesting without success that RIDEM lift this "gag order," on Wednesday, December 13, NEGasCo served a documentary and testimonial subpoena on Warroom regarding their work for RIDEM, and a corresponding documentary subpoena on RIDEM. Both subpoenas are returnable next week, just prior to the Christmas holiday.

[1] In accordance with the new amendment to Fed. R. Civ. P. 26(b)(5)(B), during the pendency of this dispute, NEGasCo has segregated the documents at issue, which have not been disclosed to third parties.

In light of the coming holidays, and to provide NEGasCo an opportunity to incorporate the results of such discovery in its opposition, NEGasCo respectfully seeks a two week extension to January 9, 2007 to file its opposition to the Motion.

**Conclusion**

For the foregoing reasons, NEGasCo seeks a two week extension -- from December 26, 2006 to January 9, 2007 -- to file its opposition to RIDEM's Motion for Protective Order.

Dated: December 15, 2006

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>Brian Wagner, Esq.<br>Deputy Chief Legal Counsel<br>RIDEM - Office of Legal Services<br>235 Promenade St., 4th Floor<br>Providence, RI 02908-5767 |
| | |

/s/ *David A. Wollin*

*402555_1.doc*