UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and John F. CORVELLO, et al,

Plaintiffs,

v. C.A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.,

Defendant

**ORDER**

For reasons stated in open Court on December 20, 2006, the defendant's motion for an extension of time to respond to RIDEM's motion for a protective order is granted. The defendant may have until January 9, 2007 to respond to RIDEM's motion.

The defendant is ordered to deliver all disks containing the allegedly privileged information and all printouts in its possession to the Court.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres, Sr. U.S. District Judge
Date: 12/20/06