# EXHIBIT 2

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

November 2, 2006

**VIA E-MAIL AND FACSIMILE**

Brian A. Wagner, Esq.
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, Rhode Island 02908-5767

Re: Subpoena to RIDEM in Corvello, et al v. New England Gas Company

Dear Brian:

As you know, in connection with court-ordered discovery in the above-referenced matter, on September 29 New England Gas Company served a document subpoena on RIDEM, and RIDEM thereafter moved to quash the subpoena. We then conferred with you to address RIDEM's objections and concerns, and reached agreement resulting in RIDEM's withdrawal of the motion. You advised that prior to any production, RIDEM intended to withhold privileged documents, including attorney-client and work product communications and documents purportedly covered by a deliberative process privilege. You also advised that RIDEM needed time to conduct such privilege review and would provide us with a privilege log. We agreed to provide RIDEM with sufficient time to gather its responsive documents and conduct its privilege review. Thereafter, we again spoke and you advised that you were personally conducting the privilege review, and that at that time you had reviewed approximately half of the responsive documents. Following your review process which lasted several weeks, RIDEM began producing documents to us on October 25. Yesterday, you advised that RIDEM will be producing additional documents as well as the promised privilege log.

We have just begun reviewing RIDEM's production (from the first Bates numbered document), and noticed that it includes internal communications with counsel (which may not be privileged for various reasons). Given your extended privilege review, we presume such production was intentional. Out of caution, we are notifying you of the foregoing and have temporarily ceased further review. We request that RIDEM immediately confirm that such production was

intentional. As you know, time is of the essence in our preparing for the expedited deposition of Jose Souza. Unless we hear from you by 5:00 p.m. tomorrow, Friday November 3, 2006, we will understand that the production was intentional and will proceed with our review.

Very truly yours,

DAVID A. WOLLIN

cc: David Ross, Esq.
Seth Davis, Esq.

*398490_1.doc*