# EXHIBIT 3

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

November 20, 2006

**VIA E-MAIL AND FACSIMILE**

Brian A. Wagner, Esq.
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, Rhode Island 02908-5767

Re: Subpoena to RIDEM in Corvello, et al v. New England Gas Company

Dear Brian:

Last Friday, November 17, we received your e-mail enclosing RIDEM's log of allegedly privileged documents (the "Log") responsive to Southern Union's September 29 subpoena to RIDEM. Based on our preliminary review of the Log, it appears that all or nearly all documents on the Log were produced by RIDEM to Southern Union nearly a month ago, on October 25. When we first began to review that production we came across what we believed were attorney-client communications and immediately halted our review and informed you of our finding. On November 2 we alerted you of our concern in writing and asked whether you intended to produce these documents. You subsequently informed us that, after you received our notice, you re-reviewed some portion of the production and did not believe the documents you saw were privileged. You did not object to our continued review of the production and, on that basis, we continued and nearly completed our review when we received your Log last Friday.

We believe RIDEM has waived any claim of privilege with respect to its documents in two ways: first by producing the documents to Southern Union, and second by not conducting a thorough review of its production for privilege after we alerted you to our concerns. You may call David Ross or me if you want to discuss this matter.

Very truly yours,

DAVID A. WOLLIN
DAW/cv

cc: John A. Tarantino, Esq.
David Ross, Esq.
Seth Davis, Esq.

400172_1.doc

STATE CAPITAL
GLOBAL LAW FIRM GROUP

Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.