# EXHIBIT 4

OFFICE OF LEGAL SERVICES
*Brian A. Wagner, Deputy Chief Legal Counsel*
**Tel.** (401) 222-6607
**Fax** (401) 222-3378
*brian.wagner@dem.ri.gov*

November 22, 2006

**By E-Mail**

David Wollin, Esq.
ADLER POLLOCK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

*Re:* *Corvello et al. v. New England Gas Co.*
*Subpoena to RIDEM*

Dear David:

Thank you for your letter of November 20, 2006. Please be advised that DEM's production of any privileged documents identified in the privilege log was wholly unintentional and was the result of error by the contractor that performed the bates numbering and scanning services. Accordingly, I am formally requesting the return of the CDs and any copies (paper or electronic) that have been made of those discs.

I acknowledged that you did in fact contact me on November 2, 2006 with concerns about the production of documents. I reviewed the documents that you referenced and found that they were technically privileged but harmless memos that merely referred your subpoena to other offices in DEM with a request that relevant documents be forwarded to the Office of Legal Services. Contrary to your letter, I never stated that the documents were not privileged. In response to your letter, I identified the kind of documents that I had reviewed and commented that if the documents that you had found were similar, that I would not assert privilege. Obviously, the privileged documents that you ultimately found on the CDs were far more extensive than you indicated in your November 2, 2006 letter and went far beyond the limited type of document that I indicated were not an issue for the Department.

Accordingly, since the documents were clearly produced in error, I am requesting that they be returned to DEM for appropriate segregation.

Very truly yours,

Brian A. Wagner

Cc: Patty Fairweather, Esq.