# EXHIBIT 6

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

DAVID E. ROSS
212-506-1748

ATLANTA
HOUSTON
NEWARK

December 1, 2006

**BY E-MAIL AND FAX**

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, Rhode Island 02908-5767

Re: Subpoena to RIDEM in
Corvello, et al. v. New England Gas Company

Dear Brian:

This past Tuesday, November 28, we e-mailed you our letter explaining that RIDEM has waived any purported privilege with respect to the documents listed on its privilege log, that we have no obligation to and will not return the documents, and requesting that you advise us immediately if we misapprehended any of the relevant facts. RIDEM has not responded to our letter nor has it moved the Court for return of the documents. Unless RIDEM serves and files such a motion by next Tuesday, December 5 -- seven days from our November 28 letter -- we will understand that RIDEM has abandoned its privilege claim as to the documents and will proceed accordingly, including without limitation producing the entirety of RIDEM's production to plaintiffs, as we are obligated to do under the Federal Rules.

Sincerely,

David E. Ross

cc: John A. Tarantino, Esq.
David Wollin, Esq.