# EXHIBIT 7

# SPECIAL INSTRUCTIONS

**JOB #** OCT 190 **TAPE #**

- Scan all documents as multi-page pdf
- Electronically bates label all beginning w/ BAYST/TIV 000001
- Some docs will be marked "Privileged" these docs need to be be on a seperate CD as well as the 1st CD
- There are also 50 or so CD's, these also need to be labeled

When finished there should be 2 CD's w/ the tob and the Other CD's from the box.

**BILLING INFO** **FED EX INFO**