# EXHIBIT 8

# Invoice

**Invoice Number:** 12246

**Invoice Date:** Oct 25, 2006

**Page:** 1

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

MATT
REFERRED BY D. WALLER AT ADLER

**Sold To:**

R.I. Department of Environmental Management-Legal Services
235 Promenade Street, Suite450
Providence, RI 02908

| Client/Matter | | Payment Terms |
|---|---|---|
| Bay St./Tiverton | | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| KEVIN | Brian Wagner | OCT 190 | 11/24/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,147.00 | Scanning | Scanning- Heavy Litigation | 0.21 | 1,290.87 |
| 266.00 | Scanning | Scanning- COLOR | 1.50 | 399.00 |
| 2.00 | Scanning | Scanning- Oversize 12x22 | 6.00 | 12.00 |
| 6,464.00 | Bates | Bates Labels-Electronic Numbering | 0.06 | 387.84 |
| 49.00 | CD | CD Rom- Included w/production | 25.00 | 1,225.00 |
| 2.00 | CD | CD Rom- 1 w/ Project 1 w/ Priv. Docs | 25.00 | 50.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

✓

| | |
|---|---|
| Subtotal | 3,364.71 |
| Sales Tax | |
| Total Invoice | 3,364.71 |
| Payment | 0.00 |
| TOTAL | 3,364.71 |

Received and Approved by: ____________________

Date: ____________

Tax ID Number: 03-0487386