# UNITED STATES DISTRICT COURT
**FOR THE**
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO et al.** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **C.A. No. 05-0221T** |
| **vs.** | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.** | ) | |
| | ) | |
| *Defendant* | ) | |

## MOTION TO WITHDRAW

NOW COMES counsel for the non-party Rhode Island Department of Environmental Management ("RIDEM"), Attorney Brian A. Wagner, and hereby moves to withdraw as counsel in the above-captioned matter pursuant to Rule 206(e)(2) of the Local Rules of the United States District Court. In support of counsel's motion, counsel relies on the Affidavit and Certification filed herewith, and on the Entries of Appearance filed by attorneys Gregory Schultz and Susan Wilson as substitute counsel for the Department on January 11, 2007.

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT
By its attorney,

/s/ *Brian A. Wagner*
Brian Wagner, Esq. (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

## Certificate of Service

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

***Corvello et al. v. New England Gas Co., Inc., C.A. No. 05-0221T***
*Motion to Withdraw*

Service upon the following parties was completed electronically via the ECF system on January 12, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

John J. McConnell, Jr.
Robert J. McConnell
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940

David A. Wollin
ADLER POLLOCK & SHEEHAN
One Citizen's Plaza, 8th Flr.
Providence, RI 02903

Christina C. Dodds
WATSON, BISHOP, LONDON & BROPHY
The Littlefield Building
106 E. 6th Stree, Suite 700
Austin, TX 78701

Eric D. Herschmann
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

/s/ *Brian A. Wagner*

Service upon the following parties has been made by regular mail, postage prepaid.

Neil T. Leifer
THORNTON & NAUMES
100 Summer Street
Boston, MA 02110

Mark W. Roberts
McROBERTS, ROBERTS & PALMER, LLP
Exchange Place
53 State Street
Boston, MA 02109

/s/ *Brian A. Wagner*

# UNITED STATES DISTRICT COURT
**FOR THE**
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO et al.**<br>*Plaintiff,*<br>**vs.**<br>**NEW ENGLAND GAS COMPANY, INC.**<br>*Defendant* | ) | **C.A. No. 05-0221T** |

## MEMORANDUM & CERTIFICATION OF COUNSEL SUPPORTING MOTION TO WITHDRAW

NOW COMES counsel for the non-party Rhode Island Department of Environmental Management ("RIDEM"), Attorney Brian A. Wagner, and hereby requests permission to withdraw as counsel in the above-captioned matter. Pursuant to Rule 206(e)(2)(B), I hereby certify that:

i. This motion is made at the request of my client, RIDEM;

ii. I have formally notified RIDEM of my motion by interoffice electronic mail;

iii. I have advised RIDEM that any failure or delay in retaining substitute counsel may not be considered grounds for delaying any matter scheduled in this case;

Pursuant to Rule 206(e)(2)(C), I further certify that RIDEM's address remains unchanged at 235 Promenade Street, Providence, RI 02908, and that notices mailed to substitute counsel Gregory Schultz or Susan Wilson at that address will be received by RIDEM.

Pursuant to Rule 206(e)(2)(D), I have notified RIDEM and its substitute counsel that there is currently a motion pending in this matter; namely, *RIDEM's Motion for Protective Order Requiring the Return of Inadvertently Produced Privileged Documents*. No date for hearing has been set with respect to RIDEM's motion. Substitute counsel have entered their appearance on behalf of RIDEM.

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ *Brian A. Wagner*

Brian Wagner, Esq. (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

## Certificate of Service

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on January 12, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

John J. McConnell, Jr.
Robert J. McConnell
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940

David A. Wollin
ADLER POLLOCK & SHEEHAN
One Citizen's Plaza, 8th Flr.
Providence, RI 02903

Christina C. Dodds
WATSON, BISHOP, LONDON & BROPHY
The Littlefield Building
106 E. 6th Stree, Suite 700
Austin, TX 78701

Eric D. Herschmann
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

/s/ *Brian A. Wagner*

Service upon the following parties has been made by regular mail, postage prepaid.

Neil T. Leifer
THORNTON & NAUMES
100 Summer Street
Boston, MA 02110

Mark W. Roberts
McROBERTS, ROBERTS & PALMER, LLP
Exchange Place
53 State Street
Boston, MA 02109

/s/ *Brian A. Wagner*