# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **C.A. No. 05-0221T** |
| **vs.** | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.,** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF BRIAN WAGNER, Esq.

1. My name is Brian A. Wagner. I am over eighteen (18) years old, competent to make this affidavit, and all statements herein are true, correct and within my personal knowledge.

2. I am Deputy Chief Legal Counsel with the Rhode Island Department of Environmental Management ("RIDEM"). I have been employed by RIDEM since June 1991. I am admitted to and a member in good standing of the State and Federal Bars of Rhode Island.

3. I am making this affidavit in compliance with Local Rule 206(e)(2)(A).

4. I am withdrawing my appearance in this matter at the request of my client, RIDEM.

5. My client, RIDEM, is an executive administrative agency of the State of Rhode Island and is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act [50 App. U.S.C. § 501 et seq.], as amended.

Brian A. Wagner [signature]
Brian A. Wagner

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 12th day of January 2007.

[signature]
NOTARY PUBLIC
My commission expires: August 28, 2007

Respectfully submitted,

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT
By its attorney,

/s/ *Brian A. Wagner*
Brian Wagner, Esq. (R.I. Bar No. 4033)
Deputy Chief Legal Counsel
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

**Certificate of Service**

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/.*

Service upon the following parties was completed electronically via the ECF system on January 12, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

John J. McConnell, Jr.
Robert J. McConnell
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940

David A. Wollin
ADLER POLLOCK & SHEEHAN
One Citizen's Plaza, 8th Flr.
Providence, RI 02903

Christina C. Dodds
WATSON, BISHOP, LONDON & BROPHY
The Littlefield Building
106 E. 6th Stree, Suite 700
Austin, TX 78701

Eric D. Herschmann
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

/s/ *Brian A. Wagner*

Service upon the following parties has been made by regular mail, postage prepaid.

Neil T. Leifer
THORNTON & NAUMES
100 Summer Street
Boston, MA 02110

Mark W. Roberts
McROBERTS, ROBERTS & PALMER, LLP
Exchange Place
53 State Street
Boston, MA 02109

/s/ *Brian A. Wagner*