UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant.* | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**NEW ENGLAND GAS COMPANY'S MEMORANDUM OF LAW IN REPLY TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF RIDEM'S MOTION FOR PROTECTIVE ORDER**

New England Gas Company submits this memorandum of law in opposition to plaintiffs' Memorandum Of Law In Support Of Non-Party RIDEM's Motion For Protective Order Requiring The Return Of Inadvertently Produced Privileged Documents (hereafter "Plaintiffs' Memorandum").

**Argument**

The Court should disregard plaintiffs' belated effort to shore up RIDEM's ill-founded protective order motion. At the conference on December 20, 2006, in response to the Court's inquiry, plaintiffs' counsel admitted that plaintiffs' "don't have a dog in the fight." (December 20, 2006 Hearing at p. 12, attached as Exhibit 1). Plaintiffs' memorandum sets forth no new law, nor does it set forth a single fact relevant to determination of RIDEM's motion.[1] Lacking any personal knowledge of the facts or the

[1] Plaintiffs' Memorandum does include a number of mis-statements of fact. Contrary to plaintiffs' insinuation that RIDEM is a mere third-party here, RIDEM itself has admitted it reviewed, prepared and stamped its production contemplating that it was adverse to Southern Union and its New England Gas

documents in question, plaintiffs' sole motivation in filing its memorandum appears to be: "If my adversary wants it, I'm against it." As plaintiffs continue to have no dog in this fight, and rely on nothing but speculation that they will suffer some inchoate prejudice by reason of *RIDEM's waiver* of *RIDEM's privileges*, the Court should disregard plaintiffs' submission.

Dated: January 19, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

---

Company division, and would be using the production in its own pending adversary proceeding against Southern Union. In addition, contrary to plaintiffs' contention, RIDEM did not produce the documents under "exigent" circumstances, but after a lengthy extension of time RIDEM requested and got to thoroughly review their documents for privilege.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>Gregory Schultz, Esq.<br>Brian Wagner, Esq.<br>RIDEM - Office of Legal Services<br>235 Promenade St., 4th Floor<br>Providence, RI 02908-5767 |

/s/ *David A. Wollin*

*405600_1.doc*