# EXHIBIT 1

Case 1:05-cv-00221-T Document 104-2 Filed 01/19/2007 Page 2 of 3



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | C.A. NO. 05-221T |
| GAIL CORVELLO, et al * | |
| * | DECEMBER 20, 2006 |
| VS. * | 9:30 A.M. |
| NEW ENGLAND GAS CO., INC., * | |
| * * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

SENIOR JUDGE

(Motion for Extension of Time)

FOR THE PLAINTIFFS:

ROBERT J. McCONNELL, ESQ.
Motley Rice, LLC
321 South Main Street
Suite 402
P.O. Box 6067
Providence, RI 02940-6067

FOR THE DEFENDANT:

DAVID E. ROSS, ESQ.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

-and-

DAVID A. WOLLIN, ESQ.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Case 1:05-cv-00221-T Document 104-2 Filed 01/19/2007 Page 3 of 3



documents will be transferred, potentially, and I have no information that that has been done to date, but I have no control over this right now, but that Southern Union may have the ability to review, obtain these privileged documents, and the harm now grows expotentially and clearly unfairly and clearly, you know, without a resolution.

THE COURT: All right. I think I understand your position, Mr. Shultz.

MR. SCHULTZ: Thank you.

THE COURT: Mr. McConnell, do you have a dog in this fight, or are you here as an observer?

MR. McCONNELL: I'm here representing the Corvello Plaintiffs, Your Honor. We haven't filed papers on this and don't have a dog in the fight.

THE COURT: All right.

MR. ROSS: Your Honor, if I may, just on the-- let me repeat, I am happy to deal with it in any way that Your Honor sees fit. On the question of what is meant by sequestration under the new Federal Rule, I'm looking at the commentary to the new Federal Rule, and it indicates that, whether the documents-- the information that was provided is returned or not is the way that the phrase is used in describing the methods to deal with the problem while the dispute is pending.

And it seems to me, I don't think we need to make