UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL CORVELLO, ET AL.,<br>KEVIN BURNS, ET AL.,<br>COLLEEN BIGELOW, ET AL. , and<br>SHEILA REIS, ET AL.,<br><br>Plaintiffs,<br><br>- against -<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NOS.<br>05-221T, 05-274T,<br>05-370T, 05-522T |

**NOTICE TO TAKE VIDEOTAPE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 28 and 30 of the Federal Rules of Civil Procedure, plaintiffs will take the videotaped deposition upon oral examination of Mr. Jose Souza. Pursuant to U.S. Magistrate Judge David L. Martin's September 22, 2006 Order, Mr. Souza will be available for a discovery deposition on Tuesday, February 13, 2007 at 145 Judson Street, Tiverton, Rhode Island 02878 at 10:00 a.m. The discovery deposition will be recorded by videotape and stenographic means.

Plaintiffs
By their attorneys

/s/Robert J. McConnell

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
Motley Rice LLC
321 South Main Street
Providence, RI 02940
401.457.7700
401.457.7708 (facsimile)

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
Thornton & Naumes LLP
100 Summer Street, 30th Floor

Boston, MA 02110
(617) 720-1333

Mark W. Roberts
McRoberts, Roberts & Rainer
53 State Street
Boston, MA 02109
(617) 722-8222

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, PC
Boston, MA 02129

Neil T. Leifer, Esq.
Thorton & Naumes
100 Summer Street
30th Floor
Boston, MA 02110

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

/s/ Robert J. McConnell