STATE OF RHODE ISLAND

PROVIDENCE, S.C. SUPERIOR COURT

GAIL, JOHN D. AND JOHN F. CORVELLO, et al :
*Plaintiff,* :
:
v. : C.A. No. 05-1619
:
NEW ENGLAND GAS COMPANY, INC.; :
*Defendant.* :

**MISCELLANEOUS PETITION FOR ADMISSION PRO HAC VICE**

**Robert J. McConnell** hereby requests that **Christian F. Uehlein** be admitted *pro hac vice* in the above-case/agency proceeding as discovery trial counsel with local associate counsel identified below, on the following grounds:

__X_ The case/agency proceeding involves the following complex areas of law, in which *pro hac vice* counsel concentrates: __X___Environmental Law______________________________

________________________________________________

____ *Pro hac vice* counsel's long-standing representation of the client __________

____ The local trial bar lacks experience in the field of: ________________________________________________

____ The case/agency proceeding involves complex legal questions under the law of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically: ________________________________________________

____ The case/agency proceeding requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:______________________________

____ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

_X__ Other: Extensive discovery in this jurisdiction.

I hereby represent that I am a member in good standing of the bar of the State of Rhode Island and that I am actively engaged in the practice of law out of an office located in this state.

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Attorney for Plaintiff
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903
(401) 457-7704

Dated: February 8, 2007

/s/Christian F. Uehlein
Pro Hac Vice Counsel
Christian F. Uehlein

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within petition for admission *pro hac vice* with accompanying attorney and client certifications were sent postage prepaid to all counsel of record on this 8th day of February, 2007.

/s/ Robert J. McConnell