# Exhibit 4

**McConnell, Bob**

**From:** Joe R Souza [joe@souzasite.com]
**Sent:** Thursday, January 11, 2007 9:19 AM
**To:** McConnell, Bob
**Subject:** Re: Meeting

This sounds good but this Saturday does not work for me. I will try to work something out for an evening next week with my Dad -- if not I will definitely keep next Saturday morning open. I will be seeing my farther briefly this evening and let him know what I am planning. I'm not sure where to hold this meeting as Dad's travel tolerance can sometime be a problem. I will be interested in RIDEM's assurances in this matter but once again my farther has reiterated to me a very limited involvement in this situation contrary to your initial meeting notes.

Joe

At 04:47 PM 1/10/2007, you wrote:

> Joe - you informed me previously that a lawyer representing NE Gas suggested to you that your Dad could create liability for yourself or your family if he testified in this matter. Based on your concerns, we have spoken to the RI Department of Environmental Management ("RIDEM"), which is the state agency charged with the investigation of the contamination in Tiverton. As a result of these discussions, it is my understanding that RIDEM can address the issues you raised and provide you and your family with the comfort level that would allow your father to testify freely. RIDEM plans to join us when we meet with you to convey this information to you directly, and as I understand it, is willing to provide you these assurances in writing. We are available to meet with you any evening this week or on Saturday, as you suggested. If you would like to speak to someone at the Department of Environmental Management call Patty Fairweather at 222-6607 during the day or 641-3826 (blackberry) anytime.
>
> Robert J. McConnell, Esq.
> Motley Rice LLC
> 321 South Main Street
> Providence, RI 02906
> bmcconnell@motleyrice.com
> 401-457-7703

TIV009995