# Exhibit 5

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF LEGAL SERVICES 401-222-6607 TDD 401-222-4462
235 Promenade Street, 4th Floor, Providence, RI 02908-5767 FAX 401-222-3378

January 13, 2007

Mr. Joseph "Jose" Souza
4 Church Street
Tiverton, RI 02878

Dear Mr. Souza,

We understand that you have information concerning soils and other materials that were hauled to the Bay Street area of Tiverton, Rhode Island. Your information is very important and may affect many families. If you testify the Department of Environmental Management will not bring any action against you or your family for liability or to recover costs regarding the contamination issues in the Bay Street area of Tiverton, Rhode Island.

Further, your truthful testimony in this matter cannot and will not be used by the Department or the State of Rhode Island in any way to make a finding of responsibility or liability on the part of you or any member of your family with regard to the contamination in the Bay Street area. This letter is intended solely for your benefit (and that of your family) and shall not be relied upon by any other person or entity nor shall it establish any precedent or policy.

If you have any questions regarding this grant of immunity, please feel free to contact Patty Fairweather, the Department's Executive Counsel, at 401-222-6607.

Very truly yours,

W. Michael Sullivan
Director

Patty Allison Fairweather
Executive Legal Counsel

JS11007f