**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>C.A. No. 05-221T<br>(Related Case No. 05-274T)<br>**EMERGENCY MOTION** |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION FOR PROTECTIVE ORDER AND EMERGENCY MOTIONTO COMPEL DEFENDANT TO TAKE DISCOVERY DEPOSITION**

On September 22, 2006, this Court found that Plaintiffs demonstrated good cause to take the videotaped deposition of Jose Souza. Mr. Souza is an 86 year old man. Prior to taking that testimony, the Court afforded the defendant an opportunity to take a discovery deposition of Mr. Souza on October 16, 2006. The Court further ordered that, if the discovery deposition was not conducted on that date, then it "shall be conducted as soon after that date as is convenient for Mr. Souza and Plaintiffs' counsel." The Court expressly ordered that in that event "Defendant should accommodate Mr. Souza and Plaintiffs' counsel as to the date, time and location of the depositions." September 22, 2006 Order at 3.

Mr. Souza was not available for the discovery deposition on October 16, 2006. For a variety of reasons, including issues of health, he was not available for a discovery deposition until February 2007. At that point, Plaintiffs offered to make Mr. Souza available for his discovery deposition on February 13, 2007. When Defendants rejected that date, Plaintiffs obtained and offered alternative dates of February 15 and February 27, 2007. Defendants rejected those dates as well, and instead offered dates convenient to Defendant's counsel in March 2007.

This Court's order could not be more clear: "Defendant should accommodate Mr. Souza and Plaintiffs' counsel as *to the date, time and location* of the depositions." September 22, 2006 Order at 3. Despite the plain language of the Order, Defendant has already ignored February 13 and February 15 as dates to take this discovery deposition. Defendant knows that under the current Order Plaintiffs cannot take their videotape testimony until that discovery deposition is taken. Plaintiffs are attempting to comply with this Court's Order and respectfully ask that the Court order Defendant to conduct its discovery deposition on February 27, 2007 or treat its failure to do so as a waiver of its right to conduct such discovery so that Plaintiff may preserve this 86 year old man's testimony for trial.

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

*Dated*: February 14, 2007

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

I hereby certify that on this 14th day of February 2007, I did send a true copy of the within document by electronic means to all counsel of record.

/s/ Robert J. McConnell