UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL CORVELLO, ET AL., KEVIN BURNS, ET AL.
COLLEEN BIGELOW, ET AL., AND SHEILA REIS, ET AL.
Plaintiff(s)

C.A. Nos.
05-0221T, 05-274T,
Dkt. No. 05-370T, 05-522T

v.

NEW ENGLAND GAS COMPANY, INC
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

RI Department of Environmental Management hereby moves that Lewis S. Wiener, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(Plaintiff/Defendant)

By: ~~Gregory Schultz~~ Susan B. Wilson
Bar ID No.: ~~5570~~ RI Bar No. 7278
RI Department of Environmental Management
Address: 235 Promenade St. - 4th Fl.
Providence, RI 02908
DATED:

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of District of Columbia, Maryland, and New York and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Court for the Eastern District of NY, Southern District of NY, Northern District of Texas; U.S. Court of Federal Claims; U.S. Court of International Trade; U.S. Court of Appeals for the 2nd, 4th and Federal Circuits, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Lewis S. Wiener DC Bar No 41447

Print Name State Bar ID #

Sutherland Asbill & Brennan LLP

Firm Name

1275 Pennsylvania Avenue, NW

Business Address

Washington, DC 20004-2415

(202) 383-0140 (202) 637-3593

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Gregory Schultz 5570

Print Name R.I. Bar ID #

Susan B. Wilson 7278

RI Department of Environmental Management

Firm and Business Address

235 Promenade Street, Fourth Floor

Providence, RI 02908

Tel. # (401)222-6607 Fax # (401)222-3378

---

**ORDER**

This motion is hereby ______________________

District Judge

Date: