**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **C.A. No. 05-0221T** |
| **vs.** | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**RESPONSE OF NON-PARTY RIDEM IN OPPOSITION TO NEW ENGLAND GAS COMPANY'S EMERGENCY MOTION TO ACCELERATE HEARING ON MOTION FOR PROTECTIVE ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS**

The Rhode Island Department of Environmental Management ("RIDEM") opposes Defendant New England Gas Company's emergency motion to accelerate the hearing on the pending Motion for Protective Order regarding inadvertently produced documents, currently scheduled for March 20, 2007, and states a follows:

No emergency exists justifying the relief sought by Defendant New England Gas Company. Attorneys representing New England Gas have applied for admission to practice in Rhode Island *pro hac vice* so that they may appear and participate directly in an Administrative Action against their client pending before the State of Rhode Island and Providence Plantations Department of Environmental Management Administrative Adjudication Division, styled In re: Southern Union Company d/b/a New England Gas Company, Notice of Violation OC&I/SR 06-01 (the "AAD matter"). RIDEM has opposed that Motion on the ground that these counsel have had the benefit of reviewing and analyzing RIDEM's privileged and confidential documents and apparently intend to use the information gleaned from those documents in the AAD matter to benefit their client at RIDEM's expense. Only when faced with RIDEM's objection does New

England Gas Company claim that an emergency exists that requires this Court to expedite hearing on RIDEM's Motion for Protective Order.

New England Gas has known about the AAD matter since its inception, which predates the current dispute. That New England Gas apparently now wants to use RIDEM's confidential information to gain a tactical advantage in the AAD matter prior to this Court's ruling on the pending motion does not create an emergency that requires this Court's immediate attention. Accordingly, New England Gas Company's motion should be denied. In the event the Court is inclined to move the currently scheduled March 20th hearing, the undersigned counsel requests that it be set on a date mutually convenient for the Court and counsel.

Dated: February 20, 2007

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ Susan B. Wilson
Gregory S. Schultz; RI Bar No. 5570
Susan B. Wilson; RI Bar No. 7278
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

Of Counsel:
Lewis S. Wiener, Esq.
Admission *pro hac vice* pending
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0140
Facsimile: (202) 637-3593

## Certificate of Service

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on February 20, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

| | |
|---|---|
| John J. McConnell, Jr.<br>Robert J. McConnell<br>Aileen L. Sprague<br>MOTLEY RICE, LLC<br>321 South Main Street<br>Providence, RI 02940 | John A. Tarantino<br>David A. Wollin<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| Christina C. Dodds<br>WATSON, BISHOP, LONDON & BROPHY<br>The Littlefield Building<br>106 E. 6th Street, Suite 700<br>Austin, TX 78701 | Eric D. Herschmann<br>David E. Ross<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| Mark W. Roberts<br>McROBERTS, ROBERTS & PALMER, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | |

/s/ Susan B. Wilson

Service upon the following parties has been made by regular mail, postage prepaid.

| | |
|---|---|
| Neil T. Leifer<br>Brad J. Mitchell<br>THORNTON & NAUMES<br>100 Summer Street<br>Boston, MA 02110 | Seth Davis<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019 |

/s/ Susan B. Wilson