**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **C.A. No. 05-0221T** |
| **vs.** | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUPPLEMENTAL RESPONSE OF NON-PARTY RIDEM IN OPPOSITION TO NEW ENGLAND GAS COMPANY'S EMERGENCY MOTION TO ACCELERATE HEARING ON MOTION FOR PROTECTIVE ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS**

On February 21, 2007, Judge Hurst of the Rhode Island Superior Court heard argument and ruled on New England Gas Company's attorney's motions for admission pro hac vice.

Judge Hurst denied the motion pro hac vice as to attorney David Ross based on both technical defects in his motion pro hac vice as well as substantive arguments of counsel. Judge Hurst specifically rejected Southern Union's counsel's request that Southern Union be granted leave to re-file the motion pro hac vice on Mr. Ross' behalf.

Judge Hurst granted the motion pro hac vice with respect to attorney Eric Herschmann, despite technical defects in his motion pro hac vice, contingent upon his filing an affidavit with the Court certifying that he has neither seen nor had access to, and that he has no knowledge of any of the information contained in RIDEM's privileged documents that are the subject of the motion for protective order pending before this Court. Judge Hurst ruled further that should this Court grant RIDEM's motion for protective order and find that there has been no waiver of

privilege, Mr. Herschmann will be permitted to remain counsel in one, but not both, the Federal District Court and AAD matter.

Given that the motions pro hac vice have been ruled upon and one of New England Gas Company's attorneys has been admitted pro hac vice (and the other has no right to re-file such motion regardless of this Court's ruling on the pending Motion for Protective Order) New England Gas Company can not maintain, if it ever could, that an emergency exists requiring this court to expedite its decision on RIDEM's pending motion for protective order.

For these reasons and for the reasons set forth in RIDEM's February 20, 2007 Response in Opposition to New England Gas Company's Emergency Motion, such Motion should be denied.

Dated: February 20, 2007

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

<u>/s/ Susan B. Wilson</u>
Gregory S. Schultz; RI Bar No. 5570
Susan B. Wilson; RI Bar No. 7278
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

Of Counsel:
Lewis S. Wiener, Esq.
Admission *pro hac vice* pending
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0140
Facsimile: (202) 637-3593

***Corvello et al. v. New England Gas Co., Inc., C.A. No. 05-0221T***
*Supplemental Response in Opposition to New England Gas Company's Emergency Motion*

## Certificate of Service

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on February 20, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

| | |
|---|---|
| John J. McConnell, Jr.<br>Robert J. McConnell<br>Aileen L. Sprague<br>MOTLEY RICE, LLC<br>321 South Main Street<br>Providence, RI 02940 | John A. Tarantino<br>David A. Wollin<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| Christina C. Dodds<br>WATSON, BISHOP, LONDON & BROPHY<br>The Littlefield Building<br>106 E. 6th Street, Suite 700<br>Austin, TX 78701 | Eric D. Herschmann<br>David E. Ross<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| Mark W. Roberts<br>McROBERTS, ROBERTS & PALMER, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | |

/s/ Susan B. Wilson

Service upon the following parties has been made by regular mail, postage prepaid.

| | |
|---|---|
| Neil T. Leifer<br>Brad J. Mitchell<br>THORNTON & NAUMES<br>100 Summer Street<br>Boston, MA 02110 | Seth Davis<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019 |

/s/ Susan B. Wilson