UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant*. | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**NEW ENGLAND GAS COMPANY'S REPLY TO RIDEM'S SUPPLEMENTAL RESPONSE REGARDING THE EMERGENCY MOTION TO ACCELERATE HEARING ON RIDEM'S MOTION FOR PROTECTIVE ORDER**

Defendant New England Gas Company ("NEGasCo") respectfully submits this reply to the Rhode Island Department of Environmental Management's ("RIDEM's") "supplemental response" (*i.e.*, objection) filed last evening, and in further support of NEGasCo's emergency motion to accelerate the hearing of RIDEM's protective order motion. NEGasCo disputes RIDEM's description of Judge Hurst's *pro hac* ruling. It is also telling that RIDEM now seeks to delay the hearing and determination of its own protective order motion that concerns whether it has waived any alleged privilege as to the documents that are the subject of that motion. For these reasons and those previously detailed, NEGasCo maintains its request that, subject to the Court's schedule, the Court accelerate the hearing and determination of RIDEM's protective order motion.

Dated: February 22, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ John A. Tarantino
John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |

/s/ *John A. Tarantino*

*_409485_1.doc*