UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D., AND
JOHN F. CORVELLO, et al.

v. CA No. 05-221-T

NEW ENGLAND GAS COMPANY, INC.

**ORDER**

The motion by Attorney Brian A. Wagner, counsel for non-party Rhode Island Department of Environmental Management ("RIDEM") to withdraw as counsel in the above-captioned matter is passed because RIDEM is not a party in this case.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 2/23/07