# EXHIBIT 1

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

OFFICE OF LEGAL SERVICES
*Patty Allison Fairweather, Executive Counsel*
**Tel.** (401) 222-6607
**Fax** (401) 222-3378
*patty.fairweather@dem.ri.gov*

January 2, 2007

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Re: Corvello, et al. v New England Gas Company/RIDEM Privilege Log

Dear Mr. Ross:

We received your December 28, 2006 e-mail requesting that RIDEM amend its December 28, 2006 privilege log. For the reasons set forth below, no amendment or supplementation will be forthcoming.

First, the issues currently before the Court are (1) whether RIDEM's privileged documents were produced to you and your colleagues inadvertently and, if so, (2) whether RIDEM's conduct subsequent to the inadvertent disclosure resulted in a waiver of privilege over these documents. The documents identified on RIDEM's December 28th privilege log were generated after the inadvertent production, constitute RIDEM's privileged internal discussions between and among counsel and between and among counsel and their clients regarding the inadvertent production and have no bearing on whether there was an inadvertent production or whether privilege has been waived. Disposition of those issues requires an examination of what RIDEM did and communicated externally (to WarRoom and to you and your colleagues), not what discussions it had internally regarding this matter.

Second, assuming the relevance of the documents identified in RIDEM's privilege log, the fact is the documents constitute privileged communications between and among counsel and between and among RIDEM counsel and their clients. Our disclosures were designed to advise you of the nature of the privileged documents while shielding from disclosure information necessary to protect the attorney-client, work product and deliberative process privileges, like the names of the authors and recipients of the correspondence. Disclosing the information demanded in your December 28th e-mail would require us to reveal information that would destroy the privilege(s) asserted, which we are not required to do.

30% post-consumer fiber

Rule 26(b)(5)(A) provides expressly that the purpose of a privilege log is to support a claim of privilege "in a manner that, *without revealing information itself privileged or protected*, will enable other parties to assess the applicability of the privilege or protection." FRCP 26(b)(5)(A) (emphasis added). RIDEM's disclosures are such that you and your client may assess the applicability of the privilege(s) asserted while protecting from disclosure information RIDEM deems necessary to maintain its privilege(s) over the documents in question; the specific names of the authors and/or recipients of the correspondence in question and a more detailed description of the correspondence in question would not provide you with any greater ability than you have now to assess RIDEM's assertion of privilege.

We are prepared to do whatever is necessary to protect our privileged and confidential communications from discovery. Should you elect to escalate this matter, we are confident that the Court will agree that the correspondence in question is irrelevant and unnecessary to resolve the question of whether RIDEM's documents were disclosed inadvertently and whether there has been a waiver of any privilege and that the disclosures in RIDEM's privilege log are reasonable and appropriate.

Please feel free to contact me should you have any questions or wish to discuss this matter further.

Sincerely,

Patty Allison Fairweather
Executive Counsel

SU1207f

**Privilege Log Corvello, et al v. N.E. Gas Co., Inc. "Inadvertent disclosure"**
**December 28, 2006**
**Page one**

| Date | Title | Prepared by | Recipients | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 11/22/06 | Corvello | DEM counsel | DEM counsel | Inadvertent Disclosure | 2006-1 | Work product<br>Attorney client |
| 11/24/06 | Corvello | DEM counsel | DEM counsel<br>Outside counsel | Inadvertent Disclosure | 2006-2 | Work product<br>Attorney client |
| 11/27/06 | Corvello | DEM counsel | DEM counsel<br>Outside counsel | Inadvertent Disclosure | 2006-3 | Work product<br>Attorney client |
| 11/27/06 | Corvello | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-4 | Work product<br>Attorney client |
| 12/04/06 | Tiverton matter | DEM counsel | DEM counsel<br>Outside counsel<br>DEM Director | Inadvertent Disclosure<br>Personnel issues | 2006-5 | Work product<br>Confidential<br>Deliberative<br>Executive<br>Attorney client |
| 12/11/06 | Wagner121106 | DEM counsel | Director<br>DEM counsel | Inadvertent Disclosure<br>Personnel Issues | 2006-6 | Work product<br>Confidential<br>Deliberative<br>Executive<br>Attorney client |
| 12/12/06 | Demand letter Petros | DEM counsel | DEM counsel<br>Outside counsel | Inadvertent Disclosure | 2006-7 | Work product<br>Attorney client |
| 12/12/06 | Demand letter Petros | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-8 | Work product<br>Attorney client |
| 12/12/06 | Demand letter Petros | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-9 | Work product<br>Attorney client |
| 12/12/06 | Demand letter Petros | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-10 | Work product<br>Attorney client |

