Revised Supplemental Privilege Log Of Documents Withheld From Production In Response To New England Gas Company's Subpoena Dated December 13, 2006.
Corvello v. New England Gas. Company
C.A. No. 05-0221T

| Date | Prepared | | | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| | By | For | Copied to | | | |
| 11/22/06-11/27/06 | Patty Fairweather | Brian Wagner, Esq. | Gregory Schultz, Esq.<br>Gerry Pels, Esq. | Email string reflecting discussions between and among counsel concerning analysis of potential effect of disclosure of privileged documents and legal strategy for recovery of such documents. | 2006-1 - 2006-3 | Attorney Client, Work product |
| 27-Nov-06 | Gerry Pels, Esq. | Patty Fairweather, Esq. | | Email from outside counsel to RIDEM's executive counsel discussing analysis of potential effect of disclosure of privileged documents and legal strategy for recovery of such documents. | 2006-4 | Attorney-Client; Work product |
| 04-Dec-06 | Patty Fairweather, Esq. | Brian Wagner, Esq. | Gregory Schultz , Esq.<br>W. Michael Sullivan<br>Gerry Pels, Esq. | Email from executive counsel to in/outside counsel, and RIDEM director reflecting discussions concerning potential effect of disclosure of privileged documents and legal strategy for recovery of such documents. | 2006-5 | Attorney-Client, Work product |
| 12/11/06-12/13/06 | Patty Fairweather, Esq.<br>W. Michael Sullivan | Brian Wagner, Esq. | Rayna Santoro<br>Patty Fairweather, Esq.<br>Charlene Hainsworth<br>Paul Pysz | Email string reflecting attorney opinion/comments regarding status and new developments concerning disclosure of privileged document, the legal strategy for recovery of such documents and human resource issues. | 2006-26 | Attorney-Client, Work product |
| 12-Dec-06 | Patty Fairweather, Esq. | Brian Wagner, Esq. | Gregory Schultz, Esq.<br>Susan Wilson, Esq.<br>Lewis Wiener, Esq.<br>Gerry Pels, Esq. | Email string between and among attorneys reflecting discussions regarding extent of disclosure of privileged documents and legal strategy for recovery of such documents. | 2006-6-2006-10 | Attorney-Client, Work product |
| 12-Dec-06 | Brian Wagner, Esq. | Gerry Pels, Esq.<br>Patty Fairweather, Esq. | Gregory Schultz, Esq.<br>Susan Wilson, Esq.<br>Lewis Wiener, Esq. | Email string between and among attorneys reflecting discussions regarding extent of disclosure of privileged documents and legal strategy for recovery of such documents. | 2006-11 - 2006-15 | Attorney-Client, Work product |
| 13-Dec-06 | Patty Fairweather, Esq. | Gerry Pels, Esq. Lewis Wiener, Esq. | | Email attaching document production vendor production sheets and containing attorney comments/ opinions and legal strategy for protecting and recovering privileged documents. | 2006-16 - 2006-17 | Attorney-Client; Work product |
| 13-Dec-06 | W. Michael Sullivan | Patty Fairweather, Esq. | | Email inquiry and attorney opinion/comments regarding status and new developments concerning disclosure of privileged documents, the legal strategy for recovery and internal human resource issues. | 2006-18 | Attorney-Client, Work product |
| 14-Dec-06 | Lewis Wiener, Esq. | Patty Fairweather, Esq.<br>Gregory Schultz, Esq.<br>Gerry Pels, Esq. | | Email string between and among attorneys reflecting opinion/legal strategy regarding New England Gas Company's request for enlargement of time and legal strategy for recovery of privileged documents. | 2006 - 23 | Attorney-Client |

Revised Supplemental Privilege Log Of Documents Withheld From Production In Response To New England Gas Company's Subpoena Dated December 13, 2006.

