# Amended RIDEM Revised Privilege Log 03/13/07

Corvello v. New England Gas Company, CA No. 05-0221T

| Date | Title | Prepared By | Sent to | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| | Notice of Violation: SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON | | | Draft NOV - Bay Street Neighborhood Study Area Tiverton, Rhode Island with agency's handwritten and electronic comments and revisions | 452 - 462 | Deliberative Process |
| 25-Aug-06 | Southern Union Co.-Sean, Brian, Jeff Follow-up on Review of Draft NOV | | | Agency member's notes from meeting involving attorney that summarize agency deliberations on RIDEM strategic action alternatives in Tiverton on pending issuance of NOV | 463 | Attorney-Client; Deliberative Process |
| 24-Aug-06 | Charles Flickinger 202-383-0405 Sutherland, Asbill & Brennan | Sean Carney | Dean Albro | Handwritten notes from Conference Call with attorney C Flickinger, J Crawford, S Carney, D Albro and attorney B Wagner providing summary of proceedings and seeking legal advice | 464 - 465 | Attorney-Client; Deliberative Process |
| 17-Aug-06 | Notice of Violation: SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON | Dean Albro | | E-mail attaching draft NOV including comments and potential revisions | 466 - 478 | Deliberative Process |
| 1/17/06 - 8/17/06 | Bay Street Neighborhood, Tiverton Regarding Development of Formal Enforcement Action | Sean Carney | Dean Albro | Handwritten notes by D Albro for agency use in decisionmaking regarding 1) legal advice received from attorney P Fairweather and 2) intra-agency deliberations on issuance of NOV | 479 - 480 | Attorney-Client; Deliberative Process |
| 17-Aug-06 | Handwritten Note from S Carney | Dean Albro | Sean Carney | Handwritten note providing S Carney's opinion regarding agency priorities in preparing the case | 481 | Deliberative Process |
| 11-Aug-06 | Notice of Violation: SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON | | | Draft NOV including opinion of D Albro regarding supporting evidence for NOV | 482 - 495 | Deliberative Process |
| | NOV Routing Sheet | Dean Albro | Terrence Gray | Intra-agency document providing list of RIDEM members and RIDEM attorneys setting forth the dates in which each approved NOV action against Southern Union | 648 | Deliberative Process |
| 08-Sep-06 | SUC Bay St | Sean Carney | Brian Wagner; Dean Albro; Jeffrey Crawford | E-mail attaching draft NOV including comments and potential revisions; e-mail also provides description of RIDEM attorney's opinion on NOV | 649 | Deliberative Process |
| 08-Sep-06 | Final Draft NOV - SUC Bay St. | Brian Wagner | Dean Albro; Jeffrey Crawford; Sean Carney; Patty Fairweather | E-mail attaching draft NOV for attorney's review and comment | 650 | Attorney-Client; Deliberative Process |
| 08-Sep-06 | FW: SUC Bay St. Case | Sean Carney | Brian Wagner; Dean Albro; Patty Fairweather; Jeffrey Crawford | E-mail responding to client requests for legal advice regarding Draft NOV | 651 | Attorney-Client |
| 08-Sep-06 | SUC Bay St. draft NOV | Dean Albro | Brian Wagner; Jeffrey Crawford; Sean Carney; Patty Fairweather | E-mail responding to attorney's legal advice and seeking further advice on Draft NOV | 652 - 653 | Attorney-Client |

