UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al.

*Plaintiffs*,

vs.

NEW ENGLAND GAS COMPANY, INC.,

*Defendant*.

C.A. No. 05-0221T
(Related Cases: 05-274T; 05-370T; 05-522T)

**DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION TO EXCEED PAGE LIMITS FOR EXHIBITS**

Defendant New England Gas Company ("NEGasCo") respectfully moves, pursuant to LR Cv 7(d)(3), for an extension of the page limits for the exhibits in support of its memorandum of law in opposition to the Rhode Island Department of Environmental Management's ("RIDEM") Memorandum in Support of its Assertion of Privilege Over Documents Identified in Revised Privilege Log. NEGasCo seeks an additional 30 pages for its exhibits. NEGasCo's opposition is due Friday, March 16, 2007.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: March 14, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>Gregory Schultz, Esq.<br>Brian Wagner, Esq.<br>RIDEM - Office of Legal Services<br>235 Promenade St., 4th Floor<br>Providence, RI 02908-5767 |

/s/ *David A. Wollin*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al.

*Plaintiffs,*

vs.

NEW ENGLAND GAS COMPANY, INC.,

*Defendant.*

C.A. No. 05-0221T
(Related Cases: 05-274T; 05-370T; 05-522T)

**DEFENDANT NEW ENGLAND GAS COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITS**

Defendant New England Gas Company ("NEGasCo") respectfully submits this memorandum of law in support of its motion, pursuant to LR Cv 7(d)(3), for an extension of the page limits for its exhibits in support of its memorandum of law in opposition to the Rhode Island Department of Environmental Management's ("RIDEM") Memorandum in Support of its Assertion of Privilege Over Documents Identified in Revised Privilege Log. NEGasCo seeks an additional 30 pages for its exhibits.

**ARGUMENT**

NEGasCo submits there is good cause for an additional 30 pages for its exhibits. RIDEM has recently disclosed over 100 pages of documents it previously claimed were privileged pursuant to the attorney-client privilege, the deliberative process privilege and other privileges. NEGasCo wants to bring an important subset of those documents to the

Court's attention since they bear on RIDEM's continued assertion of privilege over the remainder of its documents. Thus, the additional pages are necessary to thoroughly address the issues raised by RIDEM's assertion of privilege.

NEGasCo has endeavored to keep its exhibits as short as necessary; NEGasCo believes the additional pages are required to address the recent filings by RIDEM in support if its protective order motion. Moreover, RIDEM has sought an extension of the page limits on its exhibits as well.

Accordingly, NEGasCo respectfully requests an additional 30 pages for its exhibits.

Dated: March 14, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards<br>& Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>Gregory Schultz, Esq.<br>Brian Wagner, Esq.<br>RIDEM - Office of Legal Services<br>235 Promenade St., 4th Floor<br>Providence, RI 02908-5767 |

/s/ *David A. Wollin*

411776_1.doc