# EXHIBIT 1

# Documents Removed From RIDEM's November 17, 2006 Privilege Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 03-Oct-06 | Soil Contamination Bay Street Neighborhood Study Area | Patty A. Fairweather. Executive Counsel | Associate Directors Division Chiefs | Memorandum - Records Requests - | 201 | Attorney-Client |
| 04-Oct-06 | Soil Contamination Bay Street Neighborhood Study Area | Patty A. Fairweather, Executive Counsel | Associate Directors Division Chiefs | Memorandum - Records Requests - | 202 | Attorney-Client |
| 10-Oct-06 | Soil Contamination Bay Street Neighborhood Study Area | Stephen Majkut, Chief of Air Resources | Patty A. Fairweather, Executive Counsel | Memorandum - Records Requests - | 249 | Attorney-Client |
| 10-Oct-06 | Dean H. Albro, Chief, OC&I Soil Contamination Bay Street Neighborhood Study Area | Lynne T. DeBritto, Implementation Aide | Patty A. Fairweather, Executive Counsel | Records Requests | 451 | Attorney-Client |
| 10-Oct-06 | | Lynne T. DeBritto, Implementation Aide | Patty A Fairweather, Executive Counsel | Records Request OC&I | 508 | Attorney-Client |
| 05-Oct-06 | | Chris John. OC&I | Patty A. Fairweather, Executive Counsel | Response to Records Request | 509 | Attorney-Client |
| 10-Oct-06 | | Lynne T. DeBritto, Implementation Aide | Patty A. Fairweather, Executive Counsel | Memo - Records Request | 647 | Attorney-Client |
| 25-Aug-06 | Bay Street | Jeffrey Crawford | Terry Gray; Brian Wagner, Sean Carney; John Langlois | Email | 678 - 679 | Attorney-Client; Deliberative Process; Executive |
| 22-Aug-06 | Bay Street | Sean Carney | Jeffrey Crawford | Email - Revision of the NOV | 682-683 | Attorney-Client; Deliberative Process; Executive |
| 21-Aug-06 | NEGC - Bay St. investigation | Sean Carney | Jeffrey Crawford | Email | 684 | Deliberative Process; Executive |
| 17-Aug-06 | SUC Bay St. NOV | Sean Carney | Dean Albro | Email - Draft NOV for the Southern Union Co. Bay St. case | 685-686 | Deliberative Process; Executive |
| 03-Oct-06 | Soil Contamination Bay Street Neighborhood Study Area | Patty A. Fairweather | Associate Directors Division Chiefs | Memorandum - Records Requests | 757 | Attorney-Client |
| 29-Oct-04 | Contamination in the Bay Street Community - Final-9-28-04 | Terrenes Gray, P.E. | Fred Vincent | Email - with attached memo | 760 - 765 | Deliberative Process: Executive |
| 29-Oct-03 | Tiverton | Terrenes Gray, P.E. | Jan Reitsma | Email | 768 | Deliberative Process; Executive |
| 22-Oct-03 | Tiverton ENACTRI meeting | Thomas Getz | Jan Reitsma: Terry Gray; Hellested Leo | Email - BAYST/ T)V 000769 -000772 | 769 - 770 | Deliberative Process; Executive |
| | Notes | | | | 771-772 | Deliberative Process; Executive |
| 15-Sep-03 | Town of Tiverton, Rhode Island | James F. Towers Town Administrator | Jan H. Reitsma | Letter - Contamination of soil problem in the Northwest quadrant of Tiverton caused by the New England Gas Company. | 773 - 774 | |
| 24-Aug-06 | Fwd: Draft Southern Union Press Release | Andrew Hodgkin | Michael Sullivan; Patty Fairweather | Email - With attached draft press release | 778 - 780 | Attorney-Client; Deliberative Process; Executive |
| 05-Apr-06 | Tiverton | Terry Gray | Michael Sullivan | Email | 799 | Deliberative Process; Executive |
