# EXHIBIT 2

**Jan Reitsma**

**From:** Terrence Gray
**Sent:** Wednesday, October 29, 2003 3:42 PM
**To:** Jan Reitsma
**Cc:** Leo Hellested; Kelly Owens; Thomas Getz
**Subject:** Tiverton

FYI-

We will be issuing a letter outlining a draft public involvement plan for the overall Tiverton MGP site tomorrow to both the Town and Gail Corvello and ENACT. I am just waiting for any feedback from Mark Adelman before I move forward. Once it is finalized, Liz Stone will also fax the letter to the local State Senate and Representative to see whether the plan meets their information needs or whether they would like some type of supplemental activities.

Also, as an FYI, as a result of VHB's investigation of the residential properties in this neighborhood, they have identified one residential property (11 A Connell Street) with elevated levels of mercury in the soil. The contamination does not appear related to the overall MGP waste issue but seems to be from the historic use of this property for the manufacture of hats. DOH has been in contact with the owners to discuss the results. In addition, I have contacted EPA Region I's emergency removal program (after discussing this site with OWM and our emergency response staff) to initiate a discussion on EPA taking the lead for further investigation and clean up of this one property. There are no responsible parties, other than the current owner, identified at this time. We expect a more in-depth assessment report on this site in the near future (it is being separated from the MGP report being filed on Friday).

If you have any questions or comments on this, let me know. I'll keep you posted on progress.

Terry

*Terrence Gray, P.E.*
*Assistant Director for Air, Waste and Compliance*
**http://www.ribrownfields.org**

**Jan Reitsma**

**From:** Thomas Getz
**Sent:** Wednesday, October 22, 2003 10:30 AM
**To:** Jan Reitsma; Terry Gray (E-mail); Hellested Leo (E-mail)
**Cc:** 'Crawford, Jeff'; 'Owens, Kelly'; 'Mastrati, Gail'
**Subject:** Tiverton ENACTRI meeting

I went to a neighborhood meeting sponsored by ENACTRI last evening to get a pulse on the situation. I went to the meeting to listen and did not ask a lot of questions. I made the following observations concerning the situation:

1) The group is well organized and the leaders are quite articulate. They have a plan of action and this is their "inform the public / politicians stage".
Other things planned:
a.) They will be on a public access TV program on November 6. (Newport County Forum) They will have 15-20 minutes to discuss their situation.
b) Distribution of a petition to people in the moratorium area to push for a resolution of the issue.
c) Development of a workshop / panel discussion. They are trying to get Lois Gibbs (Love Canal ) to attend. They also mentioned they contacted The DEM Director who accepted an invitation to speak at a meeting and the Governor. I am not sure if this is one or two different workshops.
2) The group did not feel the SU meeting in the first week of November would give them a lot of time to review the document. They will listen to the presentation and then ask SU to hold another meeting when they have a chance to review the findings.
3) They contacted Sen. Reed's Office (Steve Ikanawa sp?) and he indicated that ASTDR would be involved in the case.
4) They felt the playground area needed additional testing. If children were being told to be careful around the homes, they needed a safe place to play outdoors.
5) The moratorium is a hot button issue for them. It has a fiscal impact on the neighborhood. People's refinancing efforts have been refused by some banks. They are concerned the moratorium will be a stigma on their property and will impact resale in the future.
6) They were concerned the Council President said she knew of contamination on the Simpson property, (This was mentioned at the DEM meeting on 10/16/03) yet she wanted to move the moratorium line North on the Lepes Street side.
7) There were questions about Jeff Crawford's visit this morning. They wanted to know what he was going to do. If this is a visual inspection, they were concerned that things could be missed. They would like to see dirt samples collected.
8) They are interested in the criteria DEM is using to add properties for testing.
9) They will be contacting the Tiverton Wastewater Commission (?) and the Fall River public sanitation officials to discuss the situation in the neighborhood. They need to coordinate the hookups into the Fall River Sewer system and the neighborhood site remediation activities. For the time being, Fall River is pushing back the tie-in date due to the uncertainties of the soil problems. The people were OK with that for now because the tie-ins will take a number of years. They were concerned that SU would propose ELUR's that would allow material to remain under the roads. They felt this would be an impediment to their being able to hook into the sewer system in the future.
10) They thought there may be a need for more monitoring wells.
11) The group understood this situation will take a while to resolve. People were talking in years, not weeks or months.
12) They thought the meeting with DEM went well last week. They were pleasantly surprised with the number of people who attended the meeting. They mentioned the development of a DEM website to post information about project progress. They will also be setting up a neighborhood (ENACTRI) website too.

