# EXHIBIT 3

# Comparison of Descriptions On RIDEM's November 17, 2006 Log To Documents Still Withheld On RIDEM's March 12, 2007 Revised Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| | **SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON. R.I.**<br>----------<br>Notice of Violation: SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON | <br>---------- | <br>---------- | **Draft NOV- Bay Street Neighborhood Study Area Tiverton, Rhode Island {OWM SR 2005-09; Case #2002-065 (a))**<br>----------<br>Draft NOV - Bay Street Neighborhood Study Area Tiverton, Rhode Island with agency's handwritten and electronic comments and revisions | 452 - 462 | **Attorney-Client; Deliberative Process; Executive**<br>----------<br>Deliberative Process |
| 25-Aug-06 | **Southern Union Co.**<br>----------<br>Southern Union Co. - Sean, Brian, Jeff Follow-up on Review Draft NOV | <br>---------- | <br>---------- | **Meeting Notes re: review of draft NOV**<br>----------<br>Agency member's notes from meeting involving attorney that summarize agency deliberations of RIDEM strategic action alternatives in Tiverton on pending issuance of NOV | 463 | **Attorney-Client; Deliberative Process; Executive**<br>----------<br>Attorney-Client; Deliberative Process |
| 24-Aug-06 | **Charles Flickinger 202-383-0405 Sutherland, Asbill & Brennan**<br>----------<br>Same as Original | <br>----------<br>Sean Carney | <br>----------<br>Dean Albro | **Meeting Notes: Conf. Call - Crawford, Carney, Albro and Wagner**<br>----------<br>Handwritten notes from Conference Call with attorney C Flickinger, J Crawford, S Carney, D Albro and attorney B Wagner providing summary of proceedings and seeking legal advice | 464 - 465 | **Attorney-Client; Deliberative Process; Executive**<br>----------<br>Attorney-Client; Deliberative Process |
| 17-Aug-06 | **Memo & Attachment**<br>----------<br>Notice of Violation: SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON | **Sean Carney**<br>----------<br>Dean Albro | **Dean Albro**<br>---------- | **Draft NOV with cover memo -**<br>----------<br>Email attaching draft NOV including comments and potential revisions | 466-478 | **Deliberative Process; Executive**<br>----------<br>Deliberative Process |
| 1/17/06-8/17/06 | **Development of formal enforcement action**<br>----------<br>Bay Street Neighborhood, Tiverton Regarding Development of Formal Enforcement Action | **Dean Albro**<br>----------<br>Sean Carney | <br>----------<br>Dean Albro | **Notes re: Tiverton NOV**<br>----------<br>Handwritten notes by D Albro for agency use in decisionmaking regarding 1) legal advice received from attorney P Fairweather and 2) intra-agency deliberations on issuance of NOV | 479 - 480 | **Deliberative Process; Executive**<br>----------<br>Attorney-Client; Deliberative Process |
| 17-Aug-06 | **Note**<br>----------<br>Handwritten Note from S Carney | **Sean Carney**<br>----------<br>Dean Albro | **Dean Albro**<br>----------<br>Sean Carney | **Notes re: NOV preparation**<br>----------<br>Handwritten note providing S Carney's opinion regarding agency priorities in preparing the case | 481 | **Deliberative Process; Executive**<br>----------<br>Deliberative Process |
| 11-Aug-06 | **Draft NOV**<br>----------<br>Notice of Violation: SOUTHERN UNION COMPANY d/b/a New England Gas Company and the TOWN OF TIVERTON | **Sean Carney**<br>---------- | **Dean Albro**<br>---------- | **Draft NOV- with cover memo and routing sheet**<br>----------<br>Draft NOV including opinion of D Albro regarding supporting evidence for NOV | 482 - 495 | **Deliberative Process: Executive**<br>----------<br>Deliberative Process |
