UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al | : | |
| *Plaintiff,* | : | |
| v. | : | C.A. No. 05-221T |
| NEW ENGLAND GAS COMPANY, INC.; | : | |
| *Defendant.* | : | |

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the state(s) of Massachusetts and of the federal district court of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime.

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months: None.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion of other parties in the case.

/s/David A. Cetola__
David A. Cetola
McRoberts, Roberts and Rainer, LLP
53 State Street
Boston, MA 02109
617-722-8222
617-720-2320 FAX

---

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

__/s/Robert J. McConnell_________
Robert J. McConnell (#3888)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, Rhode Island 02940
401-457-7700
401-457-7708 FAX

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

This motion is hereby _______________________________________________

____________________________
District Judge

Date

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| | : | |
| v. | : | C.A. No. 05-221T |
| | : | |
| NEW ENGLAND GAS COMPANY, INC.; | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

The Plaintiffs, Gail Corvello, et al, hereby move that David A. Cetola be admitted *pro hac vice* in the above-case/agency proceeding as discovery trial counsel with local counsel identified below, on the grounds that (1) The case/agency proceeding involves the following complex areas of law, in which *pro hac vice* counsel concentrates: Environmental and (2) extensive discovery is anticipated in this jurisdiction.

____/s/Robert J. McConnell______
Robert J. McConnell (#3888)
Attorney for Plaintiff
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903
(401) 457-7704

Dated:_April 2, 2007____