UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br>*Plaintiffs*,<br>vs.<br>NEW ENGLAND GAS COMPANY, INC.,<br>*Defendant*. | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM OF LAW**

Defendant New England Gas Company ("NEGasCo") respectfully moves, pursuant to LR Cv 7(b)(3), for leave of Court to file a supplemental memorandum of law in further support of its "Memorandum of Law In Opposition to RIDEM's Assertion of Privilege," which was filed March 16, 2007 (Dkt. Entry 171-1.) The grounds for this motion are set forth in the accompanying memorandum of law and proposed supplemental filing attached as Exhibit 1.

Dated: April 18, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>Gregory Schultz, Esq.<br>Brian Wagner, Esq.<br>RIDEM - Office of Legal Services<br>235 Promenade St., 4th Floor<br>Providence, RI 02908-5767 |

/s/ *David A. Wollin*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al.

*Plaintiffs*,

vs.

NEW ENGLAND GAS COMPANY, INC.,

*Defendant*.

C.A. No. 05-0221T
(Related Cases: 05-274T; 05-370T; 05-522T)

**DEFENDANT NEW ENGLAND GAS COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO FILE SUPPLEMENTAL MEMORANDUM OF LAW**

Defendant New England Gas Company ("NEGasCo") respectfully submits this memorandum of law in support of its motion, pursuant to LR Cv 7(b)(3), for leave of Court to file a supplemental memorandum of law in further support of its "Memorandum of Law In Opposition to RIDEM's Assertion of Privilege," which was filed March 16, 2007 (Dkt. Entry 171-1.) The proposed supplemental filing is attached as Exhibit 1.

## ARGUMENT

NEGasCo submits there is good cause to allow the filing of a supplemental memorandum of law. NEGasCo wishes to bring to the Court's attention relevant facts not available at the time of its original March 16, 2007 submission.

By way of background, on March 7, 2007, the Court heard oral argument on RIDEM's protective order motion seeking the return of purportedly privileged documents

that RIDEM produced to NEGasCo as a result of RIDEM's failure to conduct any quality control checks prior to the production, or to check the production even after NEGasCo's counsel alerted RIDEM to the inclusion of those documents. During oral argument, the Court noted the inadequacy of RIDEM's original privilege log, and in anticipation of conducting an *in camera* review, directed RIDEM to supplement its log and to demonstrate the applicability of the claimed privileges to the logged documents. On March 16, NEGasCo filed its memorandum in "Opposition to RIDEM's Assertion of Privilege" ("NEGasCo's Opposition Brief") demonstrating that RIDEM lost the privilege not only by reason of its grossly negligent production to NEGasCo but also by its inadequate original and supplemental privilege logs.

NEGasCo's Opposition Brief (at p. 4) called particular attention to the inadequacy of RIDEM's original and supplemental logs as regards two pages of handwritten notes, Bates numbered 479-80 (the "Handwritten Notes"), authored by Dean Albro, the Chief of RIDEM's Office of Compliance and Inspection. NEGasCo noted the inconsistency and unreliability of the privilege logs as regards the Handwritten Notes, and the fact that for various reasons such document is not, and could not be, privileged.

Since that time, RIDEM designated Mr. Albro as one of its Rule 30(b)(6) witnesses in the pending administrative suit brought by RIDEM against NEGasCo concerning the Bay Street Area. During the first session of Mr. Albro's deposition on March 16, he testified that three or four days in advance of the deposition, he reviewed the Handwritten Notes specifically to prepare for the deposition including to refresh his recollection as to the events reflected in those notes. Indeed, Mr. Albro testified as to numerous details reflected in the Handwritten Notes including who he spoke to, in what

order, what they told him, and other facts refreshed by his review of the Handwritten Notes. Yesterday, at the continuation of Mr. Albro's deposition, he testified that he once again reviewed the Handwritten Notes that very morning in preparation for testifying. NEGasCo wants to bring this testimony before the Court because, under applicable law, it further supports NEGasCo's argument that as to the Handwritten Notes, any possible privilege has been lost.

Accordingly, NEGasCo respectfully requests that it be permitted to file the supplemental pleading attached as Exhibit 1.

Dated: April 18, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards<br>& Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>Gregory Schultz, Esq.<br>Brian Wagner, Esq.<br>RIDEM - Office of Legal Services<br>235 Promenade St., 4th Floor<br>Providence, RI 02908-5767 |

/s/ *David A. Wollin*

*414980_1.doc*