UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al<br><br>*Plaintiff,*<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, INC.;<br><br>*Defendant.* | : | C.A. No. 05-221T<br>(Related case nos:<br>05-274T, 05-370T, 05-522T) |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, Gail, John D. and John F. Corvello et al, will conduct the deposition of Eugene Camara, 195 Dimian Street, Fall River, Massachusetts upon oral examination, on July 11, 2007 at the Tiverton Community Center, 346 Judson Street, Tiverton, Rhode Island 02878 at 10:00 a.m. or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means and videotape.

Attorneys for the Plaintiffs Gail, John D. and John F. Corvello et al,
By their Attorneys
McRoberts, Roberts and Rainer, LLP

Mark W. Roberts
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

Dated: June 20th, 2007

**CERTIFICATION OF SERVICE**

I hereby certify that in this 20th day of June, 2007 a true and correct copy of the foregoing was sent via electronic means (ECF) to the following:

| | |
|---|---|
| Robert J. McConnell<br>Aileen L. Sprague<br>Jonathan Orent<br>MOTLEY RICE, LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Brad J. Mitchell<br>Christian Uehlein<br>THORNTON & NAUMES<br>100 Summer Street<br>Boston, MA 02110 |
| | |
| Christina C. Dodds<br>WATSON, BISHOP, LONDON & BROPHY<br>The Littlefield Building<br>106 E. 6th Street, Suite 700<br>Austin, TX 78701 | John A. Tarantino<br>David A. Wollin<br>Kristen W. Sherman<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| | |
| Gregory S. Schultz<br>Susan B. Wilson<br>RIDEM – OFFICE OF LEGAL SERVICES<br>235 Promenade Street, 4th Floor<br>Providence, RI 02908 | Eric D. Herschmann<br>David E. Ross<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| | |
| Lewis S. Wiener<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 | Brian R. Cunha<br>Brian Cunha and Associates<br>904 Broadway<br>East Providence, RI 02914 |
| | |
| Seth Davis<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 | John A. Tarantino<br>David A. Wollin<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| | |
| Anthony J. Sbarra, Jr<br>Charles K. Mone<br>Russell X. Pollock<br>CAMPBELL, CAMPBELL, EDWARDS & CONROY<br>One Constitution Plaza<br>3rd Floor<br>Boston, MA 02129 | Paul Revere, III<br>297 North Street<br>Suite 337<br>Hyannis, MA 02601 |

Mark W. Roberts