# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

**GAIL, JOHN D. and JOHN F. CORVELLO, et al.**
*Plaintiffs,*

vs.

**NEW ENGLAND GAS COMPANY, INC.,**
*Defendant.*

**C.A. No. 05-0221T**

## NON-PARTY RIDEM'S MOTION FOR STAY OF EXECUTION OF ORDER

Now comes the Rhode Island Department of Environmental Management ("RIDEM"), by and through its undersigned counsel, and hereby respectfully submits this Motion for Stay of the Execution of the Court's Decision dated June 28, 2007 (docket entry 205).

For the reasons set forth in the attached Memorandum of Law, RIDEM respectfully requests that the decision rendered by the Court on June 28, 2007 be stayed until July 13, 2007, ten business days from the date of the Order to afford RIDEM sufficient opportunity to analyze the Court's Order and exercise any rights and remedies it may have in relation to thereto.

Dated: June 29, 2007

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ Susan B. Wilson
Gregory S. Schultz; RI Bar No. 5570
Susan B. Wilson; RI Bar No. 7278
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

Lewis S. Wiener, Esq.
Admitted *pro hac vice*
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0140
Facsimile: (202) 637-3593

**Certificate of Service**

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on February 20, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

| | |
|---|---|
| John J. McConnell, Jr.<br>Robert J. McConnell<br>Aileen L. Sprague<br>MOTLEY RICE, LLC<br>321 South Main Street<br>Providence, RI 02940 | John A. Tarantino<br>David A. Wollin<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| Christina C. Dodds<br>WATSON, BISHOP, LONDON & BROPHY<br>The Littlefield Building<br>106 E. 6th Street, Suite 700<br>Austin, TX 78701 | Eric D. Herschmann<br>David E. Ross<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| Mark W. Roberts<br>McROBERTS, ROBERTS & PALMER, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | |

/s/ Susan B. Wilson

Service upon the following parties has been made by regular mail, postage prepaid.

| | |
|---|---|
| Neil T. Leifer<br>Brad J. Mitchell<br>THORNTON & NAUMES<br>100 Summer Street<br>Boston, MA 02110 | Seth Davis<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019 |

/s/ Susan B. Wilson

# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.** *Plaintiffs,* | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 05-0221T** |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.,** *Defendant.* | ) | |

## NON-PARTY RIDEM'S MEMORANDUM OF LAW IN SUPPORT IF ITS MOTION FOR STAY OF EXECUTION OF ORDER

Now comes the Rhode Island Department of Environmental Management ("RIDEM"), through its undersigned counsel, and hereby respectfully submits this Memorandum of Law in Support of its Motion for Stay of the execution of the Court's Order dated June 28, 2007 (docket entry 205) ("the Order").

This matter came for hearing before this Court on March 7, 2007, and after supplemental briefing, a decision was rendered on June 28, 2007 denying RIDEM's Motion for a Protective Order with regard to its inadvertently produced privileged documents. On June 28, 2007, immediately after the Court posted its Order, Defendant's counsel sent a letter to Senior District Judge Ernest C. Torres, requesting the return of RIDEM's privileged documents, which Defendant had previously delivered to the Court pursuant to an Order issued on December 20, 2006. For the reasons more fully discussed below, RIDEM requests the Court **NOT** return the document in question to Defendant's Counsel at this time and otherwise stay execution of the June 28th Order until July 13, 2007, ten (10) business days following entry of the Order.

Rule 59(e) of the Federal Rules of Civil Procedure affords RIDEM ten (10) days, exclusive of Saturdays, Sundays and holidays, or until July 13, 2007, in which to file a motion

for an alteration or amendment of the judgment. Rule 60(b) of the Federal Rules of Civil Procedure allows RIDEM "a reasonable time" in which to file a motion for relief from a judgment or order.[1]

RIDEM is not a party to this action, but produced documents in response to a third party subpoena. The documents at issue have been in the custody of the Court since December 22, 2007. RIDEM is now requesting that the Court maintain possession of the documents that are the subject of the Court's June 28, 2007 Order thereby maintaining the status quo for an additional ten business days (July 13, 2007) to afford RIDEM the oppostunity to assess and properly weigh its options, rights and remedies in light of the Court's denial of the Motion for Protective Order, including potentially seeking clarification of the Court's Order. Returning to Defendant's counsel the disk of documents provided to the Court in December 2006 will eliminate any options that RIDEM or the Court may have with respect to the Order and irreparably harm RIDEM should the Order or the relief afforded thereby be later modified.

Maintaining the status quo with regard to the documents at issue for ten business days, or until July 13, 2007 will further prevent injury to other interested parties and the public because distribution of the documents at issue to counsel for Southern Union in the related administrative proceeding could potentially impair and delay the administrative proceedings, and result in Protective Order motion practice similar to that which has been underway for over six months in this matter. Such a delay would result in further environmental harm and risk to the residents of the contaminated neighborhood in Tiverton, Rhode Island.

---

[1]Pursuant to Rule 4 of the Federal Rules of Appellant Procedure, RIDEM may appeal the Court's June 28, 2007 Order within thirty (30) days after entry of the order. RIDEM has an automatic right to an appeal to the United States Court of Appeals because the June 28, 2007 order is a final judgment with regard to RIDEM, a non-party to this action.

Finally, NEGC will suffer no injury if this Motion for a Stay of the Execution of the Order is granted. It has been without the documents at issue for the past six months and no depositions or other motions are pending that compel their immediate return.

For the reasons herein stated, RIDEM hereby requests that execution of the Order denying RIDEM's Motion for a Protective Order be stayed, and the documents not be returned to Defendant's counsel until after the expiration of the ten business days, or July 13, 2007.

Dated: June 29, 2007

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ Susan B. Wilson
Gregory S. Schultz; RI Bar No. 5570
Susan B. Wilson; RI Bar No. 7278
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

Lewis S. Wiener, Esq.
Admitted *pro hac vice*
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0140
Facsimile: (202) 637-3593

**Certificate of Service**

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/.*

Service upon the following parties was completed electronically via the ECF system on February 20, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

| | |
|---|---|
| John J. McConnell, Jr.<br>Robert J. McConnell<br>Aileen L. Sprague<br>MOTLEY RICE, LLC<br>321 South Main Street<br>Providence, RI 02940 | John A. Tarantino<br>David A. Wollin<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| Christina C. Dodds<br>WATSON, BISHOP, LONDON & BROPHY<br>The Littlefield Building<br>106 E. 6th Street, Suite 700<br>Austin, TX 78701 | Eric D. Herschmann<br>David E. Ross<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| Mark W. Roberts<br>McROBERTS, ROBERTS & PALMER, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | |

/s/ Susan B. Wilson

Service upon the following parties has been made by regular mail, postage prepaid.

| | |
|---|---|
| Neil T. Leifer<br>Brad J. Mitchell<br>THORNTON & NAUMES<br>100 Summer Street<br>Boston, MA 02110 | Seth Davis<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019 |

/s/ Susan B. Wilson