# UNITED STATES DISTRICT COURT
**FOR THE**
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.**<br>*Plaintiffs,*<br><br>**vs.**<br><br>**NEW ENGLAND GAS COMPANY, INC.,**<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 05-0221T** |

## NON-PARTY RIDEM'S REPLY IN SUPPORT OF MOTION FOR STAY OF EXECUTION OF ORDER

Now comes the Rhode Island Department of Environmental Management ("RIDEM"), by and through its undersigned counsel, and hereby respectfully submits this Reply in Support of its Motion for Stay of the Execution of the Court's Decision dated June 28, 2007 (docket entry 205).

At the time RIDEM filed its Motion – the day after the Court issued its Order – its was unaware the Court had already returned the documents in question to NEGC's counsel. RIDEM did not learn that the documents had been returned until July 2, 2007.

RIDEM's Motion for Stay was filed simply to afford RIDEM a modest amount of time to assess the impact of the Court's Order, to consider its options, and to determine the source of the disconnect noted in the Court's Order between the description of the documents in RIDEM's amended privilege log and the affidavits filed in support thereof, especially because the descriptions in the affidavits were taken directly from the privilege logs. As it turns out, and as the Court was informed by Motion dated July 2, 2007, a clerical error resulted in the deletion of several cells (lines) from the amended privilege log resulting in the disconnect between the descriptions of the documents in the privilege logs and affidavits filed in support thereof.

Dated: July 10, 2007

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
By its attorney,

/s/ Lewis S. Wiener
Lewis S. Wiener, Esq.
Admitted *pro hac vice*
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0140
Facsimile: (202) 637-3593

/s/ Susan B. Wilson
Gregory S. Schultz; RI Bar No. 5570
Susan B. Wilson; RI Bar No. 7278
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

**Certificate of Service**

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on July 10, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

| | |
|---|---|
| John J. McConnell, Jr.<br>Robert J. McConnell<br>Aileen L. Sprague<br>MOTLEY RICE, LLC<br>321 South Main Street<br>Providence, RI 02940 | John A. Tarantino<br>David A. Wollin<br>ADLER POLLOCK & SHEEHAN<br>One Citizen's Plaza, 8th Flr.<br>Providence, RI 02903 |
| Christina C. Dodds<br>WATSON, BISHOP, LONDON & BROPHY<br>The Littlefield Building<br>106 E. 6th Street, Suite 700<br>Austin, TX 78701 | Eric D. Herschmann<br>David E. Ross<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019 |
| Mark W. Roberts<br>McROBERTS, ROBERTS & PALMER, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | |

/s/ Susan B. Wilson

Service upon the following parties has been made by regular mail, postage prepaid.

| | |
|---|---|
| Neil T. Leifer<br>Brad J. Mitchell<br>THORNTON & NAUMES<br>100 Summer Street<br>Boston, MA 02110 | Seth Davis<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019 |

/s/ Susan B. Wilson