**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL, JOHN D. and John F. CORVELLO, et al,

Plaintiffs,

v. C.A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.,

Defendant.

**ORDER**

The motion by non-party RIDEM for stay of execution of the June 28, 2007 Memorandum and Order by this Court denying RIDEM's motion for protective order is denied. In accordance with the Court's June 28, 2007 order, the documents RIDEM requests this Court to retain were returned to the defendant prior to RIDEM's filing the instant motion, which renders the motion moot.

By Order:

Deputy Clerk

ENTER:

U.S. District Court Judge Ernest C. Torres
July 11, 2007