**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br>*Plaintiffs,*<br>v. | ) | C.A. No. 05-221T<br>(Related Case No. 05-274T)<br>**MOTION TO MODIFY ORIGINAL ORDER RESTRICTING VIDEO DEPOSITION OF JOSE SOUZA** |
| NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | ) | |

**PLAINTIFFS' MOTION TO MODIFY DISCOVERY ORDER**

NOW COME Plaintiffs in the above entitled action seeking leave to modify a previous Order issued by this Honorable Court. Pursuant to Magistrate Judge Martin's Order on September 22, 2006, Plaintiffs in the above action were granted leave to move forward with the video deposition of Mr. Jose Souza, a non-party to this action, once certain conditions were met by Plaintiffs. Plaintiffs now request this Court to modify its September 22, 2006 Order to permit Plaintiffs to schedule forthwith the videotape deposition of Mr. Souza in this case.

In support of this Motion, Plaintiffs' Memorandum of Law is attached hereto.

*Dated*: July 30, 2007

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS &RAINER, LLP**
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

I hereby certify that a copy of the foregoing Plaintiffs' Motion to Modify Discovery Order was mailed, first-class and postage pre-paid, to all counsel of record per the attached service list on this 30th day of July, 2007.

/ s/ Robert McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

SERVICE LIST

Corvello et al v. New England Gas Company, Inc.
C.A. No. 05-221T

John A. Tarantino, Esq.
Patricia Rocha, Esq.
David A. Wollin, Esq.
ADLER, POLLOCK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric D. Herschmann, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Christina Dodds, Esq.
BISHOP LONDON BROPHY & DODDS, P.C.
3701 Bee Cave Road, Suite 200
Austin, TX 78746

David C. Strouss
Brad J. Mitchell
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
MCROBERTS, ROBERTS & RAINER
53 State Street
Boston, MA 02109