# EXHIBIT E

**Robert J. McConnell**
**Licensed in MA & RI**
DIRECT DIAL 401.457.7703
DIRECT FAX 401.457.7708
BMcconnell@motleyrice.com

May 31, 2007

John A. Tarantino, Esq.
David A. Wollin, Esq.
ADLER, POLLOCK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David E. Ross, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Re: Corvello et al v. New England Gas Co., C.A. No. 05-221T

Gentlemen:

I am writing concerning the deposition of Jose Souza in the Corvello case. As you know, Magistrate Martin issued an order on this matter last fall. David Ross and I reached a subsequent agreement earlier this year on procedural issues.

I recently have reviewed the two transcripts of Mr. Souza's deposition in the Administrative Adjudication case as well as Chief Hearing Officer Lanphear's May 15, 2007 Order imposing guidelines on how this testimony is to be completed. What is objectively clear is that this witness is an 87-year-old man whose factual testimony in both the AAD and federal court cases is exactly the same. He has already endured a lot in the AAD proceeding and he potentially is still subject to ninety more minutes of cross-examination by Defendants, and fifteen minutes of re-direct testimony.

In light of the amount of testimony that Mr. Souza already has given, and will further give, in the AAD proceeding, in light of the exact similarity of his testimony in both proceedings and, most importantly, in light of Mr. Souza's advanced age, I propose that the interests of all concerned will be fairly served if we agree that his deposition in the AAD matter may be deemed as if taken in the Corvello case. I think that, under the entirety of these circumstances, this is the most appropriate course to take.

Please let me know if this proposal is acceptable to Southern Union.

Very truly yours,

Robert J. McConnell

RJM:lmg

bcc: Neil T. Leifer, Esq.
Mark W. Roberts, Esq.