UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al.

*Plaintiffs,*

vs.

NEW ENGLAND GAS COMPANY, INC.,

*Defendant.*

C.A. No. 05-0221T
(Related Cases: 05-274T; 05-370T; 05-522T)

**DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PLAINTIFFS' SIX 30(b)(6) DEPOSITION NOTICES**

Defendant New England Gas Company ("NEGasCo") respectfully moves, pursuant to Fed. R. Civ. P. 26(c), for an order adjourning the 30(b)(6) depositions sought by Plaintiffs that are scheduled to begin on August 3, 2007. The reasons for NEGasCo's motion are set forth in the accompanying memorandum of law.

Dated: August 2, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *Kristen W. Sherman*
John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

-and-

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

-and-

**HINCKLEY, ALLEN & SNYDER**
Gerald Petros (#2931)
Robin Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-7200

## CERTIFICATION

Movant hereby certifies that it has in good faith conferred with Plaintiffs' counsel in an effort to resolve the dispute without court action and was unable to resolve the dispute.

/s/ *Kristen W. Sherman*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |

/s/ *Kristen W. Sherman*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant*. | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**DEFENDANT NEW ENGLAND GAS COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PLAINTIFFS' SIX 30(b)(6) DEPOSITION NOTICES**

Defendant New England Gas Company ("NEGasCo") respectfully submits this memorandum of law in support of its motion, pursuant to Fed. R. Civ. P. 26(c), for an order adjourning the 30(b)(6) depositions sought by Plaintiffs that are scheduled to begin on August 3, 2007.

**ARGUMENT**

After conducting no discovery whatever for seven months, Plaintiffs recently served NEGasCo with three sets of interrogatories, six 30(b)(6) notices for six separate deposition dates beginning August 3, 2007, and six document requests. By agreement of the parties, objections and responses thereto are due tomorrow, August 3, 2007. Yesterday, as a courtesy, NEGasCo's counsel advised Plaintiffs' counsel by e-mail, that NEGasCo would be filing objections to the 18 "topics" designated by Plaintiffs in their six 30(b)(6) notices, which objections will need to be resolved prior to NEGasCo

designating and then preparing its corporate designee(s). NEGasCo advised Plaintiffs' counsel that NEGasCo was prepared to meet and confer in an effort to resolve the substantial defects in Plaintiffs' notices, and in an effort to avert having to involve this Court prematurely, or at all, in the resolution of this dispute.

Unfortunately, Plaintiffs' counsel maintain that they are proceeding with the noticed depositions regardless of NEGasCo's inability to designate and prepare its witness(es). Accordingly, pursuant to Fed. R. Civ P. 26(c), NEGasCo hereby moves for a protective order adjourning the 30(b)(6) deposition notices until such time as NEGasCo's objections thereto may be heard and resolved, and NEGasCo's witness(es) can be prepared on the appropriate topics. NEGasCo is not filing Plaintiffs' notices nor NEGasCo's objections and responses to same at this time, in the hope that the parties can resolve all or a significant part of such disputes without further involvement of the Court. NEGasCo reserves the right to bring such details before the Court should the parties be unable to resolve same.

**Conclusion**

For the reasons set forth above, NEGasCo respectfully requests that the Court grant its Motion for Protective Order.

Dated: August 2, 2007

ADLER POLLOCK & SHEEHAN P.C.

/s/ *Kristen W. Sherman*
John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

-and-

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

-and-

**HINCKLEY, ALLEN & SNYDER**
Gerald Petros (#2931)
Robin Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-7200

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |

/s/ *Kristen W. Sherman*

*424957_1.DOC*