**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al.,** **Plaintiffs,** | ) ) | |
| | ) | **C.A. No. 05-221T** |
| **v.** | ) | **(Related Case No. 05-274T, 05-370T, 05-522T)** |
| | ) ) | |
| **NEW ENGLAND GAS COMPANY, INC.;** **Defendant.** | ) ) | |

## NOTICE OF APPEARANCE

TO: United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 201 (3), the undersigned attorney has been retained to appear on behalf of the Plaintiffs in the above-entitled action. Please send all papers, pleadings and other documents served subsequent to this date, including all ECF filings, to the undersigned attorney.

Dated: August 6, 2007

**MOTLEY RICE LLC**

s/ Jonathan D. Orent
Jonathan D. Orent (#7408)
Attorney for the Plaintiffs
Motley Rice LLC
321 South Main Street
Providence, Rhode Island 02940
Telephone: (401) 457-7700
Fax: (401) 457-7708
jorent@motleyrice.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al.,** **Plaintiffs,** | ) | |
| | ) | |
| | ) | **C.A. No. 05-221T** |
| **v.** | ) | **(Related Case No. 05-274T, 05-370T, 05-522T)** |
| | ) | |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.;** **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

TO: United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

I hereby certify that on August 6, 2007, I filed a Notice of Appearance in the above captioned action with the United States District Court for the District of Rhode Island with the Clerk of Court using ECF system which will send notification to those attorneys currently on record with the Court.

**MOTLEY RICE LLC**

Dated: August 6, 2007

s/ Jonathan D. Orent
Jonathan D. Orent (#7408)
Attorney for Plaintiffs
Motley Rice LLC
321 South Main Street
Providence, Rhode Island 02940
Telephone: (401) 457-7700
Fax: (401) 457-7708
jorent@motleyrice.com