# Exhibit 5

**McConnell, Bob**

**From:** Joe R. Souza Jr [joe@souzasite.com]
**Sent:** Friday, December 22, 2006 3:19 PM
**To:** McConnell, Bob
**Subject:** RE: Mr. Jose Souza

Once again, in reviewing the attached file I find that information my Dad is giving me to be almost opposite of what is written. I will review the file directly with my father--AFTER THE HOLIDAYS--and then arrange a meeting with you. Please understand I will not allow my father to lie to satisfy any situation and I will also not allow him to be harassed or questioned without my presence. I will take any and all steps necessary to safeguard my Dad's health, integrity and my families reputation and well being regardless of the court or anyone else's permission.

I am well aware of how the tone of written words can be misunderstood so please do not regard this reply as antagonistic but do read it as emphatic in it's content. I will contact you after the New Year and make myself available at that time. You may contact me then if for some reason you do not hear from me. Have a good Holiday Season with your family and loved ones.

Joe

At 10:56 AM 12/21/2006, you wrote:
>Joe - I've reviewed your e-mail and discussed it with my co-counsel who
>also are representing the families in Tiverton in this lawsuit against
>New England Gas. First off, please understand that we recognize and
>respect your dad's health issues. We also do not want to, and will
>not, disrupt his holiday season. However, unfortunately, based on the
>historical nature of the events in this case, thus far your Dad is the
>only person that we have discovered who can provide first-hand
>testimony linking the coal waste product that was produced by the old
>Fall River Gas Company to the land that presently is contaminated in
>Tiverton. All other potential witnesses that we've uncovered
>unfortunately are deceased. Such first hand testimony is a critical
>link that the families will need to prove their case.
>
>In early fall Attorney Mark Roberts from our team and one of our
>clients, Janice Carroll, met with your Dad and discussed his employment
>history in this regard. I have attached a summary of this conversation
>that we filed with the U.S. District Court in Providence seeking the
>Court's permission to allow us to take your Dad's deposition. Legally,
>we need to have his statements under oath for them to be admissible at
>trial. The Court granted us permission to take your Dad's testimony,
>pending us providing NE GAS with certain information and pending your
>Dad's recovery from his illness. If there were any alternative means
>to preserving your Dad's testimony we would pursue them.
>Unfortunately, having him provide this testimony in a deposition is our
>only alternative.
>
>Also, we understand that lawyers representing the gas company told you
>that your Dad or your family face potential liability if your Dad
>testifies in this case. We understand how disconcerting and upsetting
>this must be to you and would greatly appreciate the opportunity set up
>a time to meet with you personally and explain how strongly we disagree
>with their representations. We understand and deeply respect your
>concern for your Dad in this matter. We believe that if we can have
>the opportunity to sit down with you at a time that is convenient for
>you that we can explain the process better and address your concerns.
>I look forward to hearing from you.
>
>-----Original Message-----
>From: Joe R. Souza Jr [mailto:joe@souzasite.com]
>Sent: Friday, December 15, 2006 6:54 PM

>To: McConnell, Bob
>Subject: RE: Mr. Jose Souza
>
>Sorry, I didn't get back to you sooner but I have been busy at work.
>Meeting during the week would require me to take time from work but
>that apparently has become irrelevant. I spoke to my Dad this evening
>and he has decided to not continue in this venture. I know you and your
>client will be disappointed but certainly your case cannot depend on my
>Dad's testimony alone. So at this time I am asking you to consider my
>father unavailable for this. We as a family are trying to keep my Dad's
>health and well being on track and in light with the Holiday season I
>do not want him bothered by this or anyone involved with this matter
>any further.
>
>I am responding in kind to the NE gas representative and want both of
>you and your client(s) to respect my farther and my wishes.
>
>Joe R Souza Jr.
>
>At 10:40 AM 12/12/2006, you wrote:
> >Joe - thanks for your e-mail. We would very much like to meet with
> >you and your Dad in person to explain our view of how your Dad's
> >testimony fits into our case and to explain to you the absence of
> >potential liability to your Dad and family. We are available to meet
> >with you at
>
> >any time at your convenience. This Friday or next Wednesday would be
> >particularly good times for us. We look forward to the opportunity
> >to meet with you. Bob
>
>
>
>
>
>Confidential & Privileged
>
>Unless otherwise indicated or obvious from its nature, the information
>contained in this communication is attorney-client privileged and
>confidential information/work product. This communication is intended
>for the use of the individual or entity named above. If the reader of
>this communication is not the intended recipient, you are hereby
>notified that any dissemination, distribution or copying of this
>communication is strictly prohibited. If you have received this
>communication in error or are not sure whether it is privileged, please
>immediately notify us by return e-mail and destroy any
>copies--electronic, paper or otherwise--which you may have of this
>communication.
>
>
>
>

---

May you live in interesting times - Chinese Curse

Be Well
Joe

---