# Exhibit 6

X-ASG-Debug-ID: 1168535378-283a001a0000-8aZbya
X-Barracuda-URL: http://172.16.3.164:8000/cgi-bin/mark.cgi
X-Barracuda-Connect: unknown[192.168.41.21]
X-Barracuda-Start-Time: 1168535378
X-ASG-Whitelist: Sender
X-ASG-Whitelist: Client
X-ASG-Orig-Subj: RE: Meeting
Subject: RE: Meeting
Date: Thu, 11 Jan 2007 12:09:25 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Meeting
thread-index: Acc1iuQ+9Ll52YCIRxiTwxV5hfPY4QAEDE/w
From: "McConnell, Bob" <bmcconnell@motleyrice.com>
To: "Joe R Souza" <joe@souzasite.com>
CC: <patty.fairweather@DEM.RI.Gov>
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at motleyrice.com
X-Scanned-By: mailscanner.tera-byte.com
X-Antivirus: avast! (VPS 0702-1, 01/11/2007), Inbound message
X-Antivirus-Status: Clean

Joe - thanks for your reply. As for meeting next week the best evening for us would be Monday. We could meet at Janice Carroll's home office where we met with your Dad initially, presuming this is still convenient for your Dad. Concerning your interest in RIDEM's assurances, Patty Fairweather, RIDEM's Executive Legal Counsel has asked that you please call her (222-6607 days or 641-3826 anytime) so that she can speak to you directly about this. Lastly, could you also provide me with a phone number where I can reach you in case we run into any unforeseen scheduling difficulties. Thanks, Bob.

---

**From:** Joe R Souza [mailto:joe@souzasite.com]
**Sent:** Thursday, January 11, 2007 9:19 AM
**To:** McConnell, Bob
**Subject:** Re: Meeting

This sounds good but this Saturday does not work for me. I will try to work something out for an evening next week with my Dad -- if not I will definitely keep next Saturday morning open. I will be seeing my farther briefly this evening and let him know what I am planning. I'm not sure where to hold this meeting as Dad's travel tolerance can sometime be a problem. I will be interested in RIDEM's assurances in this matter but once again my farther has reiterated to me a very limited involvement in this situation contrary to your initial meeting notes.

Joe

At 04:47 PM 1/10/2007, you wrote:

> Joe - you informed me previously that a lawyer representing NE Gas suggested to you that your Dad could create liability for yourself or your family if he testified in this matter. Based on your concerns, we have spoken to the RI Department of Environmental Management ("RIDEM"), which is the state agency charged with the investigation of the contamination in Tiverton. As a result of these discussions, it is my understanding that RIDEM can address the issues you raised and provide you and your family with the comfort level that would allow your father to testify freely. RIDEM plans to join us when we meet with you to convey this information to you directly, and as I understand it, is willing to provide you these assurances in writing. We are available to meet with you any evening this week or on Saturday, as you suggested. If you would like to speak to someone at the Department of Environmental Management call Patty Fairweather at 222-6607 during the day or 641-3826 (blackberry) anytime.
>
> Robert J. McConnell, Esq.
> Motley Rice LLC
> 321 South Main Street
> Providence, RI 02906
> bmcconnell@motleyrice.com
> 401-457-7703

MotleyRice

Motley Rice LLC, Attorneys at Law
*Litigating Today For A Better Tomorrow*

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.