# Exhibit 9

MotleyRice

Robert J. McConnell
Licensed in MA & RI
DIRECT DIAL 401.457.7703
DIRECT FAX 401.457.7708
BMcconnell@motleyrice.com

January 22, 2007

Mr. Joe R. Souza
76 Cypress Avenue
Tiverton, RI 02828

Copy

R: Corvello, et al., v. N.E. Gas

Dear Mr. Souza:

This is to follow-up our discussion with you last week. You expressed concerns about your Dad's health and about potential liability to your Dad or your family if your Dad provides testimony in the above matter. You explained that a lawyer for New England Gas had contacted you and suggested that your Dad's testimony could create liability for himself and for your family. You also stated that this lawyer threatened that your father would be subjected to hours of interrogation if he agreed to testify.

As to your concern about your Dad's health, I explained that we would seek the other side's agreement and, if necessary, the Court's ruling to limit the length of the deposition to two hours per deposition. I firmly believe that the Court would not require an elderly witness to sit for a deposition beyond his physical limitations. I also explained that, pursuant to the Magistrate's Order, the location of the deposition would be in Tiverton, which would be convenient for your Dad.

As to potential liability, I explained that under the facts, as we understand them, we do not believe that your Dad or your family face any legitimate liability resulting from this matter. Our opinion is based on our review of the pertinent laws dealing with corporations, employees and hazardous waste clean-up. If in the unlikely event that suit were brought against your Dad or your family based on his testimony in this case, we would assist you in retaining an attorney or law firm that would defend you on a *pro bono* basis in any such litigation.

It was a pleasure speaking with you. Please let me know if you have any further questions.

Very truly yours,

Robert J. McConnell

RJM:lmg

·leyrice.com
·tley Rice LLC
orneys at Law

PROVIDENCE
321 South Main St.
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

MT. PLEASANT
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 Jackson St.
P.O. Box 365
Barnwell, SC 29812
803-224-8800
803-259-7048 FAX

HARTFORD
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 FAX

ATLANTA
600 West Peachtree St.
Suite 800
Atlanta, Georgia 30308
404-201-6900
404-201-6959 FAX