UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al.,** **Plaintiffs,** | ) | |
| | ) | **C.A. No. 05-221T** |
| v. | ) | **(Related Case No. 05-274T)** |
| | ) | **STATUS REPORT** |
| **NEW ENGLAND GAS COMPANY, INC.;** **Defendant.** | ) | |

## JOINT STATUS REPORT OF DISCOVERY MEET & CONFER CONFERENCE

Pursuant to Judge Martin's instructions, counsel for the Plaintiffs and Defendant New England Gas Company ("NEGasCo") have met and conferred concerning the outstanding discovery dispute and submit this report as requested at the hearing last Tuesday, August 28, 2007. We are pleased to report that the parties have made significant progress in resolving many of the issues regarding Plaintiffs' discovery requests and notices and Defendant's objections thereto. At this time, the parties request that the Court adjourn the September 26, 2007 hearing on NEGasCo's protective order motion, and reschedule it for approximately 30 days later in the event that there are unresolved discovery issues that require the Court's attention.

Respectfully submitted,

*Attorneys for Defendant New England Gas Company*

/s/ David Wollin
John Tarantino (#2586)
David A. Wollin (#4950)
**ADLER POLLOCK & SHEEHAN, P.C.**
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200

*Attorneys for the Plaintiffs Gail, John D. and John F. Corvello, et al, By their Attorneys*

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

/s/ David E. Ross
David E. Ross
Eric Herschmann
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800

/s/ Christina Dodds
Christina Dodds
**BISHOP LONDON BROPHY DODDS**
3701 Bee Cave Road
Austin, TX 78746
512-479-5900

/s/ Neil T. Leifer
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

/s/ Mark W. Roberts
Mark W. Roberts
**MCROBERTS, ROBERTS AND RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax