UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, et al :
*Plaintiff,* :
v. : C.A. No. 05-221T
NEW ENGLAND GAS COMPANY, INC.; :
*Defendant.* :

**MOTION FOR ADMISSION PRO HAC VICE FOR DISCOVERY PURPOSES ONLY**

Plaintiffs, Gail, John D. and John F. Corvello, et al., hereby move that HEATHER SPURLOCK KENNEALY be admitted PRO HAC VICE in the above case as counsel with local counsel identified below for discovery purposes.

By: Robert J. McConnell
RI Bar Id No. 3888
Motley Rice, LLC
321 South Main Street, 2nd Floor
Providence, RI 02903
(401) 457-7704

Dated: September __, 2007

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the state(s) of North Carolina and of the federal eastern district court of North Carolina, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of a serious crime as defined by LR Gen 213(a)(3).

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion of other parties in the case.

Heather S. Kennealy
Signature of *Pro Hac Vice* Applicant

Heather Spurlock Kennealy
State Bar Id No. 28810
McRoberts, Roberts and Rainer, LLP
53 State Street
Boston, MA 02109
617-722-8222
617-720-2320 FAX

---

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert J. McConnell
Signature of Local Counsel

Robert J. McConnell (RI Bar Id No. 3888)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, Rhode Island 02940
401-457-7700
401-457-7708 FAX

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2007 a true copy of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Robert J. McConnell*
Robert J. McConnell