EXHIBIT B

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Tiverton/Southern Union Privilege Log 08/03/07** | | | | | | | |
| 2 | Date | Title | Prepared By | Sent To | Description | Bates No. | Privilege | # of Pages |
| 3 | 10-Nov-03 | ENAC/RIDEM | Jeffrey Neal | Mark Adelman | E-mail discussing opinion on RIDEM and ENACT's efforts | 0001 | Executive/Deliberative | 1 |
| 4 | 10-Nov-03 | Tiverton | Mark Adelman | Jeffrey Grybowski; Jeffrey Neal | E-mail giving advice RE: proposed statement from the Governor's Office | 0002 | Executive/Deliberative | 1 |
| 5 | 23-Mar-04 | RE: Tiverton | Mark Adelman | Terry Gray | E-mail discussing ENACT and DEM's response to its concerns | 0003 | Executive/Deliberative | 1 |
| 6 | 16-May-04 | RE: Tiverton/ENACT/ATSDR | Mark Adelman | Robert Ballou | E-mail discussing steps to take after upcoming event | 0004 | Executive/Deliberative | 1 |
| 7 | 22-Jul-04; 26-Jul-04; 27-Jun-04 | Tiverton Technical Assistance to ENACT | Mark Adelman | Terry Gray; Jeffrey Grabowski | E-mails discussing funding arrangements for technical assistance | 0005 | Executive/Deliberative | 5 |
| 8 | 23-Jan-04 | Interoffice Memorandum RE: EPA Award Nomination for ENACT | Jeff Grybowski; Mark Adelman | Governor Carcieri; Ken McKay | Interoffice Memo and draft letter describing ENACT and its eligibility for an EPA award | 0010 | Executive | 2 |
| 9 | 3-Aug-04; 16-Aug-04 | Interoffice Memorandum RE: Tiverton Soil Contamination | Jeff Grybowski; Mark Adelman | Governor Carcieri; Ken McKay | 2 Interoffice Memos and draft letters in response to Tiverton residents' concerns | 0012 | Executive | 4 |
| 10 | 09-Nov-04 | Tiverton Memo | Jeff Grybowski; Mark Adelman | Governor Carcieri | Interoffice Memo discussing tests for proper contaminants and Tiverton residents' requests | 0016 | Executive | 5 |
| 11 | 28-Sep-04 | Tiverton Memo | Jeff Grybowski; Mark Adelman | Governor Carcieri; Ken McKay | Interoffice Memo providing an overview of the contamination of the soil in Tiverton and subsequent steps to be taken | 0021 | Executive/Deliberative | 7 |
| 12 | 29-Sep-04 | Tiverton Soil Contamination | Jeff Grybowski; Mark Adelman | Governor Carcieri; Ken McKay | Second version of interoffice memo providing an overview of and background RE: the contamination of the soil in Tiverton and the next steps | 0028 | Executive/Deliberative | 5 |
| 13 | 09-Mar-06 | Southern Union & Tiverton Contamination | Mark Adelman | Jeff Grybowski; Andrew Hodgkin | E-mailed notes from meeting discussing Southern Union's negotiations with DEM and a civil suit by residents against Southern Union | 0033 | Executive/Deliberative | 1 |
| 14 | 03-Aug-04 | FW: Tiverton | Mark Adelman | Jeffrey Neal | E-mail discussing press releases | 0034 | Executive/Deliberative | 1 |
| 15 | 5-Aug-04; 6-Aug-04; 12-Aug-04 | RE: ENACT funding | Mark Adelman | Jeffrey Neal | E-mails discussing draft letter | 0035 | Executive/Deliberative | 3 |
| 16 | 25-Aug-04 | Tiverton | Mark Adelman | Terrence Gray | E-mail RE: strategy | 0038 | Executive/Deliberative | 1 |
| 17 | 16-Sep-04 | RE: Tiverton Constituent Meeting | Mark Adelman | Maura Sedlock | E-mail RE: preparation for meeting | 0039 | Executive/Deliberative | 1 |
| 18 | Undated | Budget Initiatives | Mark Adelman | | Budget proposals RE: DEM/Fire Code/Fusion Center | 0040 | Executive/Deliberative | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 19 | 18-Oct-04 | RE: FW: Tiverton - Bay Street - F&O services | Mark Adelman | DEM Director Jeffrey Grybowski | E-mail chain discussing testing for contaminants and funding | 0041 | Executive/Deliberative | 2 |
