UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, ET AL., KEVIN BURNS, ET AL., COLLEEN BIGELOW, ET AL. and SHEILA REIS, ET AL., Plaintiffs, - against - NEW ENGLAND GAS COMPANY, INC., Defendant and Third-Party Plaintiff, - against - BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; and DOMINION ENERGY BRAYTON POINT LLC, Third-Party Defendants. | CIVIL ACTION NOS. 05-221T, 05-274T, 05-370T, 05-522T |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, and pursuant to agreement of the parties, Defendant New England Gas Company will conduct the "discovery" deposition upon oral examination of Joseph "Jose" Souza on **October 12, 2007 at 10:30 a.m.** at 45 North Main Street, Fall River, Massachusetts. The deposition will continue with adjournments until completed, and will be conducted before an officer or other person duly authorized to administer oaths. This deposition will be recorded by stenographic and videographic means.

Third-party defendants are invited to attend and cross-examine.

Dated: September 28, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

*<u>/s/ David A. Wollin</u>*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
Noelle M. Kowalczyk
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP, LONDON, BROPHY, & DODDS**
Christina Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 479-5000

**HINCKLEY, ALLEN & SNYDER**
Gerald J. Petros (#2931)
Robin L. Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-2000

*Attorneys for Defendant*
*New England Gas Company,*
*an unincorporated division of*
*Southern Union Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

-and-

By **Federal Express**, Postage Prepaid to:

Capitol Court Reporting
931 Jefferson Blvd, Suite 2003
Warwick, RI 02886

**Third Party Defendant**
Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.

**Counsel**
William Wick, Esq.
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA 94612
Phone: (401) 274-7200
bwick@ww-envlaw.com

Inland Fuel Terminals, Inc.

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006

| | |
|---|---|
| | Phone: (203) 330-2016<br>Fax: (203) 576-8888<br>cmccormack@pullcom.com |
| Gulf Oil Corporation | Jerry W. Ross, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>2 Houston Center<br>909 Fannin, Suite 2000<br>Houston, TX 77010-1018<br>Phone: (713) 276-7620<br>jerry.ross@pillsburylaw.com |
| Honeywell International, Inc. | Jeffrey Bromme, Esq.<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>20004-1206<br>Phone: (202) 942-6254<br>Jeffrey.Bromme@aporter.com |
| Town of Tiverton | Jeanne M. Scott, Esq.<br>Ursillo, Teitz & Ritch, Ltd.<br>2 Williams Street<br>Providence, RI 02903<br>Phone: (401) 331-2222 Ext. 205<br>jeannescott@utrlaw.com |
| Dominion Resources, Inc.; Dominion Energy Brayton Point LLC | James F. Stutts, Sr.<br>VP and General Counsel<br>james.stutts@dom.com<br><br>General Info: (804) 819-2000<br><br>Corporate Addresses<br>Dominion Resources, Inc.<br>120 Tredegar Street<br>Richmond, VA 23219<br>(804) 819-2000<br><br>Dominion Energy Brayton Point LLC<br>One Brayton Point Road<br>Somerset, MA 02725 |
| City Fall River | Thomas F. McGuire, Jr., Esq.<br>City of Fall River |

Corporation Counsel
1 Government Center, 6th Floor
Fall River, MA 02722

Also
Thomas F. McGuire, Jr., Esq.
Law Office of McGuire & Coughlin, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187
Phone: (508) 675-7896
Fax: (508) 675-6595
tmcguire@meganet.net

/s/ *David A. Wollin*

***430679_1.doc***