**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, CORVELLO, ET AL.,<br>KEVIN BURNS, ET AL.,<br>COLLEEN BIGELOW, ET AL. AND<br>SHEILA REIS, ET AL.,<br><br>Plaintiffs,<br><br>- against -<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff<br><br>. - against -<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; and DOMINION ENERGY BRAYTON POINT LLC,<br><br>Third-Party Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NOS.<br>05-0221T, 05-274T;<br>05-370T; 05-522T<br><br>**<u>REQUEST FOR EMERGENCY/EXPEDITED RELIEF</u>** |

**CHEVRON U.S.A. INC.'S MOTION FOR PROTECTIVE ORDER AND FOR ORDER SHORTENING TIME FOR SERVING OBJECTIONS AND FOR EXPEDITED HEARING**

Gulf Oil Corporation, Third-Party Defendant, now known as Chevron U.S.A. Inc. (Chevron), moves for entry of a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7 ("LR Cv") directing that the Notice of Deposition served by Defendant/Third-Party Plaintiff, New England Gas Company, Inc. ("NEG") setting October 12, 2007 for the deposition of Joseph "Jose" Souza be adjourned and that any and all other

depositions in these causes be postponed until the Conference of the Parties under Rule 26(f) and LR Cv 26(a) is completed, the Initial Disclosures under Rule 26(a)(1) are made, and the scheduling order under Rule 16 and LR Cv 16 relating to *all parties* in the above-referenced causes is entered. Due to the shortness of time before the date set for the Souza deposition, Chevron also moves for an Order shortening the time for objecting to this Motion under LR Cv 7(b) to October 11, 2007 at 12 noon EST and respectfully asks for a hearing on its Motion before the time set for Mr. Souza's deposition.

Pursuant to LR Cv 9, Chevron respectfully seeks **Emergency/Expedited Relief.**

Respectfully submitted,

s/ Bruce G. Tucker

Bruce G. Tucker (#0563)
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842
Tel 401-843-8400 ext 100
Fax 401-843-8401
Email: btucker@legalmgt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2007, I did send a true copy of the within document by electronic means (ECF) or by certified mail, return receipt requested to the following:

John A. Tarantino
David A. Wollin
ADLER POLLOCK & SHEEHAN P.C
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 351-4607

Eric D. Herschmann
David E. Ross
Seth Davis
Noelle M. Kowalczyk
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Phone: (212) 506-1700

Christina Dodds
BISHOP, LONDON, BROPHY, & DODDS
3701 Bee Cave Road, Suite 200
Austin, TX 78746
Phone: (512) 479-5000

Gerald J. Petros
Robin L. Main
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI
(401) 274-2000

Robert J. McConnell
Michael G. Rousseau
Jonathan D. Orent
MOTLEY RICE LLC
321 South main Street
Providence, RI 02940

Neil T. Leifer
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
MCROBERTS, ROBERTS & RAINER, LLP
53 State Street
Boston, MA 02109

Paul Revere, III
LAW OFFICES OF PAUL REVERE, III
297 North Street, Sutie 337
Hyannis, MA 02601

Russell X. Pollock
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
One Constitution Plaza
Boston MA 02129

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES, P.C.
904 Broadway
East Providence, RI 02914

| | |
|---|---|
| **Third Party Defendant**<br>Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc. | Counsel<br>William Wick<br>WACTOR & WICK<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612<br>bwick@ww-envlaw.com |
| Inland Fuel Terminals, Inc. | Christopher P. McCormack<br>PULLMAN & COMLEY, LLC<br>850 Main Street P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>Phone: (203) 330-2016<br>Fax: (203-576-8888<br>cmccormack@pullcom.com |
| Honeywell International, Inc. | Jeffrey Bromme<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206<br>Phone: (202) 942-6254<br>Jeffrey.Bromme@aporter.com |
| Town of Tiverton | Jeanne M. Scott<br>URSILLO, TEITZ & RITCH, Ltd.<br>2 Williams Street<br>Providence, RI 02903<br>Phone: (401) 331-2222 Ext. 205<br>jeannescott@utrlaw.com |
| Dominion Resources, Inc.;<br>Dominion Energy Brayton Point LLC | James F. Stutts, St.<br>VP and General Counsel<br>James.stutts@dom.com<br><br>General Info: (804) 819-2000<br><br>Corporate Address<br>Dominion Resources, Inc.<br>120 Tredegar Street<br>Richmond, VA 23219<br>(804) 819-2000<br><br>Dominion Energy Brayton Point LLC<br>One Brayton Point Road<br>Somerset, MA 02725 |

City of Fall River

Thomas F. McGuire, Jr.
City of Fall River
Corporation Counsel
1 Government Center, 6th Floor
Fall River, MA 02722

Also
Thomas F. McGuire, Jr.
LAW OFFICES OF MCGUIRE &
COUGHLIN, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187
Phone: (508) 675-7896
Fax: (508) 675-6595
tmcguire@meganet.net

s/ Bruce G. Tucker