**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL CORVELLO, et al.,
KEVIN BURNS, et al.,
COLLEEN BIGELOW, et al., and
SHEILA REIS, et al.

Plaintiffs,

vs.

NEW ENGLAND GAS COMPANY,

Defendant and
Third Party Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT LLC,

Third Party Defendants.

CIVIL ACTION NOS.
05-221T, 05-274T, 05-370T; 05-522T

**THIRD PARTY DEFENDANT HONEYWELL INTERNATIONAL, INC.'S MOTION TO JOIN AND ADOPT THIRD PARTY DEFENDANT CHEVRON U.S.A. INC.'S MOTION FOR PROTECTIVE ORDER**

Honeywell International, Inc. ("Honeywell"), Third Party Defendant, hereby joins and adopts Third Party Defendant Chevron U.S.A., Inc.'s ("Chevron") Motion for Entry of a Protective Order ("Chevron Motion") pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7, directing that the Notice of Deposition served by

Defendant/Third Party Plaintiff, New England Gas Company, Inc., setting October 12, 2007 for the deposition of Joseph "Jose" Souza, be adjourned and that any and all other depositions in these causes be postponed until the Conference of the Parties under Rule 26(f) and Local Rule 26(a) is completed, the Initial Disclosures under Rule 26(a)(1) are made, and the schedule order under Rule 16 and Local Rule 16 relating to all parties in the above referenced causes is entered. A true and correct copy of Chevron's Motion is attached as Exhibit A hereto.

In support of its Joinder of Chevron's Motion, Honeywell respectfully submits as follows:

1. For the sake of brevity, Honeywell will not repeat each of the arguments set forth in Chevron's Motion. Rather, Honeywell joins, incorporates and reiterates the factual and legal arguments set forth in Paragraphs 1 through 6 of Chevron's Motion. (*See* Ex. A.)

2. As set forth by Chevron, the Third Party Defendants were served in the above referenced cases through the Corporation Service Company on September 20, 2007. (*Id.* ¶ 1.) Thus, Honeywell is generally unfamiliar with the details of this case and, moreover, has only recently retained counsel. Honeywell has received no discovery materials in the case; does not have legal or factual evidence supporting its liability in the matter; does not know anything about Joseph "Jose" Souza; and cannot be prepared to meaningfully cross-examine him in the time remaining. If the deposition were to proceed, Honeywell would object to the use of any information adduced in that deposition to establish its liability and would seek to reopen the deposition for a meaningful cross-examination after having the opportunity to prepare adequately.

3. Honeywell does not oppose Chevron's Motion for Shortening Time for Serving Objections and for Expedited Hearing. (*Id.* ¶ 7.) However, as set forth by Chevron (*id.* ¶ 5), this Court has set a discovery conference in the above-captioned cases for **October 16, 2007.** Honeywell submits that issues relating to the scheduling of depositions may be more efficiently addressed during the October 16, 2007 conference and that holding an emergency hearing this week on this single discovery issue, when a broader discovery conference is scheduled for next week, would impose an undue burden on the Third Party Defendants and their counsel, in view of their very recent involvement in the matter.

Respectfully submitted,

/s/ Gregory L. Benik
Gregory L. Benik
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
gbenik@nixonpeabody.com

Counsel for
Honeywell International Inc.

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United Stated District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

**Notification via CMECF:**

Christina C. Dodds, CDodds@bishoplondon.com
Susan B. Forcier, susan.wilson@dem.ri.gov
Eric D. Herschmann, eherschmann@kasowitz.com
Robin-Lee Main, rmain@haslaw.com, sjfoster@haslaw.com
John J. McConnell, Jr., jmcconnell@motleyrice.com
Robert J. McConnell, bmcconnell@motleyrice.com
Michael D Mitchell, mmitchell@admin.ri.gov
Jonathan D Orent, jorent@motleyrice.com
Gerald J. Petros, gpetros@haslaw.com, clomas@haslaw.com
Mark W. Roberts, mroberts@mcrobertslaw.com
David E. Ross, dross@kasowitz.com
Paul M. Sanford, psanford@burnslev.com, scook@burnslev.com
Gregory S. Schultz, gregory.schultz@dem.ri.gov
Kristen W. Sherman, ksherman@apslaw.com, afontaine@apslaw.com, btallman@apslaw.com
Aileen L. Sprague, asprague@motleyrice.com
John A. Tarantino, jtarantino@apslaw.com, dhumm@apslaw.com
Bruce Gregory Tucker, btucker@legalmgt.com
Brian A. Wagner, brian.wagner@dem.ri.gov
Lewis S. Wiener, lewis.wiener@sablaw.com
David A. Wollin, dwollin@apslaw.com, epickett@apslaw.com, dciuffetelli@apslaw.com

**Notification via first class mail:**

Charles K. Mone
Russell X. Pollock
Anthony J. Sbarra, Jr.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
One Constitution Plaza
Boston, MA 02129

Neil T. Leifer
Christian F. Uehlein
THORNTON & NAUMES, LLP
100 Summer Street
30th Floor
Boston, MA 02110

Seth Davis
Noelle M. Kowalczyk
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES, P.C.
904 Broadway
East Providence, RI 02914

Paul Revere, III
LAW OFFICES OF PAUL REVERE, III
297 North Street, Suite 337
Hyannis, MA 02601

Heather Spurlock Kennealy
MCROBERTS, ROBERTS AND RAINER, LLP
53 State Street
Boston, MA 02109

Jeffrey Bromme
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004

William Wick
WACTOR & WICK
108 Grand Avenue, Suite 950
Oakland, CA 94612

Christopher P. McCormack
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Jeanne M. Scott
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903

James F. Stutts
VP and General Counsel

Corporate Address:
DOMINION RESOURCES, INC.
120 Tredegar Street
Richmond, VA 23219

DOMINION ENERGY BRAYTON POINT LLC
One Brayton Point Road
Somerset, MA 02725

Thomas F. McGuire, Jr.
CITY OF FALL RIVER
1 Government Center
6th Floor
Fall River, MA 02722

Thomas F. McGuire, Jr.
LAW OFFICES OF MCGUIRE & COUGHLIN, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187

David A. Cetola
MCROBERTS, ROBERTS AND RAINER LLP
53 State Street
Boston, MA 02109

Brad J. Mitchell
THORNTON & NAUMES LLC
100 Summer Street
Boston, MA 02110

/s/ Gregory L. Benik