**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL CORVELLO, et al.,<br>KEVIN BURNS, et al.,<br>COLLEEN BIGELOW, et al., and<br>SHEILA REIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT LLC,<br><br>Third Party Defendants | CIVIL ACTION NOS.:<br>05-221T, 05-274T, 05-370T; 05-522T |

**STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TOWN OF TIVERTON MUST ANSWER THIRD PARTY COMPLAINT**

Defendant and Third Party Plaintiff New England Gas Company and Third Party Defendant Town of Tiverton hereby stipulate and agree that the Town of Tiverton shall have up to and including October 31, 2007 to answer or otherwise respond to the Third Party Complaint filed by New England Gas Company in the above referenced matter.

Town of Tiverton,
By its Attorneys,

*/s/Jeanne M. Scott*

Jeanne M. Scott, Esq. (#6178)
Ursillo, Teitz & Ritch, Ltd
2 Williams Street
Providence, RI 02903
(401) 331-2222
(401) 751-5257 (facsimile)
**jeannescott@utrlaw.com**

New England Gas Company
By its Attorneys,

*/s/David A. Wollin*

David A. Wollin, Esq. (#4950)
Adler, Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200

**dwollin@apslaw.com**

Dated: October 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

**Notification via CMECF:**

Christina C. Dodds, Cdodds@bishoplondon.com
Susan B. Forcier, susan.Wilson@dem.ri.gov
Eric D. Herschmann, eherschmann@hasowitz.com
Robin-Lee Main, rmain@haslaw.com, sjfoster@haslaw.com
John J. McConnell, bmcconnell@motleyrice.com
Robert J. McConnell, bmcconnell@motleyrice.com
Michael D Mitchell, mmitchell@admin.ri.gov
Johnathan D Orent, jorent@motleyrice.com
Gerald J. Petros, gpetros@haslaw.com, clomas@haslaw.com
Mark W. Roberts, mroberts@mcrobertslaw.com
David E. Ross, dross@kasowitz.com
Paul M. Sanford, psanford@burnslev.com, scook@burnslev.com
Gregory S. Schultz, Gregory.Schultz@dem.ri.gov
Kristen W. Sherman, ksherman@apslaw.com, afontaine@apslaw.com, btallman@apslaw.com
Aileen L. Sprague, asprague@motleyrice.com
John A. Tarantino, jtarantino@apslaw.com, dhumm@apslaw.com
Bruce Gregory Tucker, btucker@legalmgt.com
Brian A. Wagner, brian.wagner@dem.ri.gov
Lewis S. Wiener, lewis.wiener@sablaw.com
David A. Wollin, dwollin@apslaw.com, epicket@apslaw.com, dciuffetelli@apslaw.com
Gregory L. Benick, gbenick@nixonpeabody.com

**Notification via first class mail:**

Charles K. Mone
Russell X Pollock
Anthony J. Sbarra, Jr.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
One Constitution Plaza
Boston, MA 02129

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES, P.C.
904 Broadway
East Providence, RI 02914

Neil T. Leifer
Christian F. Uehlein
THORNTON & NAUMES, LLP
100 Summer Street
30th Floor
Boston, MA 02110

Paul Revere, III
LAW OFFICES OF PAUL REVERE, III
297 North Street, Suite 337
Hyannis, MA 02601

Seth Davis
Noelle M. Kowalczyk
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Heather Spurlock Kennealy
MCROBERTS, ROBERTS AND RAINER, LLP
53 State Street
Boston, MA 02109

Jeffrey Bromme
ARNOLD & PORTER, LLP
555 12TH Street, NW
Washington, DC 20004

William Wick
WACTOR & WICK
108 Grand Avenue, Suite 950
Oakland, CA 94612

Christopher P. McCormack
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Thomas F. McGuire
LAW OFFICES OF MCGUIRE & COUGHLIN, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187

James F. Stutts
VP and General Counsel

Corporate Address:
DOMINION RESOURCES, INC.
120 Treadegar Street
Richmond, VA 23219

DOMINION ENERGY BRAYTON POINT LLC
One Brayton Point Road
Somerset, MA 02725

David A. Cetola
MCROBERTS, ROBERTS AND RAINER LLP
53 State Street
Boston, MA 02109

Thomas F. McGuire, Jr.
CITY OF FALL RIVER
1 Government Center
6th floor
Fall River, MA 02722

Brad Mitchell
THORNTON & NAUMES LLC
100 Summer Street
Boston, MA 02110

/s/ Jeanne M. Scott