AO 441 (Rev.5/85) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF *Rhode Island*

PLAINTIFF

***Gail, John D. And John F. Corvello, et al.***

V. DEFENDANT AND THIRD PARTY PLAINTIFF

***New England Gas Company***

## THIRD PARTY SUMMONS IN A CIVIL ACTION

**CASE NUMBER** ***05-221T***
***(Related cases: 05-274T; 05-522T; 05-370T)***

V. THIRD PARTY DEFENDANT

***Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.; Honeywell International, Inc.; Town of Tiverton, Gulf Oil Corporation, Inc.; Inland Fuel Terminals, Inc.; Dominion Resources, Inc., and Dominion Energy Brayton Point, LLC***

To: (Name and address of Third Party Defendant)

***Dominion Energy Brayton Point, LLC***
***120 Tredegar Street***
***Richmond, VA 23219***
***c/o CT Corporation System***
***4701 Cox Rd Ste 301***
***Glen Allen, VA 23060-6802***

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

***Russell X Pollock, Esq.***
***Campbell, Campbell, Edwards & Conroy P.C.***
***One Constitution Plaza***
***Boston, MA 02129***

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

***Robin L. Main, Esq.***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the third-party complaint which is herewith served upon you within *20* days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case with Rule 9 (h) Federal Rules of Civil Procedure, and, (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 10.2.07

(By) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Services of the Summons and complaint was made by me (1) | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with home the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __________ __________

*Date* *Signature of Server*

__________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

832233

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO, ET AL., PLAINTIFFS NEW ENGLAND GAS COMPANY DEFENDANT/THIRD PARTY PLAINTIFF**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**BRIDGESTON FIRESTONE NORTH AMERICAN TIRE, LLC; ET AL.,**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**05-221T**<br><br>AFFIDAVIT OF SERVICE OF:<br>**THIRD-PARTY SUMMONS; THIRD-PARTY COMPLAINT; THIRD AMENDED COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **2nd day of October, 2007, at 3:45 PM**, at the address of **4701 COX Road STE 301**, **GLEN ALLEN**, **Henrico** County, **VA 23060**; this affiant served the above described documents upon **DOMINION ENERGY BRAYTON POINT, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lisa Poffenberger, Agent for CT Corporation System, REGISTERED AGENT, A white female approx. 40-45 years of age 5'8"-5'10" in height weighing 140-160 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **2nd day of October, 2007**.

**Eddie W. Null, Sr.**

SUBSCRIBED AND SWORN to before me this 2nd day of October, 2007

Kimberly Konias

NOTARY PUBLIC in and for the State of **Virginia**
Residing at: Spotsylvania Va
My Commission Expires: June 30, 2010

FOR: **Peter Cacioppo**
REF: **014015-126110**

ORIGINAL PROOF OF SERVICE

Tracking #: **8031447** SEA

KIMBERLY ANN KONIAS COMMONWEALTH OF VIRGINIA NOTARY PUBLIC

Kimberly Ann Konias
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7079694
My Commission Expires
June 30, 2010

# Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

LaWanda Barber

Tinika Baylor

Carl Goodwyn

Emmett Hickam

John Manall

Lisa Poffenberger

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System. It does not certify the receipt or acceptance of any specific process.

Carl Goodwyn
Senior Corporate Operations Specialist
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Carl Goodwyn, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 28th day of Sept., 2007

Notary Public

My Commission expires 5/31/08.
Registration # 345160