MR. WIENER: Let the record reflect the witness doesn't have his testimony before him.

BY MR. HERSCHMANN:

Q. Now, do you recall the first job you had was working at the farm?

THE WITNESS: Working at a farm?

MR. WIENER: Objection. Asked and answered.

A. I worked in a farm all my life.

Q. And when did you first start working at the farm?

MR. WIENER: Objection. Asked and answered.

A. What farm?

Q. Well, you just said you worked at the farm all your --

A. My father had a farm.

Q. I'm sorry?

A. My father had a farm.

Q. Okay. So how old were you when you first started to work at the farm with your father?

MR. WIENER: Objection. Mr. Herschmann --

MR. HERSCHMANN: Counsel, you can make an objection.



MR. WIENER: The hearing officer was --

MR. HERSCHMANN: Stop it.

MR. WIENER: -- very, very clear that we are not going to go over --

MR. HERSCHMANN: Stop it. I'm got wasting our time.

MR. WIENER: -- that we are not going over areas that he's already --

(Court reporter attempts to interrupt counsel who are speaking at the same time.)

MR. HERSCHMANN: Are you done?

MR. WIENER: You're trying -- all you're trying to do is prolong this deposition and harass this witness.

MR. HERSCHMANN: Oh, please stop it. Oh, please stop it.

MR. WIENER: That's all this is about.

MR. HERSCHMANN: Please stop it.

MR. WIENER: You're asking misleading questions --

MR. HERSCHMANN: I don't want to hear it.

MR. WIENER: -- and you're trying to harass this witness.

MR. HERSCHMANN: Please stop it. Grow up. Will you stop it? Are you serious? Let's go.



MR. WIENER: Let's call the hearing officer.

MR. HERSCHMANN: You want to take a break? You can go --

MR. WIENER: Let's go off the record.

MR. HERSCHMANN: We're not going off record.

MR. WIENER: Let's call the hearing officer. We're going off the record --

MR. HERSCHMANN: No, we're not.

MR. WIENER: -- and calling the hearing officer.

MR. HERSCHMANN: Mr. Souza, I'm asking questions.

MR. WIENER: We are going to call the hearing officer.

MR. HERSCHMANN: You can do whatever you want. You got an attorney. Go do whatever you want. I'm continuing the deposition.

MR. WIENER: I'm going to call the hearing officer.

MR. HERSCHMANN: Have a good time.

MR. WIENER: Mr. Souza, would you please leave the room?

MR. HERSCHMANN: Mr. Souza, don't get up.



Mr. Souza, listen to me.

MR. WIENER: Mr. Souza --

THE WITNESS: What am I supposed to --

MR. HERSCHMANN: You are here -- you are here to answer the questions.

(Court reporter attempts to interrupt counsel who are speaking at the same time.)

MR. HERSCHMANN: Stop it. You want to take a break?

MR. WIENER: We're calling the hearing officer.

MR. HERSCHMANN: You can raise it any way you want.

MR. WIENER: We are calling the hearing officer.

MR. HERSCHMANN: Enough. Enough.

MR. WIENER: We are calling the hearing officer.

MR. HERSCHMANN: You do whatever you want. You have another attorney sitting next to you --

MR. WIENER: We are going off the record.

MR. HERSCHMANN: -- you go make whatever calls. We are continuing.

MR. WIENER: We are going off the record.

wasted a lot of your time and I apologize.

And if you show me this answer in the transcript, okay, then we'll see whether we go to the hearing officer.

MR. WIENER: It has to do with the answer. It has to do with the questioning, the whole line of questioning.

MR. HERSCHMANN: You're being ridiculous. You really are. I don't understand what we're doing. Can you please read back the last question and answer?

(The question was read by the court reporter, as follows: So how old were you when you first started to work at the farm with your father?)

MR. HERSCHMANN: Sir, you can answer that question.

