**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**NEW ENGLAND GAS COMPANY, INC.;**<br>**Defendant.** | **C.A. No. 05-221T**<br>**(Related Case No. 05-274T, 05-370T, 05-522T)** |

**PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING ON THEIR MOTION FOR A PROTECTIVE ORDER TO ENJOIN DEFENDANT'S FURTHER ABUSE AND HARRASMENT OF AN 88 YEAR OLD FACT WITNESS**

The plaintiffs in the above-captioned matter hereby move for an expedited hearing on Plaintiffs' Motion for a Protective Order to Enjoin Defendant's Further Abuse and Harrasment of an 88 Year Old Fact Witness. Plaintiffs request an order that defendant New England Gas Co. file any opposition on or before October 24, 2007, and a hearing date of October 25th, 2007. As grounds for this motion plaintiffs submit that the deposition of Mr. Jose Souza, the deponent whose protection is sought in Plaintiffs' Motion for a Protective Order is scheduled to continue on October 26th 2007. A hearing date of October 25th, 2007 will give the parties to this action an opportunity to be heard on this motion prior to the continuation of Mr. Souza's Deposition. Wherefore, Plaintiffs respectfully request an order that defendant file any opposition by October 24th, 2007, and an expedited hearing date of October 25th, 2007.

Dated this 19th day of October, 2007.

Attorneys for the Plaintiffs Gail, John D.
and John F. Corvello, et al,
By their Attorneys

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
Christian F. Uehlein
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

**Certificate of Service**

I hereby certify that on this 19th day of October, 2007, a copy of the foregoing was served by electronic filing and first class U.S. mail, postage prepaid, upon counsel of record.

/s/ Robert J. McConnell
Robert J. McConnell