UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al., *Plaintiffs*, | ) | |
| v. | ) | C.A. No. 05-221T (Related case nos: 05-274T, 05-370T, 05-522T) |
| NEW ENGLAND GAS COMPANY, INC.; *Defendant.* | ) | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, Gail, John D. and John F. Corvello et al, will conduct the deposition of Eugene Camara, 195 Dimian Street, Fall River, Massachusetts upon oral examination, on November 19, 2007 at the Tiverton Community Center, 346 Judson Street, Tiverton, Rhode Island 02878 at 10:00 a.m. or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means and videotape.

Attorneys for the Plaintiffs Gail, John D. and John F. Corvello et al,
By their Attorneys
McRoberts, Roberts and Rainer, LLP

/s/ Mark W. Roberts
Mark W. Roberts (MA # 554038)
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

Dated: October 23, 2007

## CERTIFICATION OF SERVICE

I hereby certify that in this 15th day of October, 2007 a true and correct copy of the foregoing was sent via electronic means (ECF) to the following:

Robert J. McConnell
Aileen L. Sprague
Jonathan Orent
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
Brad J. Mitchell
Christian Uehlein
THORNTON & NAUMES
100 Summer Street
Boston, MA 02110

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

Brian A. Wagner
**RI Department of Environmental Management**
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
222-6607
Fax: 222-3378
brian.wagner@dem.ri.gov

Russell X. Pollock
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
One Constitution Plaza
Boston, MA 02129

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

James F. Stutts, St.
VP and General Counsel
**Dominion Resources, Inc; Dominion Energy Brayton Point LLC**
Dominion Resources, Inc.
120 Tredegar Street
Richmond, VA 23219
804-819-2000
James.Stutts@dom.com

**Dominion Energy Brayton Point LLC**
One Brayton Point Road
Dominion Energy Brayton Point LLC
One Brayton Point Road
Somerset, MA 02725

Paul M. Sanford
**Inland Fuel Terminals, Inc**
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
401-831-8330
Fax: 401-831-8359
psanford@burnslev.com

Eris D. Herschmann
David E. Ross
Seth Davis
Noelle M. Kowalczyk
KASOWITZ, BENSON, TORRES & FREIDMAN LLP
1633 Broadway
New York, New York 10019
212-506-1700

**Bruce Gregory Tucker**
**Gulf Oil Comapny**
55 Hammarlund Way
Middletown, RI 02842
843-8400
Fax: 843-8401
btucker@legalmgt.com

Gerald J. Petros
Robin L. Main
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI
401-274-2000

Gregory L. Benik
**Honeywell International**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
454-1025
Fax: 454-1030
gbenik@nixonpeabody.com

William Wick
**Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.**
WACTOR & WICK
180 Grand Avenue, Suite 950
Oakland, CA 94612
bwick@ww-envlaw.com

Christopher P. McCormack
**Inland Fuel Terminals, Inc.**
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2016
Fax: 203-576-8888
cmccormack@pullcom.com

Jeffrey Bromme
**Honeywell International, Inc.**
ARNOLD& PORTER LLP
555 Twelfth Street, N.W.
Washington, DA 20004-1206
202-942-6254
Jeffrey.Bromme@aporter.com

Jeanne M. Scott
**Town of Tiverton**
URSILLO, TEITZ & RITCH, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 Ext. 205
Jeannescott@utrlaw.com

Thomas F. McGuire, Jr.
**City of Fall River**
Corporation Counsel
1 Government Center, 6th Floor
Fall River, MA 02722

Thomas F. McGuire, Jr.
LAW OFFICES OF MCGUIRE & COUGHLIN, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187
Phone 508-675-7896
Fax:508-675-6595
Tmcguire@meganet.net

/s/ Mark W. Roberts
Mark W. Roberts