# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al., *Plaintiffs* v. NEW ENGLAND GAS COMPANY, INC., *Defendant.* | C.A. No. 05-221T (Related Case No. 05-274T) |

DISCLOSURE OF EXPECTED TESTIMONY OF JOSEPH "JOSE" SOUZA

Joseph "Jose" Souza
4 Church Street, Tiverton,
Rhode Island 02878

Mr. Souza grew up at 47A Connell Street in Tiverton, Rhode Island. His father, John Souza-DeSoto and his uncle Manual DeSoto worked for Fall River Gas Company. Mr. Souza and his brother John Souza worked for John Simpson, Jr. Jose Souza worked for Mr. Simpson for approximately three (3) years prior to World War II and for a short period of time upon his return from the Service during World War II. During the time Mr. Souza worked for John Simpson, Jr., Mr. Simpson was operating two (2) 1-2 ton trucks which were used, among other things, to bring coal gasification waste, ash and coke from Fall River Gas Company to Tiverton. Mr. Souza not only drove the trucks, but also loaded and unloaded the materials. Specifically, Mr. Simpson had the job of cleaning out both the ash area and the building where coal gasification occurred known as the "bee hives" and transporting that material to Tiverton.

Mr. Souza personally worked at Fall River Gas Company, cleaning out the ash area and the "bee hives". During the time he cleaned out the "bee hives", where the blue waste was collected, Mr. Souza was frequently overcome by the fumes and had to go out of the building for fresh air. Mr. Souza was involved in dumping the materials obtained at the Fall River Gas Company facility in the Bay Street area, including on the roads on private properties, and excess waste materials and cinders on land owned by John Simpson, Jr. on State Street.

At the time he worked for John Simpson, Jr., three (3) other people also were involved in transporting waste from Fall River Gas Company to Tiverton – Jack Bravo, Joseph Ferries, and Mr. Dupre (the trash collector for that portion of Tiverton at the time, but Mr. Souza does not know Mr. Dupre's first name.). Jack Bravo had one or two 1-2 ton trucks, Joseph Ferries had one truck and Mr. Dupre had a single truck. Additionally, Fall River Gas Company would periodically send trucks of their own to Tiverton with waste materials.

Mr. Souza also worked for Jack Bravo transporting waste from Fall River Gas to Tiverton. However, Mr. Bravo was not a good employer, making Mr. Souza do all of the physical work. As a result, he only worked for Mr., Bravo for a short period.

Mr. Souza grew up in a house located at 47A Connell Street and has general information about the area and the development of the area, including the construction of the streets, the farm that historically occupied a significant portion of the Bay Street area and its subsequent development.

*Dated*: August 15, 2006

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

Robert J. McConnell (#3888)

Jonathan D. Orent (#7408)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
MCROBERTS, ROBERTS & RAINER
53 State Street
Boston, MA 02109
(617) 722-8222

CERTIFICATION

I hereby certify that a copy of the foregoing memorandum was mailed, first-class and postage pre-paid, to all counsel of record per the attached service list on this ____ day of August, 2006.

______________________________