# Exhibit 4

**David Ross**

**From:** Mark W. Roberts [mroberts@mcrobertslaw.com]
**Sent:** Monday, August 27, 2007 5:30 PM
**To:** David Ross
**Cc:** NLeifer@tenlaw.com; bmcconnell@motleyrice.com; ReverelII@aol.com; asbarra@campbell-trial-lawyers.com; rpollock@campbell-trial-lawyers.com; hskennealy@mcrobertslaw.com; brian@briancunha.com; jtarantino@apslaw.com; dwollin@apslaw.com; ksherman@apslaw.com; Eric D. Herschmann; cdodds@bishoplondon.com; Seth Davis; Noelle Kowalczyk; gpetros@haslaw.com; rmain@haslaw.com
**Subject:** RE: Corvello et al v. NEGC

David,

This looks fine, we have an agreement on the Souza Motion. Would you please notify the Court that we reached agreement?

Are we also in agreement that we will report to the Court on the 30(b)(6) motion that we will meet and confer and notify the court by the end of the week if there are issues that we will need the Court's assistance to resolve? If so, we should also report that to the Court.

Mark

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320

Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission is prohibited. If this transmission was received in error, please contact me at the above number, collect if necessary. Thank you for your attention to this matter.

-----Original Message-----
From: David Ross [mailto:DRoss@kasowitz.com]
Sent: Monday, August 27, 2007 4:26 PM
To: mroberts@mcrobertslaw.com
Cc: NLeifer@tenlaw.com; bmcconnell@motleyrice.com; RevereIII@aol.com; asbarra@campbell-trial-lawyers.com; rpollock@campbell-trial-lawyers.com; hskennealy@mcrobertslaw.com; brian@briancunha.com; jtarantino@apslaw.com; dwollin@apslaw.com; ksherman@apslaw.com; Eric D. Herschmann; cdodds@bishoplondon.com; Seth Davis; Noelle Kowalczyk; David Ross; gpetros@haslaw.com; rmain@haslaw.com
Subject: Corvello et al v. NEGC

Re: Corvello et al v. New England Gas Company (And Related Cases)

Dear Mark:

This will confirm that the parties have agreed to resolve plaintiffs' Motion to Modify Magistrate Martin's September 22, 2006 Discovery Order (the "Order"), and modify the related agreement reached between the parties on February 23, 2007 (the "Agreement"), on

the following terms: 1. Defendant shall begin their discovery deposition of Jose Souza (subject to his availability) by Ocober 12, 2007;
2. Subject to the witness's availability, Defendant will complete the discovery deposition by October 26, 2007; Plaintiffs shall coordinate with Mr. Souza's counsel to make Mr. Souza available every 2-3 days during that period.
3. Defendant shall have a total of five (5) hours to examine Mr. Souza during the discovery deposition (including adjournments as necessary). 4. Plaintiffs' videotaped "trial" deposition of Mr. Souza may be conducted on or after sixteen (16) days following the conclusion of Defendant's discovery deposition of Mr. Souza as provided above. 5. From this date through the conclusion of Mr. Souza's trial deposition, neither plaintiffs nor their counsel will meet with or communicate (directly or indirectly, including through RIDEM or their counsel) with Mr. Souza, his counsel or any relative or agent of Mr. Souza except that plaintiffs' counsel may communicate with Mr. Souza, his counsel or his relatives solely for purposes of deposition scheduling.
6. No party waives or modifies any of its rights under the Order or Agreement except as provided herein. 7. Based on the foregoing, Plaintiffs withdraw their Motion to Modify Discovery Order.

If the foregoing accurately sets forth the agreement of the parties, please so confirm by reply e-mail acknowledging Plaintiffs' agreement. Thank you.

Regards,
David E. Ross

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.