# Exhibit 6

**Seth Davis**

**From:** David Ross
**Sent:** Thursday, October 18, 2007 6:43 AM
**To:** 'mmarran@marranlaw.com'
**Cc:** Seth Davis
**Subject:** Fw: Continued Deposition of Jose Souza

Dear Mike: Are we confirmed for the morning of 10/26? Thanks, David

-----Original Message-----
From: David Ross
To: 'mmarran@marranlaw.com' <mmarran@marranlaw.com>
CC: Seth Davis; David Ross
Sent: Tue Oct 16 11:29:12 2007
Subject: Continued Deposition of Jose Souza

Dear Mike: Due to the court conference we have on Thursday, Oct. 25, we would like to continue Mr. Souza's deposition on the morning of Friday, October 26. Can you please get back to me asap to confirm his availability. Thanks very much, David