# Exhibit 7

# Joseph "Jose" Souza
# October 12, 2007
# Deposition DVDs