# Exhibit 8

**McConnell, Bob**

From: Joe R Souza [joe@spouzasite.com]
Sent: Friday, December 08, 2006 8:51 AM
To: McConnell, Bob
Subject: Re: Mr. Jose Souza

Attachments: 2e951f.jpg

2e951f.jpg (32 KB)

I have some concerns about this process but at this stage I am letting my Dad decide--for the most part--if he wants to continue with this venture. The lawyer from the opposing side has contacted me a couple times and has suggested that my dad could create some liability for himself or the family in this case. It is this area of concern that I refer to above. He (the other lawyer) told me that he was told by your side that my father would be testifying that he was involved in trucking and spreading waste in the area. I spoke to my father and he told me he was 'never' involved with or in a truck that was involved in any of this so I will be concerned if he testify's to anything contrary.

Well, as I said--for the most part--I will let my dad decide, so I will speak to him this weekend about the dates and procedures. If he decides to go forward I will want to speak to you over the phone and get some assurances to his protection from any liability. I really don't want to go into too much in an email so let's take it a step at a time--I will speak to my farther.

Joe

At 08:11 AM 12/8/2006, you wrote:
>Dear Mr. Souza: I am following up our previous e-mails concerning your
>Dad and his availability to provide a deposition. I understand from
>Janice Carroll that your Dad is home and feeling better. We appreciate
>your Dad's willingness to help by providing factual testimony that is
>important to this case. We also want to make the deposition process as
>convenient as possible for him in terms of scheduling, length of
>deposition, location, etc. Along those lines, we initially will need
>to provide the lawyers for NE GAS with some potential deposition dates
>and we were considering the dates of December 20 and December 22.
>Would those dates be convenient for your Dad? A couple of lawyers from
>our team would also like to come to Tiverton to briefly meet with your
>Dad and discuss some information with him prior to the deposition. We
>were hoping to do this on either December 13 or December 15. Would
>either of these dates be a good time to meet?
>
>Could you please get back to me at your earliest convenience and let me
>know if these potential dates are convenient for your Dad. Thank you
>for your assistance and please feel free to either reply by
>e-mail or call me directly at 401-457-7703. Bob McConnell
>
>Robert J. McConnell, Esq.
>Motley Rice LLC
>321 South Main Street
>Providence, RI 02906
><mailto:bmcconnell@motleyrice.com>bmcconnell@motleyrice.com
>401-457-7703
>
>[]
>
>
>
>