# Exhibit 9

**McConnell, Bob, 08:41 AM 1/10/2**

To: "McConnell, Bob" <bmcconnell@motleyrice.com>
From: Joe R Souza <joe@souzasite.com>
Subject: Re: Mr. Jose Souza
Cc:
Bcc:
Attached:

I did start this conversation with my Dad about a week ago and he is still reluctant to get involved--but as I agreed I will review it with him and set up a date. A Saturday would prove most convenient for me as it would not cost me work time but if it is not possible to do a weekend then let me know and I will schedule some time out of work.

Joe

At 05:02 PM 1/9/2007, you wrote:

Hi Joe - Do you have some time in the next week or two to meet at a time and place that is convenient for you to discuss the issues surrounding your Dad's potential testimony. We look forward to hearing from you and meeting with you.
Bob

Robert J. McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02906
bmcconnell@motleyrice.com
401-457-7703

MotleyRice

Motley Rice LLC Attorneys at Law
*Litigating Today For A Better Tomorrow*

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.