UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, CORVELLO, ET AL.,<br><br>Plaintiffs,<br>- against -<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>Defendant and<br>Third-Party Plaintiff<br><br>- against -<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; and DOMINION ENERGY BRAYTON POINT LLC,<br><br>Third-Party Defendant | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 05-221T |

**CHEVRON U.S.A. INC.'S RESPONSE TO PLAINTIFFS' MOTION TO SEVER**

Gulf Oil Corporation, Third-Party Defendant, now known as Chevron U.S.A. Inc. (Chevron), respectfully responds to Plaintiffs' Motion to Sever ("Plaintiffs' Motion") as follows:

1. Plaintiffs purport to have made their "Motion to Sever" under Rule 42(b) of the Federal Rules of Civil Procedure, yet both Plaintiffs' Motion and Memorandum in Support describe the relief sought as that provided under Rule 21. Plaintiffs have asked the Court "to sever all claims…against third party defendants… and order that these claims proceed as a separate action." What Plaintiffs seem to want is a severance under Rule 21, which would create

two separate lawsuits rather than only separate trials. There are significant differences between severance under Rule 21 and separate trials under Rule 42 (b). *See* 9 Wright & Miller § 2387; *Hydrite Chem. Co. v. Calument Lubricants Co.*, 47 F.3d 887 (7th Cir.1995); *Sanford v. Johns-Manville Sales Corp.*, 923 F.2d 1142 (5th Cir.1991); *U.S. v. O'Neil*, 709 F.2d 361 (5th Cir. 1983). As a result of Plaintiffs' apparent confusion about the relief they seek, Chevron reserves the right to respond further to Plaintiff's Motion once the relief sought is clarified.

2. To the extent Plaintiffs seek severance of the pending case into two separate actions or lawsuits, each of which will proceed as a discrete, independent lawsuit with its own pleadings, discovery, trial, judgment and appeal, which is appropriate under Rule 21, Chevron does not oppose Plaintiff's Motion. *See Allied Elevator, Inc. v. East Texas State Bank*, 965 F.2d 34 (5th Cir.1992); *Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509 (10th Cir. 1991). Effective case management techniques can be imposed to manage pre-trial and discovery to avoid duplication and inefficiency where a case is severed into two separate lawsuits under Rule 21. Chevron is prepared to discuss and explore with the Court such case management techniques at the hearing scheduled on November 16, 2007.

3. If Plaintiffs instead, seek to separate the case into separate issues for trial as provided for under Rule 42(b), which will divide one trial into two trials, but result in only one judgment, Chevron has a legitimate concern about how the rights of the Third-Party Defendants would be protected. At this point, however, Chevron simply has insufficient information about the case and the details of how the cases would proceed if the issues (the Third-Party claims) were not severed, but only separated for two trials and a single judgment entered upon completion of both trials. Chevron respectfully submits that the Court should not rule on Plaintiffs' Motion until after the hearing scheduled before Magistrate Judge Almond on

November 16, 2007, at which time the Plaintiffs can clarify the relief requested and describe with some particularity a proposal of how the case should proceed under Rule 42(b). Such an approach will permit all affected parties to respond more fully.

By: */s/ Bruce G. Tucker*
Bruce B. Tucker (0563)
55 Hammarlund Way
Middletown, RI 02842
401-843-8400

David A. Crichlow *(pro hac vice)*
David Goldberg *(pro hac vice)*
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
PILLSBURY WINTHROP SHAW
PITTMAN LLP

**Attorneys for**
**Gulf Oil Corporation, now**
**known as Chevron U.S.A. Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2007, I did send a true copy of the within document by electronic means (ECF) or by certified mail, return receipt requested to the following:

Kristen W. Sherman
John A. Tarantino
David A. Wollin
ADLER POLLOCK & SHEEHAN P.C
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
ksherman@apslaw.com
jtarantino@apslaw.com
dwollin@apslaw.com

Seth Davis
Eric D. Herschmann
Noelle M. Kowalczyk
David E. Ross
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
eherschmann@kasowitz.com
dross@kasowitz.com

Christina Dodds
BISHOP, LONDON, BROPHY, & DODDS
3701 Bee Cave Road, Suite 200
Austin, TX 78746
CDodds@bishoplondon.com

Robin-Lee Main
Gerald J. Petros
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI
gpetros@haslaw.com
rmain@haslaw.com

John J. McConnell, Jr.
Robert J. McConnell
Jonathan D. Orent
Aileen L. Sprague
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
jmcconnell@motleyrice.com
bmcconnell@motleyrice.com
jorent@motleyrice.com
asprague@motleyrice.com

Susan B. Forcier
Gregory S. Schultz
Brian A. Wagner
R.I. Department of Environmental Management
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02903
susan.wilson@dem.ri.gov
gregory.schultz@dem.ri.gov
brian.wagner@dem.ri.gov

David A. Cetola
Mark W. Roberts
Heather Spurlock Kennealy
MCROBERTS,ROBERTS & RAINER, LLP
53 State Street
Boston, MA 02109
mroberts@mcrobertslaw.com
dcetola@mcrobertslaw.com
hskennealy@mcrobertslaw.com

Charles K. Mone
Russell X. Pollock
Anthony J. Sbarra, Jr.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Gregory L. Benik
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
gbenik@nixonpeabody.com

Michael D. Mitchell
Department of Administration
One Capitol Hill
Providence, RI 02908
mmitchell@admin.ri.gov

Matthew B. Smith
Matthew B. Smith Attorney at Law
1206 Westminster Street
Providence, RI 02903
matthew@verdecchialaw.com

Brian R. Cunha
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

Jeffrey Bromme
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Thomas F. McGuire, Jr.
City of Fall River
1 Government Center, 6th Floor
Fall River, MA 02722

Thomas F. McGuire, Jr.
Law Offices of McGuire & Coughlin, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187

Paul M. Sanford
Burns & Levinson LLP
One Citizen Plaza, Suite 1100
Providence, RI 02903
psanford@burnslev.com

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Lewis.wiener@sablaw.com

Neil T. Leifer
Brad J. Mitchell
Christian F. Uehlein
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Paul Revere, III
Law Office of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601

William D. Wick
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA 94612

Jeanne M. Scott
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903

James F. Stutts
VP and General Counsel
Dominion Resources, Inc.
120 Tredegar Street
Richmond, VA 23219

James F. Stutts
Dominion Energy Brayton Point LLC
One Brayton Point Road
Somerset, MA 02725

Kimberly A. Simpson
Benjamin V. White
Vetter & White
20 Washington Place
Providence, RI 02903
ksimpson@vetterandwhite.com
bwhite@vetterandwhite.com

Christian B. W. Stephens
Craig R. Waksler
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
cstephens@taylorduane.com
cwaksler@taylorduane.com

*/s/ Bruce G. Tucker*