# J

**Execution Copy**

**ASSIGNMENT AND ASSUMPTION AGREEMENT**

ASSIGNMENT AND ASSUMPTION AGREEMENT dated as of January 1, 2005, by and among USGen New England, Inc., a Delaware corporation ("USGen"), and USG Services Company, LLC, a Delaware limited liability company ("Employer" and, together with USGen, "Assignor"), and Dominion Energy Brayton Point, LLC ("Assignee"), a Virginia limited liability company and wholly-owned subsidiary of Dominion Energy New England, Inc., a Massachusetts corporation ("Buyer").

WHEREAS, this Assignment and Assumption Agreement is being executed and delivered in connection with the consummation of the sale and purchase transaction contemplated in that certain Fossil Asset Purchase and Sale Agreement by and among USGen, Employer, First Massachusetts Land Company, LLC, and Buyer, dated as of September 3, 2004 (hereinafter called the "Purchase Agreement"). Capitalized terms used but not otherwise defined in this Assignment and Assumption Agreement have the respective meanings set forth in the Purchase Agreement, the applicable terms of which are hereby incorporated by reference into this Assignment and Assumption Agreement; and

WHEREAS, pursuant to Section 2.1 of the Purchase Agreement, each of USGen and Employer has agreed to sell, transfer, convey, assign and deliver to Buyer, and Buyer has agreed to purchase and accept, all of USGen's and Employer's respective right, title and interest in and to the Transferred Assets, including without limitation the Assigned Contracts and Leases; and

WHEREAS, pursuant to Section 3.1 of the Purchase Agreement, Buyer has agreed to assume the Assumed Liabilities; and

WHEREAS, USGen has agreed to assign the Assumed Liabilities to Buyer or its designees, which includes the Assignee; and

WHEREAS, the parties hereto acknowledge that pursuant to that certain Bill of Sale of even date herewith, Assignor irrevocably and unconditionally sold, transferred, conveyed, assigned and delivered to Assignee all of Assignor's right, title and interest in and to those Transferred Assets, which include Assigned Contracts and Leases, set forth on Schedule 1 to such Bill of Sale; and

WHEREAS, pursuant to the Purchase Agreement and subject to the Bidding Procedures Order and the Sale Order, the Parties have agreed to execute this Assignment and Assumption Agreement with respect to the Assigned Contracts and Leases to be conveyed by USGen and Employer to Assignee at the Closing and with respect to Assignee's assumption of the Assumed Liabilities.

NOW THEREFORE, in consideration of the foregoing premises and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound hereby, USGen, Employer and Assignee hereby agree as follows:

1. Upon the terms and subject to the conditions set forth in the Purchase Agreement, each of USGen and Employer (only and solely with respect to Section 2.1(k) of the Purchase

Agreement) hereby sells, transfers, conveys, assigns and delivers to Assignee all of USGen's and Employer's (only and solely with respect to Section 2.1(k) of the Purchase Agreement) right, title and interest in and to the Assigned Contracts and Leases set forth on Schedule 1 hereto, free and clear of all Liens, except for Permitted Liens. Notwithstanding the foregoing, nothing in this Assignment and Assumption Agreement is intended, or shall be construed, to result in the sale, transfer, conveyance, assignment or delivery of any Excluded Assets.

2. Upon the terms and subject to the conditions set forth in the Purchase Agreement, the Bidding Procedures Order and the Sale Order, Assignee hereby acknowledges and accepts such sale, transfer, conveyance, assignment and delivery of such Assigned Contracts and Leases and hereby assumes and agrees to pay, satisfy and discharge when due, the Assumed Liabilities as set forth on Schedule 1 hereto. Notwithstanding the foregoing, Assignee shall not assume or be obligated to pay, satisfy, discharge or perform, and shall not be deemed by virtue of the execution and delivery of this Assignment and Assumption Agreement, or as a result of the consummation of the transactions contemplated by this Assignment and Assumption Agreement, to have assumed, or to have agreed to pay, satisfy, discharge or perform any liabilities or obligations of USGen or Employer other than the aforementioned Assumed Liabilities.

