# EXHIBIT 1

**NEGasCo's Proposed Discovery Schedule**

1. Defendant's First Set of Interrogatories and Document Requests to Plaintiffs: Serve **November 5, 2007**; Responses **December 5, 2007**
2. Defendant's First Set of Interrogatories and Document Requests to Third-Party Defendants: Serve **November 16, 2007**; Responses **December 17, 2007**
3. Medical Examination of Reis Plaintiffs: **December 5-7, 2007**
4. Depositions of All Plaintiffs: **November 19, 2007 - January 31, 2008** (multi-track)
5. Initial Disclosures By Third-Party Defendants: **November 14, 2007**
6. Plaintiffs' Expert Reports: **December 14, 2007**
7. Defendant's Expert Reports: **January 18, 2008**
8. Depositions of Plaintiffs' Experts: **January 21, 2008 - February 14, 2008**
9. Depositions of Defendant's Experts: **February 15, 2008 - February 29, 2008**
10. Third-Party Defendants' Experts Reports: **February 15, 2008**
11. Depositions of Third-Party Defendants' Experts: **February 18, 2008 - February 29, 2008** (multi-track)