UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---------------------------------------------------

GAIL CORVELLO, JOHN D. CORVELLO
and JOHN F. CORVELLO, et al.,
Plaintiffs,

v. C.A. No. 05-221T

NEW ENGLAND GAS COMPANY,
Defendant and
Third-Party Plaintiff,

v.

BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, LLC; et al.,
Third-Party Defendants.

---------------------------------------------------

---------------------------------------------------

KEVIN BURNS, et al.
Plaintiffs,

v. C.A. No. 05-274T

NEW ENGLAND GAS COMPANY,
Defendant and
Third-Party Plaintiff,

v.

BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, LLC; et al.,
Third-Party Defendants.

---------------------------------------------------

---------------------------------------------------

COLLEEN BIGELOW, et al.
Plaintiffs,

v. C.A. No. 05-370T

NEW ENGLAND GAS COMPANY,

Defendant and
Third-Party Plaintiff

v.

BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, LLC; et al.,
Third-Party Defendants.

----------------------------------------------------

----------------------------------------------------

SHEILA REIS, et al.
Plaintiffs,

v. C.A. No. 05-522T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS and
NEW ENGLAND GAS
Defendants and
Third-Party Plaintiffs,

v.

BRIDGESTONE FIRESTONE
NORTH AMERICAN TIRE, LLC; et al.,
Third-Party Defendants.

----------------------------------------------------

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the City of Fall River, a third-party defendant in Nos. 05-221T, 05-370T, and 05-522T.

/s/ Anthony F. Muri
Anthony F. Muri (0539)
MURI ASSOCIATES LLC
10 Weybosset Street
Providence, RI 02903
401-421-7300 – Voice
401-421-7352 – Facsimile
amuri@murilaw.com

November 13, 2007

CERTIFICATE OF SERVICE

I certify that on November 13, 2007 this Entry of Appearance was filed electronically, that it is available for viewing and downloading from the ECF system, and that each of the following persons has been served by means of the ECF system:

Gregory L. Benik
gbenik@jreri.com

David A. Cetola
dcetola@mcrobertslaw.com

David A. Crichlow
david.crichlow@pillsburylaw.com

Brian R. Cunha
brian@briancunha.com

Christina C. Dodds
CDodds@bishoplondon.com

Susan B. Forcier
susan.wilson@dem.ri.gov

David M. Goldberg
david.goldberg@pillsburylaw.com, catherine.mcculley@pillsburylaw.com,
judy.way@pillsburylaw.com

Stephen P. Harten
sharten@rbhelaw.com
kpaiva@rbhelaw.com

Eric D. Herschmann
eherschmann@kasowitz.com

Heather Spurlock Kennealy
hskennealy@mcrobertslaw.com

Neil T. Leifer
nleifer@tenlaw.com

Robin-Lee Main
rmain@haslaw.com
sjfoster@haslaw.com

John J. McConnell, Jr.
jmcconnell@motleyrice.com

Robert J. McConnell
bmcconnell@motleyrice.com

Christopher P. McCormack
cmccormack@pullcom.com

Brad J. Mitchell
bmitchell@tenlaw.com

Michael D. Mitchell
mmitchell@admin.ri.gov

Jonathan D. Orent
jorent@motleyrice.com

Gerald J. Petros
gpetros@haslaw.com
clomas@haslaw.com

Paul Revere, III
revereiii@aol.com

Mark W. Roberts
mroberts@mcrobertslaw.com

David E. Ross
dross@kasowitz.com

Paul M. Sanford
psanford@burnslev.com

scook@burnslev.com

Gregory S. Schultz
gregory.schultz@dem.ri.gov

Jeanne M. Scott
jeannescott@utrlaw.com

Kristen W. Sherman
ksherman@apslaw.com
afontaine@apslaw.com
btallman@apslaw.com

Kimberly A. Simpson
ksimpson@vetterandwhite.com

Matthew B. Smith
matthew@verdecchialaw.com

Aileen L. Sprague
asprague@motleyrice.com

Christian Bennett White Stephens
cstephens@taylorduane.com

John A. Tarantino
jtarantino@apslaw.com
dhumm@apslaw.com

Bruce Gregory Tucket
btucker@legalmgt.com

Christian F. Uehlein
cuehlein@tenlaw.com

Brian A. Wagner
brian.wagner@dem.ri.gov

Craig R. Waksler
cwaksler@taylorduane.com

Benjamin V. White, III
bwhite@vetterandwhite.com

Lewis S. Wiener
lewis.wiener@sablaw.com

David B. Willis
dwillis@legalmgt.com

David A. Wollin
dwollin@apslaw.com
epickett@apslaw.com
dciufetelli@apslaw.com

Richard J. Zabbo
rzabbo@rbhelaw.com

I further certify that the following were served by U.S. mail, postage prepaid, at the addresses noted:

Seth Davis
Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Michael K. Marran
P.O. Box 6067
321 South Main Street
Suite 200
Providence, RI 02940-6067

*/s/ Anthony F. Muri*
Anthony F. Muri, Esq. (#539)