UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and John F. CORVELLO, et al,

        Plaintiffs,
v.                                                C.A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.,

        Defendant;

KEVIN BURNS, et al.

        Plaintiffs,
v.                                                C.A. No. 05-274T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS

        Defendants;                         **consolidated with**

COLLEEN BIGELOW, et al.

        Plaintiffs,
v.                                                C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly known as
FALL RIVER GAS COMPANY, an
unincorporated division of
SOUTHERN UNION COMPANY,

        Defendants;

SHEILA REIS, et al.

        Plaintiffs,
v.                                                C.A. No. 05-522T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS
        Defendants.

**ORDER**

For reasons stated in this Court's November 6, 2007 order, the Corvello plaintiffs' motion to sever the Third Party Complaint is treated as a motion to sever the third party claims in all four of these related cases and every party in those cases who has not yet responded to said motion shall file a response, either in support of or in opposition to the motion, on or before December 5, 2007.

By Order:

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: November 20, 2007