# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KEVIN BURNS, FLORENCE BURNS, et al. :
:
VS. :
:
NEW ENGLAND GAS COMPANY, et al :

C.A. No.: 05-274T
(Related cases: 05-370T; 05-022T
05-221T)

## RESPONSE OF THE "BURNS PLAINTIFFS" TO THE CORVELLO PLAINTIFFS' MOTION TO SEVER DEFENDANT'S THIRD PARTY CLAIMS

The *Burns* Plaintiffs, by and through counsel, file this brief in accordance with the Court's November 20, 2007 Order requesting that every party respond to the *Corvello* Plaintifs' Motion to Sever Defendant's Third Party Complaint ("*Corvello* Motion"). The *Burns* Plaintiffs join the *Corvello* motion, and hereby adopt and incorporate by reference the arguments made in the *Corvello* motion and accompanying legal memorandum.

In the interest of judicial economy, the *Burns* Plaintiffs will not reiterate all of the arguments previously advanced.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: December 5, 2007