UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903

ERNEST C. TORRES
SENIOR JUDGE

December 21, 2007

| | | |
|---|---|---|
| Bruce B. Tucker<br>55 Hammarlund Way<br>Middletown, RI 02842 | Benjamin V. White<br>Kimberly A. Simpson<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903 | Jeffrey S. Bromme<br>Arnold & Porter LLP<br>555 12th Street, NW<br>Washington, DC 20004 |
| Jeanne M. Scott<br>Ursillo, Teitz, & Ritch<br>2 Williams Street<br>Providence, RI 02903 | Christopher McCormack<br>Pullman & Comley<br>850 Main Street<br>PO Box 7006<br>Bridgeport, CT 06601 | Matthew B. Kirsner<br>Troutman Sanders<br>PO Box 1122<br>1001 Haxall Point<br>Richmond, VA 23218 |

Re: Corvello, et al. v. N.E. Gas Co., CA No. 05-221T; consolidated with Burns et al. v. N.E. Gas Co., CA No. 05-274T; Bigelow, et al. v. N.E. Gas Co., CA No. 05-370T; Reis, et al. v. Southern Union Gas, CA No. 05-522T

Dear Counselors:

I have your request for a conference in these cases to discuss the question of severance and what you view as burdensome discovery requests.

As you know, a motion to sever is pending and a decision on the motion will be made shortly. The decision has been delayed by requests for postponement of filing dates to which all parties concerned agreed.

In the meantime, all third-party defendants are party to the case even though they, later, may be severed. If you believe that unnecessary discovery is being requested, you may move for a protective order or seek another conference with Magistrate Judge Almond.

In any event, pursuant to your request, the clerk will set a

status conference for early January to discuss whatever other issues may remain in order to put this case in a posture for trial.

Sincerely yours,

Ernest C. Torres /mas.

Ernest C. Torres
Senior U.S. District Judge

ECT:mas