**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL CORVELLO, JOHN D. CORVELLO and JOHN F. CORVELLO, et al,<br>Plaintiffs<br>-vs-<br>NEW ENGLAND GAS COMPANY,<br>Defendant,<br>Third Party Plaintiff<br>-vs-<br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al<br>Third Party Defendants | C.A. No. 05-00221T (Lead Case) |
| KEVIN BURNS, ET AL<br>Plaintiffs,<br>vs.<br>NEW ENGLAND GAS COMPANY,<br>Defendant/Third Party Plaintiff,<br>vs.<br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, ET AL<br>Third Party Defendants. | C.A. No. 05-274T |
| COLLEEN BIGELOW, ET AL<br>Plaintiffs,<br>vs.<br>NEW ENGLAND GAS COMPANY,<br>Defendant/Third Party Plaintiff, | C.A. No. 05-370T |

| | |
|---|---|
| vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, ET AL<br>Third Party Defendants. | |
| SHEILA REIS, ET AL<br>Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY,<br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, ET AL<br><br>Third Party Defendants | C.A. No. 05-522T<br><br>January 2, 2008 |

**Rule 26(a)(1) Disclosure of Inland Fuel Terminals, Inc.**

Third Party Defendant Inland Fuel Terminals, Inc. ("Inland") hereby provides its initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1).

The following disclosures are subject in their entirety to the following qualifications.

First, the basis for the third-party claim of New England Gas Company ("NEGC") has not been disclosed in sufficient detail to enable Inland to identify all matters relevant to its own defenses. For example, NEGC's purported Rule 26(a)(1) disclosure as to the third-party defendants (served Nov. 15, 2007) made no specific reference to Inland other than to refer to information produced by Inland pursuant to NEGC's subpoena, and

identified nothing specific to NEGC's allegations against Inland. NEGC's failure to define the basis for its claims leaves Inland unable to define evidence relevant to possible grounds of defense.

Second, insofar as NEGC has alleged that petroleum products have been released from "trucks operated by or for the benefit of Inland," Inland is handicapped in responding by the fact that it does not operate and has never operated trucks, and by the fact that no other party operates or has operated trucks "for [its] benefit" in any sense that would provide a basis for imputing liability arising out of such operation to Inland. NEGC's allegations are thus so remote from Inland's understanding of the facts that Inland is for all practical purposes unable to identify evidence that may support defenses to whatever NEGC may endeavor to prove.

Inland therefore reserves the rights to supplement these disclosures and to rely on any and all witnesses, documents and other evidence identified by any other party or made available by any nonparty in connection with this action, including without limitation all information identified in NEGC's Rule 26(a)(1) disclosure.

**26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information.**

Russ Lacey, c/o undersigned counsel for Inland.

Mr. Lacey is the manager of Inland's facility in Tiverton, Rhode Island, and has knowledge of its operations, including those aspects of its operations within the scope of the denials and affirmative allegations stated in Inland's answer and defenses to NEGC's Third-Party Complaint.

**26(a)(1)(A)(ii): Documents Inland May Use to Support Defenses.**

Business records of Inland are maintained at its offices. Inland does not know at this time which of these records, if any, may be used to support its defenses.

**26(a)(1)(A)(iii): Computation of Claimed Damages.**

Not applicable.

**26(a)(1)(A)(iv): Insurance Agreements.**

Unknown at this time; to be provided if identified.

The THIRD PARTY DEFENDANTS,
INLAND FUEL TERMINALS, INC.

By: /s/ Christopher P. McCormack

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
Its Attorneys

-and-

Paul Sanford
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-5309 Fax: 401-831-8359
psanford@burnslev.com
Attorneys for Inland Fuel Terminals, Inc.

**CERTIFICATION**

I hereby certify that on this 2d day of January, 2008, a true copy of the foregoing was sent by electronic means (ECF) and first class mail, postage pre-paid to:

John A. Tarantino
David A. Wollin
Kristen W. Sherman
Adler, Pollock & Sheehan, PC
One Citizens Plaza, Suite 8
Providence, RI 02903

Christina Dodds
Bishop, London, Brophy & Dodds
3701 Bee Cave Rd., Suite 200
Austin, TX 78746

Robert J. McConnell
Michael G. Rousseau
Jonathan D. Orent
Motely Rice LLC
321 South Main Street
Providence, RI 02940

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Russell X. Pollock
Campbell Campbell Edwards & Contory, PC
One Constitution Plaza
Boston, MA 02129

Eric D. Herschmann
David E. Ross
Kasowitz Benson Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Gerald J. Petros
Robin L. Main
Hinckley Allen & Snyder
50 Kennedy Plaza
Providence, RI 02903

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer St., 30th Floor
Boston, MA 02110

Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632

Brian R. Cunha
Brian Cunha & Associates, PC
904 Broadway
East Providence, RI 02914

Paul M. Sanford, Esq.
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-5309 Fax: 401-831-8359
psanford@burnslev.com
***Attorneys for Inland Fuel Terminals, Inc.***

/s/ Christopher P. McCormack
Christopher P. McCormack

Bridgeport/70242.3/CMCCORMACK/663524v1