**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-221T<br>(Related Case No. 05-274T) |

**PLAINTIFFS' MOTION TO COMPEL THE DEFENDANT NEW ENGLAND GAS COMPANY TO ANSWER INTERROGATORIES AND PROVIDE PLAINTIFFS WITH COMPILATIONS, ABSTRACTS, OR SUMMARIES OF DOCUMENTS PRODUCED UNDER RULE 33(D) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES Plaintiffs in the above entitled action seeking an ORDER from this Honorable Court to compel responsive answers to the Plaintiffs' Interrogatories. Moreover, Plaintiffs seek an ORDER from the Court requiring the Defendant to produce any compilations, abstracts, or summaries of documents produced under Rule 33(D) of the Federal Rules of Civil Procedure. As reason thereof, the Plaintiffs rely upon the accompanying memorandum of law.

*Dated*: January10, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Jonathan D. Orent
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**

321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

I hereby certify that I have attempted, in good faith, to confer with the Defendant, New England Gas Company, regarding these issues prior to filing this motion with the Court.

/S/Jonathan D. Orent