AO 435 (Rev. 12/03)

*Please Read Instructions above*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | | |
|---|---|---|---|---|
| 1. NAME: Kimberly A. Simpson, Esq. | | 2. PHONE NUMBER: (401) 421-3060 | 3. DATE: 1/18/2008 | |
| 4. MAILING ADDRESS: Vetter & White, 20 Washington Place | | 5. CITY: Providence | 6. STATE: RI | 7. ZIP CODE: 02903 |
| 8. CASE NUMBER: 05-0221T | 9. JUDGE: Ernest C. Torres | DATES OF PROCEEDINGS: 10. FROM 1/16/2008 | 11. | |
| 12. CASE NAME: Corvello, et al v. New England Gas Company, et al | | LOCATION OF PROCEEDINGS: 13. USDC, Providence | 14. | |

15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 1/16/2008 |
| ☐ SENTENCING | | Motion for Plaintiff's Trial | |
| ☐ BAIL HEARING | | Plan | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /S/ Kimberly A. Simpson, Esq.

PROCESSED BY

19. DATE: 1/18/2008

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY