**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL CORVELLO, et al.,<br>KEVIN BURNS, et al.,<br>COLLEEN BIGELOW, et al., and<br>SHEILA REIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY,<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT LLC,<br><br>Third-Party Defendants | C.A. No. 05-221T<br>(Related Cases:05-274T; 05-370T; 05-522T) |

**<u>MEMORANDUM OF TOWN OF TIVERTON</u>**
**<u>IN RESPONSE TO ORDER TO SHOW CAUSE</u>**

In these consolidated cases, the Town of Tiverton ("Tiverton") is both a Third Party Defendant and a Counter Claim Plaintiff. Tiverton adopts the Joint Memorandum submitted by the remaining Third Party Defendants and also files this separate memorandum in order to address issues unique to Tiverton. On September 17, 2007, New England Gas Co. ("NEGas")

filed a Third Party Complaint against several entities including Tiverton. Tiverton filed a timely answer and subsequently filed an amended answer including counter claims for negligence, public nuisance, strict liability, and trespass, mirroring claims made against NEGas by the First Party Plaintiffs. Additionally, Tiverton included a claim under CERCLA. Tiverton's claims are based on the same underlying allegations against NEGas as the First Party Plaintiffs' claims, that is, that NEGas is responsible for the dumping of coal gasification waste in and around the Bay Street area. Specifically, Tiverton alleges that NEGas is responsible for dumping the same material in its roadways and right of ways thereto.

Tiverton agrees with the Court's determination that NEGas' claims against the Third Party Defendants be tried separately from the issue of NEGas' liability for the presence of coal gasification waste in the area. Additionally, Tiverton encourages the Court to further separate the trial into two other phases addressing the specific damages suffered by each individual or entity in Tiverton's case and then the issue of contribution and indemnity by the Third Party Plaintiffs. The three phase trial would be as follows: 1) Plaintiffs to establish the presence of coal gasification waste in and around their properties and NEGas' responsibility for same; 2) Specific determinations of the extent of damages suffered by each Plaintiff which determinations may require testing at the expense of NEGas; 3) a separate proceeding on the issue of contribution and/or indemnity on the part of the Third Party Plaintiffs.

As a Plaintiff in these cases, albeit a Third Party Plaintiff, Tiverton seeks to prosecute its claims which are based on the same facts and circumstances as the First Party Plaintiff claims at the same time, that is, during phase 1 of the trial. Any other procedure would be duplicative and waste judicial economy. While Tiverton is a new party to these cases, it is working diligently to prepare its case and expects to meet the February 15, 2008 deadline for expert disclosure.

Since Tiverton's liability as a Third Party Defendant will not be in issue unless and until any of the plaintiffs establish that NEGas is responsible for coal gasification waste in and around their property, that alleged liability should be tried in the third phase along with the other Third Party Defendants.

For the forgoing reasons, Tiverton respectfully requests that the Court trifurcate the cases as follows: Phase 1) Plaintiffs, including Tiverton, to establish that NEGas is responsible for the presence of coal gasification waste in and around their properties; Phase 2) if successful in Phase 1, Plaintiffs, including Tiverton, to present evidence of the extent of individual damage; and Phase 3) NE Gas pursues its claims of contribution/indemnity against all Third Party Defendants, including Tiverton.

Town of Tiverton,
By its Attorneys,

*/s/Jeanne M. Scott*

Jeanne M. Scott, Esq. (#6178)
Ursillo, Teitz & Ritch, Ltd
2 Williams Street
Providence, RI 02903
(401) 331-2222
(401) 751-5257 (facsimile)
jeannescott@utrlaw.com

**CERTIFICATION**

Service upon the attorneys of record was completed electronically via the ECF system on January 30, 2008, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

*/s/Jeanne M. Scott*
Jeanne M. Scott