**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO. 05-0221T (Related cases: 05-274T, 05-370T, & 05-522T)** |
| **NEW ENGLAND GAS COMPANY, INC.,** | ) | |
| **Defendant.** | ) | |

---

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE PARTIES**

Pursuant to Fed. R. Civ. P. 25(a)(1) and in accordance with the Court's instructions, the plaintiffs hereby move to substitute the following parties:

(1) Rose Marie Pimentel as Executrix of the Estate of Christina Farias;

(2) Janice M. Carroll and Alvin D. Simpson as Trustees of the Simpson Family Trust;

(3) Simpson Family Trust as Successor to the Alvin B. Simpson Revocable Trust;

(4) Missy Quay as Executrix of the Estate of Dennis Duarte;

(5) Marion Bradshaw as Trustee of The Marion Bradshaw Trust;

(6) KWC, LLC for William G. Camara as owner of Lot 1D, Judson Street, Map 08-06/Block 3/Lot 1D. There are no claims related to Lot 1C.

(7) Doris Duarte, Hilda Martin, Thomas Medeiros, and Alvin B. Simpson are not plaintiffs;

(8) Victor Rose and Richard Borges are not plaintiffs;

(9) Cynthia Reagan as Expected Administrator of the Estate of George Oliveira;

(10) John Christo as Executor of the Estate of Manuel Christo;

(11) Antone Custodio as owner of 126 Hilton Street;

(12) Dana Silvia as the Executor of the Estate of John Silvia;

(13) Gina Adorno as resident at 15 Bay Street;

(14) Jennifer Braga and Adam Braga as former residents of 40 Bottom Street;

(15) Jennifer Braga and Adam Braga as former residents of 8 Bottom Street;

(16) Evelyn Rogers and David Tavares as residents of 40 and 8 Bottom Street.

Dated: January 30, 2008

Respectfully submitted,

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Motley Rice LLC
321 South Main Street
Providence, RI 02940
(401) 457-7700