**COMMONWEALTH OF MASSACHUSETTS )**

**COUNTY OF SUFFOLK )** **AFFIDAVIT**

Comes now Carolyn S. Kaplan, being of lawful age and sound mind, deposes and states as follows:

1. In July, 2003, Janice Carroll retained Nixon Peabody LLP to provide legal advice in connection with New England Gas Company's Site Investigation of the Bay Street suspected fill area in Tiverton.

2. Mrs. Carroll and her family face potential liability to the State and private third parties. They also had potential claims against New England Gas resulting from the contamination.

3. In August, 2003, Nixon Peabody retained Ransom Environmental Consultants to assist in providing legal advice to Mrs. Carroll.

4. All of the work performed by Nixon Peabody for Mrs. Carroll was done in anticipation of litigation.

5. I make this Affidavit expressly reserving and without waiving any attorney client privilege.

FURTHER AFFIANT SAYETH NOT.

X
Carolyn S. Kaplan

**NOTARY PUBLIC**

Then came Carolyn S. Kaplan before me this 11th day of February, 2008 and declared the forgoing to be his/her free act and deed.

My Commission Expires: 9/4/09

Joanne Dickey
Notary Public