**STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**NEW ENGLAND GAS COMPANY, INC.;**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 05-221T**<br>**(Related Case No. 05-274T, 05-370T, 05-522T)** |

MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION TO RESET DISCOVERY CLOSURE DATE IN TRIAL ORDER OF FEBRUARY 13, 2008 AND TO RESET JURY EMPANELMENT AND TRIAL DATE

NEGCo's motion to reset the discovery closure date is without merit and should be denied for a number of reasons. First, there is ample time for the parties to complete discovery within the schedule set by the Court on February 13, 2008. Second, NEGCo did not attempt any "meet and confer" with plaintiffs regarding this motion as required by Local Rule 9C. Indeed, the motion actually appeared electronically *during a conference call with Professor Eric Green* while the parties and Professor Green were busy working out a schedule that would permit three days of mediation in light of the April 2008 trial. Third, NEGCo's motion misrepresents offers and positions taken by plaintiffs to complete fact discovery and to disclose expert witnesses within the time allotted by the Court. Fourth, the problem that NEGCo now faces is not the "unintended consequences" of the Court's orders. If the law of unintended consequences applies in this instance, it is what happens when a defendant waits until the eleventh hour to serve written discovery

and take depositions in a case involving nearly 130 plaintiffs. The problem NEGCo now faces is a problem of its own creation. For these reasons, the emergency motion to delay trial should be denied.

## I. NEGCO'S MOTION IGNORES PLAINTIFFS' EFFORT TO ACCELERATE COMPLETION OF DISCOVERY.

The Court issued its Order and Trial Plan on February 13, 2008 and the parties conferred 2 days later on February 15, 2008. At that conference of counsel, NEGCo expressed its doubts that deposition discovery could be completed at the pace at which it was then proceeding. NEGCo also inquired on that call whether plaintiffs' damages experts could be disclosed prior to March 21, 2008, the date which the February 13, 2008 Order set for the close of discovery on damages. In its emergency motion, NEGCo suggests that, "despite repeated demand", plaintiffs have refused to cooperate on any of these issues. NEGCo's position is completely contradicted by the record and, indeed, plaintiffs are at a loss as to how NEGCo can make these claims in light of the correspondence and emails that followed the conference of counsel.

First, on February 20, 2008 plaintiffs' counsel proposed a discovery plan "to substantially complete discovery related to the Corvello Plaintiffs by March 8, 2008". In essence, plaintiffs counsel agreed to significantly increase the number of depositions to up to 9 depositions per day which would have enabled the parties to complete these depositions on a timely basis. The depositions would be done consistent with Judge Almond's Order that written discovery be provided 48 hours prior to the witness's deposition. See, February 20, 2008 letter from Brad Mitchell, Esq. to David Ross, Esq, John Tarantino, Esq. and Gerald Petros, Esq. attached hereto as Exhibit "A". This letter was sent electronically to defense counsel. Although plaintiffs agreed to the *pro hac vice*

admission of 3 additional counsel from New York to cover multiple depositions, NEGCo never responded to plaintiffs' proposed discovery plan and its failure to reference this correspondence in its motion is inexplicable.

Moreover, plaintiffs are at a loss as to how NEGCo can suggest that plaintiffs' counsel have refused to expedite the identification of damages experts or to produce their reports before March 21, 2008, when the record is just the opposite. On February 21, 2008, plaintiffs' counsel offered to identify its damages experts well in advance of tendering their expert reports (as plaintiffs had previously done with their liability experts), provided NEGCo agreed to a reciprocal disclosure. Moreover, contrary to NEGCo's motion, plaintiffs made clear that they "expect[ed]to be able to provide [NEGCo] with our damages experts reports by no later than March 10th." See February 21, 2008 email from David Strouss to David Ross, attached hereto as Exhibit "B". When plaintiffs had no response to this email, they sent a second email on February 5, 2008 inquiring "where this stands". See Exhibit "B." NEGCo never responded to either email. Instead, they filed this emergency motion. Despite NEGCo's failure to respond to these proposals, plaintiffs are ready to disclose the identity of their damages experts and will serve reports no later than March 10, 2008.

