# Exhibit
# A

Five Centennial Drive
Peabody, MA 01960-7985
tel: 978-532-1900 fax: 978-977-0100
www.westonandsampson.com

planning, permitting, design, construction, operation, maintenance, design/build, & equipment
**Weston&Sampson**

**McRoberts, Roberts, & Rainier, LLP**
**Weston & Sampson Project Number 2070684**

March 12, 2008

Mr. Mark Roberts, Esq.
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109

**Additional Exhibits to Expert Disclosure**

Dear Mr. Roberts,

The following exhibits were prepared to effectively clarify the testimony of Ms. Kelley C. Race, PG, LSP, regarding the occurrence of MGP waste/impacted fill within the Bay Street Neighborhood Study Area (BSNSA) of Tiverton, Rhode Island. These exhibits were prepared using information and data from the underlying documents that were produced at the time of her expert disclosure on February 15, 2008.

Figure 1: Depiction of Physical Evidence in BSNSA
Figure 2: Polycyclic Aromatic Hydrocarbons above Rhode Island Direct Exposure Criteria
Figure 3: Cyanide Detections and Concentrations above Rhode Island Direct Exposure Criteria
Figure 4: Arsenic Concentrations above Rhode Island Direct Exposure Criteria
Figure 5: Summary of Physical and Chemical Indicators of MGP Waste

Sincerely,

Kelley C Race, P.G., LSP
Associate

O:\Tiverton RI\McRoberts-Roberts 2070684\Correspondence\Additional Exhibits to Expert Disclosure.doc



N
NARRAGANSETT RIVER
STATE AVENUE
A CONNELL STREET
CHACE AVENUE
BOTTOM STREET
HILTON STREET
CANONICUS STREET
HOOPER STREET
JUDSON STREET
CHURCH STREET
METHUEN STREET
BAY STREET
BORDEN ROAD
LEPES ROAD
PLAT 8-7
PLAT 8-6
PLAT 1-15
1B
BLOCK 181
LOT 1B
35
BLOCK 41
LOT 35
26
25
27
24A
24B
PHYSICAL EVIDENCE OF MGP WASTE IDENTIFIED IN BORING LOGS AS COAL, SLAG, CLINKERS, BLACK BLUE, OR GREEN SOIL STAINING, COAL DUST, BRICK BURNT WOOD OR CHEMICAL ODORS, ETC.
NO ASSESSMENT DATA AVAILABLE (TO WESTON & SAMPSON)
ASSESSMENT CONDUCTED, NO PHYSICAL EVIDENCE OF MPG WASTE. ADDITIONAL ASSESSMENT NEEDED
PLAINTIFF PROPERTY
LOT DESIGNATION
BLOCK DESIGNATION
PLAT DESIGNATION
PLAT LINE
FIGURE BASED ON FIGURE 2 FROM THE SITE INVESTIGATION REPORT BAY STREET SUSPECTED FILL AREA, TIVERTON, RHODE ISLAND BY WHL INC., DATED OCTOBER 2003
ATTORNEY-CLIENT PRIVILEGED
WORK PRODUCT PROTECTED
FIGURE 1
DEPICTION OF PHYSICAL EVIDENCE IN BSNSA
MARCH 2008
SCALE: NOT TO SCALE
Weston&Sampson.




LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED EXCEEDANCES OF 1 OR MORE POLYCYCLIC AROMATIC HYDROCARBONS (PAH) GREATER THAN THE APPLICABLE RHODE ISLAND DIRECT EXPOSURE CONCENTRATIONS

NO ASSESSMENT DATA AVAILABLE (TO WESTON & SAMPSON)

ASSESSMENT CONDUCTED, NO EXCEEDANCES OF PAH, ADDITIONAL ASSESSMENT NEEDED

54 JUDSON PLAINTIFF PROPERTY

1 LOT DESIGNATION

3 BLOCK DESIGNATION

PLAT 8-6 PLAT DESIGNATION

PLAT LINE

FIGURE BASED ON FIGURE 2 FROM THE SITE INVESTIGATION REPORT BAY STREET SUSPECTED FILL AREA, TIVERTON, RHODE ISLAND BY WHB, INC., DATED OCTOBER 2003

