# Exhibit 2

**David Ross**

**From:** David Ross
**Sent:** Wednesday, March 12, 2008 7:21 PM
**To:** 'mroberts@mcrobertslaw.com'; 'bmcconnell@motleyrice.com'; 'NLeifer@tenlaw.com'
**Cc:** Eric D. Herschmann; 'cdodds@bishoplondon.com'; Seth Davis; Noelle Kowalczyk; 'gpetros@haslaw.com'; 'jtarantino@apslaw.com'; 'rmain@haslaw.com'; 'dwollin@apslaw.com'; Edward Lee; Cara Ciuffani; Samuel K. Moore; David Ross
**Subject:** Supplementation of NEGC's Rule 26(a)(1)(A) Disclosures

Dear Mark,

NEGasCo supplements its Rule 26(a)(1)(A) disclosures as follows:

1. Witnesses identified in Plaintiffs' and Tiverton's Rule 26 disclosures, including all amendments and supplements thereto.

2. Witnesses deposed in any of the consolidated cases.

3. Witnesses from the Rhode Island Department of Environmental Management: Michael Sullivan, Jeffrey Crawford, Dean Albro, Richard Enander.

4. Witnesses from the Rhode Island Department of Health: Dr. Robert Vanderslice, Cynthia Fuller.

5. Witnesses from the Agency for Toxic Substances and Disease Registry of the U.S. Department of Health and Human Services: Jane Zhu, Jamie Mutter, Steve Martin, Susan Moore, Peter Kowalski, Katherine Robbins and Rose Jackson.

6. Witness from the Town of Tiverton: (a) witnesses identified by the Town of Tiverton in response to NEGasCo's Rule 30(b)(6) notice; (b) Members of the Tiverton Town Council who considered or voted upon the imposition of, modifications to, and/or extensions of, the " Moratorium"; (c) The Director(s) of the Tiverton Public Works Department during the period 2002 to present; (d) President(s) of the Tiverton Town Council during the period 2002 to present; and (e) Tiverton Town Solicitor.

7. Witnesses from VHB: Pam McCarthy, Adam Rosenblatt, Tim O'Connor, Claude Masse, Ana Gower, Robin Bluestein.

8. Witness(es) from ENVIRON: Annette Shipp, William Fuller.

9. New England Gas Company: Robert Hack, Derek Tomka.

NEGasCo reserves the right to identify additional fact witnesses who are discovered during ongoing discovery, and to modify and/or supplement these disclosures.

Regards,
David

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(T) 212-506-1748
(F) 212-506-1800
dross@kasowitz.com