# EXHIBIT 1

H. Brown Collection

NOV 7 1933
LIBRARY

1921

# FALL RIVER GAS WORKS COMPANY

FALL RIVER, MASS.

---

# Annual Report

FOR THE TWELVE MONTHS ENDING

DECEMBER 31, 1921

---

STONE & WEBSTER, INC.

GENERAL MANAGER

TIV000587

## Business Outlook and Development

The Fall River district has been growing slowly for some years past, the increase in population of the communities served by the Company being shown by the following figures:

| | Est. 1921 | 1920 | 1910 | 1900 |
|---|---|---|---|---|
| Fall River | 125,000 | 120,485 | 119,295 | 104,863 |
| Somerset | 3,800 | 3,520 | 2,708 | 2,241 |

General business conditions in Fall River territory were very poor until late in the year. Wages in the cotton mills were reduced on January 1, 1921, 22½ per cent still leaving them, however, 108⅓ per cent above the wage previous to January 1, 1916. The mills were generally shut down in whole or in part for considerable periods throughout the year until the last month or two, and three of the mills have been shut down entirely for months and not expected to start until February.

The large oil refinery of the New England Oil Refining Company which was under construction a year ago has been operated continuously throughout the year and with continued increase in their equipment. A cracking plant is now being installed. There has been no other building of industrial plants of any size.

The present outlook for the Company in 1922 is satisfactory.

## Properties and Plant

The additions to Plant during 1921 may be grouped as follows:

| | |
|---|---|
| Miscellaneous Extensions and Connecting New Customers | $24,709.83 |
| Water Gas Washer | 1,725.23 |
| Coke Conveyor, Charles Street | 11,211.26 |
| Other Plant Improvements | 1,894.46 |

## Financial

During the year $55,000 was temporarily borrowed to meet current requirements.

## General

Though the population is increasing in this district but slowly, the gas business continues to grow, the consumption of gas per capita per annum having increased about 24 per cent in the last five years, which is most encouraging and indicates the stability of the gas business. As the manufacturing capacity in the Company's two gas making plants has now been reached, the directors have authorized the construction of a new water gas plant, to be built at the Charles Street site where a new coal gas plant was erected in 1914. New water gas making apparatus is being installed instead of coal gas apparatus because the cost of the former is much less for the same

manufacturing capacity, and it is expected that the cost of producing water gas in this new plant will not be greater than it would be in a new coal gas plant. This will consolidate the manufacturing plants, increase the capacity, and render a number of economies available.

Largely due to efficient operation of the Company during the war period and after, the maximum net rate charged for gas in Fall River was among the lowest and now is the lowest in New England, and compares most favorably with rates charged in other parts of this country.

By order of the Board of Directors,

STONE & WEBSTER, INC.,
*General Manager.*