# EXHIBIT 3

# ANNUAL REPORT 1970



# REPORT TO STOCKHOLDERS

March 1, 1971

*To The Stockholders of Fall River Gas Company*

The gross revenues for the year ended December 31, 1970 continued to increase and amounted to $7,711,419, as compared with $7,075,782 for the calendar year 1969. It should be noted in this connection, however, that a percentage of the increased revenues for the year 1970 resulted from the application of a Purchased Gas Adjustment to the company's rates, which was in turn triggered by two rate increases from the company's wholesale supplier. Consolidated net income for the calendar year 1970, which includes the operations of its wholly-owned subsidiary, Fall River Gas Appliance Company, Inc., reached a new high and amounted to $610,942 or $1.75 per share on the total number of shares outstanding. This compares with $603,672 or $1.66 per share for the previous year. Dividends paid on the common stock for the year 1970 were at the rate of $1.30 per share as compared with $1.24 per share in 1969. The quarterly dividend declared on January 12, 1971 and payable February 15, 1971 was at the rate of $.34 per share indicating an annual dividend rate for 1971 of $1.36 per share.

Fall River Gas Appliance Company, Inc., the net income of which is included in the Consolidated Income report of the parent company and whose operations include the revenue from water heater rentals as well as the sale of appliances reported somewhat comparable earnings with last year despite the increase in unemployment and an obvious softening in the economy particularly in the New England area. These Appliance company earnings amounted to $155,768, as compared with $147,300, for 1969.

Major changes were made at the Company's Charles Street production plant in accordance with the program outlined in last year's Report. The new Liquefied Natural Gas plant was completed during the year, subject to final tests and approval although the completion date was much later in the year than had been planned on. As a result the amount of gas which the Company had expected to be able to liquefy was restricted. To compensate, the Company imported approximately 1,500,000 gallons of liquefied natural gas (L.N.G.) from Canada by truck transport. L.N.G. is a liquid with a temperature of −260°F and in its liquid state one cubic foot is equivalent to 600 cubic feet of natural gas when vaporized. Fall River Gas Company has one of a limited number of operational L.N.G. plants in New England although a number of other gas companies now have plants under construction or in the planning stages. As part of this major change in our peaking operations the oil gas production machinery and equipment has been scrapped or abandoned. A substantial Federal Income tax credit was obtained on the undepreciated portion of the oil gas manufacturing facilities. The new L.N.G. tank shown on the cover of this year's Report will hold 1,890,000 gallons of L.N.G. or the equivalent when vaporized of 157,000,000 cubic feet of natural gas. The tank is 96 feet high and has a diameter of 75 feet. This structure actually consists of two tanks, one of which is an inside tank constructed of 9% nickel steel and which holds the L.N.G. Between this inside tank and the outer tank is approximately five feet of insulation. The outer tank as shown on the cover picture is constructed of regular carbon steel.

This facility provides many advantages to the Company's operations. It enables the Company through its newly installed equipment to liquefy pipeline gas in the summer months when gas is available at attractive savings and store it for winter use in the large tank. During the winter months the L.N.G. is vaporized and returned to the Company's pipeline system as needed in accordance with the demand for gas which is of course in turn governed by the weather. Because these new facilities require very little