# EXHIBIT 8

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**COUNTY OF NEWPORT**

At a meeting of the Town Council of the Town of Tiverton, County and State aforesaid, held at the Tiverton Town Hall on the 12th day of April 2004 A.D. at 7:0 0 p.m.

**MEMBERS PRESENT**

Claudette Linhares, President
Manuel Cabral, Vice President
Donald Bollin Tracy Connors
Lori Doyle Louise Durfee
John Fernandes

Town Administrator, David Souza and
Town Solicitor, J. William W. Harsch Esq. were also present.

President Linhares opened the meeting with the Pledge of Allegiance.

**MINUTES:**

**Regular Town Council Meeting held on March 22, 2004:**

A motion was made by Mr. Fernandes, seconded by Mr. Cabral to accept the minutes of the aforementioned meeting. The motion passed on a vote of 6-0-1; Mr. Bollin abstained.

**Executive Session held on March 22, 2004:**

A motion was made by Mr. Fernandes, seconded by Mr. Cabral to accept the minutes of the aforementioned meeting. The motion passed on a vote of 6-0-1; Mr. Bollin abstained.

**OLD BUSINESS:**

**DPW-Request for Transfer of Funds:**

Following a brief discussion, a motion was made by Ms. Durfee, seconded by Mr. Fernandes to transfer $19,228.05 from Account #766-853 (Debt Service) to Account #553-339 (Test Well Engineering). The motion passed on a vote of 5-1-1; Ms. Doyle was opposed and Mr. Bollin abstained.

**Tax & Revenue Commission - Real Estate Tax Relief for Certain Elderly:**

The Tax & Revenue Review Commission had been given the task to research and provide a program that would give tax relief to all Senior homeowners 65 years old or older. Mr. Robert Kooby and Mr. Stuart Hardy, members of the commission were before the Council with a proposal. The Commission, along with the Tax Assessor and the Tax Collector agreed to recommend building upon the program already in place, which provides three levels of tax exemptions, based on yearly income to low and moderate income seniors.

The proposal presented offered an Option I that moderately increased the exemptions for the upcoming year 2004-2005 and an Option II, which increased both the exemption levels and the income levels that could be considered for the next fiscal year. Also presented was a draft Resolution requesting our State Assembly contingency to take necessary action to file in the General Assembly legislation to provide the Town with statutory authority to amend its program of real estate tax relief for low and moderate income senior homeowners.

Ms. Durfee moved that the Resolution presented at this meeting regarding the introduction of Enabling Legislation be approved by the Town Council. Mr. Bollin seconded the motion. The motion passed unanimously. The Resolution was as follows:

**RESOLUTION OF THE TOWN COUNCIL**
**APRIL 12, 2004**

**BE IT RESOLVED:** That the Town of Tiverton, by and through its Town Council, does hereby request that Senators Felag and Gibbs and Representatives Amaral and Enos take the necessary action to file in the General Assembly, legislation to provide the Town with statutory authority to amend its program of real estate tax relief for low and moderate income elderly homeowners. This legislation should enable the Town to:

Provide an exemption of up to $50,000 from assessed value for homeowners with a gross household income of $15,000 or less;

Provide an exemption of up to $35,000 from assessed value for homeowners with a gross household income of $18,000 or less;

Provide an exemption of up to $25,000 from assessed value for homeowners with a gross household income of $22,000 or less;

Provide an exemption of up to $20,000 from assessed value for homeowners with a gross household income of $30,000 or less;

**IN COUNCIL, READ, ADOPTED AND ORDERED THIS 12TH DAY OF APRIL, A.D. 2004.**

**ATTEST:**

**Hannibal F. Costa**
**Town Clerk**

Mr. Noel Berg on behalf of the Planning Board addressed Article X – "Special Provision" – Section 1 "Off Street Parking regulations" and further amendments dealing primarily with approval procedure.

Ms. Durfee made a motion to accept the changes to Article X – "Special Provisions" –as submitted in the draft of March 16, 2004 and to approved and adopt the same. Mr. Fernandes seconded the motion. The motion passed unanimously.

