UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br>*Plaintiffs,*<br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br>*efendant/Third-Party Plaintiff,*<br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al.<br>*Third-Party Defendants* | C.A. No. 05-0221T (Lead Case)<br>(Related and Consolidated Cases: 05-274T; 05-370T; 05-522T) |

**DEFENDANT NEW ENGLAND GAS COMPANY'S**
**PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Fed.R.Civ.P. 47(a) and this Court's Pretrial Order, Defendant New England Gas Company respectfully submits this list of questions that it requests the Court ask during voir dire of prospective jurors.

**Knowledge and Attitude About Environmental Contamination**

1. Do you have any opinions about regulatory agencies, such as the United States Environmental Protection Agency ("EPA") or the Rhode Island Department of Environmental Protection ("DEM")? If so, what are those opinions?

2. Have you, a family member or someone close to you ever had a personal experience involving pollution or environmental contamination? If so, please provide details.

3. Do you believe that you have environmental contamination on your property? If so, please provide details. If yes, do you have a belief about the source of the contamination? If yes, please describe.

4. Do you know anyone who has environmental contamination on their property? If so, please provide details. If yes, do you have a belief about the source of the contamination? If yes, please describe.

5. Do you or anyone in your family deal with pollution or contamination in your or their line of business or course of study? If so, please provide details.

6. Do you consider environmental pollution to be a serious problem facing the State of Rhode Island? If yes, do you believe that those opinions could impact your ability to be fair and impartial in this case?

**<u>Knowledge and Attitude About Chemicals</u>**

1. Have you ever handled or worked with chemicals? If so, please provide details.

2. Have your or anyone in your family ever worked for:

   i. A chemical manufacturer?

   ii. A gas company?

   iii. Another regulated utility?

   iv. Any company providing environmental services, including landfill operations or waste disposal services?

   If yes to any of the above, please explain.

3. Have you ever been exposed to something you believe is a hazardous substance? If yes, are you concerned that you may have been harmed?

4. Do you know anyone who is suffering from an illness that may be related to exposure to chemicals or environmental pollution?

**Knowledge and Attitude About Manufactured Gas Plants**

1. Do you know anything about how manufactured gas plants operated? If so, please explain.

2. Do you know anything about how the Fall River Gas Company's manufactured gas plant at issue in this case operated? If so, please explain. If yes, do you have any knowledge about how the Fall River Gas Company handled the disposal of its manufactured gas waste?

3. Do you know anything about land allegedly being polluted or contaminated by wastes from a former manufactured gas plant? If yes, how and what do you know?

4. Do you have any opinions about pollution or contamination by chemicals or wastes allegedly attributable to manufactured gas plants? If so, what are they?

**Knowledge and Attitude About Utility Companies**

1. What are your opinions about public utility companies?

2. Have you or anyone in your family ever worked for a public utility company?

3. Do you own any stock in a public utility company?

4. Have you or anyone in your family ever had a dispute with a public utility company?

5. Do you have any opinions about the merits or lack of merits of a lawsuit involving a public utility and residents of the state who allege contamination on their properties resulting from the operations of a manufactured gas plant that occurred 50-60 years ago?

**Knowledge and Attitude About the Case**

1. What have you heard or seen or read in any television or radio reports, newspaper articles or magazine articles regarding this case or the Tiverton neighborhood that is the subject of this case? Based on what you heard, seen or read, what are your views?

2. Do you have any opinions positive or negative about Fall River Gas Company, New England Gas Company or Southern Union Company? If yes, what are those opinions?

3. Do you have any opinions positive or negative about the Town of Tiverton or the Tiverton Town Council? If yes, what are those opinions?

4. Have you ever heard of John Simpson, Sr., John Simpson, Jr. or The Simpson Trucking Company? If yes, what have you heard? If yes, do you have an opinion regarding John Simpson Sr., John Simpson, Jr. or The Simpson Trucking Company? If so, what are your opinions?

5. Have you, a family member or someone close to you ever been a plaintiff or a defendant in any case seeking damages?

6. You will likely hear testimony from representatives of governmental and municipal agencies in this case, including Rhode Island Department of Environmental Management, Rhode Island Department of Health, and the Town of Tiverton. Do you believe that you would likely give more or less weight to such testimony than you would to the testimony of other witnesses?

7. You will likely hear testily from experts in this case. Do you believe that you would likely give more or less weight to such testimony than you would to the testimony of other witnesses?

8. In this case, a group of plaintiffs is suing a corporation. Do you have any feelings or beliefs about individuals suing corporations that might impact the way you would likely weigh the evidence in this case, judge the credibility of witnesses presented by each side or how you might ultimately decide this case?

Dated: April 15, 2008

**ADLER POLLOCK & SHEEHAN P.C.**

By: /s/ John A. Tarantino____
John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
(401) 351-4607 (fax)

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP, LONDON & DODDS**
Christina Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 479-5000

-and-

**HINCKLEY, ALLEN & SNYDER**
Gerald J. Petros (#2931)
Robin L. Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-2000

*Attorneys for Defendant*
*New England Gas Company,*
*an unincorporated division of*
*Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2008, I did send a true copy of the within by electronic means (ECF) to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601 |
| Jeanne M. Scott<br>Ursillo, Teitz & Ritch, Ltd<br>2 Williams Street<br>Providence, RI 02903 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |
| Bruce Gregory Tucker, Esq.<br>55 Hammarlund Way<br>Middletown, RI 02842 | Richard J. Zabbo, Esq.<br>Ratcliffe Burke Harten & Elias LLP<br>160 Financial Plaza<br>Providence, RI 02903 |
| Gregory L. Benik<br>Benik & Associates<br>931 Jefferson Blvd., Suite 2008<br>Warwick, RI 02886 | Paul M. Sanford<br>Burns & Levinson LLP<br>One Citizens Plaza<br>Suite 1100<br>Providence, RI 02903 |
| David A. Crichlow<br>David M. Goldberg<br>Pillsbury Winthrop Shaw Pittman, LLP<br>1540 Broadway<br>New York, NY 10036 | Craig Waksler<br>McGivney & Kluger, P.C<br>One State Street<br>Suite 800<br>Boston, Massachusetts, 02109 |
| Jeffrey Bromme<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206 | Benjamin V. White, III<br>Kimberly A. Simpson<br>Vetter & White, Incorporated<br>20 Washington Place<br>Providence, RI 02903 |

| | |
|---|---|
| Anthony F. Muri<br>Muri Associates LLC<br>10 Weybosset Street<br>Providence, RI 02903 | William D. Wick<br>Wactor & Wick LLP<br>180 Grand Avenue<br>Suite 950<br>Oakland, CA 94612 |
| Christopher P. McCormack<br>Pullman & Comley LLC<br>850 Main Street<br>Bridgeport, CT 06601 | Matthew B. Kirsner<br>Andrew G. Mauck<br>Troutman Sanders, LLP<br>P.O. Box 1122<br>1001 Haxall Point<br>Richmond, VA 23208 |
| Kerry T. Ryan<br>Emily C. Shanahan<br>Tarlow, Breed, Hart & Rodgers P.C.<br>101 Huntington Avenue<br>Prudential Center<br>Suite 500<br>Boston, MA 02199 | Andrew G. Mauck<br>Troutman Sanders LLP<br>P.O. Box 1122<br>1001 Haxall Point<br>Richmond, VA 23208 |
| David B. Willis<br>Legal Management Services LLC<br>55 Hammarlund Way<br>Middletown, RI 02842 | |

/s/ John A. Tarantino

*451408_1.doc*