PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PREVENT THE TAKING OF THE DEPOSITION OF WILLIAM GROTA

# EXHIBIT B

**From:** Orent, Jonathan D. [jorent@motleyrice.com]
**Sent:** Tuesday, March 18, 2008 1:29 PM
**To:** Mark Roberts
**Subject:** FW: Corvello: Clarification of Rule 26(a) Fact Witnesses

---

**From:** Mark Roberts [mailto:MRoberts@mcrobertsandroberts.com]
**Sent:** Friday, February 29, 2008 5:24 PM
**To:** David Ross; Neil Leifer; McConnell, Bob; rzabbo@rbhelaw.com; Heather Spurlock Kennealy; Christian Uehlein; Orent, Jonathan D.; Shumate, Chris; Jennifer Bernazani-Ludlum; David Cetola; David Strouss
**Cc:** bwhite@vetterandwhite.com; ksimpson@vetterandwhite.com; gbenik@jreri.com; david.goldberg@pillsburylaw.com; kryan@tbhr-law.com; Jeannescott@utrlaw.com; cmccormack@pullcom.com; dwollin@apslaw.com; Seth Davis; catherine.mcculley@pillsburylaw.com; psanford@burnslev.com; eshanahan@tbhr-law.com; zoning@utrlaw.com; Christina Dodds; Seth Davis; Noelle Kowalczyk; Cara Ciuffani; Samuel K. Moore; Edward Lee; Petros, Gerald J.; Tarantino, John; Wollin, David; Main, Robin L.; Eric D. Herschmann
**Subject:** RE: Corvello: Clarification of Rule 26(a) Fact Witnesses

David,

The Plaintiffs supplement their Rule 26(a) disclosure as follows:

1) The Plaintiffs reserve the right to call all of the Plaintiffs in the consolidated cases.
2) The Plaintiffs will only call at trial and their experts will rely on the following non-party fact witnesses. To the extent other persons were previously disclosed as non-party fact witnesses, the Plaintiffs do not intend to rely on their testimony. However, Plaintiffs reserve the right to disclose additional non-party fact witnesses who are discovered during the ongoing discovery.

   Charlie Perry, 345 Hancock St., Tiverton

   Eddy Carreiro, 178 Judson St., Tiverton

   Julie Gregory, 208 Judson St., Tiverton

   Joseph Araujo, 295 Lepes Rd., Tiverton

   John Arruda, 95 Beverly St., Fall River

   Tommy Cordeiro , 6 Martin Dr., Assonet, MA

   Joseph Farias, 911 Bulgarmarsh Rd., Tiverton

   John DeSoto, 177 Irving Ave., Somerset, MA

   William Grota, 10250 Alder Dr., Dunnellon, FL

   Sarah Cabral, 3 Hilton St., Tiverton

3) Plaintiffs identify the following additional DEM personnel:

   Dean Albert
   Terry Gray

4) Plaintiffs identify the following present/former Tiverton Officials:

Louise Durfee
Donald Bollin

Except for the changes set forth above, the Plaintiffs' Rule 26(a) disclosure remains unchanged, however, Plaintiffs reserve the right to supplement as provided in the Federal Rules.

Mark

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320
Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission is prohibited. If this transmission was received in error, please contact me at the above number, collect if necessary. Thank you for your attention to this matter.

---

**From:** David Ross [mailto:DRoss@kasowitz.com]
**Sent:** Friday, February 29, 2008 3:00 PM
**To:** Mark Roberts; Neil Leifer; McConnell, Bob; rzabbo@rbhelaw.com; Heather Spurlock Kennealy; Christian Uehlein; Orent, Jonathan D.; Shumate, Chris; Jennifer Bernazani-Ludlum; David Cetola; David Strouss
**Cc:** bwhite@vetterandwhite.com; ksimpson@vetterandwhite.com; gbenik@jreri.com; david.goldberg@pillsburylaw.com; kryan@tbhr-law.com; Jeannescott@utrlaw.com; cmccormack@pullcom.com; dwollin@apslaw.com; Seth Davis; David Ross; catherine.mcculley@pillsburylaw.com; psanford@burnslev.com; eshanahan@tbhr-law.com; zoning@utrlaw.com; Christina Dodds; Seth Davis; Noelle Kowalczyk; Cara Ciuffani; Samuel K. Moore; Edward Lee; Petros, Gerald J.; Tarantino, John; Wollin, David; Main, Robin L.; David Ross; Eric D. Herschmann
**Subject:** Corvello: Depositions of Previously Noticed Plaintiffs

Dear Counsel: Set forth below are plaintiffs whose depositions have already been noticed, but did not appear for their depositions . NEGC will depose such plaintiffs on the dates and times indicated below. NEGC reserves the right to seek to strike the complaint of any plaintiff who fails to appear for their noticed deposition.

Regards,
David

*******************************************************

Linda Ferreira -- Monday, March 10 at 9:00 a.m.

Manuel Pavao -- Monday, March 10 at 9:00 a.m.

Odelia Pavao -- Monday, March 10 at 1:30 p.m.

Linda Hair -- Tuesday, March 11 at 9:00 a.m.

Barry Hair -- Tuesday, March 11 at 1:30 p.m.

Fatima Amaral -- Tuesday, March 11 at 1:30 p.m.