**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>C.A. No. 05-221T<br>(Related Case No. 05-274T) |

**PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF THEIR OPPOSITION TO NEW ENGLAND GAS COMPANY'S MOTION FOR SUMMARY JUDGMENT**

1) The town of Tiverton was notified about the presence of contamination during the Mt Hope interceptor sewer project in 2002. Exhibit A.

2) Dr. Eric Suuberg testified that the use of toxic MGP waste as fill cannot be made safe. Exhibit B.

3) Eyewitness and documentary evidence demonstrate that NEGCo allowed its waste to be used as landfill. Exhibit C.

4) Numerous environmental reports have documented the presence of contamination under the public streets and in the public right of ways throughout the Bay Street neighborhood. Exhibit D.

5)The presence of contamination, which required the imposition of an emergency use moratorium, has affected the ability of the Town to make improvements to utilities within the area including maintenance of telephone and sewer lines. Exhibit E.

5) Contaminants contained within the soil on public and private lands threaten to affect the health and safety of individuals working within the community or traveling throughout the area. Exhibit F.

6) Contamination has been documented in a public park situated at Block 3, Lot 2. Exhibit G.

7) Prior to the adoption of the use moratorium, the Rhode Island Department of Health advised the residents of the Bay Street neighborhood of various health risks associated with the contamination. Exhibit H.

8) Representatives of E.A. Engineering presented testimony at the August 25, 2003, Tiverton Town Council meeting, where the emergency use moratorium was first declared by the Town Council. Exhibit J.

9) For purposes of tax assessments, the Town of Tiverton has devalued the land located within the moratorium area by approximately 90% and has devalued improvements to land, including homes, by approximately 10%. For example see Exhibit K.

DATED: April 16, 2008

Respectfully Submitted,

__/s/ Jonathan D. Orent__________

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer

David C. Strouss
Brad J. Mitchell
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

Stephen P. Harten (#4102)
Richard J. Zabbo (#6861)
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2008, a copy of the foregoing was served to all counsel of record via ECF.

__/s/ Jonathan D. Orent_________