Q. Okay. I want to ask you about that, that statement. First of all, when do you contend that box wastes were first banned at public dumps, at some public dumps?
A. Well, I can't remember the exact reference. I don't know if I cite it here or not. But I think it -- it wasn't too terribly long for dump operators to find out the problem with this material, so I'm not giving you a -- a firm date as you're asking for because I -- I don't know it as I sit here.
I suppose I could go back and look at the literature and see if I can establish when was the earliest reference to that, but again it would be kind of obvious what the problems with this material were that would make people unhappy to receive it in a dump.
Q. Well, as we sit here today, can you identify for us any public dumps where this material was banned?
A. Well, okay. I remember that in one instance where I was working on another case in -- in Seattle, I don't know if it was a public dump but it was land on the University of Washington campus that was being used as a dump site where



they prohibited use of that facility at -- at some point.
Q. We can understand why a university wouldn't want their property being used as a dump site, right?
MR. ORENT: Objection.
A. Well, whatever the reason, I remember that they -- they prohibited it but I've seen reference, as I say, elsewhere in the MGP literature. It's just that I can't recall right now where -- where that was.
Q. All right. But my question simply is, as we sit here today, do you have knowledge -- can you identify for us any public dump that banned box waste?
A. As I sit here right now, no.
Q. All right.
A. I'm not sure that if I went back and looked, I couldn't find some examples but I can't do it right now.
Q. Okay. Can you identify for us any region in which public dumps or some public dumps banned box waste?
MR. ORENT: Objection to the form.
A. I'm not sure that I can do it any better



or worse than -- than nationally, so no.
Q. All right. Are you aware of any public dumps in New England that banned box waste?
MR. ORENT: Objection.
A. Again, as I sit here, I -- I can't remember the record that well.
Q. Okay.
A. I just remember that it has been stated.
Q. All right. And, again, I think you've identified -- you've identified for us, Dr. Suuberg, and I just want to be clear, the information that you rely upon for your conclusion that public dumps sometimes banned box waste is in the literature that you've cited for us in your report?
A. It -- it should --
MR. ORENT: Objection. Asked and answered.
A. -- it should be, yes.
Q. And did I hear you say -- I could be wrong -- did I hear you say you think, is it the Wardale article you think that's in?
A. Well, I believe the Wardale article may refer to that issue but, you know, Willien might as well. There -- there are any number of



possibilities. I think Harkins may have cited the things in that -- that area as well. I would just have to go back and reread these things to make sure.
Q. The problems that you referred to that would have been obvious to some dumps, just identify for me briefly if you will what those problems were.
A. Well, this material was prone to spontaneous combustion, that is, you dump it on the ground and it could burst into flames.
Q. Okay.
A. And once it did, it was very unpleasant because the gases that would issue from it contained a lot of sulfur, hence they'd be very odorous, unpleasant gases.
Q. Okay. Well, let me ask you about that.
MR. ORENT: Are you done?
THE WITNESS: I was going to say that --
MR. PETROS: Go right ahead.
THE WITNESS: -- that there's also some reference that I believe I've seen that it's a difficult fire to fight. Once it did burst into flames, it -- it, you know, to put it out is not that easy.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL CORVELLO, et al, KEVIN :
BURNS, et al, COLLEEN BIGELOW, :
et al, and SHEILA REIS, et al :
Plaintiffs :
:
- against - :
:
NEW ENGLAND GAS COMPANY, INC. :
Defendant and :
Third-Party Plaintiff :
:
- against - : Civil Action Numbers:
: 05-221T, 05-274T
BRIDGESTONE FIRESTONE NORTH : 05-370T, 05-522T
AMERICAN TIRE, LLC; BRIDGESTONE :
AMERICAS HOLDINGS, INC.; :
HONEYWELL INTERNATIONAL, INC.; :
TOWN OF TIVERTON; GULF OIL :
CORPORATION; INLAND FUEL :
TERMINALS, INC.; DOMINION :
RESOURCES, INC.; and DOMINION :
ENERGY BRAYTON POINT, LLC :
Third-Party Defendants :

VIDEOTAPED DEPOSITION OF JOSEPH "JOSE" SOUZA
Tuesday, February 12, 2008
10:30 a.m.
Quality Inn
1878 Wilbur Avenue
Somerset, Massachusetts

- - -



PLAINTIFF'S EXHIBIT C
tabbies

MR. ROBERTS: So, could you read back the last question? I think that's probably the easiest way to do it.

