UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and John F. CORVELLO, et al.,

       Plaintiffs,
v.                                                      C.A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.,

       Defendant;

KEVIN BURNS, et al.;

       Plaintiffs,
v.                                                      C.A. No. 05-274T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS,

       Defendants;

COLLEEN BIGELOW, et al.,

       Plaintiffs,
v.                                                      C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly known as
FALL RIVER GAS COMPANY, an
unincorporated division of
SOUTHERN UNION COMPANY,

       Defendants;

SHEILA REIS, et al.,

       Plaintiffs,
v.                                                      C.A. No. 05-522T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS

       Defendants.

1

**ORDER**

For reasons stated in open Court on December 16, 2008, the Court awards the following amounts to the third-party defendants in connection with their motion to sanction New England Gas Company for propounding discovery requests while discovery was stayed:

1. To Gulf Oil Corporation (Chevron U.S.A., Inc.), the sum of $22,500 for 45 hours of preparation at an hourly rate of $500;

2. To Bridgestone/Firestone, the sum of $4,140 for 12 hours of preparation at an hourly rate of $300 plus $540 for the preparation of an affidavit by a disinterested attorney;

3. To the City of Fall River, the sum of $5,575 for 12 hours of preparation at an hourly rate of $300 plus $1,975 for the preparation of an affidavit by a disinterested attorney;

4. To Dominion Resources, the sum of $3,600 for 12 hours of preparation at an hourly rate of $300;

5. To Inland Fuel, the sum of $3,600 for 12 hours of preparation at an hourly rate of $300.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: December 16, 2008

2