UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and JOHN F.
CORVELLO, ET AL.,
    Plaintiffs,

vs.

NEW ENGLAND GAS COMPANY, INC.,
    Defendant/Third Party Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC; BRIDGESTONE
AMERICAS HOLDINGS, INC.; HONEY-
WELL INTERNATIONAL; and, GULF
OIL CORPORATION
    Third Party Defendants.

C.A. No. 05-221 S
(Related Cases: 05-274S; 05-370S; and 05-522S)

## ORDER

The Court, having reviewed Daniel Shustock's "Rebuttal to Objection on Motion to Be Party Plaintiff" (Document #945), construes it as an appeal of Magistrate Judge Lincoln D. Almond's September 3, 2010 Amended Memorandum and Order (Document #942), which denied Shustock's "Motion to Be Made Party Plaintiff" (Document #934).

1

There has been no showing that the Magistrate Judge's Order is clearly erroneous or contrary to law. <u>See</u> Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b). Therefore, Shustock's appeal is hereby DENIED.

ENTER:

/s/ WSmith
United States District Judge
William E. Smith

Date: November 22, 2010