UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN UNION COMPANY and<br>NEW ENGLAND GAS COMPANY,<br>　　　　Defendants and<br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE<br>OPERATIONS, LLC and<br>HONEYWELL INTERNATIONAL INC.,<br>　　　　Third-Party Defendants. | C.A. No. 05-0221S<br>(Related Case Nos.: 05-522S,<br>05-274S, 05-370S) |

## JOINT MOTION TO AMEND PRETRIAL ORDER

Pursuant to Fed. R.Civ.P. 26 and LR Cv 26, Third Party Plaintiffs Southern Union Company and New England Gas Company and Third-Party Defendants Bridgestone Americas Tire Operations, LLC and Honeywell International Inc. jointly request that the Court amend its Pretrial Order entered on January 9, 2012, by amending the dates contained therein as follows:

1. All factual discovery closed by:　　　　　　　　　　　　06/01/2012

2. All expert discovery closed by:　　　　　　　　　　　　10/12/2012

3. Dispositive motions filed by:　　　　　　　　　　　　　11/16/2012

4. Third-Party Plaintiff expert witness disclosures:　　　07/13/2012

5. Third-Party Defendants expert witness disclosures:　08/13/2012

6. Pretrial Memoranda, if no dispositive motions:　　　　11/16/2012
　　(or 30 days after decision on dispositive motions)

In support of this joint motion, the parties state that they have been diligently continuing discovery, but that additional discovery remains to be completed (including at least three out-of-town depositions and two 30(b)(6) depositions). The parties believe that the 60-day extension of

1

dates sought herein will result in the orderly completion of factual and expert discovery and preparation and filing of dispositive motions, as well as pretrial memoranda. The parties respectfully request that the Court amend the Pretrial Order, as detailed above, by extending the dates for fact discovery and all events that follow the completion of fact discovery as set forth above.

**SOUTHERN UNION COMPANY**
**NEW ENGLAND GAS COMPANY**

By its Attorneys,

/s/ *Robin L. Main*
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com
rmain@haslaw.com

David Ross, Esq.
Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC**

By its Attorneys,

/s/ *Kimberly A. Simpson*
George E. Lieberman, Esq., No. 3860
Kimberly A. Simpson, Esq., No. 4803
VETTER & WHITE
Center Place
50 Park Row West – Suite 109
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
glieberman@vetterandwhite.com
ksimpson@vetterandwhite.com

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612
(510) 465-5750
(510) 465-5697 FAX
bwick@ww-envlaw.com

**HONEYWELL INTERNATIONAL INC.**

By its Attorneys,

/s/ *Gregory L. Benik*
Gregory L. Benik, Esq., No. 1515
Benik & Associates P.C.
128 Dorrance Street
Suite 450
Providence, RI 02903
gbenik@jreri.com

Dated: February 28, 2012

2

## CERTIFICATE OF SERVICE

To:

Robin L. Main, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza – Suite 1500
Providence, RI 02903
rmain@haslaw.com

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street – Suite 450
Providence, RI 02903
gbenik@jreri.com

Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman
1633 Broadway
New York, NY 10019
sdavis@kasowitz.com

Kerri L. Stelcen, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Kerri.stelcen@aporter.com

Christina C. Dodds, Esq.
Bishop London Brophy Dodds, P.C.
3701 Bee Cave Road
Austin, TX 78746
CDodds@bishoplondon.com

John A. Tarantino, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jtarantino@apslaw.com

     I hereby certify that I electronically filed the within Joint Motion To Amend Pretrial Order on February 28, 2012, and that this document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on all counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties and persons.

                                         /s/ *Kimberly A. Simpson*