(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

GAIL CORVELLO, et al.
Plaintiff(s)

v.                                                Dkt. No. CA. No. 05-0221 S

NEW ENGLAND GAS COMPANY
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant  Honeywell International, Inc.  hereby moves that

Kerry A. Dziubek  be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_____
Signature of Local Counsel

Gregory L. Benik
Print Name

Benik & Associates PC
Firm and Business Address

128 Dorrance St. Suite 450
Providence, RI 02903

RI Bar ID # 1515
Email: gbenik@jperi.com
Tel. # 401 454-0054
Fax # 401 453-5056

---

## ORDER

This motion is hereby     _____ GRANTED     _____ DENIED

_____                    _____
District Judge                                                     Date

## CERTIFICATE OF SERVICE

TO:

Robin L. Main, Esq.
Hinckley Allen & Snyder
50 Kennedy Plaza – Ste. 1500
Providence, RI 02903
rmain@haslaw.com

Seth Davis, Esq.
Kasowitz Benson Torres & Friedman
1633 Broadway
New York, NY 10019
sdavis@kasowitz.com

John A. Tarantino, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jtarantino@apslaw.com

Kerri L. Stelcen, Esq.
Arnold & Porter LLP
399 Park Avenue – 36th Floor
New York, NY 10022
Kerri.Stelcen@aporter.com

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue – Ste. 950
Oakland, CA 94612
bwick@ww-envlaw.com

Christina C. Dodds, Esq.
Bishop London Brophy Dodds, P.c.
3701 Bee Cave Road
Austin, TX 78746
CDodds@bishoplondon.com

George E. Lieberman, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
Center Place
50 Park Row West – Ste. 109
Providence, RI 02903
glieberman@vetterandwhite.com
ksimpson@vetterandwhite.com

    I hereby certify that I filed this Motion for Admission Pro Hac Vice on March 19, 2012. The foregoing is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

                                                                      /s/ Gregory L. Benik