UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al.,         ) | |
|       Plaintiffs,         ) | C.A. No. 05-0221S |
|                           ) | (Related Case Nos.: 05-522S, |
| v.                             ) | 05-274S, 05-370S) |
|                           ) | |
| NEW ENGLAND GAS COMPANY;       ) | |
| SOUTHERN UNION COMPANY         ) | |
|     Defendant and            ) | |
|     Third-Party Plaintiff,   ) | |
|                              ) | |
| v.                             ) | |
|                              ) | |
| BRIDGESTONE AMERICAS TIRE      ) | |
| OPERATIONS, LLC and            ) | |
| HONEYWELL INTERNATIONAL INC.   ) | |
|     Third-Party Defendants.  ) | |

**JOINT MOTION TO CONTINUE HEARING DATE ON THE SIMPSON FAMILY TRUST'S MOTION TO QUASH**

Non-Party the Simpson Family Trust (the "Trust") and Third-Party Plaintiff Southern Union Company/New England Gas Company (collectively, "Southern Union") jointly request that the Court continue the hearing on the Trust's Motion to Quash the Subpoena of Southern Union, presently scheduled for May 30, 2012, for an additional thirty (30) days because an anticipated settlement between Southern Union and Third-Party Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone") will obviate the need for the subpoena to inspect and sample the land at issue in the Trust's Motion. Southern Union and Bridgestone have engaged in mediation, reached a settlement in principle, and are finalizing settlement documents. Southern Union's anticipated settlement with Bridgestone, and Bridgestone's dismissal from the case, will moot Southern Union's subpoena to the Trust and, thus, the Trust's

Motion to Quash such subpoena. For this reason, the Trust and Southern Union respectfully request that this Court continue the hearing on the Trust's motion for an additional thirty (30) days.

Respectfully Submitted,

| | |
|---|---|
| SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY | SIMPSON FAMILY TRUST, By its Attorney, |
| By its Attorneys, | |
| | */s/ Martin K. DeMagistris* |
| | Martin K. DeMagistris, Esq. (#6089) |
| */s/ Robin L. Main* | Olenn & Penza, LLP |
| Gerald J. Petros (#2931) | 530 Greenwich Avenue |
| Robin L. Main (#4222) | Warwick, RI  02886 |
| Hinckley, Allen & Snyder LLP | Tel. (401) 737-3700 |
| 50 Kennedy Plaza, Suite 1500 | Fax (401) 737-5499 |
| Providence, RI 02903 | |
| Tel. (401) 274-2000 | |
| Fax (401) 277-9600 | |
| gpetros@haslaw.com | |
| rmain@haslaw.com | |

Dated:  May 25, 2012

## **CERTIFICATE OF SERVICE**

| | |
|---|---|
| George E. Lieberman, Esq.<br>Benjamin V. White, Esq.<br>Kimberly A. Simpson, Esq.<br>Timothy M. Bliss, Esq.<br>Vetter & White<br>Center Place<br>50 Park Row West, Suite 109<br>Providence, RI 02903 | Kerri L. Stelcen, Esq.<br>Kerry A. Dziubek, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>36th Floor<br>New York, NY 10022-4690 |
| Gregory L. Benik, Esq.<br>Benik & Associates<br>128 Dorrance Street, Suite 450<br>Providence, RI 02903 | William D. Wick, Esq.<br>Wactor & Wick LLP<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612 |
| Martin K. DeMagistris, Esq.<br>Olenn & Penza, LLP<br>530 Greenwich Avenue<br>Warwick, RI  02886 | |

   I hereby certify that on the 25th day of May, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                 */s/ Robin L. Main*

#50726783 (14015/126110)