UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al.,<br>        Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY;<br>SOUTHERN UNION COMPANY<br>        Defendant and<br>        Third-Party Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE<br>OPERATIONS, LLC and<br>HONEYWELL INTERNATIONAL INC.<br>        Third-Party Defendants. | C.A. No. 05-0221S<br>(Related Case Nos.: 05-522S,<br>05-274S, 05-370S) |

## SECOND[1] JOINT MOTION TO CONTINUE HEARING DATE ON THE SIMPSON FAMILY TRUST'S MOTION TO QUASH

Non-Party the Simpson Family Trust (the "Trust") and Third-Party Plaintiff Southern Union Company/New England Gas Company (collectively, "Southern Union") respectfully submit their second joint request that the Court continue the hearing on the Trust's Motion to Quash the Subpoena of Southern Union, presently scheduled for Tuesday, June 26, 2012, for an additional thirty (30) days because an anticipated settlement between Southern Union and Third-Party Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone") will obviate the need for the subpoena to inspect and sample the land at issue in the Trust's Motion.

As noted in the parties' first Motion to Continue Hearing Date, filed on May 25, 2012 (Doc. 1006), Southern Union and Bridgestone recently engaged in mediation and reached a settlement in principle. Since that time, Southern Union and Bridgestone have worked together

---
[1] The parties filed the initial Motion to Continue Hearing Date on May 25, 2012, seeking to continue the hearing

and made significant progress towards finalizing the language of the parties' settlement documents. But while Southern Union anticipates that the settlement documents will be finalized and executed in the near future, it is unlikely that this will occur before the hearing presently scheduled for June 26, 2012.

Because the anticipated Southern Union-Bridgestone settlement will not be finalized before the June 26, 2012 hearing, and because that settlement, and Bridgestone's dismissal from the case, will moot Southern Union's subpoena to the Trust, as well as the Trust's Motion to Quash, the Trust and Southern Union respectfully request that this Court continue the hearing on the Trust's motion for thirty (30) days.

Respectfully Submitted,

| | |
|---|---|
| SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY | SIMPSON FAMILY TRUST, By its Attorney, |
| By its Attorneys, | |
| | /s/ Martin K. DeMagistris |
| | Martin K. DeMagistris, Esq. (#6089) |
| /s/ Robin L. Main | Olenn & Penza, LLP |
| Gerald J. Petros (#2931) | 530 Greenwich Avenue |
| Robin L. Main (#4222) | Warwick, RI 02886 |
| Hinckley, Allen & Snyder LLP | Tel. (401) 737-3700 |
| 50 Kennedy Plaza, Suite 1500 | Fax (401) 737-5499 |
| Providence, RI 02903 | |
| Tel. (401) 274-2000 | |
| Fax (401) 277-9600 | |
| gpetros@haslaw.com | |
| rmain@haslaw.com | |

Dated: June 20, 2012

3

## CERTIFICATE OF SERVICE

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

Kerri L. Stelcen, Esq.
Kerry A. Dziubek, Esq.
Arnold & Porter LLP
399 Park Avenue
36th Floor
New York, NY 10022-4690

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street, Suite 450
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Martin K. DeMagistris, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

    I hereby certify that on the 20th day of June, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robin L. Main

#50755892 (14015/126110)