UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al., )<br>                Plaintiffs, )<br>)<br>v. )<br>)<br>NEW ENGLAND GAS COMPANY; )<br>SOUTHERN UNION COMPANY )<br>           Defendant and )<br>           Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>BRIDGESTONE AMERICAS TIRE )<br>OPERATIONS, LLC and )<br>HONEYWELL INTERNATIONAL INC. )<br>           Third-Party Defendants. ) | C.A. No. 05-0221S<br>(Related Case Nos.: 05-522S,<br>05-274S, 05-370S) |

## THIRD[1] JOINT MOTION TO CONTINUE HEARING DATE
## ON THE SIMPSON FAMILY TRUST'S MOTION TO QUASH

Non-Party the Simpson Family Trust (the "Trust") and Third-Party Plaintiff Southern

Union Company/New England Gas Company (collectively, "Southern Union") respectfully

submit their third joint request that the Court continue the hearing on the Trust's Motion to

Quash the Subpoena of Southern Union, presently scheduled for Thursday, July 26, 2012, for an

additional thirty (30) days because an anticipated settlement between Southern Union and Third-

Party Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone") will obviate the

need for the subpoena to inspect and sample the land at issue in the Trust's Motion.

As noted in the parties' initial and second Motions to Continue Hearing Date, Southern

Union and Bridgestone recently engaged in mediation and reached a settlement in principle.

---

[1] The initial Joint Motion to Continue Hearing was filed on May 25, 2012 (Doc. 1006), and granted via text order entered later that day.  The Second Joint Motion to Continue Hearing Date was filed on June 20, 2012 (Doc. 1007) and granted via text order entered later that day.

Since that time, Southern Union and Bridgestone have worked together and made significant progress towards finalizing the language of the parties' settlement documents. But while Southern Union and Bridgestone continue to work on the proposed settlement documents, it is unlikely that this will occur before the hearing presently scheduled for July 26, 2012.

Because the anticipated Southern Union-Bridgestone settlement will not be finalized before the July 26, 2012 hearing, and because that settlement, and Bridgestone's dismissal from the case, will render moot Southern Union's subpoena to the Trust, as well as the Trust's Motion to Quash, the Trust and Southern Union respectfully request that this Court continue the hearing on the Trust's motion for thirty (30) days.

Respectfully Submitted,

SOUTHERN UNION COMPANY AND
NEW ENGLAND GAS COMPANY

By its Attorneys,


/s/ Robin L. Main
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com
rmain@haslaw.com


Dated: July 23, 2012

SIMPSON FAMILY TRUST,
By its Attorney,

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. (#6089)
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI  02886
Tel. (401) 737-3700
Fax (401) 737-5499

## CERTIFICATE OF SERVICE

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

Kerri L. Stelcen, Esq.
Kerry A. Dziubek, Esq.
Arnold & Porter LLP
399 Park Avenue
36th Floor
New York, NY 10022-4690

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street, Suite 450
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Martin K. DeMagistris, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI  02886

I hereby certify that on the 23rd day of July, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Robin L. Main_____

#50821000 (14015/126110)

3