UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al., <br>     Plaintiffs, <br><br> v. <br><br> NEW ENGLAND GAS COMPANY; <br> SOUTHERN UNION COMPANY <br>     Defendant and <br>     Third-Party Plaintiff, <br><br> v. <br><br> BRIDGESTONE AMERICAS TIRE <br> OPERATIONS, LLC and <br> HONEYWELL INTERNATIONAL INC. <br>     Third-Party Defendants. | C.A. No. 05-0221S <br> (Related Case Nos.: 05-522S, <br> 05-274S, 05-370S) |

## FOURTH[1] JOINT MOTION TO CONTINUE HEARING DATE ON THE SIMPSON FAMILY TRUST'S MOTION TO QUASH

Non-Party the Simpson Family Trust (the "Trust") and Third-Party Plaintiff Southern Union Company/New England Gas Company (collectively, "Southern Union") respectfully submit this joint request that the Court continue the hearing on the Trust's Motion to Quash the Subpoena of Southern Union, presently scheduled for Wednesday, August 29, 2012, for an additional thirty (30) days because a still anticipated settlement between Southern Union and Third-Party Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone") will obviate the need for the subpoena to inspect and sample the land at issue in the Trust's Motion.

---

[1] The initial Joint Motion to Continue Hearing was filed on May 25, 2012 (Doc. 1006), and granted via text order entered later that day. The Second Joint Motion to Continue Hearing Date was filed on June 20, 2012 (Doc. 1007) and granted via text order entered later that day. The Third Joint Motion to Continue Hearing Date was filed on July 23, 2012 (Doc. 1008) and granted via text order entered the following day.

As noted in the parties' prior Joint Motions to Continue Hearing Date, Southern Union and Bridgestone engaged in mediation and reached a settlement in principle. Since that time, Southern Union and Bridgestone have worked together and made significant progress towards finalizing the language of the parties' settlement documents. But while Southern Union and Bridgestone continue to work on the proposed settlement documents, it is unlikely that this will occur before the hearing presently scheduled for August 29, 2012.

Because the anticipated Southern Union-Bridgestone settlement will not be finalized before the August 29, 2012 hearing, and because that settlement, and Bridgestone's dismissal from the case, will render moot Southern Union's subpoena to the Trust, as well as the Trust's Motion to Quash, the Trust and Southern Union respectfully request that this Court continue the hearing on the Trust's motion for thirty (30) days.

Respectfully Submitted,

| SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY | SIMPSON FAMILY TRUST, |
|---|---|
| By its Attorneys, | By its Attorney, |
| /s/ Robin L. Main | /s/ Martin K. DeMagistris |
| Gerald J. Petros (#2931) | Martin K. DeMagistris, Esq. (#6089) |
| Robin L. Main (#4222) | Olenn & Penza, LLP |
| Hinckley, Allen & Snyder LLP | 530 Greenwich Avenue |
| 50 Kennedy Plaza, Suite 1500 | Warwick, RI 02886 |
| Providence, RI 02903 | Tel. (401) 737-3700 |
| Tel. (401) 274-2000 | Fax (401) 737-5499 |
| Fax (401) 277-9600 | |
| gpetros@haslaw.com | |
| rmain@haslaw.com | |

Dated: August 27, 2012

## CERTIFICATE OF SERVICE

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

Kerri L. Stelcen, Esq.
Kerry A. Dziubek, Esq.
Arnold & Porter LLP
399 Park Avenue
36th Floor
New York, NY 10022-4690

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street, Suite 450
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Martin K. DeMagistris, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

    I hereby certify that on the 27th day of August, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robin L. Main

#50861204 (14015/126110)