UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL CORVELLO, et al., | ) | |
|         Plaintiffs, | ) | C.A. No. 05-0221S |
| | ) | (Related Case Nos.: 05-522S, |
| v. | ) | 05-274S, 05-370S) |
| | ) | |
| NEW ENGLAND GAS COMPANY; | ) | |
| SOUTHERN UNION COMPANY | ) | |
|         Defendant and | ) | |
|         Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIDGESTONE AMERICAS TIRE | ) | |
| OPERATIONS, LLC and | ) | |
| HONEYWELL INTERNATIONAL INC. | ) | |
|         Third-Party Defendants. | ) | |

## JOINT MOTION TO AMEND PRETRIAL ORDER

Pursuant to Fed. R. Civ. P. 26 and LR Cv. 26, Third Party Plaintiff Southern Union

Company/New England Gas Company (collectively, "Southern Union") and Third-Party

Defendants Bridgestone Americas Tire Operations, LLC ("Bridgestone") and Honeywell

International Inc. ("Honeywell") jointly request that the Court amend its October 15, 2012

Pretrial Order[1] by amending the dates contained therein by approximately forty-five (45) days as

follows:

1.     All factual discovery closed by:       January 15, 2013

2.     All expert discovery closed by:       July 1, 2013

3.     Dispositive motions filed by:       July 25, 2013

4.     Third-Party Plaintiff expert witness disclosures:       March 15, 2013

5.     Third-Party Defendants' expert witness disclosures: April 26, 2013

---

[1] Specifically, the Court entered a text order (Doc. 880) on October 15, 2012, granting the parties' prior Joint Motion to Amend Pretrial Order.

6.    Pretrial Memoranda, if no dispositive motions:    July 25, 2013
      (or 30 days after decision on dispositive motions)

In support of this joint motion, the parties state that Southern Union has now engaged in

mediation with both Bridgestone and Honeywell, and has reached settlements in principle with

both.  The parties are now in the process of preparing and finalizing settlement and related court

documents, and request this extension of pre-trial deadlines to allow sufficient time to complete

their respective settlement documentation.  The parties therefore respectfully request that the

Court amend the Pretrial Order by extending the dates as set forth above.

SOUTHERN UNION COMPANY AND          HONEYWELL INTERNATIONAL INC.
NEW ENGLAND GAS COMPANY

By its Attorneys,                   By its Attorneys,


/s/ Robin L. Main                   /s/ Gregory L. Benik
Gerald J. Petros (#2931)            Gregory L. Benik, Esq. (#1515)
Robin L. Main (#4222)               Benik & Associates P.C.
Hinckley, Allen & Snyder LLP        128 Dorrance Street, Suite 450
50 Kennedy Plaza, Suite 1500        Providence, RI 02903
Providence, RI 02903                gbenik@jreri.com
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com
rmain@haslaw.com

David Ross, Esq.
Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

**BRIDGESTONE AMERICAS TIRES OPERATIONS, LLC**

By its Attorneys,


/s/ George E. Lieberman
George E. Lieberman, Esq. (#3860)
Kimberly A. Simpson, Esq. (#4803)
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903
Tel:  (401) 421-3060
Fax:  (401) 272-6803
glieberman@vetterandwhite.com
ksimpson@vetterandwhite.com

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612
Tel.  (510) 465-5750
Fax:  (510) 465 5697
bwick@ww-envlaw.com


Dated:  November 30, 2012

## CERTIFICATE OF SERVICE

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

Kerri L. Stelcen, Esq.
Kerry A. Dziubek, Esq.
Arnold & Porter LLP
399 Park Avenue
36th Floor
New York, NY 10022-4690

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street, Suite 450
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

I hereby certify that on the 30th day of November, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Robin L. Main* _____

#51029273 (14015/126110)