UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al., ) | |
| Plaintiffs, ) | C.A. No. 05-0221S |
| v. ) | (Related Case Nos.: 05-522S, |
| NEW ENGLAND GAS COMPANY; ) | 05-274S, 05-370S) |
| SOUTHERN UNION COMPANY ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| BRIDGESTONE AMERICAS TIRE ) | |
| OPERATIONS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC. ) | |
| Third-Party Defendants. ) | |

**NOTICE OF NON-PARTY THE SIMPSON FAMILY TRUST'S
WITHDRAWAL OF ITS MOTION TO QUASH**

Non-Party the Simpson Family Trust (the "Trust") hereby gives notice that it withdraws, without prejudice, its Motion to Quash (the "Motion") (Doc. 1000), filed March 19, 2012. The Motion seeks to quash a subpoena (the "Subpoena") served on the Trust by Defendant and Third-Party Plaintiff Southern Union Company/New England Gas Co. ("Southern Union"). Counsel for Southern Union has notified the undersigned that Southern Union has withdrawn the Subpoena, rendering the Motion moot. Accordingly, the Trust respectfully notifies the Court that the Motion to Quash should be deemed withdrawn, and further requests that the Court cancel the hearing on the Motion to Quash presently set for Monday, January 28, 2012.

**SIMPSON FAMILY TRUST**,
By its Attorney,

*/s/ Martin K. DeMagistris*
Martin K. DeMagistris, Esq. (#6089)
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI  02886
Tel. (401) 737-3700
Fax (401) 737-5499

## CERTIFICATE OF SERVICE

| | |
|---|---|
| Gerald J. Petros (#2931) | Kerri L. Stelcen, Esq. |
| Robin L. Main (#4222) | Kerry A. Dziubek, Esq. |
| Hinckley, Allen & Snyder LLP | Arnold & Porter LLP |
| 50 Kennedy Plaza, Suite 1500 | 399 Park Avenue |
| Providence, RI 02903 | 36th Floor |
| Tel. (401) 274-2000 | New York, NY 10022-4690 |
| Fax (401) 277-9600 | |

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

| | |
|---|---|
| Gregory L. Benik, Esq. | William D. Wick, Esq. |
| Benik & Associates | Wactor & Wick LLP |
| 128 Dorrance Street, Suite 450 | 180 Grand Avenue, Suite 950 |
| Providence, RI 02903 | Oakland, CA 94612 |

     I hereby certify that on the 25th day of January, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Martin K. DeMagistris

#51240188 (14015/126110)