UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al.,                )<br>              Plaintiffs,                )<br>                                               )<br>v.                                            )<br>                                               )<br>NEW ENGLAND GAS COMPANY;  )<br>SOUTHERN UNION COMPANY    )<br>              Defendant and            )<br>              Third-Party Plaintiff,    )<br>                                               )<br>v.                                            )<br>                                               )<br>BRIDGESTONE AMERICAS TIRE )<br>OPERATIONS, LLC and               )<br>HONEYWELL INTERNATIONAL INC. )<br>              Third-Party Defendants.  ) | C.A. No. 05-0221S<br>(Related Case Nos.: 05-522S,<br>05-274S, 05-370S) |

**DISMISSAL STIPULATION**

Defendant and Third-Party Plaintiff New England Gas Company/Southern Union Company, and Third-Party Defendants Bridgestone Americas Tire Operations, LLC and Honeywell International Inc., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), hereby dismiss with prejudice all claims in this third party action, with no interest, fees or costs awarded to any party.

**[ SIGNATURES APPEAR ON THE FOLLOWING PAGE ]**

| SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY | BRIDGESTONE AMERICAS TIRES OPERATIONS, LLC |
|---|---|
| By its Attorneys, | By its Attorneys, |
| */s/ Gerald J. Petros* | */s/ George E. Lieberman* |
| Gerald J. Petros (#2931) | George E. Lieberman, Esq. (#3860) |
| Robin L. Main (#4222) | Kimberly A. Simpson, Esq. (#4803) |
| Hinckley, Allen & Snyder LLP | Vetter & White |
| 50 Kennedy Plaza, Suite 1500 | Center Place |
| Providence, RI 02903 | 50 Park Row West, Suite 109 |
| Tel. (401) 274-2000 | Providence, RI 02903 |
| Fax (401) 277-9600 | Tel: (401) 421-3060 |
| gpetros@haslaw.com | Fax: (401) 272-6803 |
| rmain@haslaw.com | glieberman@vetterandwhite.com |
|  | ksimpson@vetterandwhite.com |
| David Ross, Esq. |  |
| Seth Davis, Esq. | William D. Wick, Esq. |
| Kasowitz, Benson, Torres & Friedman LLP | Wactor & Wick LLP |
| 1633 Broadway | 180 Grand Avenue, Suite 950 |
| New York, New York 10019 | Oakland, CA 94612 |
| (212) 506-1700 | Tel. (510) 465-5750 |
|  | Fax: (510) 465 5697 |
|  | bwick@ww-envlaw.com |

**HONEYWELL INTERNATIONAL INC.**

By its Attorneys,

*/s/ Gregory L. Benik*
Gregory L. Benik, Esq. (#1515)
Benik & Associates P.C.
128 Dorrance Street, Suite 450
Providence, RI 02903
gbenik@jreri.com

Dated: March 8, 2013

## CERTIFICATE OF SERVICE

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

Kerri L. Stelcen, Esq.
Kerry A. Dziubek, Esq.
Arnold & Porter LLP
399 Park Avenue
36th Floor
New York, NY 10022-4690

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street, Suite 450
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

I hereby certify that on the 8th day of March, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Gerald J. Petros


51387469 (14015/126110)