UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**FILED**

2015 AUG 21  P 3: 32

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Corevello, et al**

vs.                                    Case No.CV 05-221S

**N.E. Gas Co. Inc. et al**

### EXHIBIT RECEIPT

The following Exhibit(s) have been released to the
undersigned counsel of record in accordance with LR
Gen 103(d):

Defendant's & ID **Exhibits** 11,12,4,3,1,9,5,10,6,**2** from
Motion to Enforce Settlement Hearing 2/6/2009 and
Defendants **Exhibit** - A from Motion Hearing 3/25/2008.

**Exhibits Released to:**

/s/Vickie McGuire
Deputy Clerk
Date: 8 Aug 201
21 Aug, 2u5

_____
Signature

Christopher Chico
Print Name