**Privilege Log Corvello, et al v. N.E. Gas Co., Inc. "Inadvertent disclosure"**
**December 28, 2006**
**Page two**

| Date | Title | Prepared by | Recipients | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 12/12/06 | Subpoena to RIDEM Corvello et al. v. New England Gas Company | DEM counsel | DEM counsel<br>Outside counsel | Inadvertent Disclosure | 2006-11 | Work product<br>Attorney client |
| 12/12/06 | Subpoena to RIDEM Corvello et al. v. New England Gas Company | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-12 | Work product<br>Attorney client |
| 12/13/06 | Subpoena to RIDEM Corvello et al. v. New England Gas Company | DEM counsel | Outside counsel<br>DEM counsel | Inadvertent Disclosure | 2006-13 | Work product<br>Attorney client |
| 12/13/06 | Subpoena to RIDEM Corvello et al. v. New England Gas Company | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-14 | Work product<br>Attorney client |

**Privilege Log Corvello, et al v. N.E. Gas Co., Inc. "Inadvertent disclosure"**
**December 28, 2006**
**Page three**

| Date | Title | Prepared by | Recipients | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 12/13/06 | Subpoena to RIDEM Corvello et al. v. New England Gas Company | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-15 | Work product<br>Attorney client |
| 12/13/06 | Production sheets | DEM counsel | Outside counsel | Inadvertent Disclosure | 2006-16 | Work product<br>Attorney client |
| 12/13/06 | Production sheets | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-17 | Work product<br>Attorney client |
| 12/13/06 | Bw | DEM counsel | DEM Director | Inadvertent Disclosure<br>Personnel | 2006-18 | Attorney client<br>Confidential<br>Deliberative<br>Executive<br>Work product |
| 12/14/06 | Corvello et al v. NEGC: RIDEM's Prot. Order Motion | DEM counsel | DEM counsel<br>Outside counsel<br>DEM director | Inadvertent Disclosure | 2006-19 | Work product<br>Attorney client<br>Confidential<br>Deliberative<br>Executive |
| 12/14/06 | Corvello et al v. NEGC: RIDEM's Prot. Order Motion | Director<br>director | DEM counsel | Inadvertent Disclosure | 2006-20 | Attorney client<br>Confidential<br>Deliberative<br>Executive<br>Work product |

**Privilege Log Corvello, et al v. N.E. Gas Co., Inc. "Inadvertent disclosure"**
**December 28, 2006**
**Page four**

| Date | Title | Prepared by | Recipients | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 12/14/06 | Corvello et al v. NEGC: RIDEM's Prot. Order Motion | DEM counsel | DEM director | Inadvertent Disclosure | 2006-21 | Attorney client<br>Confidential<br>Deliberative<br>Executive<br>Work product |
| 12/14/06 | Corvello et al v. NEGC: RIDEM's Prot. Order Motion | DEM counsel | Outside counsel<br>DEM counsel | Inadvertent Disclosure | 2006-22 | Work product<br>Attorney client |
| 12/14/06 | Corvello et al v. NEGC: RIDEM's Prot. Order Motion | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-23 | Work product<br>Attorney client |
| 12/14/06 | Southern Union | DEM counsel | DEM counsel<br>Outside counsel | Inadvertent Disclosure | 2006-24 | Work product<br>Attorney client |
| 12/14/06 | Southern Union | Outside counsel | DEM counsel | Inadvertent Disclosure | 2006-25 | Work product<br>Attorney client |