Corvello v. New England Gas. Company

C.A. No. 05-0221T

| Date | Prepared | | | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| | By | For | Copied to | | | |
| 14-Dec-06 | Lewis Wiener, Esq. | Patty Fairweather, Esq.<br>Gerry Pels, Esq.<br>Susan Wilson, Esq.<br>Gregory Schultz, Esq. | | Email string between and among attorneys reflecting legal strategy and opinion regarding response to New England Gas Company's record keeper subpoena to RIDEM. | 2006-24 - 2006 -25 | Attorney-Client; Work product |

NOTE: RIDEM's privileged documents, referenced herein, have been filed with the Court pursuant to RIDEM's Motion to Seal Documents That it Claims as Privileged on its Privilege Logs.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **C.A. No. 05-0221T** |
| **vs.** | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**INDEX OF INDIVIDUALS LISTED ON PRIVILEGE LOG**

Mark Adelman – Policy Analyst, Office of the Governor

Bruce Ahern – RIDEM Office of Compliance and Inspection, Senior Environmental Scientist

Dean Albro – Chief, RIDEM Office of Compliance and Inspection

Sean Carney – RIDEM Office of Compliance and Inspection, Principal Environmental Scientist

Tim Costa – Policy Director, Office of the Governor

Gerald Coyne, Esq. – Department of Attorney General, Deputy Attorney General

Jeffrey Crawford – RIDEM Office of Waste Management, Principal Environmental Scientist

Department of Health and Human Services Agency for Toxic Substances and Disease Registry

Jacob Dweck, Esq. – Attorney, Sutherland Asbill & Brennan

Richard Enander – RIDEM Occide of Technical and Customer Assistance

Patty Allison Fairweather, Esq. – RIDEM Executive Counsel

Cyndee Fuller – Consultant engaged Robert Vanderslice

Terrence Grey – RIDEM Assistant Director for Air, Waste and Compliance

Rachel Gribbin – Legal Assistant, Office of the Governor

Jeffrey Grybowski, Esq. – Former Chief of Staff, Office of the Governor

Leo Hellested – Chief, RIDEM Office of Waste Management

Andrew Hodgkin, Esq. – Executive Counsel, Office of the Governor

Steve Kass – Director of Communications, Office of the Governor

Linda Krajewski – Legal Assistant, Office of the Governor

James Lee, Esq. – RI Department of Attorney General, Chief/Civil Division

Gail Mastrati – RIDEM, Media Relations Spokesperson

Michael Maynard – Media Relations Spokesperson, Office of the Governor

Kenneth McKay, Esq. – Former Chief of Staff, Office of the Governor

Michael Mulhare – RIDEM Environmental Response Administrator

Jeffrey Neal – Media Relations Spokesperson, Office of the Governor

Kelly Owens – RIDEM Office of Waste Management, Associate Supervising Sanitary Engineer

Tracey Pena - Office Manager, Bureau of Environmental Protection

Claire Richards, Esq. – Special Counsel, Office of the Governor

Paul Roberti, Esq. – RI Department of Attorney General, Assistant Attorney General

Rayna Santoro – RIDEM, Executive Assistant to the Director

Kurt Schatz – Chief, RIDEM Criminal Investigations Division

Steven Sparling, Esq. - Sutherland Asbill & Brennan

W. Michael Sullivan – Director of RIDEM

Sutherland Asbill & Brennan– Outside Legal Counsel to RIDEM

Tracey Tyrrell – RIDEM Office of Compliance and Inspection, Supervising Environmental Scientist

Robert Vanderslice – RI Department of Health, Chief, Office of Environmental Health Risk Assessment

Fred Vincent – Former Acting Director of RIDEM

Brian Wagner – Former RIDEM Deputy Chief Legal Counsel

Gerald "Gerry" Pels, Esq. – Outside Counsel, Sutherland Asbill & Brennan

Lewis Wiener, Esq. - Outside Counsel, Sutherland Asbill & Brennan