# Amended RIDEM Revised Privilege Log 03/13/07

Corvello v. New England Gas Company, CA No. 05-0221T

| Date | Title | Prepared By | Sent to | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 07-Sep-06 | SUC Bay St. draft NOV | Brian Wagner | Sean Carney; Jeffrey Crawford; Patty Fairweather; Dean Albro | E-mail providing opinion on penalty for NOV and seeking legal advice from attorney regarding that penalty | 654 - 661 | Attorney-Client |
| 06-Sep-06 | SUC Bay St. Case | Sean Carney | Brian Wagner; Jeffrey Crawford; Patty Fairweather; T Tyrrell; Terrence Gray | E-mail from attorney attaching draft NOV with attorney's comments and modifications | 662 - 663 | Attorney-Client |
| 05-Sep-06 | SUC Bay St. Case | Brian Wagner | Sean Carney; Jeffrey Crawford; Patty Fairweather; Dean Albro | E-mail responding to attorney's revisions of Draft NOV and seeking further attorney's review | 664 - 669 | Attorney-Client; Deliberative Process |
| 01-Sep-06 | SUC Bay St. Case | Brian Wagner | Dean Albro; Sean Carney; Jeffrey Crawford | E-mail responding to client requests for legal advice regarding Draft NOV | 670 - 676 | Attorney-Client |
| 30-Aug-06 | Tiverton NOV | Brian Wagner | Dean Albro; Sean Carney; Jeffrey Crawford; Patty Fairweather | E-mail providing attorney's comments and revisions based on meeting with client, and containing opinion on identification of MGP Wastes | 677 | Attorney-Client |
| 24-Aug-06 | Southern Union / Town of Tiverton NOV | Dean Albro | Sean Carney; Tracey Tyrrell | E-mail containing proposed revisions for NOV from attorney | 680 | Attorney-Client; Deliberative Process |
| 22-Aug-06 | Bay Street | Sean Carney | Bruce Ahern | E-mail seeking other agency member's opinion on potential revisions to Draft NOV and expressing opinion on further required action on NOV | 681 | Deliberative Process |
| 15-Aug-06 | Request for review of FW complaint db | Terry Gray | Michael Sullivan | Intra-agency e-mail providing opinion on possible source of MGP residuals | 687 | Deliberative Process |
| 07-Jun-06 | Change in Financial Circumstances | Terry Gray | Mark Adelman | Intra-agency memo providing current agency positions on relationship with ENACT | 758 - 759 | Deliberative Process |
| 18-Oct-04 | Follow up on Issues Related to Governor's Meeting with ENACT | Patty Fairweather | Terry Gray; Michael Sullivan, Brian Wagner | E-mail providing agency opinion on pending enforcement action and source of MGP wastes | 766 - 767 | Deliberative Process |
| 29-Sep-06 | RE: Gail Carvelho | Gerald Coyne | Michael Sullivan; Patty Fairweather; A Hodgkin; J Grybowski; P Roberti; J Lee | E-mail responding to client requests for legal advice on settlement agreement | 775 - 777 | Attorney-Client |
| 23-Aug-06 | Settlement Agreement | Andrew Hodgkin | Michael Sullivan; J Grybowski; R Gribbin | E-mail providing opinion on agency's progress in settlement discussion with SU | 781 - 789 | Attorney-Client; Deliberative Process |
| 31-Jul-06 | Grid/ Southern Union | Terry Gray | Dean Albro; Brian Wagner; Michael Mulhare; K Schatz; M Sullivan | E-mail discussing need for meeting with Attorney General regarding enforcement action vs. SU | 790 | Deliberative Process |

# Amended RIDEM Revised Privilege Log 03/13/07

Corvello v. New England Gas Company, CA No. 05-0221T

| Date | Title | Prepared By | Sent to | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 10-May-06 | RE: Southern Union NOV-Pawtucket | Terry Gray | Michael Sullivan | E-mail providing opinion on RIDEM's alternatives in the timing of issuing NOV, and seeking attorney's confirmation | 791-792 | Attorney-Client; Deliberative Process |
| 05-Apr-06 | Tiverton | Jeffrey Grybowski | Michael Sullivan; A Hodgkin; K McKay | E-mail providing opinion on agency's options in meeting with SU to discuss Tiverton matter | 798 | Deliberative Process |
| 13-Mar-06 | Action/input Needed | Terry Gray | Michael Sullivan; Leo Hellested | E-mail describing meeting with SU lawyers and seeking opinion on settlement agreement | 800 - 801 | Deliberative Process |
| 13-Mar-06 | RE: Tiverton | Mark Adelman | Michael Sullivan; Terry Gray; R Santoro; L Krajewski | E-mail providing opinion on impact of communication with SU on enforcement action | 805 | Deliberative Process |
| 10-Mar-06 | Tiverton | Michael Sullivan | Andrew Hodgkin | E-mail seeking opinion on settlement proposed by Southern Union | 809 - 810 | Deliberative Process; Executive |
| 22-Feb-06 | FW: Bay Street update for Gov's Office | Terry Gray | Mark Adelman; Leo Hellested; Michael Sullivan | E-mail providing information (including opinions of agency members) for purposes of determining how to proceed with case | 812-820 | Deliberative Process |
| 20-Feb-06 | Tiverton | Kenneth McKay | Andrew Hodgkin; Mike Sullivan; J Grybowski | E-mail discussing communications with attorney for Southern Union and providing opinion on RIDEM's action on non-compliance with NOI | 821 | Deliberative Process; Executive |
| 15-Feb-06 | NE Gas and Tiverton | Jeffrey Grybowski | Michael Sullivan; Jeffrey Neal; Mark Adelman; Steve Kass; Tim Costa; C Richards | E-mail providing opinion on status of settlement with Southern Union and considering options regarding future legal action | 826 | Deliberative Process; Executive |
| 13-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Michael Sullivan | Mark Adelman; J Grybowski; J Neal; S Kass; T Costa; C Richards | E-mail providing opinion on how agency should pursue action in Tiverton | 831 | Deliberative Process; Executive |
| 12-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Terry Gray | Leo Hellested; Michael Sullivan | E-mail providing opinion on how agency should pursue action in Tiverton | 832 - 833 | Deliberative Process; Executive |
| 18-Jul-05 | RE: Commercial waste tip fee | Gail Mastrati | Michael Maynard | Provided in error; non-responsive privileged document pertaining to another, unrelated matter | 840 - 841 | Deliberative Process |
| 15-Sep-06 | DRAFT RELEASE | Gail Mastrati | Patty Fairweather | E-mail providing information regarding Southern Union guarantees for Tiverton cleanup | 904 | Deliberative Process |
| 15-Sep-06 | DRAFT RELEASE | Patty Fairweather | G Mastrati; D Albro; B Wagner | E-mail seeking legal advice from attorney on revisions to NOV | 906 | Attorney-Client |