| 26-Apr-06 | ENACT meeting | Leo Hellested | Michael Sullivan | Email | 793 | Deliberative Process; Executive |
| 06-Apr-06 | RE: Draft Tiverton Rel | Michael Sullivan | Jeffrey Near | Email - with attached draft press release | 794 - 797 | Attorney-Client; Deliberative Process; Executive |
| 13-Mar-06 | RE: Tiverton | Terry Gray | Michael Sullivan | Email | 802 - 804 | Deliberative Process; Executive |
| 10-Mar-06 | Tiverton | Mark Adelman | Michael Sullivan; Terry Gray | Email - proposal BAYST/ TIV 000806 - 000810 | 806 - 808 | Deliberative Process; Executive |
| 10-Mar-06 | Tiverton | Mark Adelman | Michael Sullivan; Terry Gray | Email - BAYST/ TIV 000811 | 811 | Deliberative Process; Executive |
| 16-Feb-06 | FW: Bay Street | Leo Hellested | Michael Sullivan | Email - with attached chronology | 822 - 825 | Deliberative Process; Executive |

# Documents Removed From RIDEM's November 17, 2006 Privilege Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 17-Jan-06 | RE: PUC interest in NE Gas cleanup in tiverton | Terry Gray | Michael Sullivan; Gail Mastrati; Leo Hallested | Email | 827 | Deliberative Process; Executive |
| 07-Nov-05 | REL Statement on Tiverton | Michael Sullivan | Terry Gray | Email | 828-829 | I Deliberative Process; Executive |
| 31-Oct-05 | RE: Tiverton Bay St. | Michael Sullivan | Leo Hellested | Email | 830 | Deliberative Process; Executive |
| 12-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Michael Sullivan | Mark Adelima; Jeffrey Grybowski; Jeffrey Neal; Steve Kass; Tim Costa | Email | 834 - 836 | Deliberative Process: Executive |
| 11-Oct-05 | Tiverton ENACT | Mark Adelman | Michael Sullivan; Jeffrey Grybowski; Maura Sedlock | Email | 837 | Deliberative Process; Executive |
| 07-Oct-05 | Presentation to Community | Gail Covello | madelman@gov.state.ri.us | Email - BAYST TIV 000836 | 838 | |
| 01-Sep-05 | Tiverton | Mark Adelman | Terry Gray; Michael Sullivan | Email - send update as to where the Tiverton/Enact issue is | 839 | Deliberative Process; Executive |
| 16-Jul-05 | Tiverton | Terry Gray | Mark Adelima; Michael Sullivan; Leo Hellested; Gamil Mastrati; Jeffrey Crawford; Robert Ballou | Email - BAYST/ TIV 000842 | 842 | Deliberative Process; Executive |
| 18-Aug-06 | RE: second media request re Tiverton; deadline today | Stephanie Powell | Michael Sullivan | Email - re: media request | 880-881 | Deliberative Process: Executive |
| 16-Aug-06 | RE: Carcieri Orders DEM Action on Tiverton Contamination/ MEDIA Calls | Michael Sullivan | Stephanie Powell | Email | 882 - 885 | Deliberative Process; Executive |
| 11-Aug-06 | RE: Bay Street Neighborhood | Gail Mastrati | Michael Sullivan | Email | 886 - 887 | Deliberative Process; Executive |
| 11-Aug-06 | RE: Sakonnet Times Inquiry Re Tiverton Contamination | Jeffrey Neal | Gail Mastrati; Stephanie Powell; Barbara Trainor; Mike Manynard | Email | 888 - 889 | Deliberative Process; Executive |
| 04-Oct-06 | Document request | Patty Fairweather | Chiefs & Senior Staff | Email - Sudoc request | 890-891 | Attorney-Client; Deliberative Process; Executive |
| 15-Sep-06 | DRAFT RELEASE | Mark Maynard; Jeffrey Grybowski; Jeffrey Neal | Gail Mastrati; Brian Wagner; Dean Albro; Patty Fairweather | Email - re: draft press release regarding issuance of NOV | 892-903, 905, 908-930 | Attorney-Client Deliberative Process; Executive |