Rayna Santoro

**From:** Mark Adelman [madelman@gov.state.ri.us]
**Sent:** Friday, March 10, 2006 3:59 PM
**To:** Michael Sullivan; Terry Gray
**Cc:** Rayna Santoro; Linda Krajewski
**Subject:** Tiverton

We met w/ with Southern Union the other day in regard to Tiverton and learned about their proposal informally discussed with DEM. Jeff would like to set up a meeting sometime in the next couple of weeks to learn where the Department is and get your take on what's going on and the proposal. We were told that Crawford has been the DEM guy most directly involved - should he be there? Linda - can you work w/ Rayna to find a time? We'll have Andy H. and I in it. Thanks!

Rayna Santoro

**From:** Mark Adelman [madelman@gov.state.ri.us]
**Sent:** Thursday, September 01, 2005 11:29 AM
**To:** Terry Gray
**Cc:** Michael Sullivan
**Subject:** Tiverton

Terry,
Can you send me an update as to where the Tiverton/Enact issue is. I just spoke to Gail about this and I know there is a lawsuit filed but she spoke of a report extension and that they do not want a human health risk assessment done b/c there is not enough data to show the true risk. They want the Governor to attend a roundtable/info session along w/ DOH, DEM and local leaders. Thanks,
Mark

**Stephanie Powell**

**From:** Jeffrey Neal [jneal@gov.state.ri.us]
**Sent:** Friday, August 11, 2006 2:39 PM
**To:** Gail Mastrati
**Cc:** Stephanie Powell; Barbara Trainor; Mike Maynard
**Subject:** Re: Sakonnnet Times Inquiry Re Tiverton Contamination

I'm generally ok with that answer. But we need to emote more. He needs to talk a lot about the Governor's commitment to dealing with this problem. He needs to talk about how the Governor has met with them, toured the area, signed the legislation, gave them money, etc. The point should be: The Governor and DEM take this issue very seriously, and we are working hard to alleviate it and to solve it.

Then he can talk about the meetings and about how we will have more information soon.

>>> "Gail Mastrati" <gail.mastrati@DEM.RI.GOV> 8/11/2006 1:55:41 PM >>>

Jeff: Tom Daglish of the Sakonnet Times has asked the following of DEM/Dir./ sullivan regarding the Tiverton issue: "Specifically, what is DEM going to do about the

contamination problem in the Bay Street neighborhood in Tiverton, and when is it going to do it, specifically?"

The Director's suggests the following response:
We have been meeting with the Governors' legal team and the Atty. General and staff over the last 3 weeks. Shortly actions will be taken as our coordinated plans unfold.

Please advise whether you have any comments/changes to our response before we get back to Daglish; I need to get this to him today, as Monday's a holiday. thanks, Gail

**please note my new email address gail.mastrati@dem.ri.gov**

Gail Mastrati
Communications Director
222-4700 extension 2402
222-6802 fax

**Gail Mastrati**

**From:** Gail Mastrati
**Sent:** Friday, September 15, 2006 2:24 PM
**To:** Brian Wagner; Dean Albro; Patty Fairweather
**Subject:** RE: GOV's Release on Southern Union NOV for REview

Mike Maynard has included the additional info on our efforts...still awaiting final version after sign-off at gov's office

-----Original Message-----
**From:** Brian Wagner
**Sent:** Friday, September 15, 2006 2:13 PM
**To:** Dean Albro; Gail Mastrati; Patty Fairweather
**Subject:** RE: GOV's Release on Southern Union NOV for REview

I added language on the 2nd page.

While I generally thought the release was fine. It sort of sounded like DEM had done nothing before now. So, I added something to show that we haven't been asleep at the switch for all this time. Take it, leave it or move it, but I do think that it's important.

<< File: Press Rel BAW 9-15-06.doc >>

Brian A. Wagner, Esq.
Deputy Chief Legal Counsel
RIDEM - Office of Legal Services
235 Promenade St., 4th Floor
Providence, RI 02908-5767
Tel. (401) 222-6607
Fax (401) 222-3378

-----Original Message-----
**From:** Dean Albro
**Sent:** Friday, September 15, 2006 1:17 PM
**To:** Gail Mastrati; Patty Fairweather; Brian Wagner
**Subject:** RE: GOV's Release on Southern Union NOV for REview

<< File: southern union nov press rel.doc >> Gail, Patty and Brian. Here are my comments for consideration. I will let the attorneys comment on your last question.