| | <br>----------<br>NOV Routing Sheet | <br>----------<br>Dean Albro | <br>----------<br>Terrence Gray | **NOV Routing Sheet**<br>----------<br>Intra-agency document providing list of RIDEM members and RIDEM attorneys setting forth the dates in which each approved NOV action against Southern Union | 648 | **Attorney-Client; Deliberative Process; Executive**<br>----------<br>Deliberative Process |

# Comparison of Descriptions On RIDEM's November 17, 2006 Log To Documents Still Withheld On RIDEM's March 12, 2007 Revised Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 08-Sept-06 | SUC Bay St<br>----------<br>Same as Original | Dean Albro<br>----------<br>Sean Carney | Gray, Terrence<br>----------<br>Brian Wagner; Dean Albro; Jeffrey Crawford | Email - re: final draft of NOV<br>----------<br>E-mail attaching draft NOV including comments and potential revisions; e-mail also provides description of RIDEM attorney's opinion on NOV | 649 | Deliberative Process; Executive<br>----------<br>Deliberative Process |
| 08-Sept-06 | Final Draft NOV - SUC Bay St.<br>----------<br>Same as Original | Sean Camey<br>----------<br>Brian Wagner | Brian Wagner<br>----------<br>Dean Albro; Jeffrey Crawford; Sean Carney; Patty Fairweather | Email - Clean copy of the final draft NOV for the SUC Bay St Case<br>----------<br>E-mail attaching draft NOV for attorney's review and comment | 650 | Attorney-Client<br>----------<br>Attorney-Client; Deliberative Process |
| 08-Sept-06 | FW: SUC Bay St. Case<br>----------<br>Same as Original | Brian Wagner<br>----------<br>Sean Carney | Dean Albro; Jeffrey Crawford<br>----------<br>Brian Wagner; Dean Albro; Patty Fairweather; Jeffrey Crawford | Email - Changes<br>----------<br>E-mail responding to client request for legal advice regarding Draft NOV | 651 | Attorney-Client<br>----------<br>Same as Original |
| 08-Sept-06 | SUC Bay St. draft NOV<br>----------<br>Same as Original | Sean Carney<br>----------<br>Dean Albro | Brian Wagner<br>----------<br>Brian Wagner; Jeffrey Crawford; Sean Carney; Patty Fairweather | Email - Misunderstood comment regarding a suggestion that additional language be included in the penalty section on the draft NOV.<br>----------<br>E-mail responding to attorney's legal advice and seeking further advice on Draft NOV | 652 - 653 | Attomey-Client<br>----------<br>Same as Original |
| 07-Sep-06 | SUC Bay St. draft NOV<br>----------<br>Same as Original | Dean Albro<br>----------<br>Brian Wagner | Brian Wagner; Jeffrey Crawford<br>----------<br>Sean Carney; Jeffrey Crawford; Patty Fairweather; Dean Albro | Email -<br>----------<br>E-mail providing opinion on penalty for NOV and seeking legal advice from attorney regarding that penalty | 654-661 | Attorney-Client<br>----------<br>Same as Original |
| 06-Sep-06 | SUC Bay St. Case<br>----------<br>Same as Original | Brian Wagner<br>----------<br>Sean Carney | Sean Carney; Jeffrey Crawford<br>----------<br>Brian Wagner; Jeffrey Crawford; Patty Fairweather; T Tyrrell; Terrence Gray | Email - Couple of modifications<br>----------<br>E-mail from attorney attaching draft NOV with attorney's comments and modifications | 662-663 | Attorney-Client<br>----------<br>Same as Original |
| 05-Sep-06 | SUC Bay St. Case<br>----------<br>Same as Original | Jeffrey Crawford<br>----------<br>Brian Wagner | Sean Carney, Brian Wagner<br>----------<br>Sean Carney; Jeffrey Crawford; Patty Fairweather, Dean Albro | Email -<br>----------<br>-<br>E-mail responding to attorney's revision of Draft NOV and seeking further attorney's review | 664-669 | Attorney-Client; Deliberative Process; Executive<br>----------<br>Attorney-Client; Deliberative Process |
| 01-Sep-06 | SUC Bay St. Case<br>----------<br>Same as Original | Brian Wagner<br>----------<br>Same as Original | Sean Carney; Jeffrey Crawford<br>----------<br>Dean Albro; Sean Carney; Jeffrey Crawford | Email-<br>----------<br>E-mail responding to client requests for legal advice regarding Draft NOV | 670-676 | Attorney-Client; Deliberative Process; Executive<br>----------<br>Attorney-Client |