| 20 | 18-Oct-04; 29-Oct-04; 29-Nov-04 | RE: Follow up on Issues related to Governor's meeting with ENACT | Mark Adelman; Terry Gray | Terry Gray; Mark Adelman | E-mails discussing testing methods and the role of DEM as well as specifics of F&O proposal | 0043 | Executive/Deliberative | 9 |
| 21 | 1-Nov-04; 3-Nov-04 | RE: FW: Contamination in the Bay Street Community | Mark Adelman | DEM Director; Terry Gray; Rayna Santoro | E-mails discussing meeting and advice RE: remediation plan | 0052 | Executive/Deliberative | 3 |
| 22 | 28-Dec-04 | Tiverton | Mark Adelman | Terrence Gray | E-mail discussing ENACT funding | 0055 | Executive/Deliberative | 1 |
| 23 | 12-May-05 | RE: FW: State Planning Council environmental appointment | Mark Adelman | Jeffrey Grybowski; Matthew Wojcik | E-mail discussing possible candidates | 0056 | Executive/Deliberative | 2 |
| 24 | 16-Jun-05 | RE: Tiverton | Mark Adelman | Terry Gray | E-mail discussing ENACT press event and EPA investigation | 0058 | Executive/Deliberative | 1 |
| 25 | 01-Sep-05 | Tiverton | Mark Adelman | Terry Gray | E-mail RE: strategy and roundtable discussion | 0059 | Executive/Deliberative | 1 |
| 26 | 11-Oct-05; 12-Oct-05 | RE: News - Tiverton Toxics | Mark Adelman; Michael Sullivan | Tim Costa; Jeffrey Grybowski; Steve Kass; Jeffrey Neal; Michael Sullivan; Mark Adelman; Claire Richards | E-mails providing background information about Tiverton and discussing suit and the recommended future role of Governor and DEM | 0060 | Executive/Deliberative | 5 |
| 27 | 11-Oct-05 | RE: Tiverton - ENACT | Mark Adelman | Maura Sedlock | E-mail RE: preparation for meeting | 0065 | Executive/Deliberative | 1 |
| 28 | 02-Nov-05 | RE: FW: Tiverton - Bay Street Contamination | Mark Adelman | Jeffrey Neal; Tim Costa | E-mail discussing press coverage | 0066 | Executive/Deliberative | 1 |
| 29 | 3-Nov-05; 4-Nov-05 | RE: A Draft of a Tiverton Statement | Mark Adelman | Tim Costa; Mike Maynard; Jeffrey Neal | E-mails proposing edits to draft statement | 0067 | Executive/Deliberative | 2 |
| 30 | 21-Feb-06 | FW: Tiverton | Mark Adelman | Jeffrey Grybowski | E-mail RE: DEM status report/Southern Union sale | 0069 | Executive/Deliberative | 1 |
| 31 | 20-Feb-06 | Tiverton-Southern Union | Terry Gray | Mark Adelman | E-mail discussing Southern Union-Nat'l Grid, DEM's strategy | 0070 | Executive/Deliberative | 1 |
| 32 | 08-Jun-06 | ENACT | Mark Adelman | Jeffrey Grybowski | E-mail discussing options for Governor's response to ENACT | 0071 | Executive/Deliberative | 1 |
| 33 | 08-Jun-06 | Constituent Letter | Mark Adelman | Governor Carcieri; Jeff Grybowski | Interoffice memo discussing response to ENACT letter | 0072 | Executive/Deliberative | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 34 | 08-Aug-06 | RE: Meeting Request from ENACT | Mark Adelman | Maura Gazerro; Clark Greene; Jeffrey Grybowski | E-mail discussing possible meeting w/ENACT | 0073 | Executive/Deliberative | 1 |
| 35 | 17-Oct-06; 18-Oct-06; 24-Oct-06; 26-Oct-06 | RE: FW: ENACT Presentation; Tiverton | Mark Adelman | Maura Gazerro; Clark Greene; Jeffrey Grybowski; Mike Maynard; Michael Sullivan | E-mails discussing upcoming ENACT meeting and residents' requests | 0074 | Executive/Deliberative | 4 |
| 36 | 21-Nov-06 | RE: CLARK!! | Mark Adelman | Clark Greene; Jeffrey Neal | E-mail RE: response to possible foreclosure on Tiverton resident | 0078 | Executive/Deliberative | 1 |