A. How old I was? I don't know, seven, eight years old.

Q. And you said you worked at the farm your entire life, right? Your whole life you did the farming, right?

A. That's right.

Q. And do you recall at some point you became a roofer?



A. Oh, yes.

Q. And that's the next thing that you did after farming, right?

A. No, I went in the service.

Q. Right. I'm sorry. You went to the service. So you were at the farm and then you went to the service?

A. Right.

Q. And then afterwards you went to New Jersey, right?

A. Yeah.

Q. And you worked on the boardwalk in New Jersey, right?

A. Right.

Q. And then you came back and became a roofer, right?

A. I was a roofer already.

Q. And you continued in the roofing business until you retired, right?

A. Right.

Q. And those are all the jobs you had, right?

A. Yeah.

Q. Now, what did you do on the farm?

A. Farm? What do you on a farm?



MR. WIENER: Objection. Asked and answered.

A. Everything on a farm.

Q. Sir, I've never worked on a farm so I don't know what that is.

A. Oh, your plants, take care of your plants.

MR. WIENER: Let the record reflect on Page 65 of the earlier transcript, the question was asked, "What did you do on the farm?"

MR. HERSCHMANN: And what's the answer?

MR. WIENER: You can see it for yourself, Counsel.

MR. HERSCHMANN: It's 65?

MR. WIENER: The questions are the same. The question has been asked and answered.

MR. HERSCHMANN: The objection is — the question is, the objection is asked and answered.

Q. So, sir, what type of cows did you have on the farm?

A. What type of what?

Q. Cows.

A. Cows? We had Jersey cows and old steens. Well, that's what they were. ***

Q. Now, did you have your own roofing



Q. Do you have any grandchildren?

A. Yeah.

Q. What are their names and their ages, sir?

A. Now you're going to confuse me on the ages. I don't know their ages. I got two grandsons. No. Three grandsons, right? And two granddaughters. I think so.

Q. I don't know, sir. Do you know how many grandchildren you have?

A. All together? No.

Q. Can you tell us their names?

MR. WIENER: Objection.

A. I know Kimberly. I know Joe Boy, and I know Matthews, Keith. That's about it. Right?

Q. Who is Doughboy?

A. My son's son.

Q. And do you know -- is that his -- does he have — is that his nickname?

A. Well, we've called him Joe Boy as long as I remember.

MR. WIENER: Did you say Joe Boy or Doughboy?

A. His name is Jose Souza. He's a junior.

Q. Did you say — what name do you call him?

A. Jose.

Q. I'm sorry. We're all a little confused for a minute. Did you call him your grandson Doughboy?
A. Yeah.
Q. Okay. With a "D", right?
A. With a D?
MR. WIENER: Or Joe Boy with a "J"?
THE WITNESS: Yeah.
MR. WIENER: That's what we are trying to figure out. Is it Joe Boy or Doughboy?
THE WITNESS: Joe Boy.
MR. WIENER: Joe Boy.
THE WITNESS: Boy. Do you know what boy is?
MR. WIENER: Right. But Joe is the first name?
THE WITNESS: Yeah, Joe. His name is Jose but we only call him Joe.
BY MR. KERSCHMANN:
Q. Can we start again? I'm sorry. I'm confused now. Can you tell me the names of your grandchildren?
MR. WIENER: Objection. Relevance.
A. Kimberly, Joe Boy, Matthews, Keith. That's about it.



Q. You said it's your son's boy. How many sons do you have?
A. Two.
MR. WIENER: Objection. Objection. Relevance.
Q. What's their names?
A. John and Joe.
Q. So which one -- which grandchildren are which children's children?
MR. WIENER: Objection. Relevance.
A. From both of them.
Q. I know, sir, but -- I know they're both your children but which grandchildren go with which children?
A. One lives in Newport and one lives in Tiverton.
Q. Okay. So do you remember which grandchildren go with which one of your children?
A. What do you mean go?
Q. Do you remember which grandchildren are Joey's grandchildren -- I mean Joey's children?
A. I know them all.
Q. Sir, I understand that you know them all. Do you know which of your grandchildren where Joey is the father?