3. If any provision of this Assignment and Assumption Agreement is held to be illegal, invalid, or unenforceable under any present or future law, and if the rights or obligations under this Assignment and Assumption Agreement of Assignor on the one hand and Assignee on the other hand will not be materially and adversely affected thereby, (a) such provision shall be fully severable; (b) this Assignment and Assumption Agreement shall be construed and enforced as if such illegal, invalid, or unenforceable provision had never comprised a part hereof; (c) the remaining provisions of this Assignment and Assumption Agreement shall remain in full force and effect and shall not be affected by the illegal, invalid, or unenforceable provision or by its severance from this Assignment and Assumption Agreement; and (d) in lieu of such illegal, invalid, or unenforceable provision, there shall be added automatically as a part of this Assignment and Assumption Agreement a legal, valid, and enforceable provision as similar in terms to such illegal, invalid, or unenforceable provision as may be possible.

4. The assumption by Assignee of the Assumed Liabilities as provided herein shall not be construed to defeat, impair or limit in any way any rights of Assignor or Assignee to dispute the validity or amount thereof.

5. The terms and provisions of this Assignment and Assumption Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

6. This Assignment and Assumption Agreement may not be amended or modified except by an instrument in writing signed by Assignee, Employer and USGen, and no performance, term or condition can be waived in whole or in part except by a writing signed by the party against whom enforcement of the waiver is sought.

7. Nothing in this Assignment and Assumption Agreement is intended to or shall confer upon any Person other than Assignee, Employer and USGen, and their respective

successors and assigns, any rights, benefits, or remedies of any nature whatsoever under or by reason of this Assignment and Assumption Agreement or any transaction contemplated by this Assignment and Assumption Agreement.

8. To the extent any term or provision herein is inconsistent with the Purchase Agreement, the terms and provisions of the Purchase Agreement shall control.

9. This Assignment and Assumption Agreement shall be governed by and construed and enforced in accordance with (i) the laws of the State of New York, without regard to its conflict of laws rules or principles and (ii) the Bankruptcy Code, to the extent applicable. Any litigation arising hereunder or related hereto shall be tried by the Bankruptcy Court or, if the Bankruptcy Court does not have jurisdiction, in the courts of the State of New York, or the United States District Courts, located in the City of New York. Each party irrevocably consents to and confers personal jurisdiction on the courts referred to above, and irrevocably and unconditionally waives any objection to the venue of such courts, and further irrevocably and unconditionally waives and agrees not to plead or claim in any such court that any lawsuit, action or other Proceeding brought in any such court has been brought in an inconvenient forum. Each party hereto further agrees that service of process may be made on such party by mailing a copy of the pleading or other document by registered or certified mail, return receipt requested, to its addresses for the giving of notice provided for in Section 14.1 of the Purchase Agreement, with service being deemed to be made five (5) Business Days after the giving of such notice. ASSIGNEE, EMPLOYER AND USGEN HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHT THEY MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS ASSIGNMENT AND ASSUMPTION AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY.

10. This Assignment and Assumption Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Any counterpart may be executed by facsimile signature and such facsimile signature shall be deemed an original.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF,** the parties hereto have caused this Assignment and Assumption Agreement to be duly executed and delivered as of the date first written above.

**USGEN NEW ENGLAND, INC.,**
a Delaware corporation

By: ______________________
Name: Ernest K. Hauser
Title: President

**USG SERVICES COMPANY, LLC,**
a Delaware limited liability company

By: ______________________
Name: P. CHRISMAN IRIBE
Title: EXECUTIVE VICE PRESIDENT

**DOMINION ENERGY BRAYTON POINT, LLC,** a Virginia limited liability company

By: ______________________
Name:
Title:

**IN WITNESS WHEREOF,** the parties hereto have caused this Assignment and Assumption Agreement to be duly executed and delivered as of the date first written above.