Likewise, NEGCo's complaint about the plaintiffs' liability experts and scientific data are also self-induced. Plaintiffs sought access to NEGCo's facility on October 5, 2007, but it took a motion to compel and a Court Order to finally conduct testing on January 8 and 9, 2008. As a result, the Court allowed plaintiffs to disclose their environmental and forensics' expert's reports on February 15, 2008. Plaintiffs met this deadline.

## II. NEGCO MADE NO EFFORT TO MEET AND CONFER BEFORE FILING THIS MOTION.

Second, Local Rule 9C requires that a party meet and confer before filing this type of motion. Not only has NEGCo failed to comply with this local rule, but NEGCo actually filed this motion while the parties were on a conference call with Professor Eric Green discussing the timing and mechanics for mediation. During that call, the April 23, 2008 trial date was clearly relevant for scheduling the mediation. At a minimum, NEGCo should have alerted plaintiffs before conferring with Professor Green that they intended to file this motion. NEGCo completely ignored its obligations under Local Rule 9C and that, alone, justifies denial of its motion.

## III. NEGCO' S PERCEIVED DIFFICULTY COMPLETING DISCOVERY IS A PROBLEM OF ITS OWN CREATION.

Finally, while the law of unintended consequences may apply to this case, it is not the consequences of the Court's orders that have caused problems. The dilemma NECGo believes it now faces is the product of its decision to wait until November 2007 (nearly a year after the Court permitted the parties to begin factual discovery) to serve plaintiffs with written discovery and to begin deposing nearly 130 parties. Plaintiffs do not know why NEGCo waited until the eleventh hour to begin to take this discovery. Indeed, plaintiffs had even begun proposing deposition dates a month earlier. Whatever reason NEGCo may have had to delay the start of its discovery, it is not the fault of plaintiffs nor the Court.

For these reasons, plaintiffs object to the emergency motion by NEGCo and suggest that it be denied.

Dated: February 27, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*/s/ Neil T. Leifer*
Neil T. Leifer
David C. Strouss
Brad J. Mitchell
THORTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-13333

*/s/ Robert J. McConnell*
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940
(401) 457-7700

*/s/ Mark W. Roberts*
Mark W. Roberts
McROBERTS & ROBERTS
53 State Street
Boston, MA 02109
(617) 722-8222

## CERTIFICATION

Service upon the following parties was completed electronically via the ECF system on February 27, 2008 pursuant to Fed.R.Civ.P. 5(b)(2)(d) and §10(b) of Admin. Order 2006-01.

/s/ Neil T. Leifer
Neil T. Leifer

**Plaintiffs' Counsel**

Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632
(508) 778-7126
ReverelII@aol.com

Brian R. Cunha
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
brian@briancunha.com

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903
rzabbo@rbhelaw.com

**Southern Union**

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

Kristen W. Sherman
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: ksherman@apslaw.com

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800
dross@kasowitz.com

Seth Davis
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1790
Fax: 212-506-1800

Eric D. Herschmann
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800
Email: eherschmann@kasowitz.com

Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Gerald J. Petros
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Email: gpetros@haslaw.com

Robin-Lee Main
Hinckley Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903-0819
Email: rmain@haslaw.com

Christina C. Dodds
Bishop London Brophy Dodds, P.C.
3701 Bee Cave Road
Austin, TX 78746
Email: CDodds@bishoplondon.com

**INTERESTED PARTIES:**

**RIDEM**

Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Ave, NW
Washington, DC 20004-2415
Email: lewis.wiener@sablaw.com

Patty Allison Fairweather, Esq.
Executive Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
patty.fairweather@dem.ri.gov

Gerald J. Pels, Esq.
Sutherland, Asbill & Brennan, LLP
2 Houston Center
909 Fannin, Suite 2200
Houston, TX 77010
gerry.pels@sablaw.com