ATTORNEY-CLIENT PRIVILEGED
WORK PRODUCT PROTECTED

FIGURE 2

POLYCYCLIC AROMATIC HYDROCARBONS ABOVE RHODE ISLAND DIRECT EXPOSURE CONCENTRATIONS

MARCH 2008 SCALE: NOT TO SCALE

Weston&Sampson®


ATTORNEY-CLIENT PRIVILLGED
WORK PRODUCT PROTECTED
FIGURE 3
CYANIDE DETECTIONS AND CONCENTRATIONS ABOVE RHODE ISLAND DIRECT EXPOSURE CONCENTRATION
MARCH 2008
SCALE: NOT TO SCALE
Weston&Sampson
FIGURE BASED ON FIGURE 2 FROM THE SITE INVESTIGATION REPORT BAY STREET SUSPECTED FILL AREA, TIVERTON, RHODE ISLAND BY VHB, INC., DATED OCTOBER 2003
LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED CONCENTRATION OF CYANIDE (CN) GREATER THAN THE RHODE ISLAND DIRECT EXPOSURE CONCENTRATION
LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED CONCENTRATION OF CYANIDE (CN)
NO ASSESSMENT DATA AVAILABLE (TO WESTON & SAMPSON)
ASSESSMENT CONDUCTED, NO CYANIDE DETECTED ADDITIONAL ASSESSMENT NEEDED
PLAINTIFF PROPERTY
LOT DESIGNATION
BLOCK DESIGNATION
PLAT DESIGNATION
PLAT LINE
PLAT 8-7
PLAT 8-6
PLAT 1-15
STATE AVENUE
A CONNELL STREET
CHACE AVENUE
HILTON STREET
CANONICUS STREET
HOOPER STREET
JUDSON STREET
DORDEN ROAD
LEPES ROAD
BAY STREET
METHUEN STREET
BOTTOM STREET
CHURCH STREET
FOOTE STREET
SAKONNET RIVER
N


ATTORNEY-CLIENT PRIVILEGED
WORK PRODUCT PROTECTED
FIGURE 4
ARSENIC CONCENTRATIONS ABOVE
RHODE ISLAND DIRECT EXPOSURE CONCENTRATION
MARCH 2008
SCALE: NOT TO SCALE
Weston&Sampson
PLAINTIFF PROPERTY
LOT DESIGNATION
BLOCK DESIGNATION
PLAT DESIGNATION
PLAT LINE
NO ASSESSMENT DATA AVAILABLE (TO WESTON & SAMPSON)
PLAT 8-6
PLAT 8-7
PLAT 1-15


STATE AVENUE
A CONNELL STREET
CHACE AVENUE
HILTON STREET
CANONICUS STREET
HOOPER STREET
JUDSON STREET
BORDEN ROAD
LEPES ROAD
BAY STREET
BOTTOM STREET
METHUEN STREET
CHURCH STREET
SAKONNET RIVER
PLAT 8-7
PLAT 8-6
PLAT 1-15
PHYSICAL EVIDENCE OF MGP WASTE IDENTIFIED IN BORING LOGS AS COAL, SLAG, CLINKERS, BLACK, BLUE, OR GREEN SOIL STAINING, COAL DUST, BRICK, BURNT WOOD OR CHEMICAL ODORS, ETC
LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED EXCEEDANCES OF 1 OR MORE POLYCYCLIC AROMATIC HYDROCARBONS (PAH) GREATER THAN THE APPLICABLE RHODE ISLAND DIRECT EXPOSURE CONCENTRATION
LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED CONCENTRATION OF CYANIDE (CN) GREATER THAN THE RHODE ISLAND DIRECT EXPOSURE CONCENTRATION
LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED CONCENTRATION OF CYANIDE (CN)
LABORATORY RESULTS OF SOIL SAMPLES IDENTIFIED CONCENTRATION OF ARSENIC (AS) GREATER THAN THE RHODE ISLAND DIRECT EXPOSURE CONCENTRATION
NO ASSESSMENT DATA AVAILABLE (TO WESTON & SAMPSON)
ASSESSMENT CONDUCTED, ADDITIONAL ASSESSMENT NEEDED
PLAINTIFF PROPERTY
LOT DESIGNATION
BLOCK DESIGNATION
PLAT DESIGNATION
PLAT LINE
NOTES:
1. ALL LOTS (WITH THE EXCEPTION OF 65-19) NEED ADDITIONAL ASSESSMENT TO EVALUATE THE NATURE AND EXTENT OF FILL IMPACTS REGARDLESS OF COLOR DESIGNATION ON LOT
2. FIGURE BASED ON FIGURE 2 FROM THE SITE INVESTIGATION REPORT BAY STREET SUSPECTED FILL AREA, TIVERTON, RHODE ISLAND BY VHB, INC., DATED OCTOBER 2003
ATTORNEY-CLIENT PRIVILEGED
WORK PRODUCT PROTECTED
FIGURE 5
SUMMARY OF PHYSICAL AND CHEMICAL INDICATORS OF MGP WASTE
MARCH 2008 SCALE: NOT TO SCALE
Weston&Sampson.