Ms. Durfee added to her motion that Article X- "Special Provisions" of the Zoning Ordinance be accepted and adopted by the Council with the amendments in the language in d (1), (2) and (3) "Additional screening and landscaping", to be as determined by the Building Official with the concurrence of the Planning Board as required. Mr. Connors seconded the motion. The motion passed unanimously. The amended Article X was as follows:

ARTICLE X. SPECIAL PROVISIONS

**Section 1. Off-street parking regulations.**

d. Off-street parking facilities shall conform to the following site, screening and landscape requirements:

(1) The parking area shall be permanently surfaced and maintained, and shall have adequate and safe ingress and egress. Parking spaces required in connection with dwelling uses need not be permanently surfaced.

(2) Lighting fixtures used to illuminate the parking area shall reflect the light downward and away from adjoining property, and away from adjacent streets.

(2) Any parking area which adjoins or lies within a residential district and is not used in connection with dwelling uses shall be, as a minimum, screened from neighboring residential properties by either an opaque fence or double row of compact evergreens not less than five feet in height, or a 25-foot-wide vegetative buffer. Additional screening and landscaping, as determined by the Building Official with the concurrence of the Planning Board, may be required.

(3) Where a parking area fronts on a public street, it shall be, as a minimum, screened from the street by either a wall or fence not less than three feet in height, or a ten-foot-wide landscape strip planted with shade trees, with a minimum of one tree for every 30 feet of frontage. Additional screening and landscaping, as determined by the Building Official with the concurrence of the Planning Board, may be required.

(4) Any parking area used for other than residential purposes shall be, as a minimum, provided with interior landscaping of an area not less than five percent of the total parking area, including at all aisle ends and corner areas, and shall be, as a minimum, planted with a five-foot-wide buffer around the perimeter, with a minimum of one tree for every 30 feet. For such areas, provisions shall be made for access between adjoining commercial uses. Additional screening and landscaping, as determined by the Building Official with the concurrence of the Planning Board, may be required.

(5) Selected plant species used to meet the above landscaping requirements shall be diverse in height, form and color, and shall be disease resistant and suitable for the areas in which they are to be planted.

**Adopted 4-12-04**

Mr. Berg reported that the Planning Board revisited Article VI. Other District Regulations-Section 1."Yard Regulations on March 16, 2004 at which time by consensus of the board it was decided that the Article VI proposed amendment be withdrawn.

Mr. Connors moved to allow the withdrawal of Article VI. Mr. Cabral seconded the motion. The motion passed unanimously.

A motion was made by Mr. Bollin, seconded by Mr. Cabral, to close the Public Hearing. The motion passed unanimously.

Mr. Bollin made a motion to adopt all of the recommendations of the Planning Board regarding those amendments put before the Council and voted upon. Mr. Cabral seconded the motion. The motion passed unanimously.

**Adjustment of Southern Boundary of the Bay Street Area Moratorium:**

Council President Linhares opened the Public Hearing:

Based on testing done on Lepes Road with no soil contamination having been found, residents thereof expressed their desire to see the South boundary of the moratorium area adjusted northerly to the Simpson Wall so called. Pro's and con's were expressed based primarily on whether or not sufficient testing was conducted, especially north of Lepes Road.

Following the discussion, Mr. Bollin made a motion to close the Public Hearing. Mr. Cabral seconded the motion. The motion passed unanimously.

Mr. Cabral made a motion to adjust the boundary line from Lepes Road to the so-called Simpson Wall. Mr. Connors seconded the motion.

Mr. Bollin remarked that the moving the line in no way takes away the responsibility from the New England Gas Co., that DEM investigation will continue, and as more information is received, the boundary could even be extended in other directions. Mrs. Doyle made it known that the Town of Tiverton did test on Lepes Road, however the private property had not been tested.

The motion carried by vote of 6-1, Mrs. Doyle voting against.

**April 12, 2004 – Moratorium Amended by the Town Council as follows:**

"The moratorium area is defined as that area bounded on the North by State Avenue, on the West by the Sakonnet River, on the South by the so-called Simpson Wall and on the East by Church Street (extended to State Avenue and the so-called Simpson Wall."