MR. HERSCHMANN: Well, all right.

MR. ROBERTS: And, Mr. Souza, one more time,

39

if you could take a deep breath, even if you know the answer, Mr. Herschmann is going to object to virtually every question, and just -- and just -- just take a pause, and either I or Mr. Marran will tell you that -- whether or not -- and just try to remember the question that's asked.

MR. HERSCHMANN: And just for the record, I think that comment was inappropriate. I'll object to questions that I think are improper.

MR. ROBERTS: And I wasn't intending to imply that there was anything improper about the objections being placed. So if you could read back the question, I think that's the best way to start.

(The record was read by the court reporter, as requested)

MR. HERSCHMANN: Objection, lack of





foundation, misstates the witness's prior testimony. Leading and vague and ambiguous.

A. I can't hear him.

Q. All you have to -- at this point all you have to do is hear the question, wait, and either Mr. Marran or I will tell you that you can answer it.

A. All right.

Q. So the pending question is, to your knowledge where did

40

Mr. Bravo deposit waste he transported from Fall River Gas Company?

MR. HERSCHMANN: Same objections.

MR. MARRAN: Go ahead.

A. Okay. All over Tiverton.

Q. And when you say all over Tiverton, could you list some streets where you know that he, he deposited the waste?

MR. HERSCHMANN: Same objections.

A. I told you, Bay Street, Connell Street, Hilton Street, Judson Street. And Fish Road.

Q. Did you ever work for Mr. Bravo?

A. Of course -- no, I worked for Simpson.

Q. Okay. And was there anyone else other than Mr. Bravo transporting waste at that time as far as you know?

MR. HERSCHMANN: Objection, leading.
MR. MARRAN: You can answer.
A. I don't know. I can't remember that.
Q. Okay.
A. I know we were taking it out of there, that's all I know.
Q. Okay.
MR. HERSCHMANN: Move to strike the last part of his answer as non-responsive.
Q. Mr. Souza, how often would you remove the blue waste from Fall River Gas Company?

41

MR. HERSCHMANN: Objection, leading, asked and answered.
A. I don't know. Whenever they said so.
Q. Was it -- can you --
A. When the company would call and say clean out the vats, we'd go there, clean out the vats.
Q. And did -- to the best of your memory, did that happen every day? Every week? Every month?
A. Oh, no, not every day.
MR. HERSCHMANN: Sorry, same objections.
A. There were months.





Q. Okay, and how often did you go up to remove the ash waste?
A. What's that?
MR. HERSCHMANN: Objection, leading, asked and answered.
Q. How often did you go up and remove the ash and cinders?
MR. HERSCHMANN: I'm sorry, objection, asked and answered, vague and ambiguous and leading.
MR. MARRAN: Now you can answer. How often?
A. How often? Hey, whenever they needed us, that's all I can tell you. Who the hell knows how long. We were cleaning the --
COURT REPORTER: We were cleaning the?

42

(Discussion off the record)
MR. HERSCHMANN: Let's ask the witness again.
Q. Mr. Souza, in a typical week did you -- when you worked for Mr. Simpson, did you go up to Fall River Gas Company?
MR. HERSCHMANN: Objection, vague and ambiguous, misstates the witness's prior testimony.
MR. MARRAN: Now you can answer. Oh, come on.
MR. HERSCHMANN: I'm sorry?
MR. MARRAN: Are you done with the objection?

I'm trying to help.

MR. HERSCHMANN: I was done with the objection. I don't know what's your issue.

MR. ROBERTS: Okay, good.

MR. MARRAN: You can answer.

A. What's the question?

Q. The question was, in a typical week when you worked for Mr. Simpson, how often did you go up to the gas company?

MR. HERSCHMANN: Objection. Vague and ambiguous, lack of foundation, misstates the witness's prior testimony.