# Amended RIDEM Revised Privilege Log 03/13/07

Corvello v. New England Gas Company, CA No. 05-0221T

| Date | Title | Prepared By | Sent to | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 15-Sep-06 | DRAFT RELEASE | Terry Gray | | E-mail responding to request for legal advice regarding revisions to NOV | 907 | Attorney-Client |
| 27-Oct-05 | Re: Tiverton, Bay Street | Leo Hellested | Terrence Grey | Memorandum describing the Office of Waste Management's comments on Southern Union's latest investigatrion submittal | 1090-1091 | Deliberative Process |
| 3/4/04, 4/2/04, 5/19/04 | OWM Update; Tiverton MGP; Tiverton MGP/Southern Union | Terry Gray | | Personal meeting notes for use in agency decision making on Tiverton case strategy; for examples, sections of notes include topics such as "proposed conclusions" and "next steps" | 1140-1145 | Deliberative Process |
| 28-Apr-06 | Tiverton MGP - W/AG | Sutherland Asbill & Brennan LLP (Jake Dweck & S Sparling) | Patty Fairweather | Personal meeting notes for use in agency decision making on Tiverton case legal strategy; attorney Wagner present at meeting | 1146 | Attorney-Client; Deliberative Process |
| 2-Jun-06 | Engagement Letter for Environmental Compliance Matters | Terry Gray | Michael Sullivan | Draft letter and engagement document | 1147-1150 | Attorney-Client |
| 7-Jun-06 | Change in Financial Circumstances | Leo Hellested | Terry Gray; T Pena | Intra-agency memo providing current agency positions on relationship with ENACT | 1151-1152 | Deliberative Process |
| 23-Dec-05 | Town of Tiverton Request dated Dec. 15, 2005 | | | E-mail providing opinion on necessary formal response by RIDEM Director to Southern Union | 1158-1159 | Deliberative Process |
| | Limited Settlement Agreement | | | Draft limited settlement agreement with comments & revisions | 1160-1166 | Attorney-Client; Deliberative Process |
| | Limited Settlement Agreement | Department of Health and Human Services ATSDR | | Draft limited settlement agreement with comments & revisions | 1167-1169 | Attorney-Client; Deliberative Process |
| | Health Consultation - Bay Street Study Area Site Tiverton, County, Rhode Island | Department of Health and Human Services ATSDR | | Draft ATSDR Health Consultation with comments & revisions | 1170-1186 | Deliberative Process; Joint Agency Investigation |
| | Health Consultation - Bay Street Study Area Site Tiverton, County, Rhode Island | Leo Hellested | Kelly Owens | Draft ATSDR Health Consultation with comments & revisions | 2136-2217 | Deliberative Process; Joint Agency Investigation |
| 30-Nov-04 | | | | E-Mail re: Fuss & O'Neil work for ENACT | 2218 | Deliberative Process; Executive |