| 15-Sep-06 | RE: southern Union NOV (Out of Office) | Jeffrey Neal | Gail Mastrati | Email - request for NOV | 931-934 | Deliberative Process; Executive |
| 14-Sep-06 | southern union NOV | Gail Mastrati | 'jneal@gov.state.ri.us'; 'mmaynard@gov.state.ri.us' | Email - draft press release | 935-936 | Deliberative Process; Executive |
| 14-Sep-06 | Southern Union NOV | Gail Mastrati | jenal@gov.state.ri.us | Email re: issues of NOV and draft press release | 937-945 | Deliberative Process; Executive |
| 11-Aug-06 | RE: Sakonnet Times Inquiry Re Tiverton Contamination | Jeffrey Neal | Gail Mastrati | Email re: response to press inquiry from Sakonnet Times | 946-952 | Deliberative Process; Executive |
| 4-May-06 | RE: PUC Order on DEM Tiverton Intervention | Jeffrey Neal | Michael Sullivan | Email - re: press inquiry on PUC decision allowing DEM intervention | 953-954 | Deliberative Process; Executive |
| 25-Apr-06 | Tiverton meeting | Jeffrey Crawford | Rayna Santoro; Kelly Owens; Terry Gray | Email re: setting up meeting in Tiverton between residents and DEM staff | 955-968 | Deliberative Process; Executive |
| 10-Apr-06 | FW: tiverton meeting | Terry Gray ; Gail Mastrati | Kelly Owens; Jeffrey Crawford | Email - re: press inquiry | 969-975 | Deliberative Process; Executive |
| 28-Oct-05 | RE: Tiverton - Bay Street Contamination | Terry Gray | Gail Mastrati; Robert Ballou | Email - re: sakonnet times press inquiry | 976-979 | Deliberative Process; Executive |
| 5-Oct-05 | FW: ne gas website | Gail Mastrati | gmacris@projo.com | Email - re: projo press inquiry | 980 | Deliberative Process; Executive |
| 5-Oct-05 | FW: projo.com article from Jeff Crawford | Jeffrey Crawford | Terry Gray; Leo Hellested; Kelly Owens; Richard Enander; Gail Mastrati | Email - BAYST/ TIV 000981 - 000982 | 982 | |
| 16-Jun-05 | Tiverton | Terry Gray | Mark Adelman; Michael Sullivan | Email - re: planned ENACT press event | 983 | Deliberative Process; Executive |
| 3-Oct-06 | Memo to Chiefs | Patty Fairweather | Associate Directors Division Cheifs | Memorandum | 1139 | Attorney Client |

# Documents Removed From RIDEM's November 17, 2006 Privilege Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 2-Jun-06 | | Terry Gray | R Guzman | E-mail with Gov Office re: PUC intervention | 1153-1154 | Deliberative Process; Executive |
| 13-Apr-06 | | Gov. Office | Robert Ballou | Referal with notes | 1155 | Deliberative Process; Executive |
| 6-Apr-06 | Letter from Gail Corvello | Gail Corvello | Gov. Carcieri | Letter with petition | 1156-57 | |
| 12-Oct-06 | Memo | Patty Fairweather | Thomas Getz | Memo | 1393 | Attorney-Client |
| 17-Feb-06 | Bay Street Tiverton Study Area | Jeff Crawford | Leo Hellested, Kelly Owens; Terry Gray | Email re: call from Gail Covello | 1394 | Deliberative Process; Executive |
| 12-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Terry Gray | Michael Sullivan | Email discussing Newport Daily News article | 2240-2242 | Deliberative Process; Executive |
| | | | | Notes re: DEM strategies for responding to concerns of Tiverton residents | 2243 | Deliberative Process; Executive |