Dean H. Albro, Chief
Office of Compliance & Inspection
R.I.Department of Environmental Management
235 Promenade Street
Providence, R.I. 02908-5767
telephone: 401-222-4700, ext. 7431; fax:401-222-3811

---

**From:** Gail Mastrati
**Sent:** Friday, September 15, 2006 12:44 PM
**To:** Dean Albro; Patty Fairweather; Brian Wagner
**Subject:** GOV's Release on Southern Union NOV for REview

<< File: southern union nov rel.doc >> Attached is a draft release from the Gov's office re the NOV to Souther Union...Please review asap to be sure it is technically and legally correct and let me know of your ok or any needed changes...they have asked how this squares with the $13 million in cleanup costs that South Union guaranteed on 8/24, so please provide direction on this--
Thanks, Gail

**Gail Mastrati**

**From:** Mike Maynard [mmaynard@gov.state.ri.us]
**Sent:** Friday, September 15, 2006 1:18 PM
**To:** Gail Mastrati
**Subject:** RE: press release with the NOV?

OK. Once I'm sure we're actually sending out the release I'll call her. Like you, I want to give her as much notice as possible.
MM

>>> "Gail Mastrati" <gail.mastrati@DEM.RI.GOV> 9/15/2006 12:52:43 PM >>>
Mike -- Gina Macris from the ProJo has been following this story and is the one who asked for a heads-up on the NOV. I'm sure that she would be appreciative of a call from you upon the issuance of the release-- 277-7455 office or 486-8304 cell. Pls let me know if you contact her--
gail

-----Original Message-----
**From:** Mike Maynard [mailto:mmaynard@gov.state.ri.us]
**Sent:** Friday, September 15, 2006 1:00 PM
**To:** Gail Mastrati
**Subject:** RE: press release with the NOV?

Here it is. Although you should have gotten a subsequent email from me with this release.

>>> "Gail Mastrati" <gail.mastrati@DEM.RI.GOV> 9/15/2006 12:37:05 PM >>>
mike-- looks like we just came back online...can you email to me also???

-----Original Message-----
**From:** Mike Maynard [mailto:mmaynard@gov.state.ri.us]
**Sent:** Friday, September 15, 2006 11:43 AM
**To:** Gail Mastrati
**Cc:** Jeffrey Grybowski; Mark Adelman
**Subject:** RE: press release with the NOV?

I think that's how we'll work it. Getting approval from Jeff on that. Am working on a release now, and will send it to you to ensure that it's okay from a technical perspective.

>>> "Gail Mastrati" <gail.mastrati@DEM.RI.GOV> 9/15/2006 11:04:56 AM >>>
I haven't planned to do so. Would you prefer to issue a release and provide copy of the NOV?

-----Original Message-----
**From:** Mike Maynard [mailto:mmaynard@gov.state.ri.us]
**Sent:** Friday, September 15, 2006 11:16 AM
**To:** Gail Mastrati
**Subject:** press release with the NOV?

Gail
Jeff G. asked if you were planning to issue a press release with the NOV? He said that we should issue one as well.

I'll talk to him further about this.
MM

**Gail Mastrati**

**From:** Terry Gray
**Sent:** Tuesday, April 18, 2006 4:54 PM
**To:** Kelly Owens
**Cc:** Gail Mastrati
**Subject:** RE: Preps for Tiverton Meeting Tue PM --

I know Leo's on vacation. I'll be at the ASTSWMO Conference in Saratoga for the rest of the week and WILL have e-mail access. I'd be happy to help out on this if you'd like. Let me know how you'd like to start.

TG

---

**From:** Gail Mastrati
**Sent:** Tuesday, April 18, 2006 2:23 PM
**To:** Terry Gray; Leo Hellested; Kelly Owens
**Subject:** Preps for Tiverton Meeting Tue PM --

Michael would like a brief powerpoint presentation developed for Tuesday's meeting in Tiverton re Bay Street contamination, to help residents understand the decision-making process. Included would be some summary info re # properties affected, what DEM wants from process ie standards vs risks, # properties tested, and other pertinent factual info. We could copy this and give as a hand-out to participants. Can we meet to discuss this on Monday -- preferably in the morning?? Please let me know asap--
thanks

**please note my new email address**
**gail.mastrati@dem.ri.gov**

Gail Mastrati
Communications Director
222-4700 extension 2402
222-6802 fax

**Gail Mastrati**

**From:** Postmaster@gov.state.ri.us on behalf of Jeffrey Neal [jneal@gov.state.ri.us]
**Sent:** Friday, September 15, 2006 9:16 AM
**To:** Gail Mastrati
**Subject:** RE: southern union NOV (Out of Office)

I am out of the office today. If you need immediate attention, please contact Mike Maynard at mmaynard@gov.state.ri.us or call 222-2080 and ask for the Governor's media office. Thanks.