| 30-Aug-06 | Tiverton NOV<br>----------<br>Same as Original | Brian Wagner<br>----------<br>Same as Original | Dean Albro; Sean Carney; Jeffrey Crawford<br>----------<br>Dean Albro; Sean Carney; Jeffrey Crawford; Patty Fairweather | Email - Additional Comments<br>----------<br>E-mail Providing attorney's comments and revisions based on meeting with client, and containing opinion on identification of MGP Wastes | 677 | Attorney-Client<br>----------<br>Same as Original |

# Comparison of Descriptions On RIDEM's November 17, 2006 Log
# To Documents Still Withheld On RIDEM's March 12, 2007 Revised Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 24-Aug-06 | Southern Union / Town of Tiverton NOV<br>---<br>Same as Original | Brian Wagner<br>---<br>Dean Albro | Dean Albro; Jeffrey Crawford; Fairweather P.<br>---<br>Sean Carney; Tracey Tyrrell | Email - Proposed revisions<br>---<br>E-mail containing proposed revisions for NOV from attorney | 680 | Attorney-Client; Deliberative Process; Executive<br>---<br>Attorney-Client; Deliberative Process |
| 22-Aug-06 | Bay Street<br>---<br>Same as Original | Dean Albro<br>---<br>Sean Carney | Sean Carney; Tracey Tyrell<br>---<br>Bruce Ahern | Email<br>---<br>E-mail seeking other agency member's opinion on potential revisions to Draft NOV and expressing opinion on further required action on NOV | 681 | Deliberative Process; Executive<br>---<br>Deliberative Process |
| 15-Aug-06 | Request for review of FW complaint db<br>---<br>Same as Original | Sean Carney<br>---<br>Terry Gray | Bruce Ahern<br>---<br>Michael Sullivan | Email<br>---<br>Intra-Agency e-mail providing opinion on possible source of MGP residuals | 687 | Deliberative Process; Executive<br>---<br>Deliberative Process |
| 07-June-06 | Memorandum<br>---<br>Change in Financial Circumstances | Terrence Gray. P.E.<br>---<br>Terry Gray | W. Michael Sullivan, Ph. D Director<br>---<br>Mark Adelman | Inter-Office Memo re: DEM financial support for ENACT<br>---<br>Intra-agency memo providing current agency positions on relationship with ENACT | 758-759 | Deliberative Process; Executive<br>---<br>Deliberative Process |
| 29-Oct-04 | FW: Follow up on Issues related to Governor's meeting with ENACT<br>---<br>Follow up on Issues Related to Governor's Meeting with ENACT | Terry Gray<br>---<br>Patty Fairweather | Fred Vincent & Mark Adelman, Gov's Office<br>---<br>Terry Gray; Michael Sullivan; Brian Wagner | Email<br>---<br>Email providing agency opinion on pending enforcement action and source of MGP wastes | 766-767 | Deliberative Process: Executive<br>---<br>Deliberative Process |
| 29-Sep-06 | RE: Gail Carvelho<br>---<br>Same as Original | Patly Fairweather<br>---<br>Gerald Coyne | Terry Gray; Michael Sullivan. Brian Wagner<br>---<br>Michael Sullivan; Patty Fairweather; A Hodgkin; J Grybowski; P Roberti; J Lee | Email<br>---<br>E-mail responding to client requests for legal advice on settlement agreement | 775-777 | Attorney-Client; Deliberative Process; Executive<br>---<br>Attorney-Client |
| 23-Aug-06 | RE: Settlement Agreement<br>---<br>Settlement Agreement | Gerald Coyne<br>---<br>Andrew Hodgkin | Michael Sullivan; Patty Fairweather; Andrew Hodgkin et al.<br>---<br>Michael Sullivan: J Grybowski; R Gribbin | Email - Re: settlement discussion with SU<br>---<br>E-mail providing opinion on agency's progress in settlement discussion with SU | 781 - 789 | Attorney-Client; Deliberative Process; Executive; Joint Prosecution<br>---<br>Attorney-Client: Deliberative Process |