| 37 | 01-May-07 | Demand Letter to Hinckley Law Firm | Patty Fairweather | Deborah Smith | E-mail draft of demand letter to Hinckley Allen | 0079 | Executive; Work Product/Deliberative | 4 |
| 38 | 27-Jul-06 | Tiverton/ENACT | Brian Stern? | | Handwritten notes RE: Tiverton and ENACT | 0083 | Executive/Deliberative | 4 |
| 39 | | DEM Tiverton Soil Pollution | Brian Stern? | | Handwritten notes on PowerPoint slides | 0087 | Executive/Deliberative | 30 |
| 40 | | PowerPoint- Judson Street Drain | Brian Stern? | | Handwritten notes on PowerPoint slides | 0017 | Executive/Deliberative | 8 |
| 41 | | Health and Safety- Hazardous Waste Management | Mark Adelman | | Analyst opinion of proposed House bill | 0125 | Deliberative | 2 |
| 42 | | Health and Safety- Industrial Property Remediation and Reuse | Mark Adelman | | Analyst opinion of proposed Senate bill | 0127 | Deliberative | 2 |
| 43 | 20-Mar-07 | State Fiscal Note for Bill Number: 07-S-0397 | State Budget Office: Rosemary B. Gallogly | | Analysis of budget impact of proposed bill | 0129 | Deliberative | 1 |
| 44 | 24-Apr-06 | State Fiscal Note for Bill Number: 06-S-2402 | State Budget Office: Rosemary B. Gallogly | | Analysis of budget impact of proposed bill | 0130 | Deliberative | 2 |
| 45 | 20-Mar-07 | State Fiscal Note for Bill Number: 07-S-0312 | State Budget Office: Rosemary B. Gallogly | | Analysis of budget impact of proposed bill | 0132 | Deliberative | 1 |
| 46 | | Relating to State Affairs and Government- Rhode Island Housing and Mortgage Finance Corporation | Mark Adelman | | Analyst opinion of proposed bill | 0133 | Deliberative | 1 |
| 47 | | Relating to State Affairs and Government- Rhode Island Housing and Mortgage Finance Corporation | Mark Adelman | | Analyst opinion of proposed bill | 0134 | Deliberative | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 48 | 11-Dec-06 | DEM-07 Proposals | Robert Ballou | Mike Cronan | E-mail and legislative proposal draft memos with analyses of 17 bills | 0135 | Executive/Deliberative | 24 |
| 49 | 27-Dec-06 | Additional Legislative Proposal | Robert Ballou | Mike Cronan; Stacy Ambroziak; Steve Kavanagh | E-mail and legislative proposal with analysis | 0160 | Executive/Deliberative | 5 |
| 50 | 17-Jan-07 | Revised Bill | Robert Ballou | Steve Kavanagh; Stacy Ambroziak | E-mail and revised legislative proposal | 0165 | Executive/Deliberative | 3 |
| 51 | 06-Jun-07 | 3174aa & 8259A, 6731Aaa, 7357, 7087, 7568Aaa, and 2974aa | Elizabeth Stone | Mark Adelman | E-mail offering comments and positions on bills | 0168 | Executive/Deliberative | 6 |
| 52 | 26-Jun-06 | Housing Legislation | Susan Bodington | Clark Greene | E-mail recommendations RE: legislation including S 3174, H 8259 | 0175 | Executive/Deliberative | 1 |
| 53 | 10-Jul-06 | RE: Signing of Bills for (R's) | Jeffrey Grybowski | Mark Adelman; David Burnett; Mike Cronan; Clark Greene; Andrew Hodgkin; Stephen Kavanagh; Jacob McGuigan; Jeffrey Neal | E-mail discussing various bills and signing ceremonies | 0176 | Executive/Deliberative | 1 |
| 54 | 14-Jul-06 | RE: Two bill signings for next week | Jeffrey Neal | Stephen Kavanagh; Mike Maynard; Katie Woods | E-mail discussing plans for upcoming signing ceremonies | 0177 | Executive/Deliberative | 1 |
| 55 | 07-Mar-07 | DEM Testimony on S-312 | RIDEM | | DEM's policy position on proposed bill | 0178 | Executive/Deliberative | 3 |