A. Yeah.
Q. Which ones?
A. Joe Boy.
Q. And is that his only child?
A. Yeah.
Q. And the other grandchildren are from John?
A. John.
Q. Mr. Souza, were you already in the Air Force when Pearl Harbor occurred?
MR. WIENER: Objection.
A. I -- I was there when it happened. I was there when it happened.
Q. You were there when it happened?
A. Yeah. No. No. It happened and I went in.
Q. It happened and then you went in?
A. Yeah.
Q. Last time --
A. They drafted me. I joined because they were going to draft me, so I joined.
Q. Last time you were questioned, you said you were already in the Air Force when Pearl Harbor occurred.
A. Yes.



Q. Which is right?
A. I was already in.
Q. And where were you stationed when Pearl Harbor occurred?
A. New Jersey I think.
Q. New Jersey?
A. Yeah.
Q. Where did you first -- you said you volunteered because they were going to draft you, right?
A. That's right.
Q. Where did you volunteer?
A. Where I volunteered? In Tiverton.
Q. And then they sent you to New Jersey?
A. No. They sent me to Camp Edwards.
Q. And away where was Camp Edwards?
A. In Massachusetts.
Q. So when did you end up in New Jersey when you were in the Air Force?
MR. WIENER: Objection.
A. Well, after my basic training.
Q. Why don't you explain to us where you first went into the military and then where you were stationed because last time you told us you were already in the military when Pearl Harbor

occurred and then --

A. That's right.

Q. That's correct, right?

A. Yeah.

Q. And then -- but a little while ago you just said you weren't in the military when Pearl Harbor occurred.

MR. WIENER: Objection. You're not showing me his prior testimony.

MR. HERSCHMANN: He just gave it this minute.

MR. WIENER: But you are referring to his prior testimony. Not this prior testimony but prior day's testimony.

MR. HERSCHMANN: Okay.

BY MR. HERSCHMANN:

Q. Sir, if I showed you papers now, you can't read because you don't have your glasses, right?

A. Right.

Q. Okay. So last time you said you went into the military before Pearl Harbor. Do you remember now when you went in?

MR. WIENER: Objection. It's been asked and answered.



A. I don't know. I think it was in '45. I don't know.

Q. Sir, last time -- let me read it to you because I found the page now. It's on Page 67.

"Do you know whether you were in the service before or after the invasion of Pearl Harbor?"

Answer: "Before, yeah, I went in before Pearl Harbor."

A. Right.

Q. And now -- is that correct?

A. Yeah.

Q. Are you sure about that?

A. Yeah.

Q. Are you sure about that of everything else they've asked you going back to that time period?

MR. WIENER: Objection.

A. I don't know. They were going to draft me anyway so I joined.

Q. Sir, I understand but if you can listen to my --

A. Then Pearl Harbor came in. The war started -- there was no war when I went in. All they were doing drafting people.

Q. So you -- they were only doing drafting



people?

A. Yeah.

Q. So you went in then before Pearl Harbor?

A. I joined, yes, because I didn't want to get caught in a -- in a draft --

Q. And --

A. -- because I wanted to go where I wanted to go, not where they wanted to put me.

Q. And, sir, do you know that Pearl Harbor was on December 7th of 1941?

A. Yes.

Q. Now, are you sure about that as you are about everything else you've told the people in this case about that time period?

MR. WIENER: Objection to the form of the question.

A. I don't know.

Q. Sir, Pearl Harbor was a big thing back then, right?

A. Oh, yes. Oh, yes.

Q. Clearly the biggest thing that happened to this country in the 1940s, correct?

A. Oh, you can say that again.

Q. And that would stand out in your mind probably clearer than anything else, right?



A. Hey, I can't remember what the hell happened all those years ago.

Q. Sir, you know that the military keeps records for a long time?

A. Yes.

Q. And the military has records as to when you went in; do you know that?

A. Right. They should have.

Q. And you think their records would be right?

A. I hope so.

Q. Their records have you going in after Pearl Harbor.

MR. WIENER: Objection to the form of the question.

THE WITNESS: After?

MR. WIENER: There is no foundation.

A. I don't think so. I don't think so.

Q. You can't remember that far back, right?

A. No. I know I was working in the baker shop. That's all I know.

Q. You were working in a bagel shop?

A. Yeah. Baker.

Q. Baker shop?

A. Right.