**USGEN NEW ENGLAND, INC.,**
a Delaware corporation

By: ______________________________
Name:
Title:

**USG SERVICES COMPANY, LLC,**
a Delaware limited liability company

By: ______________________________
Name:
Title:

**DOMINION ENERGY BRAYTON POINT, LLC,**
a Virginia limited liability company

By: ______________________________
Name: James K. Martin
Title: Vice President – Business Development

**SCHEDULE 1**

| BRAYTON POINT STATION AGREEMENTS | |
|---|---|
| USGEN-MA-FOSSIL008.1 | Indenture, dated May 5, 1959, between the Commonwealth of Massachusetts and New England Power Company [Lease of Mount Hope Bay, Somersett, Massachusetts] |
| USGEN-MA-FOSSIL008.2 | Payment in Lieu of Taxes Agreement, dated November 16, 2001, between USGen New England, Inc. and the Town of Somerset |
| USGEN-MA-FOSSIL008.6 | Settlement and Release Agreement by and among USGen New England, Inc., and Kenneth R. Rezendes, Inc., and the Rezendes Family Limited Partnership# 2, dated April 3, 2003 |
| USGEN-MA-FOSSIL008.7 | Consulting Services Agreement, by and between USGen New England, Inc., and University of Massachusetts Dartmouth, dated April 20, 2001 |
| USGEN-MA-FOSSIL008.7.1 | Addendum #1, dated July 8, 2004, to the Agreement for Consulting Services by and between USGen New England, Inc., and University of Massachusetts Dartmouth |
| USGEN-MA-FOSSIL008.8 | Turnkey Construction Contract between USGen New England, Inc., as Owner, and Babcock Power Environmental Inc., as Contractor, dated January 6, 2004 (Brayton Point SCR/FDG Proforma Contract) |
| USGEN-MA-FOSSIL008.8.1 | Change Order No. CO-002-SCR3, Changes to the Economizer Design and Scope of Supply, dated June 14, 2004 |
| USGEN-MA-FOSSIL008.8.2 | Guaranty Agreement by Babcock Power, Inc., as Guarantor, dated January 6, 2004, in favor of USGen New England, Inc. [Brayton Point] |
| USGEN-MA-FOSSIL008.8.3 | Change Order No. CO-003-SCR3, dated November 10, 2004, incorporating into the project the optional backpressure damper |
| USGEN-MA-FOSSIL008.8.4 | Change Order No. CO-004-SCR, dated November 10, 2004, substituting the Builder's Risk Insurance language |
| USGEN-MA-FOSSIL008.8.5 | Change Order No. CO-001-SCR3, dated May 25, 2004 |
| USGEN-MA-FOSSIL008.10 | Purchase Order No. 4700015132, dated 5/24/2004, between USGen New England, Inc. and O'Conner Constructors, Inc., Unit 3 SCR Foundations |
| USGEN-MA-FOSSIL008.10.1 | Contract for Selective Catalytic Reduction (SCR) System Foundation Work, Brayton Point Power Station Unit No. 1 & 3 between USGen New England, Inc., and O'Connor Constructors [Shaw Stone & Webster, Inc.], as Contractor, dated April 15, 2004 |

| | |
|---|---|
| USGEN-MA-FOSSIL008.11 | Purchase Order No. 4700016180, dated 6/17/2004, between USGen New England, Inc., and GE International, [Brayton Point] GE labor for Unit 2 Fall Outage (September 2004) |
| USGEN-MA-FOSSIL008.12 | Purchase Order No. 4700016224, dated 6/18/2004, between USGen New England, Inc., and ADA-ES, LLC [Brayton Point] Activated Carbon Injection System |
| USGEN-MA-FOSSIL008.12.1 | Agreement for Contractor Work, dated June 16, 2004, by and between USGen New England, Inc., and ADA-ES, Inc. [Activated Carbon Injection System] |
| USGEN-MA-ASH002A.1 | Amendment No. 1 dated as of February 11, 2004 |
| USGEN-MA-ASH002D | Agreement for Contractor Work dated as of February 11, 2004 [Brayton/Dragon] |
| USGEN-MA-ASH003 | Separation Technologies, Inc. – Agreement for Equipment Use and Exclusive Processed Ash Sales Agreement dated as of November 1, 2001 [Brayton] |
| USGEN-MA-ASH003A.1 | Amendment No. 1 dated December 31, 2003 |
| USGEN-MA-ASH003C | Separation Technologies, Inc. Amendment No. 1 dated as of June 28, 2002 |
| USGEN-MA-ASH003D | Separation Technologies, Inc. Amendment No. 2 dated as of November 4, 2002 |
| USGEN-MA-ASH003E | Separation Technologies, Inc. Amendment No. 3 dated as of December 31, 2003 |
| USGEN-MA-ASH003F | Separation Technologies, Inc. Amendment No. 4 dated as of January 7, 2004 |
| USGEN-MA-ASH004B | Peregrine Environmental Services Inc., Agreement for Contractor Work dated as of April 9, 2002 [Brayton/ARC] |
| USGEN-MA-ASH004B.I | Peregrine Environmental Services Inc., Amendment No. 1 dated as of November 14, 2002 |
| USGEN-MA-ASH004B.ii | Peregrine Environmental Services Inc., Amendment No. 2 dated as of October 9, 2003 |
| USGEN-MA-ASH004F | Peregrine Environmental Services Inc., Agreement for Contractor Work dated as of July 3, 2002 [Brayton/Commercial Paving] |
| USGEN-MA-ASH004F.ii | Amendment No. 1 dated as of November 14, 2002 |
| USGEN-MA-ASH004F.iii | Amendment No. 2 dated as of January 3, 2004 |
| USGEN-MA-ASH004H | Agreement for Contractor Work dated as of March 16, 2004 [BP oil contaminated soil to ARC] |
| USGEN-MA-ASH005B | Pozament Corporation Agreement for Contractor Work dated as of March 20, 2002 [Brayton/LaFarge] |