Gregory S. Schultz, Esq.
Legal Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
gregory.schultz@dem.ri.gov

Susan B. Forcier
R.I. Department of Environmental Mngt.
Office of Legal Services
235 Promenade Street
Fourth Floor
Providence, RI 02908

Email: susan.wilson@dem.ri.gov

Brian A. Wagner
RI Department of Environmental Management
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908

Email: brian.wagner@dem.ri.gov

**RI Governor Donald L. Carcieri**

Matthew B. Smith
Matthew B. Smith, Esq., Attorney At Law
1206 Westminster St.
Providence, RI 02909
Email: matthew@verdecchialaw.com

Michael D Mitchell, Esq.
Department of Administration
One Capitol Hill
Providence, RI 02908
Email: mmitchell@admin.ri.gov

**Jose Souza, Sr.**

Michael K. Marran, Esq.
P.O. Box 6067
321 South Main Street, Suite 200
Providence, RI 02940
(401) 454-4000

**THIRD PARTY DEFENDANTS**

Gulf Oil Corporation

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842
Email: btucker@legalmgt.com

Gulf Oil Corporation

David B. Willis, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842

Gulf Oil Corporation

David A. Crichlow
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036

Gulf Oil Corporation

David M. Goldberg
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036

Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:

Benjamin V. White, III Esq.
Kimberly A. Simpson, Esq.
Vetter & White Inc.
20 Washington Place
Providence, RI 02903
bwhite@vetterandwhite.com
ksimpson@vetterandwhite.com

Honeywell International, Inc

Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Email: gbenik@nixonpeabody.com

Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:

William David Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

**Inland Fuel Terminals, Inc.**

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401-831-8330
401-831-8359 facsimile
psanford@burnslev.com

Christopher P. McCormack, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203-330-2016
203-576-8888
cmccormack@pullman.com

**Honeywell International, Inc.**

Gregory L. Benik, Esq.
Benik & Associates, P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
401-454-0054
401-732-5054 facsimile
gbenik@jreri.com

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
202-942-6254
202-942-5999
jefrey_bromme@aporter.com

**Dominion Resources, Inc.**
**Dominion Energy Brayton Point LLC**

Andrew G. Mauck, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Halifax Point
Richmond, VA 23208

Christian Bennett White Stephens, Esq.
Taylor Duane Barton & Gilman LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
cstephens@taylorduane.com

Matthew B. Kirsner, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Haxal Point
Richmond, VA 23208
804-697-1449
804-698-6001 facsimile

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903
401-272-5300
401-331-7454
cwaksler@mcgivneyandkluger.com

**City of Fall River**

Kerry T. Ryan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Boston, MA 02199
617-218-2000 Main
617-218-2027 Direct Line
kyran@tbhr-law.com

Anthony F. Muri, Esq.
Muri Associates LLC
10 Keybosset Street
Providence, RI 02903
401-421-7300
amuri@murilaw.com

Emily C. Shanahan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199
617-218-2000
617-261-7673

**Town of Tiverton**

Jeanne M. Scott, Esq.
Ursillo Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 X205
jeannescott@utrlaw.com

# EXHIBIT "A"

ATTORNEYS AT LAW

# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr. (NY & MA)
David C. Strouss
Joseph R. Donohue (ME & MA)
Andrew S. Wainwright (NY & MA)
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (NY & MA)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Robert T. Naumes, Jr. (CT & MA)
Andrea C. Marino
Christian F. Uehlein

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

February 20, 2008

**Via PDF**

David Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

John Tarrantino, Esq.
Adler, Pollock & Sheehan, PC
175 Federal Street, 10th Fl.
Boston, MA 02110

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Re: Discovery Plan

Dear Counsel:

This is the Corvello Plaintiffs' proposed plan to attempt to substantially complete discovery related to the Corvello Plaintiffs by March 8, 2008. This is in response to Judge Torres' Trial Order dated February 13, 2008 extending the discovery deadline to March 21, 2008. This is also in response to our telephone conference on Friday, February 15, 2008.