**Bay Street Neighborhood Study Area**
**Tiverton, RI**

**Exhibit 1**
**Summary of Physical and Chemical Contamination**

| Property | Address | Physical Observations | Arsenic Exceedances | Cyanide Detections | PAH Exceedances |
|---|---|---|---|---|---|
| 03-01 | 79 Church | X | X | | |
| 03-01A | 125 Hooper | X | | | |
| 03-01B | 81 Hooper | | | | |
| 03-01C | 0 Hooper | | X | | |
| 03-01D | 0 Judson | | X | | |
| 03-02 | 0 Judson | X | X | X | X |
| 03-03 | 7 Hooper | X | | | |
| 03-04 | 188 Bay | X | X | X | X |
| 03-05 | 0 Hooper | X | | X | |
| 03-06 | 20 Judson | X | X | X | X |
| 03-07 | 27 Hooper | X | | | X |
| 03-08 | 30 Judson | X | X | X | X |
| 03-09 | 35 Hooper | X | X | | X |
| 03-10 | 40 Judson | X | | | |
| 03-11 | 39 Hooper | X | | | |
| 03-12 | 54 Judson | X | X | X | X |
| 03-13 | 49 Hooper | X | | X | |
| 03-14 | 72 Judson | X | | X | X |
| 05-03* | 103 Canonicus | | | | |
| 05-06* | 85 Canonicus | | | | |
| 05-07* | 79 Canonicus | | | | |
| 05-08 | 61 Canonicus | X | X | X | X |
| 05-08B | 129 Bottom | | | | |
| 05-09 | 55 Canonicus | X | X | X | X |
| 05-10 | 51 Canonicus | | X | | X |
| 05-11 | 130 Bay | X | | X | X |
| 05-11A | 17 Canonicus | | | X | X |
| 05-12 | 40 Hooper | | X | | X |
| 05-13 | 50 Hooper | X | | | |
| 05-15* | 126 Hooper | | | | |
| 05-16 | 29 Canonicus | X | X | X | X |
| 05-18 | 28 Hooper | X | | X | X |
| 05-19 | 36 Hooper | X | | X | X |
| 07-03 | 83 Hilton | | | | |
| 07-04 | 88 Canonicus | X | X | | X |
| 07-05* | 114 Canonicus | | | | |
| 08-01 | 61 Hilton | X | X | X | X |
| 08-02 | 59 Hilton | X | X | X | X |
| 08-03 | 49 Hilton | X | | | |
| 08-04 | 43 Hilton | X | X | X | X |
| 08-05 | 39 Hilton | X | X | X | X |
| 08-05A | 48 Canonicus | X | X | | X |
| 08-06 | 35 Hilton | X | X | X | X |
| 08-07 | 19 Hilton | | X | X | X |
| 08-09 | 9 Hilton | | | X | X |
| 08-10 | 88 Bay | X | X | X | X |
| 08-10A | 96 Bay | X | X | X | X |
| 08-11 | 30 Canonicus | | X | | X |
| 08-12 | 36 Canonicus | X | X | | X |
| 08-13 | 58 Canonicus | X | X | | |
| 08-14 | 76 Canonicus | X | X | | |
| 08-15 | 12 Canonicus | X | | X | X |
| 08-15A | 100 Bay | X | | X | X |
| 08-16 | 62 Canonicus | X | X | X | X |
| 08-17 | 110 Bay | X | | | |
| 13-02* | 126 Hilton | | | | |
| 13-03 | 66 Bottom | X | X | X | X |
| 14-02* | 21-23 Methuen | | | | |
| 14-03* | 126 Chace | | | | |
| 14-04 | 40 Bottom | X | | X | X |
| 14-05 | 50 Bottom | | | | X |
| 15-01 | 58 Hilton | X | X | X | X |
| 15-02 | 59 Chace | | | | |
| 15-03 | 39 Chace | | X | | |
| 15-04 | 31 Chace | | | | X |
| 15-05 | 15 Chace | X | X | X | |
| 15-06 | 58 Bay | X | X | X | X |
| 15-07 | 80 Bay | X | X | X | |
| 15-08 | 18 Hilton | X | X | X | X |
| 15-09 | 28 Hilton | | X | X | X |
| 15-10 | 38 Hilton | X | X | X | X |
| 15-11 | 44 Hilton | X | | X | X |
| 15-12 | 52 Hilton | | X | X | X |
| 16-01 | 60 Chace | X | | X | X |
| 16-02 | 47 A Connell | X | | X | X |
| 160-27* | 114 Lepes | | | | |
| 16-04 | 37 A Connell | X | X | X | X |
| 16-05 | 11 A Connell | X | X | X | X |
| 16-06 | 42 Bay | X | X | X | |
| 160-66* | 124 Lepes | | | | |
| 16-06A | 0 Chace | X | | X | X |
| 16-06B | 36 Bay | X | X | X | X |
| 16-07 | 16 Chace | | | | X |
| 160-78* | 218 Lepes | | | | |
| 16-08 | 34 Chace | X | X | X | X |
| 16-09 | 42 Chace | X | | X | X |
| 16-10 | 52 Chace | | | | |
| 17-01 | 115 State and 9 Bottom Street | X | | X | X |
| 17-02 | 111 State | X | X | X | X |
| 17-03 | 0 A Connell | X | X | X | X |
| 17-04 | 91 State | X | X | X | X |
| 17-04A | 0 Sate | X | | X | X |
| 17-05 | 8 Bay | X | X | | X |
| 17-05A | Corner of Bay and State Streets | X | X | | X |
| 17-06 | Corner of Connell and Bottom Street | X | X | | X |
| 21-01 | 1 Bay | | | | |
| 21-02 | 21 State | X | X | | |
| 21-02A | 0 Bay | | | | |
| 21-03 | 15 Bay | X | X | | X |
| 21-04 | 33 Bay | X | X | | X |
| 21-05 | 39 Bay | X | | | X |
| 22-01 | 34 State Ave | | | | |
| 22-02 | 17 Foote | X | X | X | X |
| 22-03 | 0 Bay Street (rear) | X | | | X |
| 22-04 | 0 Bay Street | X | X | X | X |
| 22-05 | 0 Bay Street | X | X | | X |
| 22-06 | 0 Bay Street | X | X | X | X |
| 41-33* | 145 Judson | | | | |
| 41-34A* | 123 Judson | | | | |