MR. MARRAN: You can answer.

A. Once a week anyway. I can't remember that far back.

Q. Okay. And did you go up to Fall River Gas Company once a week during the entire time you worked for Mr. Simpson?

43

A. Yeah.

MR. HERSCHMANN: Objection. Same objections.

Q. And during the time you worked for Mr. Simpson, can you estimate how many truckloads of material you brought?

A. Oh, no, I can't do that.

Q. Was it more than ten?





MR. HERSCHMANN: Objection.

A. I don't know, I said I can't tell you that.

MR. MARRAN: Hold on.

A. We had different guys taking the stuff out of there. I don't know what the other guys did.

Q. Okay, and I'm just asking what you did. Can you estimate for me how many truckloads you took from Fall River Gas to the Bay Street area of Tiverton?

MR. HERSCHMANN: Objection, vague and ambiguous, asked and answered.

A. No, I can't. No. I can't do that.

Q. Okay.

A. Boy.

Q. Mr. Souza, when I asked you about the work you did at Fall River Gas Company, the work you did for John Simpson, did you tell us based on your best memory of what happened back prior to World War II?

MR. HERSCHMANN: Objection.

44

A. Say that again?

Q. When I asked you questions about what you did at Fall River Gas Company and when you worked for Mr. Simpson, did you do that based on your best memory of what

happened prior to World War II?

MR. HERSCHMANN: Objection, vague and ambiguous, lack of foundation.

MR. MARRAN: Go ahead and answer.

A. Now what happens now?

MR. MARRAN: You can answer the question.

Q. You can answer.

A. I tell you, I worked for him before I went in the service.

Q. Right.

A. And that's all I can tell you. That's before World War II, right?

Q. Right.

MR. HERSCHMANN: Objection, non-responsive. Move to strike.

Q. And my question, Mr. Simpson, is really simply, did you tell us and answer as well as you can remember what happened back then?

MR. HERSCHMANN: Same objection.

MR. MARRAN: Go ahead.

45

A. I worked, that's all I can tell you.





Q. Okay.

MR. HERSCHMANN: Move to strike as non-responsive.

MR. ROBERTS: Okay, well, that's fine and I thank you very much for your testimony and I appreciate you coming out today.

MR. HERSCHMANN: Why don't we take a short break.

THE VIDEOGRAPHER: We're going off the record, the time is 11:06 a.m. and this is the end of tape number one.

(Recess taken)

THE VIDEOGRAPHER: We are back on the record, the time is 11:35 a.m. and this is the beginning of tape number two.

EXAMINATION BY MR. HERSCHMANN

Q. Mr. Souza, my name is Eric Herschmann, I'm an attorney representing New England Gas Company. I'm going to ask you some questions similar to the questions that Mr. Roberts asked you. It's important that you wait till I finish the question, and if Mr. Roberts wants to object, give him the chance to object before you answer, okay? You have to answer verbally.

NORTH TIVERTON, R. I., July 30 1934.

M Fall River Gas Works Co.

TO **JOHN SIMPSON, JR.,** DR.

**GASOLINE AND STEAM SHOVEL WORK : TRUCKING CONTRACTING**

*Phone Fall River 7406* *15 STATE AVENUE*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| July 3 | Brockway 3 ton truck | 3½ hrs. | @ 2.00 per hr. | X 615B | 7.00 | Hauling old slide to dump |
| " 6 | " " 3 " " | 9 " | @ 2.00 " " | Coke Sales | 18.00 | Filling coke cars |
| " 13 | " " 2 " " | 2½ " | @ 1.50 " " | X 615B | 3.75 | Hauling old slide to dump |
| | | | | | 28.75 | |

FA

| | | DATE |
|---|---|---|
| Inv. Rec. AUG [illegible] | | |
| Order No. none | | |
| Prices O. K. JD | | 8/2 |
| Material Rec'd JD | | 7/13 |
| Approved JD | | 8/2 |
| Ext. & Add. HB | | 8/2 |
| Used for as noted | | |
| Charge X 615B | 10.75 | |
| Coke Sales | 18.00 | |
| | 28.75 | |

June 1943

# TO JOHN SIMPSON, JR., DR.

## GENERAL CONTRACTOR - EXCAVATING - BUILDING MOVER

WASHED SAND AND GRAVEL TRUCKING

Fall River Gas Works Co.
Fall River, Mass.