# Amended RIDEM Revised Privilege Log 03/13/07

Corvello v. New England Gas Company, CA No. 05-0221T

| Date | Title | Prepared By | Sent to | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| | Notated draft comment document | Rich Enander | Jeff Crawford; Kelly Owens | Draft comments and response to SIR with comments and revisions by L Hellested | 2219-2231 | Deliberative Process |
| 23-Dec-03 | Hazard Identification Step Comments-Bay Street Human Health Risk Assessment | Terry Gray | Michael Sullivan; Leo Hellested | Internal comments on hazard identification re: NEGas Human Health Risk Assessment | 2232-2238 | Deliberative Process |
| 12-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Rich Enander | Jeffrey Crawford | E-mail providing opinion on Southern Union submissions and considering options for negotiations with Southern Union | 2239 | Deliberative Process |
| 14-Apr-05 | Richard Enander Comments on ENVIRON | Cyndee Fuller | Bob Vanderslice, Jeffrey Crawford, R Enander | E-mail providing opinion on ENVIRON submittals as related to enforcement action | 2244 | Deliberative Process |
| 25-Apr-05 | Lead IEUBK Model | Cyndee Fuller | Bob Vanderslice | E-mail containing results of investigation prepared in anticipation of litigation by hired consultant | 2245-2246 | Work Product, Deliberative Process |
| 12-Apr-05 | Review of Proposed Soil Screening Levels For Benzo(a)pyrene and Lead | | | E-mail containing results of investigation prepared in anticipation of litigation by hired consultant | 2247-2248 | Work Product, Deliberative Process |

NOTE: RIDEM's privileged documents, referenced herein, have been filed with the Court pursuant to RIDEM's Motion to Seal Documents That it Claims as Privileged on its Privilege Logs.

# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **C.A. No. 05-0221T** |
| **vs.** | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## INDEX OF INDIVIDUALS LISTED ON PRIVILEGE LOG

Mark Adelman – Policy Analyst, Office of the Governor

Bruce Ahern – RIDEM Office of Compliance and Inspection, Senior Environmental Scientist

Dean Albro – Chief, RIDEM Office of Compliance and Inspection

Sean Carney – RIDEM Office of Compliance and Inspection, Principal Environmental Scientist

Tim Costa – Policy Director, Office of the Governor

Gerald Coyne, Esq. – Department of Attorney General, Deputy Attorney General

Jeffrey Crawford – RIDEM Office of Waste Management, Principal Environmental Scientist

Department of Health and Human Services Agency for Toxic Substances and Disease Registry

Jacob Dweck, Esq. – Attorney, Sutherland Asbill & Brennan

Richard Enander – RIDEM Occide of Technical and Customer Assistance

Patty Allison Fairweather, Esq. – RIDEM Executive Counsel

Cyndee Fuller – Consultant engaged Robert Vanderslice

Terrence Grey – RIDEM Assistant Director for Air, Waste and Compliance

Rachel Gribbin – Legal Assistant, Office of the Governor

Jeffrey Grybowski, Esq. – Former Chief of Staff, Office of the Governor

Leo Hellested – Chief, RIDEM Office of Waste Management

Andrew Hodgkin, Esq. – Executive Counsel, Office of the Governor

Steve Kass – Director of Communications, Office of the Governor

Linda Krajewski – Legal Assistant, Office of the Governor

James Lee, Esq. – RI Department of Attorney General, Chief/Civil Division

Gail Mastrati – RIDEM, Media Relations Spokesperson

Michael Maynard – Media Relations Spokesperson, Office of the Governor

Kenneth McKay, Esq. – Former Chief of Staff, Office of the Governor

Michael Mulhare – RIDEM Environmental Response Administrator

Jeffrey Neal – Media Relations Spokesperson, Office of the Governor

Kelly Owens – RIDEM Office of Waste Management, Associate Supervising Sanitary Engineer

Tracey Pena - Office Manager, Bureau of Environmental Protection

Claire Richards, Esq. – Special Counsel, Office of the Governor

Paul Roberti, Esq. – RI Department of Attorney General, Assistant Attorney General

Rayna Santoro – RIDEM, Executive Assistant to the Director

Kurt Schatz – Chief, RIDEM Criminal Investigations Division

Steven Sparling, Esq. - Sutherland Asbill & Brennan

W. Michael Sullivan – Director of RIDEM

Sutherland Asbill & Brennan– Outside Legal Counsel to RIDEM

Tracey Tyrrell – RIDEM Office of Compliance and Inspection, Supervising Environmental Scientist

Robert Vanderslice – RI Department of Health, Chief, Office of Environmental Health Risk Assessment

Fred Vincent – Former Acting Director of RIDEM

Brian Wagner – Former RIDEM Deputy Chief Legal Counsel

Gerald "Gerry" Pels, Esq. – Outside Counsel, Sutherland Asbill & Brennan

Lewis Wiener, Esq. - Outside Counsel, Sutherland Asbill & Brennan