| 31-Jul-06 | Grid/ Southern Union<br>---<br>Same as Original | Andrew Hodgkin<br>---<br>Terry Gray | Michael Sullivan<br>---<br>Dean Albro; Brian Wagner; Michael Mulhare; K Schatz: M Sullivan | Email - Tiverton Matter<br>---<br>E-mail discussing need for meeting with Attorney General regarding enforcement action vs. SU | 790 | Attorney-Client; Deliberative Process; Executive<br>---<br>Deliberative Process |
| 10-May-06 | RE: Southern Union NOV-Pawtucket<br>---<br>Same as Original | Terry Gray<br>---<br>Same as Original | Dean Albro; Brian Wagner; Michael Mulhare<br>---<br>Michael Sullivan | Email<br>---<br>E-mail providing opinion on RIDEM's alternatives in the timing of issuing NOV. and seeking attorney's confirmation | 791 - 792 | Attorney-Client; Deliberative Process; Executive<br>---<br>Attorney-Client: Deliberative Process |

# Comparison of Descriptions On RIDEM's November 17, 2006 Log To Documents Still Withheld On RIDEM's March 12, 2007 Revised Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| 05-Apr-06 | Tiverton | Terry Gray | Michael Sullivan | Email | 798 - 799 | Deliberative Process; Executive |
| | Same as Original | Jeffrey Grybowski | Michael Sullivan: A Hodgkin; K McKay | E-mail providing opinion on agency's options in meeting with SU to discuss Tiverton matter | 798 | Deliberative Process |
| 15-Mar-06 | FW: action/ input needed | Michael Sullivan | Terry Gray; Brian Wagner | Email | 800 - 801 | Attorney-Client; Deliberative Process; Executive |
| 13-Mar-06 | Action/input Needed | Terry Gray | Michael Sullivan; Leo Hellested | E-mail describing meeting with SU lawyers and seeking opinion on settlement agreement | | Deliberative Process |
| 13-Mar-06 | RE: Tiverton | Terry Gray | Michael Sullivan | Email | 802 - 805 | Deliberative Process; Executive |
| | Same as Original | Mark Adelman | Michael Sullivan: Terry Gray: R Santoro; L Krajewski | E-mail providing opinion on impact of communication with SU on enforcement action | 805 | Deliberative Process |
| 10-Mar-06 | Tiverton | Mark Adelman | Michael Sullivan; Terry Gray | Email - proposal BAYST/ TIV 000806 - 000810 | 806 - 810 | Deliberative Process; Executive |
| | Same as Original | Michael Sullivan | Andrew Hodgkin | E-mail seeking opinion on settlement proposed by Southern Union | 809 - 810 | Same as Original |
| 22-Feb-06 | FW: Bay Street update for Gov's Office | Michael Sullivan; Terry Gray | Andrew Hodgkin' | Email - with 3 attachments - Summary, Memo & Chronology re BSNSA | 812 - 820 | Deliberative Process; Executive |
| | Same as Original | Terry Gray | Mark Adelman; Leo Hellested; Michael Sullivan | E-mail providing information (including opinions of agency members) for purposes of determining how to proceed with case | | Deliberative Process |
| 20-Feb-06 | Tiverton | Terry Gray | Mark Adelman | Email | 821 | Deliberative Process; Executive |
| | Same as Original | Kenneth McKay | Andrew Hodgkin; Mike Sullivan; J Grybowski | E-mail discussing communications with attorney for Southern Union and providing opinion on RIDEM's action on non-compliance with NOV | | Same as Original |
| 15-Feb-06 | NE Gas and Tiverton | Kenneth McKay | Andrew Hodgkin; Mike Sullivan | Email - communication between DEM and the Gas co. | 826 | Deliberative Process; Executive |
| | Same as Original | Jeffrey Grybowski | Michael Sullivan: Jeffrey Neal: Mark Adelman: Steve Kass; Tim Costal C Richards | E-mail providing opinion on status of settlement with Southern Union and considering options regarding future legal action | | Same as Original |
| 13-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Jeffrey Grybowski | Michael Sullivan; Jeffrey Neal; Mark Adelman; Steve Kass; Tim Costa | Email | 831 | Attorney-Client; Deliberative Process; Executive |
| | Same as Original | Michael Sullivan | - Mark Adelman; J Grybowski; J Neal; S Kass; T Costa: C Richards | E-mail providing opinion on how agency should pursue action in Tiverton | | Deliberative Process; Executive |