| 56 | 25-Jan-07 | Tiverton | Tim Costa | Michael Sullivan | E-mail discussing strategic preferences | 0181 | Executive/Deliberative | 1 |
| 57 | 15-Jun-07 | Tiverton cleanup bill | JR Pagliarini; Brian Stern; Mike Cronan | Tim Costa; JR Pagliarini; Brian Stern | E-mail string discussing potential meeting with legislator | 0182 | Executive/Deliberative | 3 |
| 58 | 17-Jan-07 | Revised Bill | Robert Ballou | Steve Kavanagh; Stacy Ambroziak | E-mail and legislative proposal RE: site remediation program bill | 0185 | Deliberative | 3 |
| 59 | 14-Feb-07 | DEM Legislative Package | Stephen Kavanagh | Robert Ballou | E-mail discussing the Governor's stance on potential bills | 0188 | Deliberative | 1 |
| 60 | 23-Nov-05 | 3 More Legislative Proposals from DEM | Elizabeth Stone | Stacy Ambroziak | E-mail and legislative proposals with analyses | 0189 | Deliberative | 15 |
| 61 | 2007 | 2007 RIDEM Legislative Proposals | | | Three legislative proposals with analysis from RIDEM | 0204 | Deliberative | 13 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 62 | 26-Aug-04 | RE: Tiverton Contamination | Kathy Dennard | Mark Adelman | E-mail discussing letter of support | 0217 | Executive/Deliberative | 1 |
| 63 | 15-Aug-06 | Tiverton Petition | Chuck Hollis | Mark Adelman; Jeffrey Grabowski; Jeffrey Neal | E-mail, flier and correspondence tracking sheet discussing Tiverton residents' petition and Governor's potential response | 0218 | Executive/Deliberative | 3 |
| 64 | 13-Apr-06 | Tiverton Petition | | | Correspondence tracking sheet with handwritten notes discussing petition and possible outcome | 0222 | Executive/Deliberative | 1 |
| 65 | 07-Jul-06 | Signing Bills for (R's) | Mike Cronan | Mark Adelman; David Burnett; Clark Greene; Jeffrey Grabowski; Andrew Hodgkin; Stephen Kavanagh, Jacob McGuigan; Jeffrey Neal | E-mail discussing signing ceremonies for bills | 0223 | Executive/Deliberative | 1 |
| 66 | 02-May-07 | House R Caucus Wednesday | Mike Cronan | Catherine Zadorozny | E-mail detailing issues likely to arise at upcoming meeting | 0224 | Executive/Deliberative | 2 |
| 67 | 05-Oct-05 | Health Contacts with Reps | Helen Drew | Mike Cronan | E-mail discussing legislators and a community meeting in Tiverton | 0226 | Executive/Deliberative | 1 |
| 68 | 05-Apr-06 | Tiverton ENACT Warning | Jeffrey Neal; Jeffrey Grabowski | Mark Adelman; Mike Cronan; Clark Greene; Jeffrey Grabowski; Steve Kass; Linda Krajewski; Kenneth McKay; Dana Wilson; Catherine Zadarozny | E-mails discussing the petition from ENACT and the PUC | 0227 | Executive/Deliberative | 2 |
| 69 | 07-Apr-06 | Amaral | Jeffrey Neal | Mike Cronan; Clark Greene; Jeffrey Grabowski; Michael Sullivan | E-mail discussing press release and a representative | 0229 | Executive/Deliberative | 1 |
| 70 | 07-Jul-06 | I Need A Signing Ceremony | Mike Cronan | Mark Adelman; Clark Greene; Jeffrey Grabowski; Jacob McGuigan; Jeffrey Neal | E-mail discussing signing ceremony | 0230 | Executive/Deliberative | 1 |
| 71 | 17-Jan-07 | Dear Andy/Rachel | Mike Cronan | Rachel Gribbin; Andrew Hodgkin | E-mail discussing possible counsel | 0231 | Attorney/Client; Executive | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 72 | 24-Jan-07 | Tim's Budget Concerns | Mike Cronan | Clark Greene | E-mail RE: budget articles and recommendations | 0232 | Executive/Deliberative | 1 |
| 73 | 26-Jan-07; 28-Jan-07 | Budget Articles | Mike Cronan; Rosemary Booth Gallogly; Tim Costa | Clark Greene; Tim Costa; Rosemary Booth Gallogly | E-mail string discussing budget articles and recommendations | 0233 | Executive/Deliberative | 3 |