| | |
|---|---|
| USGEN-MA-ASH005B.I | Amendment No. 1, dated July 24, 2003, to the Agreement for Contractor Work, dated March 20, 2002, between USGen New England, Inc. and Pozament Corporation |
| USGEN-MA-ASH005B.ii | Amendment No. 2 dated December 5, 2003 to the Agreement for Contractor Work, dated March 20, 2002, between USGen New England, Inc. and Pozament Corporation |
| USGEN-MA-ASH006D | Northampton Generating Company, L.P. Coal Pulverizer Rejects Agreement dated as of February 7, 2003 |
| USGEN-MA-ASH011 | VFL Technology Corporation, Confidentiality Agreement dated as of March 9, 2004 [ash marketing efforts] |
| USGEN-MA-FOSSIL008.13 | Sponsored Project Agreement , effective June 18, 2004 by and between USGen New England, Inc., and Lehigh University for Brayton Point's Units 1 and 3 Boiler Optimization for Mercury Emissions Control. |
| USGEN-MA-FOSSIL008.13.1 | Amendment #1, dated August 17, 2004, to Sponsored Project Agreement dated June 18, 2004 by and between USGen New England, Inc., and Lehigh University. |
| USGEN-MA-FOSSIL008.13.2 | Amendment #2, dated October 7, 2004, to Sponsored Project Agreement dated June 18, 2004 by and between USGen New England, Inc., and Lehigh University. |
| USGEN-MA-FOSSIL008.13.3 | Amendment #3, dated October 7, 2004, to Sponsored Project Agreement dated June 18, 2004 by and between USGen New England, Inc., and Lehigh University. |
| USGEN-MA-FOSSIL008.14 | Agreement for Contractor Work dated September 27, 2004 by and between USGen New England, Inc. and M.A.T. Marine (Brayton Point maintenance and dredging of berthing area, turning basin, and ship channel) |
| USGEN-MA-FOSSIL008.16 | ARP System Construction Contract between Gemma Power Systems LLC and USGen New England, Inc., dated as of September 23, 2004 |
| USGEN-MA-FOSSIL008.16.1 | Gemma Power Sytems LLC, Performance Bond, in favor of USGen New England, Inc., (Bond # 104040766), dated October 12, 2004 |
| USGEN-MA-FOSSIL008.17 | Agreement for Contractor Work , dated October 8, 2004, by and between USGen New England, Inc., and ABB Inc. (Brayton Point 115kV Interconnect) |
| USGEN-MA-FOSSIL008.18 | Agreement for Contractor Work, dated November 1, 2004, between USGen New England, Inc., and O'Connor Constructors (Site Preparation - Phase 1, MJM - 22804 - SITE) |

<u>AND</u>

* Any and all agreements, excluding fuel supply/transportation, power purchase, and standard offer service agreements, relating exclusively to the Brayton Point facility.

\\COR\406000.3