**Plaintiffs' Proposed Discovery Plan:**

Beginning February 25, 2008 , the Corvello Plaintiffs agree to conduct as many as three depositions simultaneously and as many as nine depositions per day (it may be possible to schedule more depending on Plaintiffs' counsel availability - see revised schedule for Feb. 25-29). This means on any given day that there can be either nine depositions for damages, or three depositions for both liability and damages, or a combination of the two. Specifically in regard to depositions that need to be

conducted for damages only, Plaintiffs agree to schedule three at 9:00, three at 12:00 and three at 3:00, with the understanding–consistent with both your statement that you anticipate the damages depositions to take two hours and with Rule 30(d)(2)–that the 9:00 depositions will be completed before the 12:00 depositions begin and the 12:00 depositions will be completed before the 3:00 depositions begin. Specifically in regard to depositions that need to be conducted for both liability and damages ("full depositions"), Plaintiffs anticipate that the Defendant will want to allot seven hours for these depositions and accordingly suggests that these depositions are scheduled to begin at 9:30.

Further, in an attempt to complete the Corvello Plaintiffs' depositions prior to March 10, 2008, the Corvello Plaintiffs suggest that the parties schedule depositions for Saturday, March 8, 2008. The Corvello Plaintiffs will continue to handle written discovery in a manner consistent with Judge Almond's January 31, 2008 Order ["Plaintiffs' counsel shall produce each individual Plaintiff's responses to written discovery at least forty-eight hours prior to his or her scheduled deposition."].

The Corvello Plaintiffs believe that most, if not all, of the Corvello Plaintiffs' discovery can be completed by March 8, 2008 under this proposed discovery plan. Attached is a revised schedule for February 25-29 with both full depositions and damages only depositions scheduled consistent with the above-referenced plan. Please advise by the end of the day Thursday, February 21, 2008 whether you plan to object to this proposed discovery plan as Plaintiffs need to contact clients concerning the schedule and to allocate resources accordingly.

Very truly yours,

Brad J. Mitchell
David C. Strouss
Thornton & Naumes, LLP

Jennifer Bernazani-Ludlum
Heather Spurlock-Kennealy
McRoberts, Roberts & Rainer

Jon Orent
Motley Rice

**MONDAY, FEBRUARY 25**

| Time | Available | Time | Available | Time | Available | Attorney Contact | Discovery |
|---|---|---|---|---|---|---|---|
| 9:00 | Amaral, Pedro (damages @ Hinckley) | 12:00 | Amaral, Maria (damages @ Hinckley) | 3:30 | Beirola, Henry (damages @ Hinckley) | Jonathan Orent Motley Rice LLC | Serve by 02-21-08 |
| 9:30 | Corvello, Gail ("full" deposition @ Adler) | | | | | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LLP | Serve by 02-22-08 |

**TUESDAY, FEBRUARY 26**

| Time | Available | Time | Available | Time | Available | Attorney Contact | Discovery |
|---|---|---|---|---|---|---|---|
| 9:00 | Fernandes, Colleen (damages @ Hinckley) | 12:00 | Christo, John (damages @ Hinckley) | 3:00 | Reagan, Cynthia (damages @ Hinckley) | Jonathan Orent Motley Rice LLC | Serve by 02-22-08 |
| 9:00 | Braga, Adam (damages @ Hinckley) | 12:00 | | 3:00 | | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LLP | Serve by 02-22-08 |
| 9:00 | Braga, Donna (damages @ Hinckley) | 12:00 | | 3:00 | | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LLP | Serve by 02-22-08 |
| 9:30 | Hair, Barry ("full" deposition @ Adler) | | | | | Christian Uehlein Thornton & Naumes LLP | Serve by 02-22-08 |