*Notes:*

1) Physical Evidence Observed details those properties where suspected MGP fill materials were noted during site investigation activities. Indications of suspected MGP fill materials include: coal, slag, clinkers: black, blue and green staining; coal dust, brick, concrete, burnt/mulch wood and/or chemical odors

2) Arsenic, Polycyclic Aromatic Hydrocarbons (PAH), and Exceedances identify those properties were laboratory samples indicated concentrations greater than the applicable Rhode Island Direct Exposure limit concentrations.

Additional assessment needed

Property with impact from former MGP

Plaintiff Property without any assessment data. No remedial cost estimates were generated for these properties

# Supplement to A Review of the Manufacturing Facilities and Practices at the Fall River, Massachusetts Manufactured Gas Plant, as Related to Disposal of Wastes in Tiverton, Rhode Island

***Prepared for:***

**Mark W. Roberts**
**McRoberts, Roberts and Rainer, LLP**
**53 State Street**
**Boston, MA 02109**

**And**
**Jonathan Orent**
**Motley and Rice, LLC**
**321 South Main Street**
**Providence, RI 02940**

***Prepared by:***

**Eric M. Suuberg, Sc.D., P.E.**
**Consulting Engineer**
**and Professor of Engineering at Brown University**

**March 11, 2008**

This supplement to my earlier report on the same matter presents new information that has recently become known to me regarding the former manufactured gas plants (MGPs) located in Fall River, Massachusetts, and how the operations of at least one of those works, to a reasonable degree of certainty, contributed to contamination now found in nearby Tiverton, Rhode Island. To summarize, I am prepared to testify as to the following aspects of this case:

• There existed in Fall River, Massachusetts MGP facilities which employed certain kinds of technologies during certain periods of their existence.

• These technologies resulted in certain types of byproducts being produced.