15 STATE AVENUE
NORTH TIVERTON, R. I.

Tear Off This Stub and Return with Check. Cancelled Check Will Be Your Receipt.

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE PAY LAST AMOUNT THIS COLUMN |
|---|---|---|---|---|
| | Hauling Oxide to Dump | | | |
| 23 | Truck 4 hrs. @ 2.00 per hr. | 8.00 ✓ | | |
| | 1 man 4 hrs. @ 1.00 | 4.00 ✓ | | |
| | conveyor 4 hrs @ 1.00 | 4.00 ✓ | | |
| 25 | Shovel 8 hrs. | 40.00 ✓ | | |
| | operator & oiler | 28.00 ✓ | | |
| | Ford Truck 2 hrs. @ 2.00 | 4.00 ✓ | | |
| | Mack Truck 6 hrs. @ 3.00 | 18.00 ✓ | | |
| | Ford Truck 3 1/2 hrs. @ 2.00 | 7.00 ✓ | | |
| | Truck(Winch) 6 1/2 hrs. @ 3.00 | 19.50 ✓ | | |
| | Mack 4 hrs. @ 3.00 | 12.00 ✓ | | |
| | Mack 6 hrs. @ 3.00 | 18.00 ✓ | | |
| | Mack 3 1/2 hrs. @ 3.00 | 10.50 ✓ | | |
| | Get trucks out, stuck in roadway | | | |
| | Foreman 6 1/2 hrs. @ 1.50 per hr. | 9.75 ✓ | | |
| | 4 men 2 hrs. ea. @ 1.00 | 8.00 ✓ | | |
| | 4 men 4 1/2 hrs. ea. Time and one half @ 1.50 | 27.00 ✓ | | |
| | 2 men 4 hrs. ea. @ 1.00 | 8.00 ✓ | | |
| | 2 men 4 1/2 hrs. ea. @ 1.50 T and one half | 13.50 ✓ | | |
| | extra overtime for driver 41/2 hrs. @ .50 | 2.25 ✓ | | |
| 28 | Shovel " | 40.00 ✓ | | |
| | operator & oiler | 28.00 ✓ | | |
| | Ford Truck 8 hrs. @ 2.00 | 16.00 ✓ | | |
| | Mack Truck 8 hrs. @ 3.00 | 24.00 ✓ | | |
| | Ford Truck 8 hrs. @ 2.00 | 16.00 ✓ | | |
| | D.T. Truck 8 hrs. @ 2.00 | 16.00 ✓ | | |
| | D.T. Truck 8 hrs. @ 2.00 | 16.00 ✓ | | |
| 29 | Shovel | 40.00 ✓ | | |
| | operator & oiler 8 hrs. ea. | 28.00 ✓ | | |
| | D.T. 4 hrs. @ 2.00 | 8.00 ✓ | | |
| | Mack Truck 7 hrs. @ 3.00 | 21.00 ✓ | | |
| | Ford Truck 7 hrs. @ 2.00 | 14.00 ✓ | | |
| | D.T. 5 hrs. @ 2.00 | 10.00 ✓ | | |
| | Truck Towing in Shovel 2 hrs. @ 3.00 | 6.00 ✓ | | |
| | | 524.50 | | |
| | Plus Transportation Tax | 7.14 | | |
| | NOT PREVIOUSLY PAID | 531.64 ✓ | | 531.64 |

JOHN SIMPSON, JR.

June 1, 1944

# TO JOHN SIMPSON, JR., DR.

GENERAL CONTRACTOR - EXCAVATING - BUILDING MOVER

WASHED SAND AND GRAVEL TRUCKING

Fall River, Gas Works Co.
155 North Main St.
Fall River, Mass.