| 12-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Michael Sullivan | Mark Adelman; Jeffrey Grybowski; Jeffrey Neal; Steve Kass; Tim Costa | Email | 832 - 836 | Deliberative Process: Executive |
| | Same as Original | Terry Gray | Leo Hellested; Michael Sullivan | E-mail providing opinion on how agency should pursue action in Tiverton | 832 - 833 | Same as Original |

# Comparison of Descriptions On RIDEM's November 17, 2006 Log To Documents Still Withheld On RIDEM's March 12, 2007 Revised Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| **18-Jul-05** | **RE: Commercial waste tip fee** | **Terry Gray** | **Leo Hellested; Michael Sullivan** | **Email** | **840-841** | **Deliberative Process; Executive** |
| | Same as Original | Gail Mastrati | - Michael Maynard | Provided in error; non-responsive privileged document pertaining to another, unrelated matter | | Deliberative Process |
| **15-Sep-06** | **DRAFT RELEASE** | **Mark Maynard; Jeffrey Grybowski; Jeffrey Neal** | **Gail Mastrati; Brian Wagner; Dean Albro; Patty Fairweather** | **Email - re: draft press release regarding issuance of NOV** | **892-930** | **Attorney-Client Deliberative Process; Executive** |
| Same as Original | Same as Original | Gail Mastrati | Patty Fairweather | E-mail providing information regarding Southern Union guarantees for Tiverton cleanup | 904 | Deliberative Process |
| Same as Original | Same as Original | Patty Fairweather | G Mastrati; D Albro; B Wagner | E-mail seeking legal advice from attorney on revisions to NOV | 906 | Attorney-Client |
| Same as Original | Same as Original | Terry Gray | | E-mail responding to request for legal advice regarding revisions to NOV | 907 | Attorney-Client |
| **2-Oct-06** | **Tiverton MGP - Soil Contamination Bay Street Neighborhood Study Area** | **Terry Gray** | | **Personal meeting notes** | **1140-1146** | **Attorney-Client; Deliberative Process; Executive** |
| 3/4/04, 4/2/04, 5/19/04 | OWM Update; Tiverton MGP; Tiverton MGP/Southern Union | Same as Original | | Personal meeting notes for use in agency decision making on Tiverton case strategy; for examples, section of notes include topics such as "proposed conclusions" and "next steps" | 1140-1145 | Deliberative Process |
| 28-Apr-06 | Tiverton MGP - W/AG | Sutherland Asbill & Brennan LLP (Jake Dweck & S Sparling) | Patty Fairweather | Personal meeting notes for use in agency decision making on Tiverton case legal strategy; attorney Wagner present at meeting | 1146 | Attorney-Client; Deliberative Process |
| **2-Jun-06** | **TIVERTON MGP - EMAIL RECORDS - Soil Contamination Bay Street Neighborhood Study Area** | **Patty Fairweather** | **Sutherland Asbill** | **Draft letter and engagement document** | **1147-1150** | **Attorney-Client; Deliberative Process; Executive** |
| | Engagement Letter for Environmental Compliance Matters | Terry Gray | Michael Sullivan | Same as Original | | Attorney-Client |
| **7-Jun-06** | **Memo** | **Michael Sullivan** | **Terry Gray** | **Memorandum - DEM financial support for ENACT investigation** | **1151-1152** | **Deliberative Process; Executive** |
| | Changes in Financial Circumstances | Leo Hellested | Terry Gray; T Pena | Intra-agency memo providing current agency positions on relationship with ENACT | | Deliberative Process |
| **23-Dec-05** | **E-mail** | **Leo Hellested** | **Terry Gray** | **Email re: letter from Town of Tiverton** | **1158-1159** | **Deliberative Process; Executive** |
| | Town of Tiverton Request dated Dec. 15, 2005 | | | E-mail providing opinion on necessary formal response by RIDEM Director to Southern Union | | Deliberative Process |
| | | | | **Draft limited settlement agreement** | **1160-1169** | **Attorney-Client; Deliberative Process; Executive** |