| 74 | 04-Jun-07 | Site Remediation Penalty Bill | Robert Ballou | Mark Adelman | E-mail RE: treatment of bill | 0236 | Executive/Deliberative | 1 |
| 75 | 04-Jun-07 | RE: Site Remediation Penalty Bill | Mike Cronan | Robert Ballou | E-mail discussing recommendations for next steps RE: bill | 0237 | Executive/Deliberative | 2 |
| 76 | 05-Jun-07 | RE: FW: FYI S-0397 | Andrew Hodgkin | Mike Cronan | E-mails discussing next steps RE: bill | 0239 | Executive/Deliberative | 3 |
| 77 | 15-Jun-07 | RE: I think we have punished | Mike Cronan | Brian Stern; JR Pagliarini | E-mails RE: representative | 0242 | Executive/Deliberative | 2 |
| 78 | 22-Jun-07 | Diane | Mike Cronan | Diane Bestwick | E-mail RE: changes to bills | 0244 | Executive | 1 |
| 79 | 03-Apr-07 | RE: FW: Access to Public Records Request | Claire Richards | Patty Fairweather | E-mail advising on the production of legal bills in response to request through APRA | 0245 | Attorney work product | 2 |
| 80 | 05-Apr-07 | RE: FW: Engagement Letter | Claire Richards | Patty Fairweather | E-mail advising on the production of legal bills in response to request through APRA | 0247 | Attorney work product | 2 |
| 81 | 05-Apr-07 | RE: FW: Invoice from Sutherland Asbill & Brennan | Claire Richards | Patty Fairweather | E-mail making recommendations RE: APRA response | 0249 | Attorney work product | 3 |
| 82 | 04-May-07 | APRA Request | Claire Richards | Patty Fairweather | E-mails and draft letter RE: APRA response | 0252 | Attorney work product | 5 |
| 83 | 15-May-07 | RE: FW: Pro Jo Record Request | Claire Richards | Patty Fairweather | E-mail RE: AG's position on APRA complaints | 0257 | Attorney work product | 1 |
| 84 | 20-Feb-07 | FW: RLC- Tiverton | Patty Fairweather | Andrew Hodgkin; Claire Richards | E-mail discussing a revision of request for legal counsel | 0258 | Attorney work product | 1 |
| 85 | 04-Apr-07 | FW: Access to Public Records Request | Patty Fairweather | Claire Richards | E-mail requesting advice RE: APRA request and draft response letter | 0259 | Attorney work product | 4 |
| 86 | 04-Apr-07 | FW: Engagement Letter; FW: Second Revised Attachment A; FW: Rhode Island Department of Environmental Management Engagement Letter for outside counsel and Rate Schedule (Legal) | Patty Fairweather | Claire Richards | E-mailed copies of engagement letter and attachments and discussions of possible conflict issue | 0263 | Attorney client/work product | 15 |
| 87 | 05-Apr-07 | FW: Sutherland Asbill & Brennan - 2007 Rates | Patty Fairweather | Claire Richards | E-mailed copy of rate schedule | 0278 | Attorney client/work product | 3 |
| 88 | 05-Apr-07 | FW: Sutherland Asbill & Brennan Invoice for Services Rendered in January 2007 | Patty Fairweather | Claire Richards | E-mailed copy of invoice 443138 | 0281 | Attorney client/work product | 17 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 89 | 05-Apr-07 | FW: Sutherland Asbill & Brennan Invoice for Time Worked During December 2006 in the Tiverton Matter | Patty Fairweather | Claire Richards | E-mailed copy of invoice 443144 | 0298 | Attorney client/work product | 21 |
| 90 | 5-Apr-07 | FW: Sutherland Asbill & Brennan Invoice for Time Worked During November 2006 in the Tiverton Matter | Patty Fairweather | Claire Richards | E-mailed copy of invoice 436447 | 0319 | Attorney client/work product | 7 |