**WEDNESDAY, FEBRUARY 27**

| Time | Available | Time | Available | Time | Available | Attorney Contact | Discovery |
|---|---|---|---|---|---|---|---|
| 9:00 | Cordeiro, Jose (damages @ Hinckley) | 12:00 | Cordeiro, Normena (damages @ Hinckley) | 3:00 | | Jonathan Orent Motley Rice LLC | Serve by 02-25-08 |
| 9:00 | | 12:00 | Tavares, David (damages @ Hinckley) | 3:00 | | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LLP | Serve by 02-25-08 |
| 9:30 | Carroll, Janice ("full" deposition @ Adler) | | | | | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LLP | Serve by 02-25-08 |
| 9:30 | Rose, Gary ("full" deposition @ Adler) | | | | | Christian Uehlein Thornton & Naumes LLP | Serve by 02-25-08 |

**THURSDAY, FEBRUARY 28**

| Time | Available | Time | Available | Time | Available | Attorney Contact | Discovery |
|---|---|---|---|---|---|---|---|
| 9:00 | Klus, Edward (damages @ Hinckley) | 12:00 | Klus, Pamela (damages @ Hinckley) | 3:00 | Collins, Carolyn (damages @ Hinckley) | Jonathan Orent Motley Rice LLC | Serve by 02-26-08 |
| 9:00 | | 12:00 | | 3:00 | Thompson, Bruce (damages @ Hinckley) | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LL | Serve by 02-26-08 |
| 9:30 | Cambra, Alice ("full" deposition @ Adler) | | | | | Christian Uehlein Thornton & Naumes LLP | Serve by 02-26-08 |
| 9:30 | Ferreira, Robert ("full" deposition @ Adler) | | | | | Christian Uehlein Thornton & Naumes LLP | Serve by 02-25-08 |

**FRIDAY, FEBRUARY 29**

| Time | Available | Time | Available | Time | Available | Attorney Contact | Discovery |
|---|---|---|---|---|---|---|---|
| 9:00 | Macomber, Michael (damages @ Hinckley) | 12:00 | Pimentel, Rosemarie (damages @ Hinckley) | 3:00 | Guilherme, Antonio (damages @ Hinckley) | Jonathan Orent Motley Rice LLC | Serve by 02-27-08 |
| 9:00 | Lepage, Judith (damages @ Hinckley) | 12:00 | Lepage, Raymond (damages @ Hinckley) | 3:00 | | Jennifer Bernazani-Ludlum McRobert, Roberts & Rainer, LLP | Serve by 02-27-08 |
| 9:00 | Chafton, Karen (damages @ Hinckley) | 12:00 | Chafton, Claywell (damages @ Hinckley) | 3:00 | Quay, Missy - Estate of Dennis Duarte (damages @ Hinckley) | Christian Uehlein Thornton & Naumes LLP | Served 02-20-08 |

# EXHIBIT "B"

**David Strouss**

**From:** David Strouss
**Sent:** Monday, February 25, 2008 10:10 AM
**To:** 'David Ross'
**Subject:** FW: Damage Experts

David, I have not received a response on this email regarding damage experts I sent to you last week and was wondering where this stands. David

David C. Strouss, Esq.
Thornton & Naumes LLP
100 Summer St., 30th Floor
Boston, MA 02110

---

**From:** David Strouss
**Sent:** Thursday, February 21, 2008 2:51 PM
**To:** 'David Ross'
**Cc:** 'Mark Roberts'; McConnell, Bob
**Subject:** Damage Experts

David, Per our last conference call on February 15th, I am writing for your agreement that New England Gas Co. is willing to provide us with your initial disclosure of damage experts 30 days from the date we provide you with the plaintiffs' initial disclosure and that you will agree to produce your full damages experts' reports 30 days from the date you receive plaintiffs'. Please let me know if this arrangement is acceptable. We expect to be able to provide you with our damages experts' reports by no later than March 10th. Thank you. David

David C. Strouss, Esq.
Thornton & Naumes LLP
100 Summer St., 30th Floor
Boston, MA 02110