• The operations of the MGP were such that the operators of this plant were aware of certain byproducts being produced, and where these were being placed.

• The manufactured gas industry in general was aware of the harmful effects that the waste material that was produced in their operations caused when discharged into the natural environment, and how this frequently led to legal claims against gas companies.

• The operators of the Fall River MGPs were well connected with the manufactured gas industry as a whole and had access to information known by that industry.

The opinions set forth in this report are based upon documents and information that I had in my possession as of the date that this, and the previous, report were prepared. I reserve the right to supplement or amend this report should any further documents or facts relevant to these sites be produced for or become known to me.

Interviews were conducted on February 7 with Mr. Ernest Simpson of Tiverton, and Mr. John DeSouto of Somerset, Massachusetts. Both had some familiarity with both the Fall River Gas Works site and the use of Tiverton for the disposal of certain byproducts from that plant.

Mr. DeSouto was aware that trucks carried various waste materials from the plant into the Bay Street neighborhood in Tiverton. He saw both ash and clinker materials being brought into the neighborhood. When asked about trucks bringing blue-stained soil or tars to the neighborhood, Mr. DeSouto had no recollection. He said that the waste materials he was familiar with were distributed widely, and were used on both roads and to fill in some low areas in the neighborhood. He believed that in at least some cases, the filling was done at the request of neighborhood residents. At the time he was acquainted with these operations (in the late 1930's) He said that the town of Tiverton used or operated a dump on the northeast corner of Judson and Bay Streets. He did not recall any MGP wastes being brought there- its use was for garbage. At that time, the residential nature of the North Tiverton neighborhood was also already well established, with many houses and families in the area. He did not recall any fire incidents in the area, but pointed out when asked about one fire incident that involved closing a local school, that he did not attend school in Tiverton. He also noted that he had moved out of the area by the time of the Second World War.

Mr. Simpson, confirmed that there were operations involving trucks bringing waste materials from the Fall River Gas Works site into Tiverton. Consistent with recollections by Mr. DeSouto, he recalled the trucks exiting the plant onto Birch Street, near the railroad tracks. He stated that he recalled the trucks carrying cinders and clinker. When asked to describe what he

meant by cinders, he characterized them as the aggregate material that would be used, for example, in making of cinder blocks. In other words, this would be ash material from which most of the carbon had been removed by combustion. This makes this material distinct from the clinker, in which there was a significant carbon (or coke) content.

Mr. Simpson had a personal recollection of blue stained soil in the street in front of his father's trucking and contracting business on Connell Street, and said that other family members had noted to him seeing blue-stained soil on Bottom Street.

Mr. Simpson also recalled a dump-site at the corner of Bay and Judson Streets, but placed the dump on the south side of Judson. It is possible that between the time of Mr. DeSouto's recollection of its being on the north side, and Mr. Simpson's recollection of the south side, that the dump actually had been moved, since they were covering slightly different periods of time (Mr. DeSouto in the 1930's, and Mr. Simpson closer to the war). However, Mr. Simpson was consistent with Mr. DeSouto in recalling that Fall River Gas Works wastes were not brought to that dump, and that it was mainly for municipal type of refuse. Nor did Mr. Simpson recall his father ever hauling trash from Fall River Gas Works. He recalled his father's company hauling ashes (cinders) and clinker, in addition to their being involved in distribution of coke and in rigging operations at the site. He did not recall the hauling of blue-stained material, but when it was explained to him where that material would have been produced, he noted that it was a part of the plant to which he did not have access, as a young boy. His recollection was mainly of operations on the Birch Street side of the plant, where ashes and clinker were loaded.

Mr. Simpson did recall that there were fires in fill material to the south of Judson Street. He recalled that these would bring smoke into the windows of the Bay View School. He described the fires as very odiferous, and apparently difficult to control. They were prone to start spontaneously, and he recalled that they may have involved wood chips. All of these aspects of his recollection are entirely consistent with these fires having involved oxide box wastes, being used as fill to the south of Judson Street, sometime around the time of the Second World War. Mr. Simpson did recall filling operations in that area.

Mr. Simpson had a recollection of "tar boils" from an area of tar waste of undefined extent, near State Street. He had a recollection of children picking up pieces of tar and chewing on it.

Mr. Simpson also had a recollection of other trucks from the Fall River Gas Works also bringing waste materials to the Tiverton neighborhood.