15 STATE AVENUE
NORTH TIVERTON, R. I.

Tear Off This Stub and Return with Check — Cancelled Check Will Be Your Receipt

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE PAY LAST AMOUNT THIS COLUMN |
|---|---|---|---|---|
| | Truck Hire for Month of May, Continued | | | |
| | Balance forward | 213.28 | | |
| May 20 | Truck 5 hrs. @ 2.00 | 10.00 | | |
| | Driver E.T. 5 hrs. @ .50 | 2.50 | | |
| | Trans. Tax. | .30 | | |
| 22 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax. | .48 | | |
| 23 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax. | .48 | | |
| 24 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax. | .48 | | |
| 25 | Truck 9 hrs. @ 2.00 | 18.00 | | |
| | Driver E.T. 1 hr. @ .50 | .50 | | |
| | Trans. Tax. | .54 | | |
| 26 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax. | .48 | | |
| 27 | Truck 5 hrs. @ 2.00 | 10.00 | | |
| | Driver E.T. 5 hrs. @ .50 | 2.50 | | |
| | Trans. Tax. | .30 | | |
| 29 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax. | .48 | | |
| 31 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax. | .48 | | |
| | | 356.80 | | $356.80 |

Handwritten notes: Cleaning yard; Hauling yard cleanings to dump; Hauling special type ashes to dump; cleaning under of the ship hoist; X615B; W615B

Inv. Rec. 6-2-44
Order No. No order
Prices O.K.
Mat. Rec'd
Approved
F. & A. O.K.
W615B
X615B

JOHN SIMPSON, JR.

FRGC 19131

May 1 194 5

# TO JOHN SIMPSON, JR., DR.

## GENERAL CONTRACTOR - EXCAVATING - BUILDING MOVER

WASHED SAND AND GRAVEL TRUCKING

Fall River Gas Works Co.
Fall River,
Massachusetts

15 STATE AVENUE
NORTH TIVERTON, R. I.

Tear Off This Stub and Return with Check. Cancelled Check Will Be Your Receipt.

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE PAY LAST AMOUNT THIS COLUMN |
|---|---|---|---|---|
| | Truck Hire for April | | | |
| Apr. 2 | Truck 8 hrs. @ 2.00 | 16.00 | Reclaiming coke in yard under coke skip hoist (storage) Coke Stk. Exp. | |
| | Trans. Tax | .48 | | |
| 3 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 4 | Truck 8 hrs. @ 2.00 | 16.00 | Hauling yard cleanings to dump. X 6158 ✓ | |
| | Trans. Tax | .48 | | |
| 5 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 6 | Truck 8 hrs. @ 2.00 | 16.00 | Hauling Producer Plant ashes to dump X 6[illegible] | |
| | Trans. Tax | .48 | | |
| 7 | Truck 5 hrs. @ 2.00 | 10.00 | Hauling Generator fire ashes to dump X 6158 ✓ | |
| | Trans. Tax | .30 | | |
| | Driver 5 hrs. Ex. Time @ .50 | 2.50 | | |
| 8 | Truck 8 hrs. @ 2.00 | 16.00 | Cleaning yard X 6158 ✓ | |
| | Trans. Tax | .48 | | |
| 10 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 11 | Truck 8 hrs. @ 2.00 | 16.00 | Reclaiming coke under Producer conveyors (storage) Coke Stk. Exp. ✓ | |
| | Trans. Tax | .48 | | |
| 12 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 13 | Truck 8 hrs. @ 2.00 | 16.00 | Hauling yard cleanings to dump X 6158 ✓ | |
| | Trans. Tax | .48 | | |
| 14 | Truck 5 hrs. @ 2.00 | 10.00 | | |
| | Trans. Tax | .30 | | |
| | Driver, Ex. Time 5 hrs. @ .50 | 2.50 | | |
| 16 | Truck 8 hrs. @ 2.00 | 16.00 | Cleaning yard X 6158 ✓ | |
| | Trans. Tax | .48 | | |
| 17 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 18 | Truck 8 hrs. @ 2.00 | 16.00 | Hauling Generator fire ashes to dump. X 6158 ✓ | |
| | Trans. Tax | .48 | | |
| 20 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |

JOHN SIMPSON, JR.