| | Limited Settlement Agreement | | | Draft limited settlement agreement with comments & revisions | 1160-1166 | Attorney-Client; Deliberative Process |
| | Limited Settlement Agreement | Department of Health and Human Services ATSDR | | Draft limited settlement agreement with comments & revisions | 1167-1169 | Attorney-Client; Deliberative Process |

# Comparison of Descriptions On RIDEM's November 17, 2006 Log To Documents Still Withheld On RIDEM's March 12, 2007 Revised Log

| Date | Title | Prepared By | Prepared For | Description | Bates No. | Privilege |
|---|---|---|---|---|---|---|
| | | | | Draft ATSDR Health Consultation | 1170-1186 | Deliberative Process; Executive; Joint Agency Investigation |
| | Health Consultation - Bay Street Study Area Site Tiverton, County, Rhode Island | Department of Health and Human Services ATSDR | | Draft ATSDR Health Consultation with comments & revisions | | Deliberative Process; Joint Agency Investigation |
| | Health Consultation - Bay Street Study Area Site Tiverton, County, Rhode Island | Department of Health and Human Services ATSDR | | Draft ATSDR Health Consultation | 2136-2217 | Deliberative Process; Executive; Joint Agency Investigation |
| | Same as Original | Leo Hellested | Kelly Owens | Draft ATSDR Health Consultation with comments & revisions | | Deliberative Process; Joint Agency Investigation |
| 30-Nov-04 | | Leo Hellested | Kelly Owens | Email re: Fuss & O'Neil work for ENACT | 2218 | Deliberative Process; Executive |
| | | | | Same as Original | | Same as Original |
| | Notated draft comment document | | | Draft comments and response to SIR | 2219-2231 | Deliberative Process; Executive |
| | Same as Original | Rich Enander | Jeff Crawford; Kelly Owens | Draft comments and response to SIR with comments and revisions by L Hellested | | Deliberative Process |
| 23-Dec-03 | Internal Memorandum | Rich Enander | Jeff Crawford; Kelly Owens | Internal comments on hazard identification re: NEGas Human Health Risk Assessment | 2232-2238 | Deliberative Process; Executive |
| | Hazard Identification Step Comments-Bay Street Human Health Risk Assessment | Terry Gray | Michael Sullivan; Leo Hellested | Same as Original | | Deliberative Process |
| 12-Oct-05 | RE: News - Tiverton Toxics (Gov a no-show) | Terry Gray | Michael Sullivan | Email discussing Newport Daily News article | 2239-2242 | Deliberative Process; Executive |
| | Same as Original | Rich Enander | Jeffrey Crawford | E-mail providing opinion on Southern Union submissions and considering options for negotiations with Southern Union | 2239 | Deliberative Process |
| 14-Apr-05 | Richard Enander Comments on ENVIRON | Rich Enander | Jeffrey Crawford | Comments on Enander submittals | 2244 | Deliberative Process; Executive |
| | Same as Original | Cyndee Fuller | Bob Vanderslice, Jeffrey Crawford, R Enander | E-mail providing opinion on ENVIRON submittals as related to enforcement action | | Deliberative Process |
| 25-Apr-05 | Lead IEUBK Model | Cyndee Fuller | Bob Vanderslice, HEALTH Jeff Crawford, RIDEM Rich Enander, RIDEM | Email from EPA re: modeling results | 2245-2246 | Deliberative Process; Executive |
| | - Same as Original | Same as Original | Bob Vanderslice | E-mail containing results of investigation prepared in anticipation of litigation by hired consultant | | Work Product, Deliberative Process |
| 12-Apr-05 | Review of Proposed soil Screening Levels For Benzo(a)pyrene and Lead | Cyndee Fuller | Bob Vanderslice | Email re: soil screening levels | 2247-2248 | Joint Agency Investigation |
| | Same as Original | | | E-mail containing results of investigation prepared in anticipation of litigation by hired consultant | | Work Product, Deliberative Process |