| 91 | 5-Apr-07 | FE: Invoice from Sutherland Asbill & Brennan | Patty Fairweather | Claire Richards | E-mailed copy of charged through October | 0326 | Attorney client/work product | 11 |
| 92 | 4-Apr-07 | FW: Sutherland Asbill & Brennan invoice for November 2006 | Patty Fairweather | Claire Richards | E-mailed copy of invoice 434189 | 0337 | Attorney client/work product | 8 |
| 93 | 4-Apr-07 | FW: Sutherland Asbill & Brennan invoice for November 2006 | Patty Fairweather | Claire Richards | E-mailed copy of invoice 43052 | 0345 | Attorney client/work product | 8 |
| 94 | 6-Apr-07 | AG Opinions | Patty Fairweather | Claire Richards | E-mail discussing 3 opinions | 0354 | Attorney client/work product | 1 |
| 95 | 7-Apr-07 | Litigation Strategy | Patty Fairweather | Jacob Dweck; Gerry Pels; Claire Richards | E-mail discussing litigation strategy RE: suit | 0355 | Attorney client/work product | 5 |
| 96 | 23-Apr-07 | FW: Tiverton Invoice for January Time Entries | Patty Fairweather | Claire Richards | E-mailed copy of invoice 443138 | 0360 | Attorney client/work product | 17 |
| 97 | 23-Apr-07 | FW: Tiverton Invoice for February Time Entries | Patty Fairweather | Claire Richards | E-mailed copy of invoice 443144 | 0377 | Attorney client/work product | 22 |
| 98 | 26-Apr-07 | Legal Representation | Patty Fairweather | Jacob Dweck; Michael Sullivan; Andrew Hodgkin; Claire Richards | E-mail discussing litigation strategy | 0399 | Attorney client/work product | 2 |
| 99 | 27-Apr-07 | FW: Sutherland Asbill & Brennan Invoicing | Patty Fairweather | Claire Richards | E-mail requesting advice RE: representation | 0401 | Attorney work product | 2 |
| 100 | 9-May-07 | RE: Follow-up Inquiry from Stanton/ProJo | Patty Fairweather | Gregory Schultz; Claire Richards | E-mail discussing response to APRA request | 0403 | Attorney client | 2 |
| 101 | 11-May-07 | FW: Records request concerning DEM Legal Bills | Patty Fairweather | Claire Richards | E-mails discussing questions RE: APRA response | 0405 | Attorney client | 5 |
| 102 | 15-May-07 | Access to Public Records Request | Patty Fairweather | Claire Richards | E-mails and draft response letters to APRA request | 0410 | Attorney client/work product | 6 |
| 103 | 16-May-07 | FW: Southern Union | Patty Fairweather | Claire Richards | E-mail discussing fees for December through March | 0416 | Attorney client | 3 |
| 104 | 16-May-07 | FW: Litigation costs and expenses | Patty Fairweather | Claire Richards | E-mail discussing billing for out of pocket expenses | 0419 | Attorney client | 3 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 105 | 1-Jun-07 | FW: Legal Representation | Patty Fairweather | Michael Sullivan; Andrew Hodgkin; Claire Richards; Brian Stern | E-mail discussing payment for legal representation | 0422 | Attorney client/Executive | 2 |
| 106 | 7-Jul-07 | Document Request | Andrew Hodgkin | Staff | Documents for Production | 0424 | attorney client/attorney work product | 2 |
| 107 | 12-Jul-06 | RE: I need a signing ceremony | Jeffrey Grybowski; Mark Adelman; Clark Greene | Mark Adelman; Mike Cronan; Clark Greene; Jacob McGuigan; Jeffrey Neal | E-mails discussing possible signing ceremony re: H 8259 and the DPUC | 0426 | Deliberative | 6 |
| 108 | 26-Jul-06 | Tiverton, DEM and SU | Jeffrey Neal | Jeffrey Grybowski | E-mail discussing press coverage | 0432 | Deliberative | 1 |
| 109 | 27-Jul-07 | ENACT meeting request | Jeffrey Grybowski | Maura Gazerro | E-mail planning potential meeting | 0433 | Deliberative | 2 |
| 110 | 31-Jul-06 | Grid/Southern Union | Andrew Hodgkin; Michael Sullivan | Michael Sullivan; Andrew Hodgkin | E-mails discussing possible meeting and strategy | 0436 | Deliberative | 2 |
| 111 | 8-Aug-07 | Meeting Request from ENACT | Mark Adelman | Maura Gazerro; Clark Greene; Jeffrey Grybowski | E-mail recommending strategy RE: meeting | 0437 | Executive/Deliberative | 1 |
| 112 | 15-Aug-06 | RE: ENACT Rally Tomorrow | Jeffrey Neal; Mark Adelman | Mark Adelman; Jeffrey Grybowski; Chuck Hollis; Jeffrey Neal | E-mails discussing planned response to upcoming rally | 0438 | Executive/Deliberative | 2 |
| 113 | 17-Aug-06 | RE: Cabinet Meeting | Thomas Ahern; Jeffrey Grybowski | Jeffrey Grybowski; Thomas Ahern | E-mails discussing meeting | 0440 | Executive/Deliberative | 3 |
| 114 | 18-Aug-06 | FW: National Grid Proposal | Michael Ryan | Jeffrey Grybowski | E-mail outlining proposal | 0443 | Deliberative | 2 |
| 115 | 23-Aug-06 | RE: Settlement Agreement | Gerald Coyne | Jeffrey Grybowski; Andrew Hodgkin | E-mails discussing proposed drafts of settlement agreement | 0445 | Deliberative | 4 |
| 116 | 23-Aug-06 | RE: Settlement Agreement | Jeffrey Grybowski; Gerald Coyne; Andrew Hodgkin; Patty Fairweather | Michael Sullivan; Jeffrey Grybowski; Gerald Coyne; Andrew Hodgkin | E-mails and draft memos | 0449 | Attorney work product/Attorney client/Deliberative | 33 |
| 117 | 24-Aug-06 | Proposed Settlement Agreement | Gerald Coyne | Jeffrey Grybowski; Andrew Hodgkin | E-mail discussing options | 0482 | Attorney work product/Attorney client/Deliberative | 1 |
| 118 | 8-Sep-06 | 2 Issues (Cranston Quarry and Tiverton Publications) | Clark Greene; Mark Adelman | Mark Adelman; Clark Greene | E-mails discussing strategy and public relations | 0483 | Deliberative | 2 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 119 | 15-Sep-06 | FW: Southern Union NOV | Mike Maynard; Jeffrey Grybowski; Mark Adelman | Mark Adelman; Jeffrey Grybowski; Mike Maynard | E-mail string and draft press release discussing RIDEM Notice of Violation | 0484 | Executive/Deliberative | 10 |
| 120 | 19-Sep-06 | RE: Tiverton | Michael Sullivan | Jeffrey Grybowski | E-mail discussing corrected Notice of Violation | 0495 | Executive | 1 |
| 121 | 24-Oct-06 | Tonight's ENACT Meeting | Mike Maynard; Jeffrey Grybowski; Mark Adelman | Mark Adelman; Clarck Greene; Jeffrey Grybowski | E-mail RE: response to Tiverton residents' meeting | 0496 | Deliberative | 1 |
| 122 | 12-Jan-07 | Meeting with Director Sullivan | Maura Gazerro | Mark Adelman; Clark Greene; Jeffrey Graybowski; Catherine Zadorozny | E-mail RE: agenda for 1/17/07 meeting | 0497 | Executive | 1 |
| 123 | 19-Jan-07 | FW: RE: Tiverton Cleanup | Andrew Hodgkin | Michael Sullivan | E-mail discussing RIDEM fines and budget issues | 0498 | Executive/Deliberative | 1 |
| 124 | 19-Jan-07 | RE: Tiverton Cleanup | Michael Sullivan; Andrew Hodgkin | Andrew Hodgkin; Michael Sulivan | E-mails discussing Environmental Response Fund financial issues RE: Tiverton | 0499 | Executive/Deliberative | 3 |
| 125 | 24-Jan-07 | Tim's budget concerns | Mike Cronan | Clark Greene | E-mail discussing proposed budget articles one of which addressed Tiverton situation | 0502 | Deliberative | 1 |
| 126 | 2-May-07 | Department of Environmental Management v. Southern Union | Donald C. Carcieri | Michael DeFanti, Esq. | Draft letters with handwritten comments regarding Grybowski conflict of interest issue | 0503 | Attorney work product; Executive | 6 |
| 127 | | | | | | | | |
| 128 | 20-Apr-07 | Southern Union | JR Pagliarini; Dana Wilson; Rachel Gribbin | Andrew Hodgkin; Claire Richards | E-mail advising A.Hodgkin that Southern Union is to file legal motion against DEM claiming that we suppressed their options; Jeff Grybowski could be implicated; Andy should follow-up w/Patty Fairweather | 1615 | Attorney client/Attorney work product/Deliberative | 1 |
| 129 | 24-Apr-07 | Southern Union | Brian Stern | Andrew Hodgkin | E-mail re: to explore any potential w/Roger Williams | 1616 | Attorney client/Attorney work product/Deliberative | 1 |
| 130 | 2-May-07 | Southern Union | Brian Stern | Andrew Hodgkin | E-mail to have discussion w/firm | 1617 | Attorney client/Attorney work product/Deliberative | 1 |
| 131 | 10-May-07 | Southern Union | Claire Richards | Andrew Hodgkin; Brian Stern; Rita Menard | E-mail re: discussion w/Jeff Schreck on conflict issue | 1618 | Attorney client/Attorney work product/Deliberative | 1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 132 | 12-Oct-06 | Southern Union | Claire Richards | Patty Fairweather; Andrew Hodgkin | E-mail advising APRA request sent to A.Hodgkin and discussed Petros' interest to be outside counsel for 1996 North Cape Oil spill w/respect to natural resources damages recovery | 1619 | Attorney client/Attorney work product/Deliberative | 1 |
| 133 | 12-Apr-07 | Southern Union | Claire Richards | Andrew Hodgkin | E-mail discussion RE: Grybowski's e-mails | 1620 | Attorney client/Attorney work product/Deliberative | 1 |
| 134 | 20-Apr-07 | Southern Union | Claire Richards | Patty Fairweather; Andrew Hodgkin | E-mail advising A.Hodgkin meeting w/Petros re: Jeff's e-mails & calendar entries | 1621 | Attorney client/Attorney work product/Deliberative | 1 |
| 135 | 23-Apr-07 | Southern Union | Claire Richards | Andrew Hodgkin | E-mail advising Steve Kass' visit & questioning SU conflict issue | 1622 | Attorney/Client; Attorney work product; Deliberative | 1 |
| 136 | 10-May-07 | Southern Union-Grybowski conflict | Claire Richards | Patty Fairweather | E-mail discussing w/A.Hodgkin re: outside counsel (Jeff Schreck) | 1623 | Attorney/Client; Attorney work product; Deliberative | 1 |
| 137 | 9-Mar-06 | Southern Union & Tiverton Contamination | Mark Adelman | Jeffrey Grybowski; Andrew Hodgkin | E-mail re: notes from a meeting w/no DEM contact to confirm or deny facts | 1624 | Attorney/Client; Attorney work product; Deliberative | 1 |
| 138 | 11-Jun-07 | Southern Union; 3 things | Claire Richards | Andrew Hodgkins; Jeffrey Neal; Brian Stern | E-mail re: Gov's granted motion to quash his witness subpoena by agreement; motion to disqualify before Judge Indeglia to continue @ 2p; AG's office sending Gov letter re: use of Environmental Response Fund | 1625 | Attorney/Client; Attorney work product; Deliberative | 1 |
| 139 | 24-Jul-07 | Tiverton | JR Pagliarini | Andrew Hodgkin | E-mail referring legislation question to Michael Sullivan | 1626 | Attorney work product; Attorney/Client; Deliberative | 1 |
| 140 | 14-Jun-07 | Tiverton Meeting | Rachel Gribbin | Andrew Hodgkin | E-mail advising meeting was w/Representative Amaral and Louise Durfee on 1/18/07 | 1627 | Attorney/Client; Attorney work product; Deliberative | 1 |
| 141 | 23-Jun-07 | DEM | Claire Richards | Jeffrey Neal | E-mail regarding Sat 6/23/07 ProJo? article about DEM bill to increase daily fine failed | 1628 | Attorney/Client; Attorney work product; Deliberative | 1 |